DISTRICT COURT OF THE UNITED STATES
FOR THE FOR THE DISTRICT OF SOUTH DAKOTA,
WESTERN DIVISION

Civ. No. ___21-5030___

**David Schied**, one of the Sovereign American People; a totally
and permanently disabled *RECENT QUAD-AMPUTEE*;
*CRIME VICTIM*; Common Law and Civil Rights
*sui juris GRIEVANT / CLAIMANT / BENEFICIARY*
*("BENEFICIARY" / RELATOR)*

JUDGE _____

v.

**UNITED STATES OF AMERICA**
**Donald Trump**, in his public capacity as former
U.S. PRESIDENT for the UNITED STATES;
**Denise Page Hood**, in her private capacity and public
capacity as "*chief judge*" for the USDCEDM;
**Victoria Roberts**, in her private capacity and public
capacity as "*senior judge*" for the USDCEDM;
**Avern Cohn**, in her private capacity and public
capacity as "*senior judge*" for the USDCEDM;
**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT**
**OF MICHIGAN ("USDCEDM")**
**Kinikia Essix**, in her private capacity and public capacity as
"*Clerk of the Court*" for the USDCEDM;
**OFFICE OF THE U.S. ATTORNEY FOR THE EDM**
**Matthew Schneider**, in his private capacity and public
capacity as former ASSISTANT AG for the STATE OF
MICHIGAN and as U.S. ATTORNEY for the EDM;
**Barbara McQuade**, in her private capacity and public
capacity as former U.S. ATTORNEY for the EDM;
**Terrence Berg**, in his private capacity and public
capacity as former U.S. ATTORNEY and as
U.S. District Court "*judge*" for the EDM;
**Stephen Murphy**, in his private capacity and public
capacity as former U.S. ATTORNEY and as
U.S. District Court "*judge*" for the EDM;
**Michael Horowitz**, in his private and public capacities, as
USDOJ-OIG and CHAIR of PANDEMIC RESPONSE
ACCOUNTABILITY COMMITTEE, a DIVISION of the...
**COUNCIL OF INSPECTORS GENERAL ON INTEGRITY**
**AND EFFICIENCY**
**Nina Witkofski**, in her private capacity, and
in her public capacity as CHIEF OF STAFF, for the ...
**CENTER FOR DISEASE CONTROL AND PREVENTION;**
**William Barr** in his private capacity, and in his public capacity
as former U.S. ATTORNEY GENERAL ("USAG");
**Jeffrey Rosen**, in his public capacity as former USAG;
**Merrick Garland**, in his public capacity as USAG;
**Eric Dreiband**, in his private capacity, and in his public
capacity as former ASST. U.S. ATTORNEY GENERAL

BENEFICIARY's /
RELATOR's
ORIGINAL "*QUI TAM*"
WHISTLEBLOWER
COMPLAINT FOR
REMEDY UNDER THE
FALSE CLAIMS ACT

On Case Involving
"*Backward Looking*"
CONSTITUTIONAL and
COMMON LAW TORTS
Inextricably Intertwined in
Compound "*Wheel*" and
"*Chain*" Conspiracies
Against Totally and
Permanently Disabled
Quad-Amputee
and Other Sovereign
American People, as
"*BENEFICIARIES*" of the
PUBLIC TRUST(s), Who
Have Been Similarly
Situated in Being the Victims
of Insurrection and Domestic
Terrorism by "*Government
Imposters*" and "*Usurpers of
the Sovereign Peoples'
Power*"

DEMAND FOR
JURY TRIAL

DISABLED / BENEFICIARY
David Schied - RELATOR
P.O. Box 321
SPEARFISH, S. DAKOTA
57783
605-580-5121

i

for the CIVIL RIGHTS DIVISION of the …

**U.S. DEPARTMENT OF JUSTICE** ("USDOJ");

**Christopher Cole**, in his private capacity as the "*criminally accused*"
and in his public capacity as USDOJ FBI Task Force Officer

**Christopher Tarrant**, in private capacity as the "*criminally accused*"
and in his public capacity as USDOJ FBI Special Agent

**Ben Carson**, in his private capacity and public capacity as
former SECRETARY for the …

**U.S. HOUSING AND URBAN DEVELOPMENT** ("HUD")

**Rae Oliver Davis**, in her private capacity, and in her public
capacity as INSPECTOR GENERAL for HUD

**David Montoya**, in his private capacity, and in his public capacity as
INVESTIGATOR for the OFFICE OF INVESTIGATION of the …

**HUD OFFICE OF INSPECTOR GENERAL**

**Christi Grimm**, in her private capacity, and in her public capacity as
PRINCIPAL DEPUTY INSPECTOR GENERAL of the …

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Seema Verma**, in her private capacity, and in her public capacity as DIRECTOR of the …

**CENTER FOR MEDICARE AND MEDICAID SERVICES** ("CMS") of USDHHS

**Andrew Saul**, in his private and public capacities as COMMISSIONER for the …

**SOCIAL SECURITY ADMINISTRATION**

**Sonny Purdue**, in his private capacity, and in his public capacity
as SECRETARY of the U.S. DEPT. OF AGRICULTURE;

**Devon Westhill**, in his private capacity, and in his public capacity as DEPUTY
of the OFFICE OF ASSISTANT SECRETARY FOR CIVIL RIGHTS for the …

**UNITED STATES DEPARTMENT OF AGRICULTURE**

**Roberto Contreras**, in his private and public capacities; DIRECTOR, CIVIL RIGHTS
DIVISION of the UNITED STATES DEPARTMENT OF AGRICULTURE;

**Betsy Devos**, in her private capacity, and in her public capacity as former SECRETARY for …

**UNITED STATES DEPARTMENT OF EDUCATION;**

**Steven Mnuchin**, in his private capacity, and his public capacity as former SECRETARY of …

**UNITED STATES DEPARTMENT OF TREASURY;**

**Eugene Scalia**, in his private capacity, and his public capacity as former SECRETARY for the

**UNITED STATES DEPARTMENT OF LABOR ("USDL");**


**STATE OF MICHIGAN**

**Gretchin Whitmer**, in her private and public capacities as MICHIGAN GOVERNOR;

**Rick Snyder**, in his private and public capacities as former MICHIGAN GOVERNOR;

**Jennifer Granholm**, in her private and public capacities as former MICHIGAN GOVERNOR;

**Dana Nessel**, in her private and public capacities as MICHIGAN ATTORNEY GENERAL;

**Bill Schuette**, in his private and public capacities as former MICHIGAN AG;

**Mike Cox**, in his private and public capacities as former MICHIGAN ASSISTANT AG;

**Richard Cunningham**, in his private and public capacities as former ASSISTANT AG;

**CHARTER COUNTY OF WAYNE**, a countywide crime syndicate, domestic terrorist
network operating as a continuing financial crimes enterprise;

**STATE BAR OF MICHIGAN;**

**Travis Reeds**, in his private capacity and public capacity as "*judge*" for the …

**52-1 DISTRICT COURT OF MICHIGAN**, operating as a continuing financial crimes
enterprise;

**ATTORNEY GRIEVANCE COMMISSION**
**Dominic Sylvestri,** in his private capacity, and in his public capacity as a MICHIGAN "*officer of the court*" for the "52-1 JUDICIAL DISTRICT" of the STATE OF MICHIGAN;
**Ava Ortner,** in her private capacity as the Criminally "*Accused*" and as an "*eviction*" attorney;
**AVA ORTNER,** in her public capacity as a MICHIGAN "*officer of the court*" and as LEGAL GUARDIAN for …
**Donald Thorpe, Jr.,** a disabled veteran and the Criminally "*Accused*";
**Kevin Skully,** in his capacities as "*ADMINISTRASTIVE LAW JUDGE*" for the…
**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES AND ENERGY**
**Sally Talberg,** Chairman of the…
**MICHIGAN PUBLIC SERVICE COMMISSION**
**Jerry Labut,** in his private capacity as former AMI PROJECT MANAGER for DTE ENERGY;
**Beverly Buritz,** in her private capacity as OPERATIONS SUPERVISOR for DTE ENERGY;
**DTE ENERGY**

**Bill Gatt,** in his private capacity and his public capacity as MAYOR of the CITY OF NOVI;
**NOVI CITY COUNCIL,** all members in their public capacities of the…
**CITY OF NOVI**
**Paul Gobeille,** in his private capacity, and in his CORPORATE capacity as SENIOR VICE-PRESIDENT for COLLIERS INTERNATIONAL;
**Michael Yamada,** in his private capacity, and in his CORPORATE capacity as PRINCIPAL for COLLIERS INTERNATIONAL;
**COLLIERS INTERNATIONAL;**

**Everett Stern,** in his private and CORPORATE capacities as "Intelligence Director" at …
**TACTICAL RABBIT,** a private CORPORATION;
**Tom Masseau,** in his private capacity, and in his CORPORATE capacity as former Director of MICHIGAN PROTECTION AND ADVOCACY SERVICE ("MPAS" now "DISABILITY RIGHTS MICHIGAN") and PRESIDENT for …
**NATIONAL DISABILITY RIGHTS NETWORK**
**Robin Jones,** in her private capacity, and in her CORPORATE capacity as DIRECTOR, and
**Peter Berg,** in his private capacity, and in his CORPORATE capacity as TECHNICAL AND PROJECT COORDINATOR for the …
**GREAT LAKES ADA CENTER** at the INSTITUTE ON DISABILITY AND HUMAN DEVELOPMENT at the UNIVERSITY OF ILLINOIS …
**UNIVERSITY OF ILLINOIS**
**Susan Fitzmaurice,** in her private capacity, and in her CORPORATE capacity as CO-FOUNDER of MICHIGAN ADA 30th ANNIVERSARY CELEBRATION and, CO-FOUNDER of IDEAAS-SUSAN FITZMAURICE and TEDDY'S Ts AND BUTTONS along with …
**Lora Frankel,** in her private capacity, and in her CORPORATE capacity as CO-FOUNDER of MICHIGAN ADA 30th ANNIVERSARY CELEBRATION and VSA MICHIGAN, along with …
**Christopher Fitzmaurice,** in his CORPORATE as PRINCIPAL of IDEAAS-SUSAN FITZMAURICE and TEDDY'S Ts AND BUTTONS

**TRANS UNION, LLC.,** a credit reporting CORPORATION;
**EQUIFAX INFORMATION SERVICES, LLC.,** a credit reporting CORPORATION;

**EXPERIAN INFORMATION SOLUTIONS, INC.,** a credit reporting CORPORATION;
**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY ("PHEAA"),** a
    quasi-governmental student originator, servicer, and debt collector operating as the
    CORPORATE FICTION of *"FEDLOAN SERVICING"*;
**NELNET, INC.,** a student loan servicing CORPORATION;
**EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC"),** a student loan
    guarantor CORPORATION;

**Richard Fairbank,** in his private and his CORPORATE capacity as FOUNDER / CHAIRMAN
    / PRESIDENT / CEO of CAPITAL ONE FINANCIAL CORPORATION;
**CAPITAL ONE FINANCIAL CORPORATION,** an INACTIVE credit card, credit extension
    and debt collection CORPORATION otherwise doing business fraudulently and in the
    STATE OF MICHIGAN in discriminatory and predatory fashion in 2020 and 2021;

**JANE AND JOHN DOES 1-30** (as may be named in subsequent *"amended"* filings)

    *Counterclaimants / Defendants / Accused Criminal Perpetrators / Respondents / Trustees*
                                           *("CO-TRUSTEES")*

---

**BENEFICIARY** David Schied, **an alleged victim of an attempted murder** (just recently in 2018) **and criminal coverup by agents of the CO=TRUSTEES of the UNITED STATES, the STATE OF MICHIGAN, and DTE ENERGY, was horrendously transformed into a totally and permanently disabled quad-amputee. Thereafter** – just this year (2021) while living as a totally and permanently disabled man living peaceably and reasonably safely under self-quarantine by sworn, notarized DECLARATION in compliance with the longstanding 2020-2021 *"CDC ORDER OF EVICTION MORATORIUM"* – **BENEFICIARY was subsequently criminally *"evicted"* in the dead of Winter.** He thus was forced – during a NATIONAL PANDEMIC and without being provided required ADA *"accommodations"* or constitutional *"due process"* by STATE or UNITED STATES court officers – to flee the numerous *crime syndicates* and *domestic terrorists* operating under the false auspices of being *usurpers* and *insurrectionists* otherwise masquerading as the *"government"* of the STATE OF MICHIGAN.

    BENEFICIARY now is declaring himself as a *"state refugee"* living in safety with the sovereign People of the STATE OF SOUTH DAKOTA jurisdiction. Herein below

BENEFICIARY, as persistent "*CRIME VICTIM*," as repeated "*GRIEVANT*," and as long-lasting common law "*CLAIMANT*," now <u>STATES THE FOLLOWING</u>:

# TABLE OF CONTENTS

PAGE

JURISDICTION AND VENUE ……………………………...…………………………... vii

SUMMARY INTRODUCTION ……………………………………………….…………1

The CO-TRUSTEES are operating in an hierarchical manner with multiple tiers of
authoritative command that factually manifest as "*wheel*" and "*chain*" conspiracies;
which is effectively just the opposite of what is to be expected under Common Law
principles, and otherwise mandated by the U.S. CONSTITUTION and the STATE
and NATIONAL legislation that altogether require CO-TRUSTEES to comport with
that "*PUBLIC TRUST*" document (i.e., the U.S. CONSTITUTION) as the "*Supreme
Law of the Land*"……………………….. ……...................................................….…5

Overview of the Long History of Facts Behind This Instant Case – BENEFICIARY
David Schied has long been "*TARGETED INDIVIDUAL*"…………………………...……9

Overview of the *Theories* of this Instant Case…………………………………………...…..28

-   *Wheel* and *Chain* Conspiracy Theories……………………………………...…..28

-   Theory of "*three levels of circular association*" ......................................……30

PARTIES TO THIS LITIGATION (PRESENTED BY CATEGORIAL DESCRIPTIONS)......37

THE "*LOCAL CO-TRUSTEES*"…………………………………………….…..…..…37

THE "*STATE AND NATIONAL CO-TRUSTEES*"…………………………..…………....39

THE "*QUASI-GOVERNMENT CORPORATIONS*" AND "*NONGOVERNMENTAL
ORGANIZATIONS*" as CORPORATE *CO-TRUSTEES* LICENSED by both STATE
and NATIONAL *Governments*"……………………………..…………………………...…..53

STATEMENT OF FACTS …………………………………………………………..62

General Overview of the FIRST Most Relevant YEAR of FACTS and Available
Supporting EVIDENCE…………………………………………….…..…………63

General Overview of the SECOND Most Relevant YEAR of FACTS and Available
Supporting EVIDENCE…………………………….………………………...……71

-   CAPITAL ONE FINANCIAL CORPORATION…………………………….….73
-   LOCAL and STATE "*RICO*" CRIME SYNDICATES ISSUING THREATS
    OF VIOLENCE……………………………………………………………...…..76

MORE RECENT FACTUAL EVIDENCE OF "*RICO*" CRIMES, STATE
INSURRECTION, AND DOMESTIC TERRORISM AT THE "*SECONDARY*"
(ADMINISTRATIVE) STATE AND NATIONAL LEVEL OF TRUSTEES………….…..82

- With regard to dealing with the "*predicate*" level of criminal RICO acts committed by TRUSTEES Richard Fairbank and "*CAPITAL ONE*"..................82
- With regard to responsibly dealing with the "*predicate*" level of criminal RICO acts committed by TRUSTEES "*STATE OF MICHIGAN*".....................85
- BENEFICIARY has documented nearly two decades of "*pattern and practice*" of this STATE-NATIONAL "*government*" dynamic of affirmative acts of supported INSURRECTIONISM and DOMESTIC TERRORISM, the more recently documented "*issue at hand*" involves notice in June 2020 that MEDICARE would soon "*kick in*" and the SSA TRUSTEES would be starting in August (for September MEDICARE beginning) to be automatically subtracting "*monthly premiums*" for "*Part B*" coverage from BENEFICIARY David Schied's only means of financial sustenance by way of payments from TRUSTEES "*SOCIAL SECURITY ADMINISTRATION*"...........................................86
- The agents of the TRUSTEES STATE OF MICHIGAN were continually treating BENEFICIARY in discriminatory and retaliatory fashion by refusing to cooperatively send him a proper written "*application*" for such premium / deductible payment assistance for "*HELP PAYING COSTS*" for MEDICARE; while similarly refusing to assist BENEFICIARY as he repeatedly requested services and help as a disabled man in completing these required "*applications*" over the phone.....................................................................87
- Examples provided: spotlighting the names of these various TRUSTEES members, inclusive of their hierarchical subclasses of various bureaucratic "*departments*", "*bureaus*", "*divisions*", "*sections*", "*units*", "*agencies*", and "*offices*" at both STATE and NATIONAL levels that were informed about the ALLEGATIONS against TRUSTEES of "*STATE OF MICHIGAN*"..................88
- These *secondary* level (i.e., NATIONAL level) FIDUCIARIES addressed by this 222-page correspondence as referenced are named....................................90
- In effort to simplify things even further for the addressees at the NATIONAL level of APPELLATE review, BENEFICIARY added a "*cover sheet*" to the 222-page correspondence which contained a *TABLE OF CONTENTS* pointing out the key segments and page numbers where the TRUSTEES as "*addressees*" should focus their varied "*reviews*", particularly as those reviews look into the "*predicate*" level of criminal RICO acts committed by TRUSTEES "*STATE OF MICHIGAN*". This included a long history of BENEFICIARY David Schied having meticulously documented "*administrative appeals*", "*FOIA requests for documents*", "*CRIMINAL COMPLAINTS*", and gathering years of EVIDENCE against the TRUSTEES agents and officers usurping the sovereign power of the People at this STATE level.....................................................95
- On 10/22/20, BENEFICIARY David Schied addressed updated communications to TRUSTEES named herein as the USDOE, ECMC, NELNET, U.S. TREASURY, SOCIAL SECURITY ADMINISTRATION, PHEAA, and the THREE CREDIT BUREAUS as shown below; written again in opposition to the FALSE CLAIMS being made by these TRUSTEES against BENEFICIARY David Schied.....................................................................97
- The named TRUSTEES continued to affirmatively ACQUIESCE (by "*TACIT AGREEMENT*") to the charges of the FEE SCHEDULE issued that previous year, as updated from the previous many years of private BILLING and DEBT COLLECTION ACTIONS under the COMMON LAW, because these fiduciary

TRUSTEES have a long and well-documented (by BENEFICIARY David Schied) history of RICO and DOMESTIC TERRORIST activities, not only DISCRIMINATINGLY targeting BENEFICIARY David Schied, but also many other *alleged* student loan debt holders, against whom similar RETALIATORY activities have long been occurring........................................................................100

- $541,862,521.39 in debt billing with a long track record of acquiescing by TRUSTEES USDOE, ECMC, NELNET, U.S. TREASURY, SOCIAL SECURITY ADMINISTRATION, PHEAA, and the THREE CREDIT BUREAUS by years of documented *tacit agreements*.....................................100
- The evidence of RICO crimes occurring by TRUSTEES U.S. DEPARTMENT OF AGRICULTURE principals and agents identified as TRUSTEES CIVIL RIGHTS DIVISION "*Director*" Roberto Contreras, and TRUSTEES Sonny Perdue, and Devon Westhill...........................................................................101
- The TRUSEES' "*DENIAL*" letter received 12/29/20 is blatantly fraudulent because **it uses procedural "*regulations*" to overshadow the SUBSTANTIVE facts** that the same TRUSTEES MDHHS "*case manager*" and "*case manager*" that BENEFICIARY has long been naming as the "*criminally accused*" – with EVIDENCE posted in the form of a 2016 documentary with a "*hidden camera*" showing the execution of their earlier CRIMES for which they STILL have not been held accountable – are still running roughshod over BENEFICIARY Schied's various needs at the STATE level as a recent totally and permanently disabled quad-amputee...........................................................104

FACTS AND EVIDENCE ON HOW THE MOST RECENT "*RICO*" CRIMES
GOT STARTED AND PLAYED OUT...........................................................106
- THE CO-TRUSTEES' CRIMINAL SCHEME OF FRAUD WAS DISCRIMINATORY...........................................................................108
- TRUSTEE Thorpe was simply MISREPRESENTING his and Ava Ortner's actual intent as a deceptive ploy by Ortner hiding in the shadows of her car parked outside, so to trick BENEFICIARY simply into sign a contract intending to support nothing of the FRAUD that TRUSTEE Thorpe was verbally outlining in the lies that were RECORDED to digital media that very day of 9/9/20..............111
- TRUSTEE Thorpe was being coaxed – by his crooked STATE BAR OF MICHIGAN attorney guardian – as a deceptive instrument for securing a *fraudulent* contract with BENEFICIARY under corrupted "*STATE*" jurisdiction in the control of her *peer group* of other *domestic terrorists* running a monopoly on the so-called *judiciary* usurping the power – even the title – of the so-called "*People of Michigan*"...........................................................................112
- ADDED FACTS EVIDENT OF "*INTENT TO DEFRAUD*" BY CO-TRUSTEES DONALD THORPE, JR. AND "*STATE BAR*" ATTORNEY AVA ORTNER......113
- Thorpe's persistent pressure for BENEFICIARY to sign the impromptu "New Lease" within the first two weeks of September 2020, while refusing to provide BENEFICIARY the requested "*reasonable accommodation*" otherwise required by the ADA for BENEFICIARY to fully consider the legal implications of his signing and/or seeking alternative legal counsel before signing CONSTITUTED *RETALIATION* and an ADA VIOLATION...........................113
- TRUSTEE Ava Ortner asserting that she had been the one "*in charge*" all along, and that she had "*had enough*" from BENEFICIARY, and she intended to abuse

her assumed "*position of power and authority*" by serving BENEFICIARY with an "*eviction*" notice the following day forcing BENEFICIARY to move out by 10/31/20 was yet ANOTHER ACT OF RETALIATION and ADA VIOLATION...114

- See the specific text screen shots of the dialogue that occurred on 9/17/20, which are to be compared and contrasted with BENEFICIARY's RECORDED phone conversations with both TRUSTEES, Thorpe and Ortner, on this very day of 9/17/20..............................................................................114

- Here is the transcript of Thorpe telephoning BENEFICIARY Schied with agitation in his voice. BENEFICIARY RECORDED the ten (10) minute phone conversation that took place, beginning at about 2:39pm..............................117

- TRUSTEES THORPE AND ORTNER PROCEEDED WITH THEIR RETALIATORY THREAT OF INSTANT EVICTION WITHOUT PROVIDING ANY REQUIRED ADA ACCOMMODATIONS EVEN AS BENEFICIARY'S INTEREST IN THE HOME AND THE EVICTION WAS MADE AN INSTRUMENTAL PART OF A COVERT COMMERCIAL "*LAND DEVELOPMENT DEAL*"................................................................120

- As nearly always, BENEFICIARY Schied had RECORDED the brief phone discussion between his chore services worker and TRUSTEE Ava Ortner, from the moment Ortner answered "*her husband's*" phone thinking it was BENEFICIARY on the line, intending to treat BENEFICIARY with extreme disdain, and continuing to do the same with this chore services worker on the evening of 9/17/20 at 8:00pm..............................................................125

- The details surrounding the LAND DEVELOPMENT DEAL and the INTENT TO DEFRAUD potential outside buyer(s), were provided by a *KEY WITNESS*, being BENEFICIARY's next door neighbor, former ARMY INTELLIGENCE OFFICER and American Veteran (who like Thorpe, is also a victim of the UNITED STATES "*government's*" misuse of "*Agent Orange*"). He and his wife have been inhabiting the house next door and taking care of that property as tenancy renters of their landlord, Thorpe's and Ortners' "*land deal*" business partner, "*Carl*"................................................................126

- THE CRIMINAL UNDERPINNINGS BEHIND DONALD THORP JR.'s AND AVA ORTNER's "*FRAUDULENT INTENT*" STEM FROM CERTAIN UNDERLYING FACTS HINGING UPON – AS THORPE HIMSELF HAS STATED "*ON THE AUDIO RECORDING*" OF 9/9/20 – "*WHETHER 'ED' MOVES OUT OR NOT*"................................................................127

- The purported "*land development deal*" purportedly included the intent to work discreetly with the CITY OF NOVI and a third party contractor, on trucking in enough fill dirt and heavy equipment to (illegally) fill in the "*wetlands*" and evenly grade the third property to the far West of BENEFICIARY's home location................................................................129

- The CO-TRUSTEES of NOVI CITY COUNCIL (including MAYOR Bill Gatt), and CITY OF NOVI have been deceptively engaged in separate "*scheme*" of *looking the other way* for many years while the *GREAT OAKS LANDSCAPE ASSOCIATES, INC.* has been engaged in "*landscaping*" activities that have been devaluing the property values along the South side of 12 Mile Road..............129

- The CO-TRUSTEES of the CITY OF NOVI have had long term interest in devaluing these properties on the south side of Twelve Mile Road, so to cause those property owners to find more incentive in selling those "*flooded out*" sections of land to the CITY OF NOVI for a proverbial "*song*". The underlying

reason is because of a futuristic plan of the TRUSTEES *"NOVI CITY COUNCIL"* and CITY OF NOVI to build a *"feeder"* road next to the 96 Freeway, which may have a design to connect to 12 Mile Road at West Park, so that West Park will extend all the way to the 96 Freeway and relieve some of the heavy traffic at Beck Road to the west and Novi Road to the east............................................131

- The *"tradeoff of services"* with the aforementioned CORPORATE surveyor includes the future plan for the TRUSTEES of CITY OF NOVI to similarly *"look the other way"* again while the new buyers follow through with tentative plans to purchase the *"third"* (problematic) property at bargain-basement price and get busy (most likely against COUNTY and STATE *"DEQ"* guidelines) filling in the *"wetland"* area with enough trucked in dirt to raise that third property surface level higher so that more COMMERCIAL buildings of three stories can be eventually built...........................................................................132

- In return, since the land development surveyor will need to live on the property anyway to study the situation and help with the needed land grading and commercial building planning, the TRUSTEES of CITY OF NOVI would make similar use of this same surveyor for planning assistance in the constructing of the *"feeder"* and *"connecting"* roads between West Park and the 96 Freeway, and the widening and reinforcing of 12 Mile Road itself while filling in the empty underground water caverns underneath Twelve Mile Road............................132

- The bottom line is that they have been acting concertedly to unethically and illegally *"set up"* BENEFICIARY for a FRAUDULENT, DEFAMATORY, and a RETALIATORY *"FALSE CLAIM"* of being an *"abuser"* against TRUSTEE Donald Thorpe – merely because BENEFICIARY would not readily succumb to their initial effort to COERCE him into signing another of their WORTHLESS contracts, otherwise crafted for *"transferability"* to new buyers, and with BENEFICIARY's signature indicating falsely that he was *"voluntarily"* agreeing to leave the premises within sixty (60) days in spite of the *"STATE"* and *"Federal"* protections against the abuse of the elderly and disabled, and in CRIMINAL spite of EVICTION MORATORIUMS ordering the American population to be *"self-quarantined"*.........................................................................135

- The LOCAL LEVEL TRUSTEES and STATE LEVEL TRUSTEES banded together to issue a FRAUDULENT *"HEARING NOTICE"* commanded BENEFICIARY as a totally and permanently disabled quad-amputee to *"appear"* – with less than two business days of prior notice – in the jurisdiction of what is, according to reliable information and belief, the domain a *"CONTINUING FINANCIAL CRIMES ENTERPRISE"* otherwise referred to as the TRUSTEES *"52-1 JUDICIAL DISTRICT COURT"* operated by STATE BAR OF MICHIGAN CRIME SYNDICATE AND DOMESTIC TERRORIST NETWORK members, of which TRUSTEES Ava Ortner and Dominic Sylvestri are card carrying and dues paying members...........................................136

- In panicked response under imminent *"DANGER TO HUMAN LIFE"*, BENEFICIARY David Schied drafted the following written *"NOTICE OF FRAUD"* dated 12/21/20, delivered by a THIRD-PARTY WITNESS by *"PROOF OF SERVICE"* and sign in receipt by the TRUSTEES Dominic Silvestri's *"reception"* agent..............................................................138

- It was not until 12/29/20 that BENEFICIARY David Schied received the TRUSTEES 52-1 *"Court"* SUMMONS – showing that although it was run through a postage register with a date of 12/3/20, which was the day BEFORE

the time stamp and six days before the purported date of the unknown "*clerk's*" initialing of the document on 12/9/20 on the it, AGAIN demonstrating the high level of FRAUDULENCE of this entire criminal operation – this fraudulent document was not actually mailed out until 12/18/20, which was the very same day that a copy of this fraudulent document was found taped to BENEFICIARY's front door, less than two business days before the purported ("*railroaded*") hearing..................................................................................................140

- At the very same time that BENEFICIARY David Schied received the above FRAUDULENT other "*SUMMONS*" sent by the TRUSTEE 52-1 DISTRICT COURT, the so-called "*JUDGMENT*" of that same TRUSTEE was also delivered to BENEFICIARY......................................................................................141

- While the above FRAUDULNT "*Judgment*" states that BENEFICIARY has "*10 Days*" in which to send an "*appeal*" filing and an "*appeal bond*" to the TRUSTEES 52-1 DISTRICT COURT's agents of this  CONTINUING FINANCIAL CRIMES ENTERPRISE, the actual number of days was reduced to five (5) days given the delay of the post office to deliver this to a "*totally and permanently disabled quad-amputee*" until 12/29/20...................................142

- Furthering BENEFICIARY David Schied's accumulating DAMAGES over these many months of just the last half these of the 2020 calendar year, as shown below (on the next page), is EVIDENCE of yet other FALSE CLAIMS being established as OFFICIAL MEDICAID INFORMATION by "JWoods/HOLLYWOODSJ", a joint agent of TRUSTEES MDHHS and STATE OF MICHIGAN that BENEFICIARY has long been naming as a CRIMINAL PERPETRATOR along with Benjamin Smith, her supervisor, since 2016..............142

- The first official "*decision of response*" from TRUSTEES "*CENTERS FOR MEDICARE AND MEDICAID SERVICES*" ("CMS"), the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("USDHHS), and the UNITED STATES was mailed out on 12/17/20 as a MEDICARE SUMMARY NOTICE. This document shows not only that all of the TRUSTEES have affirmatively refused to do anything about any of BENEFICIARY David Schied's CLAIMS regarding the above detailed "*causes*" for this instant action in this ARTICLE III COURT OF RECORD – i.e., refusing to enforce BENEFICIARY's Right to having his "*application*" for "*HELP PAYING COSTS*" for MEDICARE coverage – but also shows that these TRUSTEES' propensity for reinforcing the underlying "*RICO*" CRIMES of – forcing BENEFICIARY Schied to be unjustly paying for most all of the costs of medical treatment – which as occurring at precisely the same time that TRUSTEES were already made keenly aware that their TORTUOUS conduct and criminal GROSS NEGLIGENCE and MALFEASANCE would further deepen BENEFICIARY's continual inability to pay housing and food costs, as well as the added medical billing costs..............147

- To push the recent obtained EVIDENCE against the TRUSTEES STATE OF MICHIGAN even further, is the correspondence that was received by BENEFICIARY David Schied on or about 12/24/20, the day before Christmas 2020. This was a letter dated 11/5/20 but sent by the ATTORNEY GRIEVANCE COMMISSION to an address – a post office box – that BENEFICIARY Schied has not used since just before the ATTEMPTED MURDER in March 2018. This post office box had been referenced NOWHERE on the "*DECLARATION*" being referenced by the AGC "*ANSWER OF DENIAL*" as BENEFICIARY's "*complaint*" against Ava Ortner. As such, this correspondence is even more proof

that the TRUSTEES STATE OF MICHIGAN and its agents of the ATTOENEY GRIEVANCE COMMSSION – being an arm of the ultra-corrupt MICHIGAN SUPREME COURT – were basing their DISMISSAL of this "*complaint*" about TRUSTEE Ortner on "*backward looking*" previous cases of earlier COMPLAINTS rather than on the unique FACTS being presented by BENEFICIARY in October 2020...............................................................153

- See the testimonial of John Zupanc, another sovereign American who has recognized that the TRUSTEES' agents – AGC of the MICHIGAN SUPREME COURT of the STATE OF MICHIGAN – are INSURRECTIONISTS and DOMESTIC TERORISTS...............................................................157

COUNTS AND ARGUMENTS SUPPORTING THE BASIS OF THIS "*ORIGINAL COMPLAINT*"..........................................................................164

COUNT ONE - COMMON LAW and HUMAN RIGHTS TORTS
        (Alleged Against All Named TRUSTEES)...................................164

COUNT TWO – VIOLATION OF THE FEDERAL TORT CLAIMS ACT (FTCA)
        and the JUDICIAL CONDUCT DISABILITY ACT (JCDA) ............169

COUNT THREE – CONSTITUTIONAL TORTS
        (Alleged Against All Named TRUSTEES)...................................171

COUNT FOUR – FIRST AMENDMENT VIOLATIONS
        (Alleged Against All Named TRUSTEES)................. .............178

COUNT FIVE – FOURTEENTH AMENDMENT and AMERICANS WITH
        DISABILITIES ACT VIOLATIONS (Alleged Against All Named
        TRUSTEES)...................................................................179

COUNT SIX – (CONSPIRACY TO) DEPRIVATION OF RIGHTS UNDER
        COLOR OF LAW 18 USC §§ 241-242 and 42 USC § 1983
        (Alleged Against All Named TRUSTEES).........................................180

COUNT SEVEN – RACKETEERING AND CORRUPTION ("*RICO*" VIOLATIONS)
        (Alleged Against All Named TRUSTEES)......................................181

BENEFICIARY David Schied has levied herein a case chock full of ALLEGATIONS and EVIDENCE of a "*Pattern and Practice*" of unconstitutional DISCRIMINATION and RETALIATION against sovereign American People, of which BENEFICIARY Schied is herein acting on the behalf of himself (and others similarly situated), with CLAIMS IN COMMERCE against the SURETIES of all TRUSTEES, by way of the PUBLIC TRUST(s) guarantees of TRUSTEES' "*Oaths of Offices*" as fiduciary Public "*Officials*", "*Agents*", and "*Functionaries*".......................................................194

COUNT EIGHT – CONTEMPT OF CONGRESS / CDC ORDER ON EVICTION
        MORATORIUMS (Alleged Against All Named TRUSTEES).........200

COUNT NINE– "*FORCED SERVITUDE*" – VIOLATION OF THE THIRTEENTH
    AMENDMENT (Alleged Against All Named TRUSTEES).............204

COUNT TEN – VIOLATIONS OF THE FAIR DEBT COLLECTION
    PRACTICES ACT (Alleged Against All Named TRUSTEES)..........208

COUNT ELEVEN – MALICIOUS PROSECUTION AND ABUSE OF PROCESS
    (Alleged Against All Named TRUSTEES).......…........…......209

COUNT TWELVE – SEDITION, TREASON, INSURRECTION, and DOMESTIC
    TERRORISM (Alleged Against All Named TRUSTEES).............216

COUNT THIRTEEN – FEDERAL WHISTLEBLOWER ("*QUI TAM*") ACTIONS
    UNDER THE FALSE CLAIMS ACT and the
    PRIVATE ATTORNEY GENERAL DOCTRINE
    (Alleged Against All Named TRUSTEES)................…......224

ADDENDUM OF CONDITIONS FOR RELEASE OF DONALD THORPE, JR FROM
THIS CASE AS A NAMED "*TRUSTEE*" ..........................................248

DEMAND FOR JURY TRIAL AND REMEDIES FOR BENEFICIARY's CLAIMS FOR
RELIEF AS BASED UPON YEARS OF COMMON LAW LEDGERING .....................249

AFFIDAVIT OF BENEFICIARY / RELATOR David Schied in STATEMENT OF TRUTH
Submitted Herein Under "*Penalty of Perjury*"......................................261

## JURISDICTION AND VENUE

    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 2201
and may exercise supplemental jurisdiction under 28 U.S.C. § 1367.

    Federal courts generally have exclusive jurisdiction in cases such as this one involving the
a) violations of the U.S. Constitution; b) violations of federal laws; c) suits against the federal
government; and, d) disputes between parties from different States. Herein, the amount in federal
question and controversy for this case far exceeds $75,000.

    This Court also has jurisdiction under the CARES ACT (and all expansive or extended
replacement legislation), the "*AGENCY ORDER*" dated 9/4/20 from the CENTER FOR DISEASE
CONTROL calling for "*Temporary Halt in Residential Evictions To Prevent the Further Spread
of COVID–19,*" the "*CONSOLIDATED APPROPRIATIATIONS ACT, 2021,*" and Criminal

Penalties under 18 U.S.C. §§ 3559 and 3571, as well as 42 U.S.C. §271, 42 C.F.R. § 70.18, and the Whistleblower Protection Act of 1989, 5 U.S.C. 2302(b)(8)-(9), Pub.L. 101-12 as amended.

Further, under 28 U.S.C. § 1355, "*district courts shall have original jurisdiction, exclusive of the courts of the States, of any action or proceeding for the recovery or enforcement of any fine, penalty, or forfeiture . . . incurred under any Act of Congress.*" (emphasis added). The FALSE CLAIMS ACT (31 U.S.C. §§ 3729 – 3733), of course, provides for the imposition of "*a civil penalty.*" *See* 31 U.S.C. § 3729(a)(1). And the FEDERAL CIVIL PENALTIES INFLATION ADJUSTMENT ACT pursuant to which FCA penalties are calculated makes clear that it applies to "*civil action[s] in the Federal courts.*" 28 U.S.C. § 2461 note. In addition, the FCA's procedural provisions (such as nationwide service of process) all speak to what happens in federal court.

Subject matter jurisdiction for this Court is appropriate under 28 U.S.C. § 1346 because the UNITED STATES is named as a "*Counterclaimants / Defendants / Accused Criminal Perpetrators / Respondents / TRUSTEE*".

Jurisdiction for "*Removal of Civil Actions*" is incumbent upon this Court under 28 U.S.C. §§ 1441 (a), (b), and (c). Injunctive Relief (both temporary and permanent) is provided against allegations of Discrimination and Retaliation under 42 U.S.C. § 12188 (Enforcement), and 42 U.S.C. § 2000a-3 by claims of violations under the Americans With Disabilities Act ("ADA"), including the "*Duty to Investigate*" and "*Enforcement*" by the U.S. Attorney General.

Venue is proper pursuant to 28 U.S.C. § 1391.

This Court has personal jurisdiction over each of the named "*Counterclaimants / Defendants / Accused Criminal Perpetrators / Respondents / Trustees*", as each purposefully availed himself, herself, or itself of the privilege of exploiting forum-based business opportunities and/or official discretion, and the exercise of personal jurisdiction is consistent with the U.S. Constitution. This Court also has personal jurisdiction over all "*Counterclaimants / Defendants / Accused Criminal Perpetrators / Respondents / Trustees*" under 18 U.S.C. §§1962 and 1964.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## SUMMARY INTRODUCTION

1. RECENT QUAD-AMPUTEE / CRIME VICTIM / GRIEVANT / CLAIMANT / BENEFICIARY / hereinafter *"BENEFICIARY*," is recognized by the CONSTITUTION OF THE UNITED STATES as one of the sovereign *People* who have *Created* and *Ordained* both STATE and UNITED STATES governments. Herein, *BENEFICIARY* files COMMON LAW CLAIMS FOR DAMAGES and an ORIGINAL COMPLAINT against COUNTERCLAIMANTS / DEFENDANTS / ACCUSED CRIMINAL PERPETRATORS / RESPONDENTS / TRUSTEES, hereafter *"TRUSTEES"* and *"CO-TRUSTEES"*, and alleges as follows:

2. **The CO-TRUSTEES, acting individually and collectively, have a long history of committing civil and criminal violations against the COMMON LAW, the CONSTITUTIONAL LAW, and the CIVIL RIGHTS LAWS.** Many are operating as government *"usurpers"*, quasi-government *"NGOs"*, and taxpayer funded NONPROFITS for the purpose of using government funding in commerce for personal, political, and private economic gain using *"color of law"* and *"weaponized"* procedural due process to deprive varied populations of sovereign People of their various Rights otherwise guaranteed to these populations of People under these three above-referenced primary divisions of American Law, as well as other forms of *"civil"* law. (Bold and underline emphasis added)

3. **BENEFICIARY** is a *"totally and permanently disabled"* native-born American man, **recently rendered incapacitated by a reported bioterrorist attack (2018) and living now as a *"quad-amputee"* entitled by Right to services from STATE and NATIONAL government DEPARTMENTS, BUREAUS, DIVISIONS, SECTIONS, UNITS, AGENCIES, and OFFICES.** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

4. Conversely, the **CO-TRUSTEES** are franchised CORPORATIONS, including government corporations doing business in *commerce*, that are in business *"for profit"* or *"nonprofit"*. This case spotlights some CO-TRUSTEES that are publicly marketing themselves to American disabled persons for various types of assistance and accepting tax-deductions at the American taxpayer's expense for such advertised business purpose. As such, these corporate entities are obligated to treat all disabled People fairly and equally, without bias or discriminatory prejudice.

5. These CO-TRUSTEES are likewise obligated to uphold the *"equal rights"* of the disabled to Constitutionally guaranteed Life, Liberty, Property, and the Pursuit of Happiness; and to support FOURTEENTH AMENDMENT guarantees under Civil Rights laws – including the Right for disabled People to *"accommodations"* and to *"equal access"*. **They are *supposed* to be compelled by both STATE and NATIONAL laws and public policies to support the American disabled People living <u>as independently as possible</u> in the *"Least Restrictive Environment"*, with American disabled also receiving *"equal treatment"* according to American Laws and applicable International Human Rights Laws.** (Bold and under lined emphasis added)

6. **The TRUSTEES**, being also FRANCHISED *"government"* corporations and quasi-government corporations, private businesses for profit and corporate nonprofits, **are a multi-tiered hierarchy of interconnected corporate *"persons"* inheriting certain *offices* and carrying certain *titles* that purportedly are to coincide with corporate and government *mission statements* and *functionary* positions of service to the sovereign American People, subject to the *"terms and conditions"* of the individual *franchise agreements* set up under the PUBLIC TRUST, being the U.S. CONSTITUTION as the *"Supreme Law of the Land"*.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

7. These CO-TRUSTEES may try to argue that <u>they</u> are the "*sovereigns*" however; by claiming that <u>they</u> are independent of one another and at least equal to – if not superior to – the sovereign American People in the "*eyes of the law*". This argument is flawed however, because CORPORATE "*persons*" and their "*agents*" are <u>*subject to*</u> their own corporate charters, their BOARD or DEPARTMENTAL policies, rules, regulations, and procedures. This is not the case for the sovereign People who – as the 9TH and 10TH AMENDMENTS memorialize – inherit their rights from God Almighty, not from "*government*". The sovereign American People – as the Creators and the Ordainers of governments – retain all Rights that <u>*We, The People*</u> do not delegate to the STATE, or to the UNITED STATES, as "<u>*TRUSTEES*</u>". In short, whether disabled or not, **every one of the sovereign People of The United States of America are to be considered a "<u>*Master*</u>" and "*Beneficiary*"; and all other legal entities formed as "*persons*"** and <u>serving ***under*** the government umbrella</u> as franchises and corporate functionaries, **are the "<u>*Servants*</u>" as "*Co-Trustees*" in service to the sovereign People.** (Bold and underlined emphasis added)

8. Hence, the integrity of governments and their franchised CORPORATIONS, especially those engaging in commerce – with respect to their mere existence and services to the sovereign People (a.k.a. "*the public*" manifesting in diverse categories of "*populations*") **as subscribed by solemn Oaths and sacred Duties** – must be bonded, insured, or otherwise financially guaranteed to provide sovereign Americans tangible "*surety*"; as such individual Oaths and Duties of public office are subject to civil and criminal "*penalties of perjury*" no different than receivers of public assistance are regularly compelled to subscribe to "*penalties of perjury*" when filling out government forms that effectively places sovereign Americans into "*boxes*" (for their legal signature to be placed) in order to receive "*privileges and benefits*" otherwise owed to them by law.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

9.  In recent decades with the local voting district gerrymandering, the dumbing down of American youths in the government sponsored "*public*" schools, and the watering down Americans' tradition, language, and knowledge of history through persistent and permissive illegal immigration – NOT "*white supremacy*" – the American populace, including those dumbed down and new to America who have risen to positions of government power, has all but forgotten that those in positions of power who have sworn Oaths to the STATE and the UNITED STATES constitutions, and who have pledged "*faithful performance*" to their sacred Duties to the sovereign *People of the United States of America* can be both civilly and criminally prosecuted in the same way as any other "*fiduciary*" under contract law and TRUST LAW.

10. In other words, governments daily issue contracts for the sovereign People to "*sign*", so to "*box*" them into a never-ending multitude of FORMS calling for voluntarily assurances that they are acting with honesty and integrity "*under penalty of perjury*." Yet, those very same "*public servants*" – or "*CO-TRUSTEES*" – too often lose track of the FACT that governments, themselves, are *born* from a "*box*," being the four corners of the written STATE and UNITED STATES constitutions.

11. Moreover, because *We, The People* are not persistently and daily having these public servants "*sign*" or verbally "*swear*" their Oaths each day "*under penalty of perjury*" that the Dutiful acts they perform each day *will be*, are *being*, or *were* constitutionally aligned and carried out honestly and with integrity, **CO-TRUSTEES, as fiduciaries to PUBLIC TRUST, are held to the same daily account** by the FACT that they are compelled every two, four, or six years (for *elected* public servants) and upon hiring to job duties (for *appointed* publics servants) to swear and deliver their written OATHS to the sovereign People – **under the very same** *"penalty of [criminal] perjury"*.

4

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

12. Depending upon the degree those fiduciary oaths and duties may be severely violated, and who finds out and undertakes doing something about it on behalf of the sovereign People, these individuals and groups of *"CO-TRUSTEES"* could be facing other criminal penalties as well, such as *Sedition, Treason, Insurrection,* and *Domestic Terrorism.* It all boils down to the degree of severity of the violations, the repercussive impact these CRIMES have upon the American populations, and the degree to which violations account for the ultimate undermining and destruction of the U.S. CONSTITUTION as the *Supreme Law of the Land.*

13. This case – being prosecuted by BENEFICIARY David Schied as "*RELATOR*" to the sovereign American People – aims to crystalize the definitions of each of these aforementioned crimes within the context of the provable FACTS and EVIDENCE about CO-TRUSTEES' "*affirmative*" acts,- both individually and collectively – including the failures to act, and/or acts committed with preventable "*errors and omissions*", and/or acts intended to overthrow the CONSTITUTIONAL REPUBLIC upon which this nation of the United States of America was founded, whether by perceived "*dead white [supremacist] males*" or not.

**The CO-TRUSTEES are operating in an hierarchical manner with multiple tiers of authoritative command that factually manifest as "*wheel*" and "*chain*" conspiracies; which is effectively just the opposite of what is to be expected under Common Law principles, and otherwise mandated by the U.S. CONSTITUTION and the STATE and NATIONAL legislation that altogether require CO-TRUSTEES to comport with that "*PUBLIC TRUST*" document (i.e., the U.S. CONSTITUTION) as the "*Supreme Law of the Land*"**

14. The most simplified description of the hierarchical structure of these multiple tiers of authoritative command points to the standard RICO ("*Racketeering and Corruption*") model of operation in which both *predicate* and *secondary* level crimes are occurring successively, one *covering up* or "*whitewashing*" over the crimes of the other. **The appearance of this structure can be in *administrative* or *procedural* form** and is popularly characterized as "*form over substance*", being also "*procedure over substance*" in violation of the <u>RULES</u>

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

ENABLING ACT OF 1934 and other similar legislation as applied to all THREE BRANCHES of STATE and FEDERAL (i.e., "*NATIONAL*") **governments otherwise designed to assure that Constitutional *Due Process* owed to the sovereign People is never to be undermined.** (Bold and underlined emphasis added)

15. With the advent of private-public, quasi-government, and nongovernmental organizations extending into the broad spectrum of national and international commerce, and other contracts tying STATE and NATIONAL *governmental* entities together unconstitutionally in Commerce, in credit and debt instruments, in fiat currency, and in other ways that undermine STATE sovereignty through illicit and controlling edicts and contracts, **these CORPORATE hierarchies *masquerade* as free and open market "*beneficiaries*" operating in the complex democratic environment of *laisse faire* capitalism. This is a flawed misrepresentation of the actual hierarchical operation of these CO-TRUSTEES, however.** (Bold emphasis)

16. Whether operating at the STATE, the NATIONAL, and/or at the INTERNATIONAL levels, these corporate, administrative hierarchies can follow a more simplified and easily-recognizable *pattern and practice*, with both private and public entities engaged in multi-tiered familiar forms of "*predicate*" and "*secondary*" levels of RICO activities:

a) The structurally tiered design of the TRUSTEES then, starts with a base level of ADMINISTRATIVE STATE, some refer to as the "*Fourth Branch*" of government; which is *supposed* to be operating according to Constitutional principles and lawful *policies and practices*, *rules and procedures*, etc. This is the base level at which the "*predicate crimes*" are occurring.

b) The next higher level in the hierarchy is the ADMINISTRATIVE REVIEW or "*Appellate*" level of the *multi-tiered* operational design of these CO-TRUSTEES. In *private* and *public* corporations alike, these reviews are *supposed* to be conducted through various "*Boards*"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

and "*Committees*" or "*administrative judges*" and "*special masters*" who are *supposed* to be operating according to written constitutions, mission statements, policies, practices, rules, and procedures, etc. aligned with and dictated by the PUBLIC TRUST. This is where the "*secondary [RICO] crimes*" are occurring.

c) The highest level of the hierarchy is supposed to be adjudicated by the sovereign People themselves as the true "*beneficiaries*"; however, that level of "*final review*" is being undermined and circumvented in ALL THREE BRANCHES of legitimate government by way of "*flawed summary review*" and "*abuses of discretion*" within the circularly rechanneled administrative hierarchical structure of the administrative FOURTH BRANCH (i.e., the "*Administrative State*"). **In other words, the sovereign People have lost – and perpetually continue to lose – their rightful positions as final arbitrators and adjudicators of civil and criminal claims. These losses occur through the "*circular review*" process of this ADMINISTRATIVE STATE acting unconstitutionally as some sort of "*Fourth Branch*" of government that is working for itself and NOT working for the sovereign American People.** It is at this "*third*" level of criminal activity that "*STATE INSURRECTION*" and "*DOMESTIC TERRORISM*" is occurring by way of COERCION of both "*government*" operations and their intended "*constitutional*" support systems for the varied "*populations*" of our American society.

17. **Essentially, without "*lawful*" and "*Constitutional*" government supports being effectively in place and operational with proper "*checks and balances*" in the Separation of Powers of the THREE BRANCHES of constitutional governance, the sovereign People are forced into THIRTEENTH AMENDMENT "*slavery*" to the "*Fourth [Administrative] Branch*" of the unconstitutional "*DEEP STATE*". In other words, the roles of the**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*"beneficiaries"* and the *"trustees"* are twisted and reversed. (Bold and underlined emphasis added)

18. *"Slavery"* in America – indeed worldwide – violates the Common Law(s), Human Rights Laws, and the Law(s) of Nations; therefore, the *pattern and practice* that is being described herein is a constitutional issue. Further, *"domestic terrorism"* is a matter of National Security calling forth the OATHS and DUTIES of the highest officers of every NATIONAL government *"department"*, *"bureau"*, *"division"*, *"section"*, *"unit"*, *"agency"*, and *"office"*. Hence, having been duly notified about the *predicate* and *secondary* levels of RICO crimes via sworn and notarized COMMON LAW AFFIDAVITS and CRIMINAL COMPLAINTS, and still acting *"affirmatively"* and *"criminally"* with a third level of administrative gross negligence, misfeasance, and malfeasance, the *"persons"* involved as high-ranking *"officers"* of the *"ADMINISTRATIVE STATE"* (*"Fourth Branch"*) have been named in this instant case in their *private* as well as their *public* capacities, relative to the CO-TRUSTEES with which they are factually associated and positioned to be dysfunctionally operating.

19. With regard to the people named in this case as *"TRUSTEES"* being involved and operating these *"CO-TRUSTEE"* relationships in both their private and public capacities – and thus, being civilly sued in both capacities – this instant *cause of action* includes both BENEFICIARY's *DEMAND FOR ACCESS* to the sovereign People of the FEDERAL SPECIAL GRAND JURY, and a PETIT JURY DEMAND. These *"demands"* are to be seen as a compelling force by BENEFICIARY David Schied, as one of the sovereign People, to halt the unconstitutional *"self-perpetuating"* and *"circular"* activity of the overriding *"ADMINISTRATIVE STATE"*, so to cause a *cease and desist* in this masquerading and the criminal coverup of what amounts to DOMESTIC TERRORISM.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

20. **Beneficiary's goal then as a totally and permanently disabled quad-amputee – given the inevitable threat of the *ADMINISTRATIVE STATE* risking <u>certain violent resistance</u> from the population of sovereign People at large who are ready, willing, and able to take back their "*highest level of the hierarchy*" with a force far greater than that systematic *COERCION* being exerted by the ADMINISTRATIVE ("*Fourth Branch*") STATE – is to use practical reason, the still available U.S. CONSTITUTION, and the traditional systems of American (Common, Constitutional and Civil Rights) Laws instead.** (Bold emphasis added)

21. **NOTE that by exercising his FIRST AMENDMENT guarantees of *<u>Freedom to Assemble</u>*, of *<u>Freedom of Speech</u>*, of *<u>Freedom of the Press</u>*, and of *<u>Freedom to (Innumerable) Redresses of Grievances</u>*", BENEFICIARY David Schied is not acting as an insurrectionist himself; but rather, is acting to shine a light upon the CO-TRUSTEES as themselves being the "*insurrectionists*", the "*domestic terrorists*", and the "*national security threats*" to all other red-blooded, patriotic Americans.** (Bold and underlined emphasis added)

<u>**Overview of the Long History of Facts Behind This Instant Case –**</u>
<u>**BENEFICIARY David Schied has long been "*TARGETED INDIVIDUAL*"**</u>

22. One of the most important things to recognize from this instant "*<u>ORIGINAL COMPLAINT</u>…*" is that – as matters of FACTS – there exists a plethora of EVIDENCE and ARGUMENTS to show that, BENEFICIARY David Schied has managed somehow to thus far *survive* nearly two decades of formal legal battles and documentary storytelling against certain spotlighted government *usurpers*, corrupt *racketeers*, seditious and treasonous *insurrectionists* and *domestic terrorists*.

23. **<u>Further</u>** – for the simple reason that he has *survived* this long in a CANCEL CULTURE environment aimed particularly against "*white*" males, and because he has fought back against

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

those residing in the region of the United States known as the *"EASTERN DISTRICT OF MICHIGAN (SOUTHERN DIVISION)"* and beyond, who are politically empowered and have long been exercising CRITICAL RACE THEORY ("CRT") and unconstitutional strategies for illicitly forcing the social attainment of what the new U.S. PRESIDENT Biden now promises to be instituting nationally as *"RACIAL EQUITY"* – **BENEFICIARY David Schied has become a *"targeted individual"* for an alleged ATTEMPTED MURDER; and thereafter deprived of his Rights as a Disabled American, and eventually criminally *"evicted"* from the only home he has known and paid for diligently this past nearly nine (9) years… to be thrown out by life and death threat of gunpoint, in the dead of blizzardly weather, during a national *CORONAVIRUS* pandemic, and during an *"eviction moratorium"* long-established – but unenforced relative to protecting BENEFICIARY David Schied anyway – by the CO-TRUSTEES of the TRUMP ADMINISTRATION, the USDHHS, the CDC, and ultimately, by the UNITED STATES CONGRESS.** (Bold and underlined emphasis added)

24. An appropriate metaphor for this instant case might be encapsulated by comparison to the recently produced and released, internationally popular documentary of *"White Boy;"* about an atypical fourteen (14) year old male child in the CITY OF DETROIT **who became surrounded and exploited by agents of LOCAL, COUNTY, STATE, and NATIONAL *law enforcement* agencies for both purposes of underlining crimes of *Sedition, Treason, Insurrection*, and *Domestic Terrorism*; and, only later, then investigating and prosecuting those RICO crimes in terms underlying social, political, and financial factors.**

25. While terminology such as *"cancel culture"* and *"racial equity"* have only just recently risen to national attention in America, most particularly after the controversies of the 2020 ELECTIONS, the **"TRUSTEES" CHARTER COUNTY OF WAYNE** – host to the CITY

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

OF DETROIT and the "*Federal District*" of EASTERN DISTRICT OF MICHIGAN as home to the *CO-TRUSTEES* **OFFICE OF THE U.S. ATTORNEY** and the **UNITED STATES DISTRICT COURT** – has for more than a few decades been *Ground Zero* for organized crime as fostered by corrupt government officials discriminating against such people as the former government sponsored "*white boy*" child drug pusher (Richard Wershe, Jr.) and a former public special education schoolteacher "*white man*" BENEFICIARY David Schied, who twenty (20) years ago had just become an unwary new inhabitant of the EASTERN DISTRICT OF MICHIGAN.

26. The "*White Boy*" documentary focuses on **the institutionalization of such a "*top-down*" criminal protection racket of exaggerated proportion that it "*shocks the conscience*"; as the FBI and USDOJ reportedly resorted to** exploiting the *patent genius* of Richard Wershe, Sr. as a purported illegal "*gun-runner*," while also **unconstitutionally exploiting** Wershe's adolescent child, **"*White Boy Rick*"** (Richard Wershe, Jr.) – referenced wrongly in the mid-to-late 1980s by corrupted media propaganda as a "*drug kingpin*" – **all with self-awarded legal impunity.**

27. The setting for all of these crimes referenced above (relative to the documentary movie "*White Boy*") was just over three decades ago when an "*Operation Greylord-style*" cleanup was attempting to take place by the TRUSTEES "*FBI / USDOJ*" and the U.S. ATTORNEY FOR THE EDM were attempting to *thin out* those connected with the most notorious of those running the alleged RICO operations institutionally fostered by former DETROIT MAYOR Colman Young and former Detroit homicide cop and President of the DETROIT CITY COUNCIL, Gil Hill, and their respective domestic terrorist networks … starting from the bottom and moving up. **Notably, those at the top were never caught, prosecuted, or held accountable. In fact, the building that houses the county courthouse is still named today**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

in the honor of Coleman Young, the real criminal "*kingpin*". (Bold and underlined emphasis added)

28. Importantly, the *White Boy* documentary reasoned that despite that laws sentencing children to life in prison – particularly on nonviolent drug-related offenses – had been repealed, the only rational explanation for *White Boy Rick* (i.e., Richard Wershe, Jr.) being denied even a parole hearing for over five (5) times that "*standard of review*" for other criminal offenders, is because affiliates of those of African-American decent who were *turned in* and *taken down* by this Anglo-American child-exploited "*snitch*" for the *CO-TRUSTEES* of the FBI and the USDOJ were still in many positions of government power and influence throughout the CITY OF DETROIT as the political and financial center for the thoroughly infiltrated surrounding of the *TRUSTEE* CHARTER COUNTY OF WAYNE.

29. Herein lies the backdrop to what has been popularly referred to in the STATE OF MICHIGAN as the "*pipeline to Lansing*" relative to the political promotions of government *actors* who know how to "*go along to get along*;" which basically, was also the theme of former MICHIGAN SUPREME COURT former "*Chief Justice*" Elizabeth ("*Betty*") Weaver, another *whistleblower*, in her book "*Judicial Deceit: Tyranny and Secrecy at the Michigan Supreme Court*," about top-to-bottom STATE court corruption channeled through WAYNE COUNTY, as on a "*conveyer belt*" to the state capital of the CITY OF LANSING. (*See below* as a snapshot of her title page autographed personally to BENEFICIARY in 2014.)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



*Judicial*
**Deceit**
**Tyranny & Unnecessary Secrecy at the Michigan Supreme Court**

*Chief Justice Elizabeth A. Weaver (retired)*
*David B. Schock, Ph.D.*

30. The above presents the underlying context of this instant case, by concise overview of the socio-political environment of southeastern MICHIGAN from the 1980s to the present; and how its extremist level of *"mafia-style"* corruption was allowed to thrive by way of the great number of subversives in *"law enforcement"* and the *"courts"* operating in the EASTERN DISTRICT OF MICHIGAN who were privately profiting from the destruction of the sovereign People of Michigan, their property, and their government *"by, of, and for"* the sovereign People of the STATE and the UNITED STATES.

31. **Importantly to recognize is the fact that such <u>sedition</u> and <u>treason</u> also leached it way into the STATE and FEDERAL judiciaries of WAYNE COUNTY** (and neighboring counties), **<u>and</u> the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, <u>and</u> into the offices of the *TRUSTEES* MICHIGAN ATTORNEY GENERAL, <u>and</u> with the *CO-TRUSTEES* named as occupying the OFFICE OF THE UNITED STATES ATTORNEY as the *"chief law enforcement officers"* of the EDM region, both with well-**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

staffed offices prominently located within the **CHARTER COUNTY OF WAYNE's corrupt political epicenter of DETROIT**, where also is located the *TRUSTEES* of the OFFICE OF THE WAYNE COUNTY PROSECUTOR, the office most obviously active in arguing <u>against</u> Richard Wershe, Jr.'s very infrequent opportunity for parole, and for keeping this "*white boy*" locked behind bars for the remainder of his natural life. **This is, again, even as these injunctive acts defied the eventual repeal of the "*juvenile lifer*" law and otherwise "*<u>shocked the conscience</u>*" of the local, state, national, and international populations that found out about the "*White Boy*" story over the decades.** (Bold and underlined emphasis added)

32. Enter special education schoolteacher David Schied in 2003 – herein "*CRIME VICTIM / GRIEVANT / CLAIMANT / <u>BENEFICIARY</u>*" – who moved his beginning family to Michigan from California, where for the previous nearly two decades he had been pursuing careers in the film and television production industry, as a stuntman, a "*home security and personal protection*" expert, and book author; and subsequently, as a legal researcher and public schoolteacher.

33. BENEFICIARY David Schied arrived to the STATE OF MICHIGAN with two previous years of successful professional teaching experience, a certified "*highly qualified*" educational background as a USC doubled-major honors (*cum laude*) graduate, and having an instant job working in the above-referenced corrupt-style of "***government***" **dominated by bigoted, Black power mongers** (and their Marxist/Socialist/Anarchist so-called "*White-sympathizer*" supporters and criminal co-conspirators) exhibiting clear signs of employing what have more recently been coined as "*critical race theory*," "*racial equity*" practices, and – like the "*White Boy*" case reveals – flat out *<u>insurrectionism</u>* and *<u>domestic terrorists acts</u>* (as defined by the U.S.

14

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

CONGRESS) that shocks the conscience of unsuspecting victims and their third party witnesses.

34. After becoming just such a persistent crime victim late in 2003, BENEFICIARY David Schied spent down his life savings taking his victimization case(s) to both "*judicial*" and "*executive*" branches of what he at first believed was actual "*government*" in the TRUSTEES' so-called "*STATE OF MICHIGAN*", in search of some semblance of local, state, or federal level of competent <u>constitutional</u> "*redress*" of his well-reasoned compounding "*grievances*" over the following five to six (5-6) years.

35. **After around 2008,** having enough boxed <u>evidence</u> to prove that there is no legitimate "*government*" operating in the entire region of North America known as the "*SIXTH CIRCUIT*" – where the "*graduates*" of the corrupt judiciary in Michigan matriculates from the corrupt MICHIGAN COURT OF APPEALS and the USDC-EDM – **BENEFICIARY David Schied spent the next decade** (just prior to his becoming financially destitute, unable to continue supporting a disabled wife and dependent child as a professional public schoolteacher) **reverting back to his legal research and professional film and television experience, as well as his previous experience as a crime victims' rights volunteer activist in Texas and California, while using PUBLIC ACCESS TELEVISION to publicly expose the corruption running rampant throughout the STATE OF MICHIGAN.**

36. **Focusing frequently on the *seditious* and *treasonous* crimes of *insurrectionists* and *domestic terrorists* operating in SE Michigan** (i.e., the EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION), **over the next decade BENEFICIARY David Schied had completed well more than twenty-five (25) fully detailed video documentaries; with <u>mostly Black victims</u> of that "*Wayne County corruption*" <u>testifying against their perpetrators</u> (i.e., committing "*Black-on-Black crimes*"), most of whose criminal**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

perpetrators were operating as *"usurpers"* of the People's power in the judicial and executive *"branches"* of **LOCAL, COUNTY** and **STATE governments.** (Bold emphasis)

37. Throughout that above-referenced decade, BENEFICIARY David Schied also pursued other COMMON LAW and CONSTITUTIONALLY GUARANTEED (i.e., *"FIRST AMENDMENT"*) remedies by joining various *"town-hall"* types of face-to-face *assemblies* and online national discussion groups, sharing ideas on what the sovereign People might do with out-of-control governments' Marxist/Socialist *"revolution"* against the traditionally constitutional form of American *"Rule of Law,"* and how to tactfully force wayward government *"principals"* and their *"agents"* back into their constitutional *"boxes"*. [1]

38. Over this period of time, starting from late 2003 and lasting through the beginning of 2018, BENEFICIARY was the repeated victim of discriminatory treatment of STATE sponsored criminal corruption which included *"legal"* STATE and FEDERAL level drives to rid the

---

[1] When running for political office of the PRESIDENT OF THE UNITED STATES on the LIBERTARIAN PARTY ticket in 2004, American patriot Michael Badnarik used the metaphor of a home's fireplace to compare the dispositional difference between what constitutes a *"good"* fire and a *"bad"* fire; and conversely, between a *"good"* government and a *"bad"* government. Using the framework of a rigid fireplace to drive his point home, he compared the fireplace to the rigid (i.e., *"enunciated"*) bounds set forth upon government by the sovereign People (as the proverbial *"masters"*) upon the government *"servants"* of the STATE and (more particularly) the UNITED STATES, stating that ***"whenever the government gets out of the 'box' constructed precisely for its 'good' existence as intended by its original 'Framers,' it becomes indisputably a 'bad' government"***.

This metaphor MUST be remembered as **the <u>CONSTITUTION OF THE UNITED STATES for the Sovereign People of the United States of America</u>** expressly requires Federal judges to exhibit **"good"** behavior in order to continue to enjoy their judicial **"independence"** through **"lifetime employment"** in judicial office. Nevertheless, BENEFICIARY David Schied was documenting the degree to which **both STATE and UNITED STATES judiciaries** (and executive branch operatives moving through an endless supply of *"revolving doors"* between its three *Branches* and between government and the private sectors) **in the region of the SIXTH CIRCUIT were exhibiting extreme forms of "bad" behaviors coinciding with and "providing aid and comfort" to the *Black power mongers*** (and their Marxist/Socialist/Anarchist *"White"* sympathizers and co-conspirators) **involved in seditious and treasonous acts of DOMESTIC TERRORISM in the EASTERN DISTRICT OF MICHIGAN.** (Bold and underlined emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

region of corrupt "*unionized*" power – including the UNITED AUTO WORKERS and the

MICHIGAN EDUCATION ASSOCIATION (teachers union) – and **which was carried out,**

**as was the instance with BENEFICIARY David Schied case as it was in "White Boy**

**Rick's" case, in *illegal* fashion.** (Bold and underlined emphasis added)

39. Also throughout this period of time, BENEFICIARY had filed a litany of "*attorney grievance*"

complaints and "*judicial tenure*" complaints with the oversight commissions of the corrupt

MICHIGAN SUPREME COURT organized and operated by the equally corrupt STATE BAR

OF MICHIGAN and their entourage of corporate-level *crime syndicate* supporters.

BENEFICIARY's complaints against these judges – which were all supported by

overwhelming EVIDENCE – extended also to numerous cases that had gone to the "*federal*"

COURT OF APPEALS FOR THE SIXTH CIRCUIT, with letters also written to the OFFICE

OF THE SIXTH CIRCUIT EXECUTIVE and to U.S. SUPREME COURT "*Chief Judge*"

**John Roberts** himself, all without timely or proper responses (i.e., John Roberts never even

bothered to respond, and neither did the federal level "*court administrator*" in

WASHINGTON, D.C., indicating how far these criminal coverups of this "*local*" and

"*regional*" insurrection and domestic terrorism reaches into the so-called "*federal*" level).

40. Between 2006 and 2009 numerous of BENEFICIARY's court hearings against the LOCAL

and STATE government agents were attended by other sovereign People as self-appointed

"*court-watchers*" and "*auditors of the People's courts*". These were people who, after

witnessing judges blatantly denying BENEFICIARY's constitutional "*right to access*" the

court – so to keep the "*institutionalized corruption*" issued stifled – completed individual

sworn affidavits attesting to the FACTS of their witnessing criminal tactics to deprive

BENEFICIARY of his rightful *access* to the courts, to pre-paid jury trials, and to grand juries

that had been repeatedly demanded by BENEFICIARY when submitting his many compound

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*redresses*" of cases at both STATE and UNITED STATES levels in the DISTRICT of EASTERN MICHIGAN and in the SIXTH CIRCUIT.

41. Beginning around 2008 and continuing through to the very present – and after BENEFICIARY David Schied had boldly filed his first "*federal*" court case against three <u>fiduciary</u> "*judges*" of the SIXTH CIRCUIT, and against numerous other national CO-TRUSTEES in offices of the FBI, the U.S. ATTORNEYS, and the USDOJ (including the USDOJ's "*OFFICE OF CIVIL RIGHTS*") – BENEFICIARY David Schied became a low-profile "*target*" of institutionalized efforts to destroy his life, his career, his family, his reputation, and his ability to sustain a respectable living in any professional field....the epitome of being the victim of "*cancel culture*" and "*racial equity*".

42. In 2012, and just after having earned his Master's Degree in Education and renewing his STATE teacher certification for another five years, BENEFICIARY David Schied was returning favors for others having supported his requests for court-watchers to "*witness*" his many previous court hearings being "*railroaded*" against him "*under color of law*". In one particular circumstance of his doing so for someone he had never met before – who was supposed to be having had an "*informal hearing*" before a CHARTER TOWNSHIP OF REDFORD "*judge*" (Karen Khalil) who had long been suspected (and reported by many victims to the MICHIGAN JUDICIAL TENURE COMMISSION) of being a "*judicial usurper*" – BENEFICIARY was seemingly recognized (while minding his own business in the "*public*" gallery while sitting silently observing and auditing the local 17<u>TH DISTRICT COURT</u>); and he was criminally abducted, and <u>summarily</u> "*convicted*" **that very day** of criminal "*obstruction of justice*" – without a trial, without an attorney, without even being "*prosecuted*" – and sent six (6) counties away *without any form of constitutional due process*, and without any opportunity for bail.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

43. In spite of the criminal abduction taking place before several other court-watchers at <u>witnesses to these domestic terrorist events</u> carried out in the People's court, each having submitted sworn, notarized AFFIDAVITS about these witnessed facts afterwards – like with the institutional DENIALS of "*White Boy Rick*" Richard Wershe, Jr.'s denial of <u>first</u> parole hearing for over 29 years to ensure he stayed "*out-of-sight-out-of-mind*" – no judge would "*hear*" numerous Habeas Corpus filings for the entire 30-days that BENEFICIARY David Schied was CRIMINALLY being FALSELY IMPRISONED by the TRUSTEES operating as the STATE OF MICHIGAN. Similarly, in the aftermath of BENEFICIARY's eventual release, no attorneys would take the case against "*judicial usurper*" Karen Khalil as their fellow STATE BAR OF MICHIGAN ("*TRUSTEE*") crime syndicate member.

44. Finding himself again without remedy or court access for three (3) years following his being victimized by this *domestic terrorist* event – and **recognizing the unwritten "*policy and practice*" of the STATE OF MICHIGAN to be "*self-insured*" instead of providing "*performance bonding*" of its "*government servants*"** – BENEFICIRY David Schied filed his own "*sui juris*" (and/or "*pro se*") case against a host of named multi-tiered "*government usurpers*" who had participated in his criminal abduction. In doing so, he filed by declaring himself in 2015 to be submitting his case in an "<u>*Article III Court of Record*</u>", using the federal "<u>*DISTRICT COURT*</u>" operated in the EASTERN DISTRICT OF MICHIGAN. The *judicial usurper* assigned to <u>*administer*</u> the case was 90+ (ninety-plus) year old TRUSTEE **Avern Cohn,** a ZIONIST Jew who had long been an institutional host to the inherently corrupt "*law enforcement*" surroundings of the EASTERN DISTRICT OF MICHIGAN. **In bringing his case, BENEFICIARY David Schied also set forth his monetary claims against the <u>*corporate*</u> $100 BILLION "*terrorism*" (including "*domestic terrorism*") insurance "*rider*"**

19

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

of the ("TRUSTEES") CHARTER COUNTY OF WAYNE's documented *"errors and omissions"* insurance *"policy"*. (Bold emphasis added)

45. The manner in which BENEFICIARY David Schied's ARTICLE III *"judicial"* COURT OF RECORD case was undermined and turned into a series of unconstitutional ARTICLE I *administrative* events by two different ARTICLE I *"magistrates"* without lifetime employment to guarantee their *"good behavior"* as are ARTICLE III judges, is well documented in memorialization of the FACTS, as those formally date-stamped records have remained publicly posted on the Internet since 2015-2016 as BENEFICIARY's own *"COURT OF RECORD"* [2] at the following web-URL:

**https://constitutionalgov.us/sub/PoliticalSubdivisions-Local/4-GreatLakesSS/Michigan/Cases/David-Schied/2015_SchiedvJudgeKarenKhaliletalinUSDCEDM/**

46. Notably, as the case continued to mark the ongoing advancement of criminal FRAUD UPON THE COURT by the co-Defendants and their respective attorneys as members of the ("*TRUSTEES*") STATE BAR OF MICHIGAN (CRIME SYNDICATE and DOMESTIC TERRORIST NETWORK) in that case, additional *"joinder Plaintiffs"* entered that federal case through their own sworn, notarized AFFIDAVITS OF TRUTH testifying with details about

---

[2] As those records reveal, the criminal acts of these two corrupted ARTICLE I magistrates railroading those 2015-'16 proceedings in the EDM – in spite of BENEFICIARY's persistent protests in DENIAL of these unconstitutional actions by these *insurrectionists* and *domestic terrorists* otherwise robbing BENEFICIARY of his constitutional guarantees to *"ACCESS"* the federal Court – **included repeatedly *"striking"* many of the documents BENEFICIARY had filed into the record to counter the criminally FRAUDULENT assertions by the *co-Defendants'* government attorneys who had repeatedly tried to discredit BENEFICIARY by painting the FALSE narrative of him as a *"paper terrorist,"* by simultaneously referring to BENEFICIARY's prior decade of having filed numerous previous cases in STATE and UNITED STATES courts** (in attempt to hold the co-Defendants accountable for their many years of documented *pattern and practice* of Sedition and Treason against the sovereign People of the State and the United States).

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

how they too were the victims of the CHARTER COUNTY OF WAYNE's long history of sedition and treason, while establishing their own **joinder CLAIMS** against the *"terrorism"* insurance rider purchased by the (*TRUSTEES*) CHARTER COUNTY OF WAYNE through the AMERICAN INSURANCE GROUP ("AIG") as otherwise **guaranteed about eighty percent (80%) by the ("*TRUSTEE*") "*UNITED STATES*", which is one and the same as the one named again herein as one of the many *CO-TRUSTEES* named in this instant new case.** [3]

47. The criminal events taking place over the course of sixteen (16) months from mid-2015 through late-2016, were outlined in seventy-four (74) pages as (again) posted publicly on the Internet as a *"WRIT OF ERROR CORAM NOBIS"*, which additionally included reference to a previously filed *"default judgment"* and *"ledger of damages"* [4] found together at the following URL for the past nearly five years as signed by PRIVATE ATTORNEY GENERAL Cornell

---

[3] **By the preponderance of publicly posted EVIDENCE pertaining to all of these many *"backward-looking-access-to-court"* cases involving both *"chain conspiracy"* and *"wheel conspiracy"* factual elements, the RECORD for this instant case includes, by reference, EVIDENCE to substantiate these ongoing previous *"CLAIMS IN COMMERCE"* and *"CLAIMS OF CONSUSANCE"* that remain today without the *"remedies"* otherwise due to BENEFICIARY, who has been acting – and continues to be acting – <u>lawfully</u> on his own behalf, as well as <u>on the behalf of other sovereign Americans</u>.**

[4] This *"LEDGER OF DAMAGES"* did not at the time take into account the application of TREBLE DAMAGES against the TRUSTEE *"UNITED STATES"* based upon the tortuous criminal acts committed by its agents of Avern Cohn and his co-conspirators in *"dismissing"* the proven CLAIMS of BENEFICIARY and his *"CO-GRIEVANTS / CO-CLAIMANTS"* against the $100 BILLION *"terrorism"* insurance rider purchased from AIG and its named subsidiary agents, as otherwise *"guaranteed"* by the ("TRUSTEE") UNITED STATES through the legislation from CONGRESS in the aftermath of the "9/11" terrorist events in 2001. **Therefore, as well-founded by the referenced irrebuttable *"WRIT OF ERROR CORAM NOBIS"* that has never been challenged in its past five years of public posting, the TRUSTEES *"UNITED STATES"* begin this case minimally with those *"treble damages"* and *"ledger of damages"* amounts still being levied herein today as lawfully applied and acquiesced to by *"tacit agreement"* of all parties and the TRUSTEE "USDC-EDM" nearly five full years ago as <u>totaling well over $300 BILLION</u>.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Squires and date-stamped by the *TRUSTEE* USDCEDM on 10/17/16, which was just a year or

two before Squires' subsequent untimely death:

**https://constitutionalgov.us/sub/PoliticalSubdivisions-Local/4-**

**GreatLakesSS/Michigan/Cases/David-**

**Schied/2015_SchiedvJudgeKarenKhaliletalinUSDCEDM/100416_WritofErrorCoramN**

**obisContemptClaimsinCommerce/100416_ALLWritofErrorContempt%26ClaimsFiled**

**byPAGSquires.pdf**

## DISTRICT COURT OF THE UNITED STATES
### (FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION)

David Schied and Cornell Squires,
*Grievants/Claimants*
    *Private Attorney Generals*

v.

Karen Khalil, et al

      *Defendants /*

Case No.  2:15-cv-11840
Judge:  Avern Cohn

F I L E D
OCT 17 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

### UPDATED (2ND) CERTIFICATE OF SERVICE

On 10/11/16, the attorneys for the co-Defendants in the above-captioned case were sent a copy of the initial "*Certificate of Service*" regarding the "*service*" of the documents listed below as they were delivered to the alleged "*criminals*" operating as the "U.S. District Court." Subsequently, these defendants (inclusive of the named "*DOES #1-6*," being attorneys James Mellon, Jeffrey Clark, Charles Browning, Warren White, Zenna Elhasan, and Davidde Stella) were all served – along with the named "*criminals*" operating the "*U.S. District Court*" (inclusive of Avern Cohn, Michael Hluchaniuk, Stephanie Davis, David Weaver, Marie Velinde), the Michigan "*Assistant Attorney General*" John Clark, and the corporate "*persons*" of the State Bar of Michigan, the United States District Court , and the UNITED STATES – with the Internet link to where all of the following listed documents are publicly posted via individual URLs.

**The following four (4) captioned objects can all be found at the following link:**
http://cases.michigan.constitutionalgov.us/david-
schied/2015_SchiedvJudgeKarenKhaliletalinUSDCEDM/100416_WritofErrorCoramNobis
ContemptClaimsinCommerce/100416_ALLWritofErrorContempt&ClaimsFiledbyPAGSq
uires.pdf

a) "*Private Attorney Generals ('PAGs') Schied's and Squires' 'Writ of Error Coram Nobis' Against the Fraudulent 6-page Administrative 'Memorandum and Order Overruling [Grievants' PAG's] Objections and Adopting [Fraudulent] Report and Recommendation,' Denying [8] Pending Motions as 'Moot' and Dismissing the Case, Enjoining [Grievant/PAG David Schied] From Further Filings Without Leave of the [Imposter] 'Court' and Granting 'Defendants' Motions for Summary Dismissal*";

b) "*Order of 'Contempt of [This Article III] Court [Of Record]' Issued Against Avern Cohn and Others 'Criminally Accused' Based on Eleven (11) Authenticated Criminal Complaints and Sworn, Notarized Affidavits Proving Patterns of Fraud, Corruption, Racketeering, and Cover-Up of the 'Domestic Terrorism' Being Committed by Defendants and Their Corporate 'Agents*'";

1

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

48. Subsequent to the unlawful "*dismissing*" of that CHARTER COUNTY OF WAYNE "*domestic terrorism*" case by Avern Cohn late in 2016 <u>after over a year of persistent DENIAL OF MEANINGFUL ACCESS TO THE COURT</u>, BENEFICIARY David Schied resigned himself to stick with "*common law*" strategies for pursuing and securing his remedies against the INSURRECTIONISTS and DOMESTIC TERRORISTS masquerading as LOCAL, STATE and UNITED STATES "*governments*". Such strategies included the continued production and use of video documentaries spotlighting "*government corruption,*" openly naming those alleged to have committed these crimes, and expanding upon the venues for distributing the information about these crimes – **and about the accumulating values of their UNRESOLVED DEBTS to the sovereign People.** (Bold and underlined emphasis added)

49. Undoubtedly, as BENEFICIARY David Schied continued in pursuit of these common law strategies after 2016, as supported by guarantee of the FIRST AMENDMENT (i.e., Assembly / Speech / Press / Redress), it was increasingly evident to objective onlookers that BENEFICIARY had been getting more technologically skillful at each aspect of the documentary filmmaking process as each year progressed since he began with these activities around 2008-2009.

50. Then suddenly and without warning in late 2017, just shortly after producing and publicly posting video documentaries about LOCAL and STATE levels of corruption, a **first attempt to force BENEFICIARY from his rented home** was facilitated by ("*TRUSTEES*") *DTE ENERGY* (formally "*DETROIT EDISON ELECTRIC*") on behalf of itself and its co-conspirators in crime – being documented with EVIDENCE as various agents of TRUSTEE DTE acting (minimally) in collaboration with CO-TRUSTEE agents of the STATE OF MICHIGAN and agents of the STATE BAR OF MICHIGAN – cut power to BENEFICIARY's

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

home during sub-freezing temperatures in SE Michigan at the onset of Winter (i.e., in November, 2017).

51. Using his commitment to stick with common law methodology – BENEFICIARY David Schied provided the underlined named DTE agents with individualized "*NOTICE OF LIABILITY*" as formally "*served*" by the process of "*Third Party Notary Presentment*"; while also producing and distributing public links to new documentary to place his claims and evidence into the public forum; and while persistently notifying both STATE and FEDERAL "*law enforcement*" about these crimes adding to a long history of other crimes of "*domestic terrorism*".

52. **About that same time, in early 2018, BENEFICIARY directly and indirectly obtained further EVIDENCE that agents of the FBI and the STATE OF MICHIGAN were trolling, stalking, and terrorizing BENEFICIARY David Schied at his home. These criminal perpetrators were– identified both by third party notification, as well as by BENEFICIARY snapping photographs of his FBI / USDOJ tormentors as they attempted to unlawfully enter his home by coercive threats and unwarranted force.** (*See* a portion of this EVIDENCE in the graphics shown immediately below and on the next two pages.)

Watching them watch you . .

On Tuesday, March 20, 2018, 8:55:50 PM EDT,        <vhannevig@hotmail.com> wrote:

Just checked my "statcounter" and saw that the State of Michigan was looking at one of my blog posts about you. Here's the snip. The site they went to was http://heros-heroines.blogspot.com/2012/06/michigan-court-watcher-david-schied.html.

### Heros and Heroines: David Schied: A Michigan Court Watcher
heros-heroines.blogspot.com

## Visitor Analysis & System Spec

| Search Referral: | https://www.bing.com/ (Keywords Unavailable) | | |
|---|---|---|---|
| **Host Name:** | | **Browser:** | IE 11.0 |
| **IP Address:** | 136.181.195.84 — | **OS/Platform:** | Win7/Desktop |
| **Location:** | Lansing, Michigan, United States | **Resolution:** | 1680x1050 |
| **Returning Visits:** | 0 | **Javascript:** | Enabled |
| **Visit Length:** | Not Applicable | **ISP:** | State Of Michigan, Dmb-cnoc |

## Navigation Path

| Date | Time | WebPage | |
|---|---|---|---|
| 19 Mar | 16:06:09 | https://www.bing.com/ (Keywords Unavailable) Heros and Heroines: David Schied: A Michigan Court Watcher | |

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



© COPYRIGHT by David Schied (2021) *All Rights Reserved*





There is another entry door here.

Also, on **March 20, 2018** FBI **"*home visit*"** shows:

a) **Setup for surprise attack;**

b) **Attempted timed forced entry**

**Tarrant** is the one at the door. **Cole** lays back in wait.



**U.S. Department of Justice**
Federal Bureau of Investigation

**Christopher Tarrant**
Special Agent
Detroit Field Office

477 Michigan Avenue
Suite 2600
Detroit, Michigan 48226

Telephone: 313-965-6076
Fax:        313-965-1113



**U.S. Department of Justice**
Federal Bureau of Investigation

**Christopher Cole**
Task Force Officer
Detroit Field Office

477 Michigan Avenue
Detroit, MI 48226

Telephone:  313-965-6327
Fax:         313-965-1113
Email: christopher.cole3@ic.fbi.gov



**March 20, 2018 FBI "*home visit*"**

**Tarrant cased out the front of the house in frustration while Cole checked the side of the house.**

**They used the phone leaving nasty messages and threats for me to open the door and let them come inside my home.**



26

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

53. Inexplicably, except by reason of it being just a couple of days after the agents of the CO-TRUSTEES "*UNITED STATES*" above tried to threaten and coerce BENEFICIARY into allowing them to gain entry to BENEFICIARY's rented home to do him grave harm, BENEFICIARY began to experience flu-like symptoms and was hospitalized after being found in bed disoriented. Resultingly, BENEFICIARY David Schied was diagnosed with "*septic shock*", **the victim of an <u>attempted murder</u>**.

54. A few weeks later, these same two CO-TRUSTEES, as agents of CO-TRUSTEES of the FBI, of the USDOJ, and of the UNITED STATES, entered the hospital where BENEFICIARY was recovering from multiple amputations of both legs and seven of his fingers making his a totally and permanently disabled quad-amputee. These agents (CO-TRUSTEES Tarrant and Cole) interrogated BENEFICIARY – without BENEFICIARY having any present and while BENEFICIARY was under the deep influence of numerous prescriptive pain relievers and other sedatives – as if he, himself, was a suspected "*domestic terrorist*". Only upon BENEFICIARY's request did the interrogating agents identify themselves before leaving; but while also refusing to explain their actions other than by revealing that their visit was at the behest of TRUSTEE DTE ENERGY.

55. Subsequently, **in spite of BENEFICIARY submitting multiple FOIA "*request(s) for documents*" and receiving back "*denials*" followed by BENEFICIARY's subsequent "*appeals*" and TRUSTEES' higher level "*denials*" of those request for documents pertaining to the illegal visit to BENEFICIARY's home and the subsequent interview in BENEFICIARY's hospital room, <u>these CO-TRUSTEES and others in WASHINGTON, D.C. have *affirmatively* engaged in nothing less than a criminal coverup of this alleged ATTEMPTED MURDER ever since</u>.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

56. Throughout the now nearly three full years since this attempted murder and subsequent collective coverup by the STATE and the UNITED STATES, BENEFICIARY David Schied has been *dependent* on "*welfare*" from the STATE and the UNITED STATES.

57. **Having long prior been rendered as a "*pauper*" by the criminal RICO activities referenced earlier while BENEFICIARY was a public schoolteacher fighting against public corruption until being finally devastated by the ending of his lifetime savings, his inability to continue supporting his family – <u>having to end his long-sought-after teaching career and instead pursue a new reputation as an investigative journalist with a focus on "*government corruption*" and "*domestic terrorism*"</u> – <u>BENEFICIARY David Schied has long been sacrificing his time and energy in return for nothing more than the public recognition of the TRUTH that the criminal operatives in various "*governments*" refuse to publicly recognize or to admit.</u>** (Bold emphasis)

## Overview of the Theories of This Instant Case

### A. *Wheel* and *Chain* Conspiracy Theories

58. In law, a **conspiracy theory** is a theory of a case that presents a conspiracy to be considered by a trier of fact. Though in popular usage, a "*conspiracy theory*" is considered a theory that invokes a conspiracy without credible evidence, the fact remains that the phrase "*conspiracy theory*" has been used in this sense in court cases since at least 1900. [See *Perkins v. Territory of Oklahoma*, 1900; OK 98 (Sup. Crt of Ok., September 5, 1900)]

59. A basic tenet of traditional *conspiracy theory* is that each co-conspirator is liable for acts of other co-conspirators "*during the existence of and in furtherance of the conspiracy*"; by which procedures and proof requirements for conspiracy theory litigation has its advantages as such

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

litigation is relative to *aiding-and-abetting* and *joint tortfeasor* case theories. [See *Leach, T.J. (October 1999). "Civil Conspiracy: What's the Use". U. Miami L. Rev. 54 (1)*]

60. In popular usage, the term "*conspiracy*" means a secret agreement of two or more persons, usually to commit a bad act. However, in a broad legal sense, it is an agreement to commit an unlawful act or acts, (e.g., *lawful acts done in an unlawful manner*; or *conspiring* to injure someone else). Whereas in a criminal conspiracy, the substantive offense is a *crime*, in civil law, the wrong is most likely a recognized *intentional tort*. [*ibid*]

61. A theory of a case ("*case theory*") is "*a detailed, coherent, accurate story of what occurred*" involving both legal theory – i.e., claims/causes of action or affirmative defenses – and factual theory (i.e., an explanation of how a particular course of events could have happened). "*Case Theory In A Nutshell*". (*benchmarkinstitute.org*.) (As found on Wikipedia, entered as October 28, 2018)

62. A prominent concept in conspiracy law is ***Pinkerton liability*** where a conspiracy theory can be used to hold a co-conspirator liable for a substantive offense committed by another co-conspirator "*if the offense was a reasonably foreseeable consequence of the agreement*". [See *Collins v United States* citing *Wilson–Bey v. United States.*] In civil law, a conspiracy theory 1) exempts co-conspirator testimony from the rule against hearsay; 2) exposes deep-pocket defendants to more liability than available under an *aiding-and-abetting* theory; 3) can impose joint liability on non-residents of the jurisdiction not liable under *joint tortfeasor* theory. (See again, *Leach, T.J.* as cited above.) [*United States ex rel. Anita Silingo v. WellPoint, Inc.*, 895 F.3d 619 (United States Court of Appeals, Ninth Circuit 2018).]

63. "*In the taxonomy of conspiracy theories, a 'chain conspiracy' is one in which each person is responsible for a distinct act within the overall plan, while a 'wheel conspiracy'* [aka "*hub and spokes*" conspiracy] *involves a single member or group (i.e., the 'hub', separately agreeing*

29

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

with two or more other members or groups, referenced as the 'spokes')." [*Howard Hess Dental Labs. Inc. v. Dentsply Int'l, Inc.*, 602 F.3d 237, 255 (3d Cir. 2010)]

64. The general criminal cases tend to require only a more general knowledge among the *spokes* that there is a larger overall unlawful scheme involving other actors who are cooperating with the *hub* in carrying out the scheme. Legally speaking, how much knowledge *spoke* actors must have of the conduct of other *spoke* actors – which is to say how much of a "*rim*" (i.e., the connecting agreements among the spoke actors) must be put around the "*wheel*" of the hub-and-spoke conspiracy for it to be deemed a single conspiracy rather than many separate conspiracies – is a matter of expected contention requiring further deliberation. Some express uncertainty over the legal status of "*rimless*" conspiracies – i.e., those with very limited interaction amongst the spokes.

65. A closely related concept to the hub-and-spoke conspiracy, or a variation on it, is the *chain conspiracy*, which is linear rather than wheel-shaped. To sustain a chain conspiracy charge, the evidence must establish "*that each conspirator had the specific intent to further the common unlawful objective.*" [*United States v. Tarantino, 846 F.2d 1384, 1392* (D.C. Cir. 1988)] **It is immaterial that the individual co-conspirators do not know each other or meet.** "*Courts have long recognized that **participants in a** continuous drug distribution **enterprise can be parties to a single conspiracy even if they do not all know one another, so long as each knows that his own role** in the distribution of **drugs and the benefits he derives from his participation depend on the activities of the others**.*" [*United States v. Childress*, 58 F.3d 693, 709-10 (D.C. Cir. 1995)] (Bold and underlined emphasis added)

**B. Theory of "*three levels of circular association*"**

66. The PARTIES to this case designated as CO-TRUSTEES are herein categorized into three primary "*circles*" of association with one another, being each legally and lawfully accountable

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

to BENEFICIARY David Schied as one of the sovereign People recognized by both STATE and UNITED STATES constitutions as *"We, the People"* having – through their Posterity, Birth, or Nationalization – *created* and *ordained* those governments and having **conditionally delegated** to those governments **the People's *"Sovereign Authority"* to these CO-TRUSTEES under the PUBLIC TRUSTS of those STATE and UNITED STATES constitutions**. (Bold emphasis added)

67. For purposes of simplifying this cause of action, the three *"circles of association"* of those involved as CO-TRUSTEES can be logically categorized as follows:

    a) The *"LOCAL"* CO-TRUSTEES;

    b) The *"STATE"* and *"NATIONAL"* CO-TRUSTEES;

    c) The *"QUASI-GOVERNMENT CORPORATIONS"* and *"NON-GOVERNMENTAL ORGANIZATIONS"* consisting of CO-TRUSTEES **licensed** to *"do business"* **by both STATE and NATIONAL *"governments"***;

68. The above categorization of CO-TRUSTEES follows the hierarchical path of *"mutual enabling"* of CO-TRUSTEES through common channels – usually always involving CO-TRUSTEES as being members of the infinitely corrupt STATE BAR OF MICHIGAN – at the local level where certain violations of laws and constitutions are perceived to have first started. In *pattern and practice*, those wielding and abusing power and control seem to be doing so with impunity, ignoring simple reason and escalated protests as initially put forth by BENEFICIARY in response to some action taken.

69. In the most reason situation leading to BENEFICIARY having filed a case this past January 5, 2001 *in good faith* with CO-TRUSTEES of the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, the action taken began with *"local level"* CO-TRUSTEES conspiring together to execute a *"land development deal"* between the landowners

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

(STATE BAR attorney Ava Ortner and court officer AVA ORTNER as legal guardian of Don Thorpe, Jr.), the real estate brokers (at COLLIERS INTERNATIONAL), and the agents of local city (CITY OF NOVI) in southeastern Michigan.

70. In following this latest well-documented real-life example, the consortium involved in the land development deal needed to implant a surveyor into the home that BENEFICIARY had been renting the previous eight (8) years. What was standing in their way of simply giving proper notice and taking the home was the STATE AND FEDERAL LAWS, being eviction moratoriums that had been strictly put into place by the CO-TRUSTEES of the (Donald) TRUMP ADMINISTRATION, being the CENTER FOR DISEASE CONTROL (hereafter "CDC") and the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (hereafter "USDHHS"), in response to a national and international "*Coronavirus*" (aka "*COVID-19*") pandemic.

71. Currently, the debate on whether the human-engineered genome funding the research and creating the virus before releasing it and failing to contain it are still in heated debate worldwide; and therefore, beyond the scope of this instant "*whistleblower*" ("*Qui Tam*") lawsuit. **What is known and well documented is that, even as the homeowners were well aware that BENEFICIARY had more recently been transformed from healthy athletic male into a totally and permanently disabled quad-amputee, the other *corporate* and *government* CO-TRUSTEES were also made well aware of that fact in writing – as well as the fact about the eviction moratoriums – as BENEFICIARY was forced to escalate his reasoning again the threat of force that the "*land development deal*" consortium began to be using against him using the homeowners as the frontline CRIMINAL operatives.** (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

72. From early on with the "*local level*" CO-TRUSTEES moving forward *criminally* with the eviction in violation of STATE and UNITED STATES edicts calling for criminal penalties for violations of orders for Americans to be "*self-quarantining*" at home without threat of eviction, BENEFICIARY mustered up enough – despite of his disabilities – to be telephoning and writing to both STATE and NATIONAL level "*government*" officials. As things were then happening, the period in which the criminal eviction events were occurring, were coinciding also nearly exactly with the persistent DENIAL of the CO-TRUSTEES STATE and UNITED STATES administrators of certain services owed to BENEFICIARY as was then being repeated by BENEFICIARY in response to becoming eligible for switching from MEDICAID to MEDICARE, whereby BENEFICIARY was seeing money automatically deducted BY CO-TRUSTEES from his monthly SOCOAL SECURITY allowance to pay for MEDICARE PART B, in spite of BENEFICIARY's frustrated phone calls and resulting written protests.

73. Thus, BENEFICIARY's own *pattern and practice* – as a result of his exhaustive past experiences in following the recommended and required pattern of "*exhausting his administrative remedies*" – was to meticulously document his taking the proper action of both calling (ON RECORDED LINES) and writing to the named STATE and NATIONAL level CO-TRUSTEES. The result was the same there, being NO RESPONSE to either the notices and protests about the unlawful deductions by CO-TRUSTEES from social security payments to pay other CO-TRUSTEES from money otherwise owed and needed by BENEFICIARY, or the notices and protests about the unlawful *eviction* proceedings that were threatening the life, property, and services being then provided to BENEFICIARY.

74. **NOTE** that at this time (being between around June 2020 and December 2020), BENEFICIARY was already literally years in dispute with the same and other CO-TRUSTEES as the principals and agents of the SOCIAL SECURITY ADMINISTRATION (hereafter

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"SSA"), the principals and agents of UNITED STATES DEPARTMENT OF TREASURY (hereafter "U.S. TREASURY"), the principals and agents of the UNITED STATES DEPARTMENT OF EDUCATION (hereafter "USDOE") and its various multi-tiered "*student loan servicing*" principals and agents [this included the CO-TRUSTEES of PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (hereafter "PHEAA"), NELNET, INC., the EDUCATIONAL CREDIT MANAGEMENT CORPORATION (hereafter "ECMC"), and all three CREDIT BUREAUS (being TRANS UNION, EQUIFAX, and EXPERION)] who have long been refusing to honor PROMISSORY NOTE CONTRACT(s) guaranteeing that the "*government*" racketeers' (FRAUDULENT) claims of debts and collections activities against BENEFICIARY should cease and be "*discharged*" once BENEFICIARY had certifiably proven that he either "*died*" or became "*totally and permanently disabled*", which had long previously had already done, to no avail.

75. **Needless to say, the many various CO-TRUSTEES collectively comprising the TRUSTEE of the so-called "*UNITED STATES OF AMERICA*" as well as the CO-TRUSTEES collectively comprising the so-called "*STATE OF MICHIGAN*", were familiar with both BENEFICIARY David Schied, as well as the vastly accumulating debts that he had been claiming against them as a result of all of his documented years of being DENIED *MEANINGFUL ACCESS* to the STATE and UNITED STATES courts of the EASTERN DISTRICT OF MICHIGAN (hereafter "*EDM*") between 2004 and 2016, and being subsequently denied food, housing, energy assistance, transportation, job rehabilitation, and even medical necessities in the aftermath of becoming a "*totally and permanently disabled quad-amputee*" in early 2018 after being first targeted for homelessness and ATTEMPTED MURDER by CO-TRUSTEES between 2017 and 2018.** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

76. Having sufficiently documented his having *"exhausted his administrative remedies"* at the STATE and NATIONAL hierarchical levels of <u>the categorical three *"circles of association"*</u>, BENEFICIARY turned next to documenting his outreach (again) to the *"QUASI-GOVERNMENT CORPORATIONS"* and *"NON-GOVERNMENTAL ORGANIZATIONS"* consisting of CO-TRUSTEES **licensed** to *"do business"* **by both STATE and NATIONAL *"governments"*.**

77. **By the time these *"criminal eviction"* issues had arisen, BENEFICIARY was still in the process of challenging his being *"targeted"* by the *"cancel culture"* of the STATE and UNITED STATES using both DEBT** (i.e., being wrongly claimed by CO-TRUSTEES in charge of otherwise being legally mandated to *"discharge"* their claims of *"student loan debts"* against Beneficiary David Schied) **and DENAIL OF SERVICES coupled with CRIMINAL THEFT OF SOCIAL SECURITY PAYMENTS otherwise legally owed to BENEFICIARY by the STATE. In establishing his <u>COMMON LAW CLAIMS</u> then against the STATE and the UNITED STATES** – and having previously *"exhausted"* those previous *"administrative"* challenges against the UNITED STATES (regarding the student loans counterclaims of debts owed to David Schied and to the unwary People at large) and the STATE OF MICHIGAN [i.e., regarding David Schied's claims against the MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES (hereafter *"MDHHS"*) and the MICHIGAN DEPARTMENT OF LICENSING AND REGULAR=TORY AFFAIRS (hereafter *"LARA"*) as well as the MICHIGAN ATTORNEY GENERAL and MICHIGAN GOVERNOR) – **BENEFICIARY had, in the year prior (2019) gone to CO-TRUSTEES marketing services publicly to disabled people, <u>who had long been accepting donations and government grants for assisting the disabled who are experiencing various forms of</u>**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

discriminatory and/or retaliatory treatment, as BENEFICIARY David Schied had been claiming to be experiencing.

78. In 2019, BENEFICIARY had, again, previously documented the manner in which **none of these *"nonprofit agencies"* licensed by the CO-TRUSTEE *"STATE OF MICHIGAN"* would assist BENEFICIARY in establishing his common law claims of debts owed to him by the CO-TRUSTEES of the STATE and the UNITED STATES.** Similarly, those CO-TRUSTEES as agents that were tied to and receiving funding from their *"national network(s)"* that were, in turn, receiving their funding by large grants from the UNITED STATE CONGRESS, also **refused to either provide BENEFICIARY with requested assistance or funds otherwise earmarked for people with disabilities who *"did not exactly qualify"* for the criteria set up by the organization for help, so to keep anyone with a disability from *"falling through the* [bureaucratic] *cracks* (and other *"crap"*)".** (Bold and/or underlined emphasis added)

79. So, in 2020 after having exhausted – or *while exhausting* – his administrative remedies with the STATE and NATIONAL level of hierarchical "redress of grievances" regarding this latest issue of being *"targeted for eviction"* – **BENEFICIARY approached numerous of the same and different "nonprofit organizations" – at all four of the LOCAL, STATE, REGIONAL, and NATIONAL levels professing to provide services, activities, information, and advocacy for the disabled – only to be, again, repeatedly, and very shockingly and rudely, DENIED ACCESS to those services, activities, information, and advocacy.**

80. As a result of the plethora of *"affirmative actions"* carried out by the multi-tiered hierarchies of the CO-TRUSTEES – who are inextricably intertwined with one another in, theoretically, three classifying *"circles of association"* – **BENEFICIARY has well documented his not**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

only being a continuous CRIME VICTIM of corporate and government "*conspiracies to deprive of rights (under color of law)*" but also of a repeated pattern of illegal DISCRIMINATION and RETALIATION as a "*targeted individual*" and victim of the "*abuse of power*" by those CO-TRUSTEES engaged also in a conspiracy to use "*CANCEL CULTURE*" theories and policies of instilling "*RACIAL EQUITY*" to tortuously violate the constitutional guarantees and Rights of BENEFICIARY David Schied at not only great harm to him personally, but also at the ultimate cost of harming the sovereign People of the United States of America as "*taxpayers*" who have long been bankrolling all of this **FIDUCIARY FRAUD.**

## PARTIES TO THIS LITIGATION
(PRESENTED BY CATEGORIAL DESCRIPTION)

### THE "*LOCAL TRUSTEES*"

81. In the contextual history of this case, the **LOCAL CO-TRUSTEES** have been involved with and are all financially profiting by the most recent action of an criminal "*eviction*" of BENEFICIARY David Schied, from his home of the past more than eight years – in spite of his impeccable track record of monthly payments of "*rent*" and other "*consideration*", in spite of his being medically certified as being a recent "*totally and permanently disabled quad-amputee*"; and in spite of multiple levels of widespread "*eviction moratoriums*" being implemented, both Statewide and Nationally, by **both** the LEGISLATIVE and the EXECUTIVE "*branches*" of **both** STATE and NATIONAL governments. (Bold and underlined emphasis added)

82. In terms of their "*conspiracy*" and "*circle*" of CORPORATE affiliations, those named as "*Counterclaimants / Defendants / Accused Criminal Perpetrators / TRUSTEES*" comprising the "*LOCAL CO-TRUSTEES*" **include Ava Ortner in her private capacity and AVA**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**ORTNER** in her public capacity as – according to information and belief – *"LEGAL GUARDIAN"* and *"TRUSTEE"* for the ESTATE of <u>Donald Thorpe, Jr.</u>. Others of this first particular group of CO-TRUSTEES **include the named agents and officers of <u>COLLIERS INTERNATIONAL</u>, the <u>CITY OF NOVI</u>, and <u>Dominic Sylvestri</u> in his private and public capacities** as a MICHIGAN *"officer of the court"* for the CO-TRUSTEES *"<u>52-1 DISTRICT COURT</u>"* of MICHIGAN. **<u>This particular subset of LOCAL CO-TRUSTEES is the same that is forcing an unlawful eviction under the circumstances referenced in the paragraph immediately preceding this one above.</u>** (Bold and underlined emphasis added)

83. In the situation with Ava Ortner, these LOCAL TRUSTEES have grown their organization against BENEFICIARY David Schied **through mutual associations with the CO-TRUSTEES <u>STATE BAR OF MICHIGAN</u> at the <u>second</u> *fiduciary* level, which BENEFICIARY can prove perpetually behaves like a crime syndicate**, to include <u>Dominic Sylvestri</u> – in both his private and CORPORATE capacities – as well as other *"INSURRECTIONISTS"* operating a continuing financial crimes enterprise from within the public building that houses the TRUSTEES *"<u>52-1 DISTRICT COURT</u>"* hosted in OAKLAND COUNTY of the CO-TRUSTEES collectively calling themselves the *"<u>STATE OF MICHIGAN</u>"*.

84. At the base level, **the <u>*LOCAL*</u> CO-TRUSTEES and <u>*QUASI-GOVERNMENT*</u> LEVEL CORPORATE CO-TRUSTEES associated with Ava Ortner, AVA ORTNER, Donald Thorpe, Jr. – being herein named as <u>Paul Gobeille</u> and <u>Michael Yamada</u> at <u>COLLIERS INTERNATIONAL</u> and the <u>NOVI CITY COUNCIL</u> members composing the <u>CITY OF NOVI</u>, inclusive of the NOVI MAYOR <u>Bill Gatt</u>, are** – according to information and belief – **inextricably involved with one another in a *"land development deal"* that intermingles the agendas of *private* and *public* entities governing residential housing, commercial**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

development, and city planning, <u>to the detriment of BENEFICIARY having a financial</u> <u>and other legal and lawful interests in the residential propert(ies) slated for development</u> <u>during a national pandemic</u>. These underpinnings then, are at the root cause of FRAUD being carried out by the named LOCAL, STATE, and *QUASI-GOVERNMENTAL* levels (<u>being the</u> "*predicate*" <u>level of "*RICO*"</u>) of CO-TRUSTEES against BENEFICIARY David Schied for the multi-tiered purposes of private profiteering, as also through the EMBEZZLEMENT of public (i.e., taxpayer) funds for illegal private use and political gain for these CO-TRUSTEES.

THE "<em>STATE AND NATIONAL TRUSTEES</em>"

85. In the contextual history of this case, **the <u>STATE AND NATIONAL TRUSTEES</u>** are involved with the malicious "***cancel culture***" **policy and practice** now formally instituted generally against Anglo-American men – referred to prejudicially by unsubstantiated *CLASS* as "*white supremacists*" – and tortuously through the BIDEN ADMINISTRATION's commitment to institutionalizing "*racial equity*" through *reverse-discrimination*, tolerance of open racial hatred, name calling, and even building, public and private destruction, and rioting against perceived "*white power*"); ultimately leading to the "*deprivation of rights*" of Anglo-American males like "*White Boy Rick*" and "*White Man*" David Schied "*under color of law*".

86. **These blatant <u>CRIMES</u> executed against BENEFICIARY David Schied in both DISCRIMINATORY and RETALIATORY fashion because of his Anglo-American decent** – <u>and because of his having somehow survived the past nearly two decades of being</u> "*targeted*" <u>because of his past and present political stand as an outspoken "*Common Law*" and</u> "*Constitutional*" <u>advocate</u> – **have also been *affirmatively* perpetuated against BENEFICIARY David Schied because of his demonstrated tenacity and leadership in proactive "*self-advocacy*" and "*whistleblowing*" against STATE-level "*RICO*" activities,**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

even throughout his recent recovery as an alleged crime victim of a <u>*reported*</u> **ATTEMPTED MURDER**. (Bold and underlined emphasis added)

87. The <u>documented</u> activities of the STATE AND NATIONAL TRUSTEES involve multi-level CRIMES being perpetrated between the CO-TRUSTEES "***STATE OF MICHIGAN***" operating as the alter-egos of certain "*STATE actors*" engaged in EMBEZZLEMENT activities (i.e., using government funds and/or property for private purposes, such as by RICO corruption and racketeering for personal and/or political gain). This includes numerous named and unnamed STATE office holders of the last eighteen (18) years, the most prominent which include the past three (3) MICHIGAN governors and attorney generals specifically named herein as: **Gretchin Whitmer**, **Rick Snyder**, **Jennifer Granholm**, **Dana Nessel**, **Bill Schuette**, **Mike Cox**, **Richard Cunningham** (serving as "*assistant attorney general*" for the "*Criminal Division*") and **Matthew Schneider** (who after serving under Bill Schuette slithered through the "*revolving door*" to become the current U.S. ATTORNEY for the EDM).

88. These <u>named</u> "*STATE actors*" of the STATE AND NATIONAL CO-TRUSTEES have been and continue to be operating both individually and collectively as various "*departments*", "*bureaus*", "*divisions*", "*sections*", "*units*", "*agencies*", and "*offices*" of the so-called "*STATE OF MICHIGAN*"; but doing so as described above within a widespread DOMESTIC TERRORIST NETWORK causing harm not only to BENEFICIARY David Schied, but also to others "*similarly situated*".

89. **Those others "*similarly situated*" include the <u>*populations*</u> of elderly, poor, and disabled sovereign People who are otherwise dependent upon the obligations of these STATE and NATIONAL agents for their survival, their sustenance, and the enforcement of their Rights to live <u>without</u> discrimination, <u>without</u> prejudice and bias, <u>without</u> fear of retaliation and reprisals, and otherwise as assertive whistleblowers and civil rights**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

advocates who are <u>within</u> their Rights to exercise their Life, Liberty, and Pursuit of Happiness by living freely in the *"Least Restrictive Environment"*. (Bold emphasis)

90. Relative to this instant case, the STATE and NATIONAL CO-TRUSTEES operate at primarily the *"secondary"* levels of criminal RICO activities, being the recipients of BENEFICIARY David Schied's numerous sworn and notarized STATEMENTS presented as *"AFFIDAVITS"* and formal CRIMINAL COMPLAINTS; while also operating primarily as the *"ADMINISTRATIVE STATE"* (aka the illicit and unconstitutional *"Fourth Branch"* of government) **as they work both *"vertically"* and *"horizontally"* in both *"wheel"* and *"chain"* conspiracies engaging (as described above) in the circular pattern of COERCING both government(s) and population(s) through documented *"affirmative"* acts (including *"nonactions"* when there is otherwise the rational and appropriate *"duties to act"*) of INSURRECTION and DOMESTIC TERRORISM**. (Bold emphasis added)

91. **The members of the STATE and NATIONAL CO-TRUSTEES are named herein below according to their *"circle of association"*, in no particular order; and generally speaking, for the *"plain statements"* and *"concise reasons"* presented alongside their names:**

   a) **(MICHIGAN) ATTORNEY GRIEVANCE COMMISSION (hereafter "AGC")** – is an arm of the corrupt MICHIGAN SUPREME COURT responsible for *honorably* investigating complaints against **STATE BAR OF MICHIGAN** (crime syndicate and domestic terrorist) members. This CO-TRUSTEE, seen collectively also as corporate *"Board"* and *"Commission"* members, have an unpublished mission statement of sweepingly but effectively using their powers of *"discretion"* to shield from discipline all those of their members who comply with the political agendas of the (criminal kingpins) of the so-called *"MICHIGAN SUPREME COURT"* and other chain conspiracy and wheel conspiracy setups; which are imbued within the so-called *"courts"* of the STATE at its

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

various corrupt levels from local "*DISTRICT COURTS*" through its agents at the "*CIRCUIT COURTS*", and "*COURT OF APPEALS*", **which are best characterized under the light of INSURRECTIONISM as actually operating within the STATE as a conglomerate of "*CONTINUING FINANCIAL CRIMES ENTERPRISES*".**

b) **Travis Reeds and the 52-1 DISTRICT COURT** – see the description above pertaining to the AGC and its role with the so-called "*courts*" operating in the STATE OF MICHIGAN. **Travis Reeds** is also the *principal* judicial *usurper* and criminal kingpin responsible for railroaded court "*proceedings*" behind the pressured threats against BENEFICIARY's life and property by forced ORDER OF EVICTION, giving cause for BENEFICIARY to flee to safety of his rented home in Michigan and become now a declared refugee seeking asylum in South Dakota. The **52-1 DISTRICT COURT** was additionally the subject of an investigative news story completed by BENEFICIARY David Schied in 2017 with the aid of a hidden camera to explain and show how the taxpayer supported building housing this so-called "*STATE court*" is really being operated by RICO as a "*continuing financial crimes enterprise*". That documentary, captioned as *"#21 - Financial Crimes Enterprises Are Operating in the Courts of Novi in Oakland County, Michigan*" (01:04:43 minutes) is still found as of the date of this instant filing on the Internet at the following URL:

**https://www.youtube.com/watch?v=kkojn6BP3L0**

c) **COUNCIL OF INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY** – The *principals* and *agents* of this **fiduciary** entity are being named herein **by reason of its criminal gross negligence and malfeasance by *affirmative* refusal to enforce the laws** and the administrative "*official*" published *duties* and *mission* governing the actions of NATIONAL level "*Inspectors General*";

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

d) **Nina Witkofski and the CENTER FOR DISEASE CONTROL AND PREVENTION** ("CDC") – The *principals* and *agents* of this **fiduciary** entity are being named herein **by reason of its criminal gross negligence and malfeasance by *affirmative* refusal to enforce the laws and the "*official*" published *duties* and *mission* of this agency of the UNITED STATES, of enforcing the policies protecting vulnerable American populations against disease by joint refusal with other CO-TRUSTEES to arrest, prosecute, fine, and imprison blatant violators of the NATIONAL EVICTION MORATORIUM**; (bold emphasis)

e) **UNITED STATES DEPARTMENT OF JUSTICE** (hereafter "USDOJ") and its **BUREAU OF FEDERAL INVESTIGATIONS** (hereafter "FBI") and its **OFFICE OF CIVIL RIGHTS** ("OCR") and **CIVIL RIGHTS DIVISION** – The *principals* and *agents* of this **fiduciary** entity are being named herein **by reason of their collective criminal gross negligence and malfeasance by *affirmative* refusal to enforce the laws and the "*official*" DUTIES of this DEPARTMENT of the UNITED STATES**, which otherwise compel the investigation of reported crimes and enforcing the laws and the policies protecting multiple segments of the American populations against named STATE and NATIONAL "RICO" crime syndicates and domestic terrorists. **These CO-TRUSTEES –** who are joined in principal and agents by **William Barr, Jeffrey Rosen, Merrick Garland, Eric Dreiband, Christopher Cole, Christopher Tarrant, Michael Horowitz, Barbara McQuade, Terrence Berg, Stephen Murphy, Andrew Arena,  and a host of other yet unnamed JOHN and JANE DOES – jointly refuse to arrest, prosecute, fine, and imprison Seditious and Treasonous violators of STATE constitutions, violators of the U.S. CONSTITUTION, and violators of "*Federal*" laws and the PUBLIC TRUST, even as the ALLEGATIONS present compelling EVIDENCE of attempted**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

murder, along with a plethora of other crimes, and their subsequent coverups, as alleged by this instant case; (Bold emphasis added)

f) **Ben Carson and the U.S. HOUSING AND URBAN DEVELOPMENT** (hereafter "HUD")– The *principals* and *agents* of this **fiduciary** entity are being named herein **by reason of their collective criminal gross negligence and malfeasance by *affirmative* refusal** to enforce the laws and the "*official*" positions of this DEPARTMENT of the UNITED STATES in investigating "*COMPLAINTS*" and enforcing the policies in place otherwise meant to protect the American population against named STATE and NATIONAL "*RICO*" crime syndicates and domestic terrorists. These CO-TRUSTEES operating under the "HUD" umbrella – in *patterns and practices* of conspiracy with other TRUSTEES of the STATE and UNITED STATES named herein minimally to include **Rae Oliver Davis**, **David Montoya**, and others of the **HUD OFFICE OF INSPECTOR GENERAL** – jointly refuse to arrest, prosecute, fine, and imprison Seditious and Treasonous violators of STATE constitutions, violators of the U.S. CONSTITUTION, and violators of "*Federal*" laws and the PUBLIC TRUST;

g) **HUD OFFICE OF INSPECTOR GENERAL** – for the same reasons as articulated in paragraph 91(f) above; and for discriminatingly and persistently refusing to provide "*SECTION 8*" or other forms of affirmative ADA assistance and accommodations to BENEFICIARY David Schied as a disabled "*applicant*" otherwise qualifying for a "*high priority*" level of standing for Housing Assistance. The HUD-OIG – as well as other OIG of other STATE and UNITED STATES DEPARTMENTS – have exhibited such DISCRIMINATORY and/or RETALIATORY refusals over the course of multiple years. Notably, if SECTION 8 or other forms of Housing Assistance and/or ADA "*access*" and "*accommodations*" had been provided before BENEFICIARY David Schied was

44

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

criminally evicted from his home in Michigan, BENEFICIARY otherwise would have likely been enabled to take immediate, *independent,* and voluntary leave of the unlawful eviction proceedings being *unknowingly* and *unlawfully* implemented by these others operating as the LOCAL TRUSTEES;

h) **Christi Grimm, Seema Verma, the CENTER FOR MEDICARE AND MEDICAID SERVICES, and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES** (hereafter "USDHHS") – for the same reasons as articulated in 91(d) and (f) above as it pertains to investigating BENEFICIARY COMPLAINTS and enforcing the laws and the "*official*" DUTIES of this DEPARTMENT of the UNITED STATES as they are related to MEDICARE ["*PART B*" PREMIUMS] SAVINGS PROGRAMS and "EXTRA HELP" PRESCRIPTION ("*PART D*") PROGRAMS, "*FOOD ASSISTANCE*", "*EMERGENCY ("utility costs") RELIEF*", and other forms of available and obligated forms of "*human services relief*" at the STATE level.

1) This includes BENEFICIARY COMPLAINTS of improper oversight of funding to the STATE OF MICHIGAN TRUSTEES as these STATE agents committing RICO crimes of WASTE, ABUSE, and FRAUD while working in a conspiracy with the MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS TRUSTEES to "*deprive*" BENEFICIARY David Schied – and others "*similarly situated*" – of their "*Rights*".

2) **Such COMPLAINTS are additionally inclusive of BENEFICIARY David Schied reporting illegal and unconstitutional "*color of*" administrative *law* being used to criminally executing "*legal acts in illegal manners*" over a period of multiple years.**

3) More recently, this also includes affirmatively conspiring with the SOCIAL SECURITY ADMINISTRATION TRUSTEES, the U.S. DEPARTMENT OF

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

TREASURY TRUSTEES, as well as the MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES TRUSTEES to rob BENEFICIARY David Schied of monthly "*Social Security*" payments to pay for recently implemented MEDICARE "*co-pay*" costs while refusing to first provide – then refusing to process – BENEFICIARY'S "*application*" for "*cost assistance*" at the STATE level through MEDICAID, in spite of BENEFICIARY David Schied  otherwise qualifying for such cost assistance. **The monthly deductions by the SOCIAL SECURITY ADMINISTRATION TRUSTEES from owed and rightful deposits to BENEFICIARY David Schied's banking account was one of the elements prohibiting BENEFICIARY from securing *independent* housing elsewhere by a wrongful deprivation of his only financial resource for self-sustenance and living in the "*least restrictive environment*".** (Bold emphasis)

i) <u>**CENTER FOR MEDICARE AND MEDICAID SERVICES**</u> (hereafter "CMS") of USDHHS – for the same reasons as articulated in 91(f and h) above relative to a "*conspiracy to deprive of rights*" using *affirmative acts* of unconstitutional – even "*weaponized*" – forms of "*due process*" that <u>**use procedure to undermine, nullify – and otherwise render as *void* – legitimate forms of due process**</u>, which these "*departments*" and "*agencies*" otherwise have obligations to provide, and are PAID to provide, as TRUSTEES.

j) <u>**Andrew Saul and the SOCIAL SECURITY ADMINISTRATION**</u> – for the same reasons as articulated in 91(h) and (i) above relative to a "*conspiracy to deprive of rights*" using *affirmative acts* of unconstitutional – even "*weaponized*" – forms of *due process* that <u>**use procedure to undermine, nullify – and otherwise render as *void* – legitimate forms**</u>

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**of due process** these "*departments*" and "*agencies*" have obligations to provide and are PAID to provide, as TRUSTEES.

1) Further, the SSA trustees are working in a second criminal conspiracy along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES and the U.S. DEPARTMENT OF TREASURY TRUSTEES to saddle BENEFICIARY David Schied with well óver $85,000 in *student loan debt* that has never been proven as actually *owed* when challenged over multiple years, even decades; and which is otherwise subject to *debt discharge* by BENEFICIARY David Schied having repeatedly proven that he is "*totally and permanently disabled*" in accordance with previous contract(s) of PROMISSORY NOTE(s) being grossly dishonored by the UNITED STATES TRUSTEES and **causing HARM to BENEFICIARY David Schied's otherwise good credit; which in turn, is (again) prohibiting BENEFICIARY from securing *independent* housing elsewhere by a wrongful reporting to all MAJOR CREDIT BUREAUS who, as information TRUSTEES, are similarly engaged in the same "*deprivation of rights*" to BENEFICIARY "*challenging and correcting*" the inaccuracy of information being publicly disseminated by these MAJOR CREDIT BUREAUS.**

k) **Betsy Devos and the UNITED STATES DEPARTMENT OF EDUCATION** – for the same reasons as articulated in 29(j) above relative to a "*conspiracy to deprive of rights*" along with the SOCIAL SECURITY ADMINISTRATION TRUSTEES, the U.S. DEPARTMENT OF TREASURY TRUSTEES, and the MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is "*totally and permanently disabled*"; which in turn, is prohibiting BENEFICIARY from

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

l) **Steven Mnuchin and the UNITED STATES DEPARTMENT OF TREASURY** – for the same reasons as articulated in 91(j-k) above relative to a "*conspiracy to deprive of rights*" along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

m) **EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC")** – for the same reasons as articulated in 91(j-l) above relative to a "*conspiracy to deprive of rights*" along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

n) **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY ("PHEAA")** – As a quasi-governmental student loan originator, servicer, and debt collector, PHEAA also operates deceptively as the CORPORATE FICTION of "*FEDLOAN SERVICING*". It is named herein for the same reasons as articulated in 91(j-

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

m) above relative to a *"conspiracy to deprive of rights"* along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

o) **NELNET, INC.** – OPERATES as student loan servicing TRUSTEES that, at the end of 2020, was publicly touted as having lost its contract with the U.S. DEPARTMENT OF EDUCATION TRUSTEES for processing accounts of student loan debts. It is named herein for the same reasons as articulated in 91(j-n) above relative to a *"conspiracy to deprive of rights"* along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

p) **TRANS UNION, LLC.** – operates as credit information reporting TRUSTEES, and is named herein for the same reasons as articulated in 91(j-o) above relative to a *"conspiracy to deprive of rights"* along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the other MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

$85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

q) **EQUIFAX INFORMATION SERVICES, LLC.** – operates as credit information reporting TRUSTEES, and is named herein for the same reasons as articulated in 91(j-p) above relative to a "*conspiracy to deprive of rights*" along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the other MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

r) **EXPERIAN INFORMATION SOLUTIONS, INC.** – operates as credit information reporting TRUSTEES, and is named herein for the same reasons as articulated in 91(j-q) above relative to a "*conspiracy to deprive of rights*" along with the UNITED STATES DEPARTMENT OF EDUCATION TRUSTEES, the SOCIAL SECURITY ADMINISTRATION TRUSTEES, and the other MAJOR CREDIT BUREAUS to saddle BENEFICIARY David Schied with well over $85,000 in *student loan debt* that is otherwise subject to *debt discharge* by BENEFICIARY having repeatedly proven that he is *totally and permanently disabled*; which in turn, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

s) **TRUSTEE former U.S. PRESIDENT Donald Trump** as well as other fiduciary co-trustees of the **UNITED STATES CONGRESS** and the **U.S. SENATE** have all been fully apprised in writing on numerous occasions and still affirmatively acted in gross negligence and malfeasance in allowing this overwhelming EVIDENCE of STATE INSURRECTION, *RICO* ENTERPRISES, and DOMESTIC TERRORIST NETWORKS to flourish unabated within the metes and bounds of the UNITED STATES; therefore the TRUSTEE PRESIDENT and TRUSTEE UNITED STATES are also named here in this lawsuit categorically as members of the "*STATE AND NATIONAL TRUSTEES*".

t) **Sonny Purdue** (Commissioner)**, Devon Westhill** and **Roberto Contreras (of the CIVIL RIGHTS DIVISION), and the UNITED STATES DEPARTMENT OF AGRICULTURE** – for the same reasons as articulated in 91(f and h-m) above relative to a "*conspiracy to deprive of rights*" using *affirmative acts* of unconstitutional – even "*weaponized*" – forms of "*due process*" **that use procedure to undermine, nullify – and otherwise render as *void* – legitimate forms of due process,** which these "*departments*" and "*agencies*" otherwise have obligations to provide, and are PAID to provide, as TRUSTEES. The TRUSTEES of "USDA" have oversight of FOOD BENEFITS PROGRAMS distributed by the STATE LEVEL TRUSTEES, and their joint refusals to arrest, prosecute, fine, and imprison Seditious and Treasonous violators of STATE constitutions, violators of the U.S. CONSTITUTION, and violators of "*Federal*" laws, is prohibiting BENEFICIARY from securing *independent* housing elsewhere in attempt to evade further ILLEGAL EVICTION proceedings because he is having to use what monthly deposits he receives from the SSA TRUSTEES to instead pay necessarily for food that he is otherwise entitled to receive as paid for through his eligibility for "*FOOD BENEFITS*" from the STATE TRUSTEES.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

92. Notably, **members of the <u>UNITED STATES DEPARTMENT OF JUSTICE</u> as TRUSTEES – inclusive of those members employed as *operatives* and *agents* of the FEDERAL BUREAU OF INVESTIGATIONS ("FBI") TRUSTEES have been named in sworn and notarized AFFIDAVITS and CRIMINAL COMPLAINTS as "*the Accused*"** [5] **in the <u>ATTEMPTED MURDER of BENEFICIARY David Schied,</u> with "*secondary*" levels of "*cover-ups*" by associates at the FBI and the USDOJ running interference as "*<u>Accessories After the Fact</u>*" and in FELONY "*obstruction of justice*" of FREEDOM OF INFORMATION ACT inquiries <u>and demands</u> submitted during Common Law investigations when the TRUSTEES of the FBI and USDOJ have affirmatively refused – <u>repeatedly</u> – to execute their Duties to investigate these reports of crimes in such similar fashion that they have openly and summarily refused more recently to investigate widespread allegations across America regarding ELECTION FRAUD after 11/3/20, in spite of the plethora of EVIDENCE supporting those assertions.** (Bold emphasis added)

93. **<u>Eugene Scalia</u> and the <u>UNITED STATES DEPARTMENT OF LABOR</u> – –** for the same reasons as articulated in 91(f and h-m) above relative to a "*conspiracy to deprive of rights*" using *affirmative acts* of unconstitutional – even "*weaponized*" – forms of "*due process*" **that <u>use procedure to undermine, nullify – and otherwise render as *void* – legitimate forms of due process</u>,** which these "*departments*" and "*agencies*" otherwise have obligations to provide, and are PAID to provide, as TRUSTEES. The USDOL, is responsible for oversight of STATE rehabilitation programs to the disabled; and when notified that the TRUSTEES MICHIGAN DEPARTMENT OF LABOR was persistently denying BENEFICIARY rehabilitation services at his appropriate level of educational qualification, the USDOL simply acquiesced without

---

[5] It is to be noted here that "*The Accused*" involved in the alleged ATTEMPTED MURDER also includes varied officers and agents – some known and others unknown – of yet other "*QUASI-GOVERNMENTAL*" and/or "*FOR PROFIT*" CO-TRUSTEES operating as **DTE ENERGY**.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

further comment and in tacit agreement with the STATE TRUSTEES' criminal GROSS NEGLIGENCE and MALFEASANCE, compounding the problem for BENEFICIARY.

94. **Sally Talberg** and the **MICHIGAN PUBLIC SERVICE COMMISSION** – These two CO-TRUSTEES – along with others named both above and below as **Jerry Labut**, **Bill Schuette**, **Beverly Buritz**, and **DTE ENERGY** – were all instrumentally involved in a well-documented and audio-RECORDED series of domestic terrorist acts in an initial concerted effort in November 2017 to force BENEFICIARY (as other renters and homeowners) using "*AMI METER*" replacement as their widespread instrumental remedy (i.e., not unlike governments using the Coronavirus pandemic as their unconstitutional ploy for shutting down private businesses and fleecing taxpayer funding for various legislative "*pork*" and "*slush funds*" as solutions) and means for criminally targeting BENEFICIARY the first time as he lived peacefully in his rented home in Novi, Michigan. This is yet another story for which BENEFICIARY used his firsthand experience and RECORDED EVIDENCE to produce a video documentary proving insurrectionism and domestic terrorism under criminal coverup as "*accessories after the fact*", and with the "*aiding-and-abetting*" of these and other CO-TRUSTEES operating as the so-called "*STATE OF MICHIGAN*". The URL link for that two (2) hour video documentary is currently captioned "*RICO Busters #22 - Detroit Thomas Edison (DTE) domestic terrorists*" (1 hr. 58 min.) located below where it has been since 2017:
**https://www.youtube.com/watch?v=uOncdSeg1Xk**

95. NOTE: As BENEFICIARY was informed directly as he lay helpless in a hospital room without legs and fingers – by information provided directly by CO-TRUSTEES Christopher Tarrant and Christopher Cole who had tried to force their way into BENEFICIARY's home just before the ATTEMPTED MURDER, and who subsequently interrogated BENEFICIARY in his hospital room in violation of his FIFTH AMENDMENT constitutional guarantees – **this**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*DTE ENERGY*" terrorist event was the immediate precursor to the CO-TRUSTEES of the FBI and the USDOJ becoming also involved in the ATTEMPTED MURDER of TRUSTEE in the immediate aftermath of completing his two-hour video documentary captioned as above with the accompanying link where this video can still be found on the Internet as of the date of this instant case filing. (Bold emphasis added)

96. **MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES AND ENERGY** (hereafter "MICHIGAN DEQ") – This STATE-level TRUSTEE is being named because, in spite of its agents having been fully apprised in writing about the criminal activities playing out in the "*land development deal*" involving the eviction of BENEFICIARY David Schied and also involving a suspected illegal plan to steal a third property with PROTECTED WETLANDS for "*peanuts*" and fill it in with trucked in dirt while the TRUSTEES of the CITY OF NOVI look the other way by profiteering, the MICHIGAN DEQ still affirmatively acted in *gross negligence* and *malfeasance* in allowing this overwhelming EVIDENCE of STATE INSURRECTION, *RICO* ENTERPRISES, and DOMESTIC TERRORIST NETWORKS to flourish unabated within the metes and bounds of the STATE OF MICHIGAN and the UNITED STATES.

THE "*QUASI-GOVERNMENT CORPORATIONS*" AND
"*NONGOVERNMENTAL ORGANIZATIONS*" as CORPORATE *TRUSTEES*
LICENSED by both STATE and NATIONAL "*Governments*"

97. **The "*QUASI-GOVERNMENT CORPORATIONS*," "*NONPROFIT*" and "*FOR PROFIT*" CORPORATE TRUSTEES that are *licensed* by both STATE and NATIONAL "*governments*"** are involved with the malicious and tortuous "*deprivation of rights under color of law*", executed against BENEFICIARY David Schied in both DISCRIMINATORY and RETALIATORY fashion because of his past and present political stand as an outspoken

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*Common Law* and *Constitutional* advocate; and against BENEFICIARY David Schied because of his demonstrated leadership in proactive *self-advocacy* and *whistleblowing* against STATE-level *RICO* activities, particularly as these criminal activities involve STATE BAR OF MICHIGAN *crime syndicate* and *domestic terrorist network* members associated with all of the other CO-TRUSTEES.

98. **The members of the *"QUASI-GOVERNMENT CORPORATIONS," "NONPROFIT"* and *"FOR PROFIT"* CORPORATE TRUSTEES are named again here as follows:**

A) **CHARTER COUNTY OF WAYNE** – This is *"Ground Zero"* in the EDM as setting for the documentary film, *"White Boy"*, which is still under the *"DEEP STATE"* control of bigoted *"white men"* haters still operating widespread *"Operation Greylord-style"* crime syndicates and domestic terrorist network throughout government offices that are also heavily involved in *"Black-on-Black"* crimes. **Five of those principals still formally unnamed in this case but to be included as JOHN AND JANE DOES include: <u>Kym Worthy</u>** (still in office as *"WAYNE COUNTY PROSECUTOR"* who was spotlighted in the documentary about *"White Boy Rick"*), **<u>Robert Gonzales</u>** (Worthy's criminal *"assistant"*), **<u>Virgil Smith, Sr</u>**. (former legislator who slithered through the "revolving door" from the MICHIGAN LEGISLATURE to become *"chief judge"* of the *"WAYNE COUNTY CIRCUIT COURT"* before being replaced by another judicial usurper...), **<u>Robert Columbo</u>** (Smith's replacement as *"chief"* judicial usurper), and the **<u>WAYNE COUNTY CORPORATION COUNCIL</u>**, for starters.

B) **<u>Kevin Skully</u>**, in his private and public capacities as a member of the CO-TRUSTEES of **<u>STATE BAR OF MICHIGAN</u>** and acting as an *"ADMINISTRASTIVE LAW JUDGE"* (hereafter "ALJ") for the **<u>MICHIGAN DEPARTMENT OF LARA</u> and the <u>MDHHS</u>** – Skully was the most recent of numerous ALJ under fraudulent employ

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

by the MDHHS / LARA consortium of racketeers covering up domestic terrorism along with former MDHHS "directors" **Nick Lyons** (who was indicted and being prosecuted for the FLINT WATER CRISIS) and **Robert Gordon** (an OBAMA ADMINISTRATION key player who suddenly resigned in earlier this year in February 2021 without stating reason) who have not been held accountable for the widespread financial crimes committed against the People of the State of Michigan, and particularly committing a documented ten year (10 years) history of other documented felony crimes against the poor, the elderly, and the disabled in Michigan.

C) **Tom Masseau and others yet unnamed of the NATIONAL DISABILITY RIGHTS NETWORK** – are named herein because they comprise an interconnected RICO crime syndicates and domestic terrorist networks of people offering specific services to the ("*Elderly*", the "*Poor*" and) "*Disabled*" Communities who, when approached by BENEFICIARY David Schied in request for ADA access and accommodations aligned with publicly promoted mission statements of their CORPORATE personas, responded back against BENEFICIARY in both DISCRIMINATORY and criminally FRAUDULENT manners to deny BENEFICIARY "*access*" to specifically earmarked federal funding for which he was otherwise qualified to receive.

D) **Robin Jones**, **Peter Berg**, and the **GREAT LAKES ADA CENTER at the UNIVERSITY OF ILLINOIS' INSTITUTE ON DISABILITY AND HUMAN DEVELOPMENT** – are named herein because they comprise an interconnected RICO crime syndicates and domestic terrorist networks of people offering specific services to the ("*Elderly*", the "*Poor*" and) "*Disabled*" Communities who, when approached by BENEFICIARY David Schied in request for ADA access and accommodations aligned

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

with publicly promoted mission statements of their CORPORATE personas, responded back against BENEFICIARY in DISCRIMINATORY manners.

E) **Susan Fitzmaurice**, **Lora Frankel**, **and Christopher Fitzmaurice** as named in both their private capacities and in their public capacities as CORPORATE entity Founders and Executive Officers, with their alter-egos such as "IDEAAS-SUSAN FITZMAURICE", "TEDDY'S Ts AND BUTTONS", and "VSA MICHIGAN: THE STATE ARTS ORGANIZATION AND DISABILITY" that are *licensed* – according to information and belief – under the umbrella as franchises of the thoroughly corrupt "*RICO*" ENTERPRISES comprising the so-called "*STATE OF MICHIGAN*" as government TRUSTEES.

F) **TACTICAL RABBIT** – which, although publicly promotes itself as an international "*PRIVATE INTELLIGENCE AGENCY*", consists – according to information and belief – of "*intelligence*" TRUSTEES licensed to do business locally in the EASTERN DISTRICT OF MICHIGAN as well as other locations within the STATES and across the international globe.

🔒 tacticalrabbit.com



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

99. **TRUSTEE Everett Stern, principal at TACTICAL RABBIT, personally solicited BENEFICIARY David Schied for "*verifiable*" information that supported BENEFICIARY's public assertions** that the MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES TRUSTEES – headed in 2018 (to the present) by STATE BAR OF MICHIGAN CRIME SYNDICATE member **Robert Gordon** – was engaged in a past decade of systemic FRAUD by the STATE OF MICHIGAN TRUSTEES, causing incalculable damages against the populations of sovereign People consisting of the poor, the elderly, and the disabled, by these "*government actors*" as actual STATE *insurrectionists* and *domestic terrorists*.

 **Tactical Rabbit Inc.**
July 26 · 🌐

[$10,000 RWD] The Michigan Department of Health & Human Services (MDHHS) has been cited for #negligence & potential #fraud against #elderly patients. If you have verifiable info detailing such activity by MDHHS, we're offering $10K reward. (link: http://bit.ly/2Y6HbC3) bit.ly/2Y6HbC3 #neglect #abuse

Tactical Rabbit Incorporated is offering a $10,000 reward for solid verifiable intelligence that the Michigan Department of Health and Human Services (MDHHS) continues to engage in willful gross negligence and possible fraud against the citizens of Michigan.

We have already identified three specific instances of gross negligence and potential fraud perpetrated by MDHHS personnel against one of the most vulnerable segments of the Michigan population - its elderly citizens. Through our analysis of internal MDHHS emails that we obtained through freedom of information requests, we showed that MDHHS personnel turned off

**Wanted – For Negligence and Fraud**

**Michigan Department of Health and Human Services**

**$10,000 Reward**

100. **TRUSTEE TACTICAL RABBIT is being named herein because BENEFICIARY David Schied responded to Everett Stern's both public and private solicitations for such verifiable information under promise of a $10,000 REWARD.** Subsequently, upon **BENEFICIARY providing the requested "*verifiable*" information and establishing his**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**CLAIM upon the $10,000 REWARD,** Everett Stern withdrew his offer unlawfully, refusing to surrender the $10,000 REWARD payment. BENEFICIARY herein asserts that, had Everett Stern honored his own broad terms for compensatory *"reward"* for the verifiable information he solicited from BENEFICIARY David Schied, that BENEFICIARY would otherwise have a cash amount that would allow him to act independently as a totally and permanently disabled quad-amputee in securing housing elsewhere in the attempt to evade the furtherance of criminal LIFE AND DEATH eviction proceedings. (Bold and/or underlined emphasis added)

101.   **Richard Fairbank** and **CAPITAL ONE FINANCIAL CORPORATION** – are being named herein because during a December 2019 phone call being RECORDED by unknown and unnamed principals and agents of CO-TRUSTEES *CAPITAL ONE FINANCIAL CORPORATION*, BENEFICIARY informed an argumentative and uncooperative agent *"CAPITAL ONE"* agent that he had RECORDED evidence of his own from a previous phone conversation with another *CAPITAL ONE* agent to validate his claims against a former agent that had added charges back to a bill after BENEFICIARY had paid the balance in full on the account by a previous agreement. This unreasonable *CAPITAL ONE* agent admitted that although CO-TRUSTEES indeed have a policy of recording all incoming calls and an outgoing recording at the onset of all calls stating *"this call may be monitored or recorded …"* that this TRUSTEES' agent also repeatedly asserted a correlating **policy of TRUSTEES "CAPITAL ONE"** which **discriminatingly** held that BENEFICIARY **clients may NOT record calls with TRUSTEE *CAPITAL ONE* agents, even if the BENEFICIARY clients are totally disabled and have no other way to take notes.** (Bold and underlined emphasis added)

102.   These acts by Richard Fairbank and CAPITAL ONE FINANCIAL CORPORATION, along with other FRAUDULENT acts committed by Richard Fairbank and his agents –

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

extending these ADA and criminal violations into August 2020 – in response to BENEFICIARY requesting to reasonably settle this Civil Rights matter out of court, are still unresolved **and resulted in BENEFICIARY David Schied losing use of his only credit card and line of credit altogether, in spite of his having paid the balance in full by agreement from TRUSTEES to end any controversy about the matter being resolved with the tire vendor months prior**. **The DISCRIMINATORY and RETALIATORY actions by these *CORPORATE* CO-TRUSTEES not only damaged BENEFICIARY's credit integrity, but also prevented BENEFICIARY from being able to use his otherwise excellent track record of timely payments and credit history with TRUSTEES "*CAPITAL ONE*" many months later, so to evade Ava Ortner and her associates member TRUSTEES unlawful "*land development deal*" negotiations that included Beneficiary's "*eviction*" during a "*Federal*" CDC EVICTION MORATOTIM as part of that land contract and development deal.** (Bold emphasis added)

103. The members of these above-listed "*QUASI-GOVERNMENTAL*," and "*NON-GOVERNMENTAL ORGANIZATIONS*" as CO-TRUSTEES are named herein because they comprise interconnected RICO *crime syndicates* and *domestic terrorist networks* of people offering specific services to other certain *populations* of the "*Elderly*", the "*Poor*" and the "*Disabled*" Communities; who, when approached by (elderly, poor and disabled) BENEFICIARY David Schied in request for ADA access and accommodations aligned with publicly promoted mission statements of their CORPORATE personas, responded back against BENEFICIARY in both DISCRIMINATORY and RETALIATORY manners.

104. **The documentation of all the CLAIMS against the discriminatory, retaliatory, and criminal "*predicate [RICO] acts*" of all of these three (3) categories of CO-TRUSTEES were repeatedly placed into writing as sworn and notarized statements in AFFIDAVITS**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**and CRIMINAL COMPLAINTS** as submitted to *"higher levels"* of administrative oversight only to again result in added documentation of the breadth and depth of corrupted *"administrative"* mishandlings and the **COERCION of both government and the populations of sovereign People** through *"weaponized"* due process, and these *"secondary-levels"* [6] of RICO activities, and even higher *"exhausting"* levels of demonstrated *INSURRECTION* and *DOMESTIC TERRORISM.*

105.    In light of the above written *"summary"* descriptions, it should suffice to assert – in the spirit of practical expediency –   that the above reasonably described three primary categorizations of the CO-TRUSTEES, which  adequately informs the TRUSTEES members of the general reasons for their being named herein and SUMMONED to appear before this ARTICLE III *"Federal"* COURT OF RECORD.

106.    The specific FACTS about each individual member of the above-referenced TRUSTEES are to be exposed through due process of *"DISCOVERY"* in accordance with the law. For purposes of this instant filing of ORIGINAL COMPLAINT, the following set of FACTS should compliment the fact that the available EVIDENCE suggests that each of the members of these TRUSTEES should already be familiar with the allegations herein as they had already been placed properly *"on notice"* – multiple times and in multiple ways – about these

---

[6] A common law term describing these successively higher levels of administrative authority is *"respondeat superior"*, which was established in seventeenth– century England to define the legal liability of an employer for the actions of an employee. The doctrine was adopted in the United States and has been a fixture of agency law. It provides a better chance for an injured party to actually recover damages, because under *respondeat superior* the employer is liable for the injuries caused by an employee who is working within the scope of his employment relationship. **The legal relationship between an employer and an employee is called *agency*. The employer is called the *principal* when engaging someone to act for him. The person who does the work for the employer is called the *agent*.** The theory behind *respondeat superior* is that the principal controls the agent's behavior and must then assume some responsibility for the agent's actions. **NOTE: The terms *"principal"* and *"agent"* are words that may appear frequently throughout this text. When they appear, it is likely to be in the same context and meaning as explained here as this *"respondeat superior"* type of liability relationship.** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

allegations by EVIDENCE of previous various levels of written COMPLAINTS, appeals, and even sworn, notarized CRIMINAL COMPLAINTS that will be presented during the "*Discovery*" phase of these "*due process*" proceedings.

## STATEMENT OF FACTS

107.   BENEFICIARY David Schied herein states the following as sufficient to establish proper "*standing*" in this civil action; and likewise sufficient to notify the CO-TRUSTEES, with reasonable specificity, the reasons for their being SUMMONED to respond to the various CLAIMS of *offenses* and their associated list of liabilities to BENEFICIARY in *damages*.

108.   BENEFICIARY David Schied reiterates paragraphs 1-106 above as if written herein verbatim insofar as these paragraphs provide reasonable explanations for naming each of the member CO-TRUSTEES and providing generalized explanations for their categorical inclusion in this instant lawsuit by way of allegations against their *affirmative* acts of discrimination, retaliation, RICO crimes, insurrection, and domestic terrorism.

109.   As a certified "*disabled*" American, this "*Federal*" Court and **all "*officers of the Court*" and other government officials are required by law to provide "*reasonable accommodations*" to BENEFICIARY in accepting the following "*form*" of effective communication most comfortable, familiar, and available to him, which combines graphics and words for the most effective means of BENEFICIARY David Schied to *independently* communicate the basis of his CLAIMS while remaining as true as possible to the specific "*Rules*" for presenting cases "*digitally*" or "*on paper*" to this <u>ARTICLE III "*Court of Record*"</u>.** (Bold and underlined emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## General Overview of the FIRST Most Relevant YEAR of FACTS
## and Available Supporting EVIDENCE

110.    BENEFICIARY David Schied was rendered a "*totally and permanently disabled quad-amputee*" on or about 5/5/18 after entering the hospital on or about 3/25/18 in a near state of physical and mental incapacitation. Throughout that two-month period, BENEFICIARY David Schied escaped death only through Divine Intervention and doctors amputating both legs and seven fingers by surgical removal as a last possible resort. (Photos below are post-amputations.)



1 MONTH - May, 2018          4 MONTHS - August, 2018

111.    The suspected cause of the disease has been medically ruled as *biological*, the cause of the amputations being the result of secondary complications to the disease of "*sepsis*".

112.    The *primary cause* of the disease cannot specifically rule out any links to the FACT that in the preceding very few days before being deadly stricken, third party forensic records showed EVIDENCE that members of TRUSTEE "*STATE OF MICHIGAN*" had been "*trolling*" the Internet for information about BENEFICIARY David Schied. Additionally, photographic and other records hold compelling EVIDENCE that the CO-TRUSTEES FBI and USDOJ

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

attempted to force their way into BENEFICIARYS home through locked entry doorways, while telephoning BENEFICIARY with verbal threats and demanding entry into the home without presenting any form of legal cause or written "*warrant*". The two FBI/USDOJ member *TRUSTEES* have been since identified as "*Task Force Officer*" **Christopher Cole** and "*Special Agent*" **Christopher Tarrant**.



113.    Around two months in late May 2018, as BENEFICIARY David Schied lay incapacitated in a hospital bed alone and on a cocktail of pain medications, TRUSTEES Cole and Tarrant entered the hospital room and forcibly interrogated BENEFICIARY for about an hour without providing him the opportunity to seek legal counsel, while probing him with questions and demanding answers in an attempt to link him with – or label him as – a member of suspected domestic terrorist groups. These unconstitutional acts in violation against the FIFTH AMENDMENT were purportedly carried out because BENEFICIARY had produced and published 2-hours of documentary video spotlighting agents of DTE ENERGY as engaging in

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

domestic terrorism activities. The video also presented EVIDENCE that BENEFICIARY David Schied had promptly and properly filed numerous CRIMINAL COMPLAINTS in multiple jurisdictions while referencing the same evidence as presented in the 2-hour video.



**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

**Christopher Tarrant**
Special Agent
Detroit Field Office

477 Michigan Avenue
Suite 2600
Detroit, Michigan 48226

Telephone: 313-965-6076
Fax: 313-965-1113



**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

**Christopher Cole**
Task Force Officer
Detroit Field Office

477 Michigan Avenue
Detroit, MI 48226

Telephone: 313-965-6327
Fax: 313-965-1113
Email: christopher.cole3@ic.fbi.gov



**March 20, 2018**
**FBI "*home visit*"**

Tarrant cased out the front of the house in frustration while Cole checked the side of the house.

They used the phone leaving nasty messages and threats for me to open the door and let them come inside my home.



114.    Hospital records from this period also reveal that the TRUSTEES member "*STATE OF MICHIGAN*" – namely their agents operating as the MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES ("MDHHS") CO-TRUSTEES – were affirmatively acting in gross negligence and malfeasance in disregarding many weeks of "*emergency requests for authorizations*" by doctors and hospital staff in providing life-saving medical treatment to BENEFICIARY David Schied, which were altogether unanswered by the purported STATE agents of the CO-TRUSTEES' insurers.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

115.    In the months -- even years -- that followed to the very present, BENEFICIARY David Schied meticulously documented the **discriminatory** and **retaliatory** treatment that he received from the MDHHS TRUSTEES, from its *"appellate"* sister agency of the (MICHIGAN DEPARTMENT OF) LICENSING & REGULATORY AFFAIRS ("LARA") TRUSTEES. That documentation substantially proves that these TRUSTEES persistently used criminal tactics for *"weaponizing"* due process and prejudicially denying BENEFICIARY services otherwise owed to him as a new *"quad-amputee"* who had been first requesting, then demanding, assistance in accessing, accommodations, and equal treatment in fulfilling his daily needs for STATE services as an unemployed indigent *"citizen"* dependent upon a legally obligated but unresponsive,   unaccountable, and nontransparent form of FOREIGN *governance*.

116.    During this period of trauma recovery, BENEFICIARY had no time to secure *"grief counseling"* or Employment Rehabilitation Services because he was thrown into a perpetual state of *"survivalist"* need by the criminal acts committed by TRUSTEES' various members collectively named herein as the *STATE OF MICHIGAN* TRUSTEES.

117.    One example of the above with the CO-TRUSTEES of the STATE OF MICHIGAN was whereby BENEFICIARY David Schied submitted a FREEDOM OF INFORMATION ACT *"request for documents"* to LARA TRUSTEES at the end of December 2018 to gain some insight about the ADMINISTRATIVE CODES being used against him when filing numerous *"administrative appeals"*. In response, **LARA TRUSTEES turned around and charged an UNCONSTITUTIONALLY EXCESSIVE FEE OF $1.5 MILLION for gaining knowledge of what his administrative adversaries were clearly *weaponizing* against him as an unfair advantage during *"appeal"* proceedings.** As shown below, on the next page by graphic representation (i.e., *"a picture is worth a thousand words"*), the TRUSTEES' actions

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

to keep BENEFICIARY David Schied from even becoming "*self-sufficient*" in even knowing about and addressing the "*policies and procedures*" being used against him, were a gross constitutional violation according the SCOTUS' February 2019 case ruling in *TIMBS v. INDIANA*.



STATE OF MICHIGAN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
LARA

January 24, 2019

David Schied

Novi, MI 48377 .

RE: FOIA REQUEST of January 02, 2019, Reference # R011527-010319.

Dear Mr. David Schied:

This notice responds to your January 02, 2019 request for records, received by the Michigan Department of Licensing and Regulatory Affairs (LARA) on January 03, 2019. LARA has processed your request under the provisions of the Michigan Freedom of Information Act (FOIA) 1976 PA 442, MCL 15.231 et seq.

You requested the following:

"1.Order of Dismissal of LARA Benefits Services Division Director, Lisa Gigliotti, in MAHS Docket #18-011186. 2. List of documents, beginning on page 8 of the attached document 3. List of documents, beginning on page 12 of the attached document 4. List of documents, beginning on page 19 of the attached document 5. List of documents, beginning on page 26 of the attached document 6. List of documents on page 28 of the attached document 7. List of documents on page 29 of the attached document 8. List of documents, beginning on page 30 of the attached document 9. List of documents, beginning on page 31 of the attached document 10. List of documents, beginning on page 34 of the attached document 11. List of documents on page 38 of the attached document"

Your request will be granted as to nonexempt records in the Department's possession falling within the scope of your request.

The estimated cost of providing the information is $1,540,757.80. Please refer to the attached Detailed Itemization Form for a breakdown of the fees. Failure to charge would result in an unreasonably high cost to the Department in this particular instance because the employees must be taken away from pending work to process the request, and expend additional time to complete regularly assigned departmental work.

> **I continue to assert that the $1.5 MILLION used to prevent me from getting access to the specific written policies being used against me at the time was an unconstitutional violation of the SCOTUS ruling in the February 2019 case of "*TIMBS V. INDIANA*". NOTE: I am looking specifically for YOUR answer to my criminal allegations and NOT to the FOIA aspects of the letter dated 12/19/19.**

118. Notably, the MICHIGAN DEPARTMENT of LARA *TRUSTEES* under the leadership of TRUSTEE "*Governor*" Gretchen Whitmer's appointed "*Director*" Orlene Hawks, was the TRUSTEES' mishandling of up to twenty-two (22) "*administrative appeals*" filed by BENEFICIARY David Schied; while TRUSTEES LARA and their "*administrative judges*" admittedly were acting on the behalves of the TRUSTEES MICHIGAN DEPARTMENT OF

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

HEALTH AND HUMAN SERVICES ("MDHHS"), acting under the leadership of Gov. Gretchen Whitmer appointed "*Director*" Robert Gordon.

119.    Throughout the following first year from the time BENEFICIARY first entered the hospital and through early 2019, BENEFICIARY was filing "*administrative appeals*" and sending other detailed letters and filing CRIMINAL COMPLAINTS with the TRUSTEES MICHIGAN "*governor*" Gretchen Whitmer and "*attorney general*" Dana Nessel, the MDHHS and LARA "*directors*" (i.e., TRUSTEES Robert Gordon and Orlene Hawks respectively), and with the "*MICHIGAN PROTECTION AND ADVOCACY SERVICE*" TRUSTEES as a taxpayer-funded nonprofit CORPORATION connected with TRUSTEES "*NATIONAL DISABILITY RIGHTS NETWORK*" and its "*president*", TRUSTEE Tom Masseau.[7]

120.    Over the course of this first year time frame, BENEFICIARY David Schied continued to meticulously document his "*survival*" actions and the oppositional criminal acts perpetrated against him by the affirmative acts of the TRUSTEES operating as the "*STATE OF MICHIGAN*" in RICO conspiracy to deprive of rights (under color of administrative laws, policies, rules, and procedures); while additionally documenting the TRUSTEES billing BENEFICIARY excessively in FOIA processing costs rising to the amount over $1.5 MILLION.

---

[7] Note that there were numerous other *NONPROFIT* agencies and STATE OF MICHIGAN TRUSTEES contacted and solicited by BENEFICIARY David Schied for help in getting representative assistance from CORPORATE licensees of the TRUSTEES STATE OF MICHIGAN, conducted **in recorded phone conversations** since BENEFICIARY had all but one ("*pinky*") finger  surgically amputated and could not write with paper and pen or pencil to take standard notes. Those recordings have been archived and are still available in EVIDENCE today. Such other *NONPROFIT* agencies and *STATE OF MICHIGAN* TRUSTEES contacted in 2018 through 2019 were the AREA AGENCY ON AGING in ANN ARBOR, the DISABILITY NETWORK of OAKLAND AND MACOMB COUNTIES, the ANN ARBOR CENTER FOR INDEPENDENT LIVING, the AMERICAN FREEDOM LAW CENTER, MICHIGAN REHABILITATION SERVICES and, of course, the TRUSTEES named in this instant "*ORIGINAL COMPLAINT*".

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

121.  Additionally, BENEFICIARY uncovered public notices and an "*Open Letter to the MICHIGAN Governor*" written by a purportedly renown "*Federal financial crimes whistleblower*" residing in WASHINGTON, D.C. , having CO-TRUSTEES in DETROIT and making known that criminal tactics such as what BENEFICIARY David Schied was experiencing with the MDHHS TRUSTEES had been happening to many other "*populations*" of "*poor, elderly, and disabled*" – in RICO fashion and to the detriment of personal safety and "LRE" ("*Least Restrictive Environment*") independence of these populations – **which had been going on for the previous TEN (10) YEARS.** (Bold emphasis)

# Tactical Rabbit Intelligence Report: Michigan Department Of Health & Human Services (MDHHS)

### December 12, 2018/For Immediate Release

...

### EXECUTIVE SUMMARY

Using documents obtained through the Freedom of Information Act (FOIA) and other sources, we have identified three blatant acts of fraud carried out by the MDHHS bureaucracy that took place during the terms of outgoing Governor Rick Snyder. The frauds may have resulted in millions of dollars in misspent taxpayer money and likely denied proper care to countless members of Michigan's elderly population, causing untold suffering and dooming many to being prematurely warehoused in institutional care at great human, medical and fiscal cost. Our findings may be the tip of the iceberg regarding an out-of-control state bureaucracy with a $25 billion budget , driven by civil servants and political appointees more interested in protecting their fiefdoms than in delivering top quality health care to the state's most vulnerable residents.

# Fraud in Michigan Department of Health & Human Services

NEWS PROVIDED BY
**Everett Stern, Tactical Rabbit** ➔
Dec 07, 2018, 16:31 ET

LANSING, Mich., Dec. 7, 2018 /PRNewswire/ -- Everett Stern, the terror-finance whistleblower who uncovered major financial crimes at one of the world's largest banks, today accused the Michigan Department of Health & Human Services of fraud. In a public letter to the incoming Michigan Governor and to a federal inspector General, Stern alleges that the Michigan Department of Health & Human Services (MDHHS) committed fraudulent acts that have jeopardized the health and safety of Michigan's most vulnerable residents—its elderly, frail and disabled population.

69

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

122.    BENEFICIARY David Schied also responded to a public posting by the "*Tactical Rabbit whistleblower*", TRUSTEE Everett Stern, offering a $10,000 REWARD for "*verifiable information detailing FRAUD against elderly patients by the MDHHS*", only to be deprived of that reward once having provided the information directly to the requestor, to Everett Stern himself, through well-documented email communications readily available to this instant case as EVIDENCE for "*Discovery*".



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

### General Overview of the SECOND Most Relevant YEAR of FACTS and Available Supporting EVIDENCE:

123.    From the beginning of the new administration of the Governor and Attorney General for the TRUSTEES *"STATE OF MICHIGAN"* in January 2019 through early Summer 2019, BENEFICIARY David Schied continued to meticulously document the numerous varieties and occurring *"counts"* of RICO crimes being perpetrated both in ongoing new *"predicate"* level activities and *"cover-up"* activities at the *"secondary"* levels of this illegitimate STATE *"government"*. Many of those crimes were associated with the two-tiered *"appellate"* activities whereby *"weaponized due process"* was implemented by *"administrative law judges"* acting under employ of TRUSTEE LARA Director Orlene Hawks, but acting literally on the behalf of TRUSTEE MDHHS Director Robert Gordon.  **A portion of these crimes were RECORDED in both open audio and hidden camera video recordings** – showing CO-TRUSTEES committing criminal acts characterized as violations of both the MICHIGAN and UNITED STATES constitutions, and violations of MICHIGAN's PENAL CODE. One such example was a case BENEFICIARY had brought before a *"licensed"* STATE BAR OF MICHIGAN crime syndicate member, **Kevin Skully,** named herein as a member of the STATE LEVEL of these TRUSTEES. (*See* the graphic photo of Skully on the next page below as a frame from the hidden video camera BENEFICIARY had brought into that meeting along with his nextdoor neighbor as his transportation driver and criminal *WITNESS.*)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**STATE BAR OF MICHIGAN** member Kevin Skully criminally robbed me of due process and, as a *"judicial officer"*, committed *"fraud on the court"* and *"deprivation"* of my *"Crime Victim's Rights"* under *"color of [administrative] law*; while falsifying an *"official"* STATE record.

I was criminally denied *"access"* to the audio record of that hearing under FOIA despite Skully's recorded promise to provide it to me upon such request.



NOTE: While the STATE was engaging in their usual manner of *"racketeering and corruption"* to deprive me of my constitutional guarantees of *"due process"* and *"crime victim's rights"* – and my right to *"government transparency"* (by way of sending me a defective copy of the recording of the *"hearing"*), I had taken my own *"recorder"* to the hearing along with a witness, as well as with a hidden camera, and I obtained a full recording of the FELONY ACTS myself, as committed on camera by the *"LARA administrative law judge"* Kevin Skully. I just need to know to whom in CONGRESS is reliable and trustworthy enough for me to deliver this important *"incriminating"* information that the STATE refuses to process.

124.    The above graphic elements were first captured from the hidden camera video then embedded in numerous *"rounds"* of FIRST AMENDMENT *"Redress of Grievances"* submitted to the *"predicate"* level of RICO criminal TRUSTEES at the level of STATE and NATIONAL levels of *"appellate"* administrative review where these *Redresses* were affirmatively and repeatedly stopped in their tracks by CO-TRUSTEES acquiescing to (i.e.,

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

again by TACIT AGREEMENT) to secondary-level and third-level "*cover-ups*" by the STATE *insurrectionists* and the Seditious and Treasonous "*domestic terrorists*" – as named herein already above – operating at both the STATE and NATIONAL levels of these CO-TRUSTEES.

CAPITAL ONE FINANCIAL CORPORATION

125.    Chronologically speaking. around November 2019, the DETROIT METRO area received its first major snowstorms, stranding numerous automobiles and taxing the AAA towing system in which BENEFICIARY David Schied had been a near forty-five (45) year member. At this precise time, BENEFICIARY had used his good credit and a credit card contract with TRUSTEES Richard Fairbank and CAPITAL ONE FINANCIAL CORPORATION to assist his "*chore services*" helper in getting a flat tire fixed, which resulted in the tire store charging for two new tires under a faulty maintenance garage's diagnosis of the problem. The result was BENEFICIARY's inability to get a tow truck to return the car back to the garage; as well as BENEFICIARY David Schied making a phone call to the credit card company to place an instant "*stop payment*" and "*reversal of credit*" on the purchase of the two tires. The agents of the TRUSTEES, "*CAPITAL ONE*", had assured BENEFICIARY that the request was honored; and in return, BENEFICIARY assured that he would be returning the tires back to the store by his already calling to notify of their failure to honor the purchasing agreement.

126.    Over the course of the following week, BENEFICIARY David Schied followed through with his verbal assurances with TRUSTEES "*CAPITAL ONE*", informing the garage vendor that there was no need to issue a credit since a "*stop payment and credit reversal*" had already been arranged with the TRUSTEES at the credit card company. Nevertheless, later in the month, the monthly billing statement of the TRUSTEES "*CAPITAL ONE*" showed an unauthorized reversal and the addition of the unauthorized charge for the two tires, so

73

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

BENEFICIARY immediately telephoned – **while recording the call** – to inform the agents of the TRUSTEES *CAPITAL ONE* of the error and the need for TRUSTEES to reverse those charges. **In a verbal contract, BENEFICIARY also agreed to pay the past balance in full by telephone; but only on condition that CAPITAL ONE agree to instantly <u>finalize</u> the "*challenge*" to the charges being added back on as based upon the original phone agreement made earlier in the month during the snowstorm. On the recorded line, after securing the finalization of that agreement with TRUSTEES "*CAPITAL ONE*", BENEFICIARY David Schied authorized the transfer of funds from his bank account to *zero out* any balance claimed to be owed to TRUSTEE *CAPITAL ONE*.** (Bold emphasis)

127.    Subsequently, TRUSTEES *CAPITAL ONE* **deceptively added the charges back along with interest** as they both appeared on the December billing cycle; so BENEFICIARY again telephoned an agent of TRUSTEES *CAPITAL ONE* to reiterate the two-month old story and the fact that twice before TRUSTEE *CAPITAL ONE* agents had failed to honor their telephone agreements.

128.    During this RECORDED December 2019 phone call, BENEFICIARY informed the argumentative and uncooperative TRUSTEES *CAPITAL ONE* agent that he had recorded evidence of his own to validate his claims against the former agent that had added the charges back to the bill after BENEFICIARY had paid the balance in full on the account by the previous agreement. The CAPITAL ONE agent admitted that although CAPITAL ONE has a policy of recording all incoming calls and an outgoing recording at the onset of the call stating "*this call may be monitored or recorded …*" this TRUSTEE as agent for CAPITAL ONE repeatedly asserted a correlating **policy of TRUSTEES *CAPITAL ONE*, which <u>discriminatingly</u> held that banking clients such as <u>BENEFICIARY may NOT record calls</u> with TRUSTEE**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*CAPITAL ONE* agents, <u>even if the banking clients are totally disabled and have no other way to take notes.</u> (Bold emphasis added)

129.   During that RECORDED December 2019 call, BENEFICIARY David Schied informed the TRUSTEES agent that he disagreed with that policy, stating that **he needed the ADA *"accommodation"* of being able to record calls, particularly in light of the disclaimer outgoing recording by CAPITAL ONE stating that all calls may otherwise be recorded.** Subsequently, on that same recorded December 2019 call, **TRUSTEES *"CAPITAL ONE"* agent refused to further service BENEFICIARY unless BENEFICIARY agreed to stop recording that instant call; and when BENEFICIARY reasserted his needs to record the call by his inability to use pen and paper for notetaking, <u>the CAPITAL ONE agent RETALIATED by hanging up on BENEFICIARY without correcting the erroneous billing amount.</u>**

130.   This tortuous and malicious act of DISCRIMINATION as a matter of TRUSTEES' public *"policy"* resulted in BENEFICIARY David Schied losing use of his only credit card and line of credit altogether, in spite of his having paid the balance in full by agreement from TRUSTEES to end any controversy about the matter being resolved with the tire vendor months prior. **This RETALIATORY action by TRUSTEES *CAPITAL ONE* not only damaged BENEFICIARY's credit integrity, but also prevented BENEFICIARY from being able to use his excellent track record of timely payments and credit history with TRUSTEES *CAPITAL ONE* many months later, so to evade CO-TRUSTEES Ava Ortner and her associates' unlawful land development negotiations that included Beneficiary's *"eviction"* during a *"Federal"* CDC EVICTION MORATOTIM as part of that land contract and development deal.** (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

LOCAL and STATE "*RICO*" CRIME SYNDICATES ISSUING THREATS OF VIOLENCE

131.  <u>For the latter half of 2019 and through the first half of 2020</u> – which concluded the end of the first two years post-release from the MEDILODGE OF FARMINGTON HILLS nursing home, which is a franchised *licensee* of the TRUSTEES *STATE OF MICHIGAN* – BENEFICIARY was working on an autobiography that traces the roots of STATE and NATIONAL insurrectionism and domestic terrorism back more than two full decades, as meticulously documented (i.e., 1650 unpublished pages so far in unfinished memoirs chock full of supported <u>EVIDENCE dating back to the early 1990s as linked to the public funding of international terrorism</u>) with links to other STATE *RICO* CRIME SYNDICATES and NATIONAL-level DOMESTIC TERRORIST NETWORKS giving the fuller background of Sedition and Treason of CO-TRUSTEES FBI and USDOJ agents, as linked to the "*OBAMA ADMINISTRATION*" and notables such as **Rod Rosenstein**, **Hillary Clinton**, **Jake Sullivan**, MICHIGAN's Senator **Debbie Stabenow**, the **CLINTON FOUNDATION**, and numerous others linked to the CO-TRUSTEES but not directly named herein in their private capacities.

132.  **This above-referenced 1650-page "*autobiographical book manuscript*" – as well as all documents supporting its organized contents in both digital and paper format – is now to be considered "*FEDERAL EVIDENCE*" protected by NATIONAL whistleblower laws, being <u>subject only to "*in-camera*" exposure</u> to this ARTICLE III DISTRICT COURT OF THE UNITED STATES under strict conditions meant to protect the secured interests of BENEFICIARY David Schied going forward from here.** (Bold emphasis)

133.  **<u>From the end of August 2020 unto February 22, 2021</u>, the LOCAL TRUSTEES consisting of Ava Ortner, her public persona as STATE "*guardian*" over homeowner Donald Thorpe, Jr., COLLIERS INTERNATIONAL, the CITY OF NOVI, Dominic Sylvestri, along with other members of the STATE BAR OF MICHIGAN crime syndicate**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

and domestic terrorist network, had been using a plethora of tortuous acts in the attempt to force BENEFICIARY David Schied from his rightful home. They initially did so by attempting to fraudulently solicit a new "*month-to-month*" LANDLORD-TENANT contract, by falsely affirming that an otherwise NONESISTENT previous "*month-to-month*" contract existed when no such contract had existed since November 2017 as provided by EVIDENCE.

134.   When that first fraudulent strategy was unsuccessful, Ava Ortner, *et al* resorted to repeatedly taking unlawful other actions to force an "*eviction*" from BENEFICIARY David Schied's home of the last 8 ½ years – **despite BENEFICIARY being a *totally and permanently disabled amputee* and in spite of BENEFICIARY having paid more than the agreed reasonable amounts in *consideration* each month for the previous year for inhabiting this property under a Common Law Right and Human Right – during both STATE and NATIONAL "*moratoriums*" on executing such types of ILLEGAL evictions.**

135.   Examples of the LOCAL CO-TRUSTEES executing the aforementioned CRIMINAL ACTS in defiance of the TRUMP ADMINISTRATION's "CDC ORDER" placing a national moratorium on evictions is shown below in the following dated EVIDENCE:

a)   On 9/18/20, the **Ava Ortner, et al LOCAL TRUSTEES issued their first eviction notice** approximately three weeks after soliciting a fraudulent "*month-to-month*" Landlord-Tenant contract and having her "*mentally disabled*" cohort, Donald Thorpe, Jr. hand-deliver it along with his own fraudulent oral assurances – which were RECORDED on digital audio tape – that **it would be at least a year, likely two, before the land development planned with the CITY OF NOVI and COLLIERS INTERNATIONAL TRUSTEES would need BENEFICIARY David Schied to actually surrender the property:**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Approved, SCAO

| STATE OF MICHIGAN | NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY, Landlord-Tenant | As a result of the CRIMES committed against me as outlined throughout my 8/1/20 "COMPLAINT" and herein by additional EVIDENCE of DISCRIMINATION, RETALIATION, and other CRIMES, I am being EVICTED as a "totally and permanently disabled quad-amputee". |
|---|---|---|

TO:  David Schied

Novi, MI 48377

1. Your landlord/landlady, **Donald A. Thorpe, Jr.** , is seeking to recover possession of property pursuant
   Name (type or print)

   ☑ MCL 554.134(1) or (3) (see other side)   ☑ other: Residential Lease, secs. 3, 18 , and wants to evict you from:
   Address or description of premises rented (if different from mailing address):
   Address above

2. You must move by **October 31, 2020** or your landlord/landlady may take you to court to evict yo
   Date (*see note)

3. If your landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you believ you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him or he soon.

Date
**September 18, 2020**
Signature of owner of premises or agent

Address
25289 Sutton Court, Novi, MI          248-798-9647
City, state, zip                      Telephone no.

*NOTE: Unless otherwise allowed by law, the landlord/landlady must give notice equal in time to at least one rental period.

**HOW TO GET LEGAL HELP**

1. Call your own lawyer.

2. If you do not have an attorney but have money to retain one, you may locate an attorney through the State Bar of Michiga Lawyer Referral Service at 1-800-968-0738 or through a local lawyer referral service. Lawyer referral services should b listed in the yellow pages of your telephone directory or you can find a local lawyer referral service at www.michbar.org

3. If you do not have an attorney and cannot pay for legal help, you may qualify for assistance through a local legal aid offic Legal aid offices should be listed in the yellow pages of your telephone directory or you can find a local legal aid office a www.michiganlegalhelp.org. If you do not have Internet access at home, you can access the Internet at your local librar

b)  In an immediate response to the above "*NOTICE TO QUIT*", BENEFICIARY **David**

**Schied complied with the terms of the CDC ORDER of Eviction Moratorium by**

**drafting – on 10/15/20 – a formal sworn and notarized DECLARATION** in the length

of forty (40) pages outlining the entire history of this case to date. This formal

"*DECLARATION*" included the details about how the jurisdiction for this case was

grounded in the COMMON LAW and/or the "*Federal*" jurisdiction because, contrary to

the fraudulent assertions of the TRUSTEES, there was no continuing "*month-to-month*"

rental agreement in existence beyond November 2017 – just four month prior to an

ATTEMPTED MURDER on the life of BENEFICIARY David Schied – when **CO-**

78

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**TRUSTEES conspired with DTE ENERGY to intervene and nullify that contract with the "*landlord*", by way of committing DOMESTIC TERRORIST ACTS upon the population at large, <u>which effectively forced new contracts between renters and DTE ENERGY instead of renters and their landlords.</u>**

Subsequently, on <u>October 15, 2020,</u> I submitted my **"*<u>Sworn and Notarized DECLARATION</u>*" to the following LOCAL, COUNTY, and STATE agencies with absolute proof that the "*landlord*" Donald Thorpe, Jr. and his STATE BAR attorney/wife Eva Ortner received a copy of this "<u>DECLARATION</u>" via "*<u>Certified Mail Delivery</u>*" two days later, on 10/17/20.

**DECLARATION of David Schied (dated 10/15/20)**
**Invoking the "*<u>Common Law</u>*" Jurisdiction**
**and/or the "*Federal*" Jurisdiction in *Halting Eviction***
**via *QUO WARRANTO*, Notice of "INTENT TO LIEN",**
**Claims of "DISABILITY" and "MEDICAL FRAILTY", and**
**"To Prevent Further Spread of COVID-19"**

I, David Schied, an American man and a "*quad-amputee*" living within Michigan as one of the sovereign People of the United States of America, herein and hereby declare the following:

1. Since August 1, 2012, I have been an inhabitant of a home located at 46675 W. 12 Mile Road in the CITY OF NOVI, a municipality located in the COUNTY OF OAKLAND, in the STATE OF MICHIGAN.
2. Since November 2017, I have been living in the above-referenced home without any "*Landlord-Tenant*" contract whatsoever. Previously, no written contract for monthly rent had been established since that written in 2014 as a "*month-to-month*", which expired in August 2015.



**USPS Tracking®**

Tracking Number: 70192970000072179100

Your item was delivered to an individual at the address at 2:04 pm on October 17, 2020 in NOVI, MI 48377.

☑ **Delivered**

October 17, 2020 at 2:04 pm
Delivered, Left with Individual
NOVI, MI 48377

Get Updates ∨

**Text & Email Updates**

**Tracking History**

> The details of my DECLARATION are depicted in the pages below; and despite my having "*served*" my DECLARATION to this so-called "*landlord*" and his STATE BAR attorney wife on 10/17/20, they have DEFIANTLY corrected the misspelling on their September "*Notice to Quit*" and reissued another one against me, ordering me to EVICTION again on short notice, <u>being before 12/1/20.</u>

c) On 10/31/20, the Ava Ortner, *et al* LOCAL TRUSTEES issued their second eviction notice, exactly two weeks following their receipt of the CDC "*<u>DECLARATION</u>*" giving sworn and notarized STATEMENTS (i.e., certified by a licensed notary of the STATE

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

TRUSTEES "*STATE OF MICHIGAN*") that BENEFICIARY David Schied was invoking

the Common Law and/or "*Federal*" jurisdiction(s), while also placing the CO-TRUSTEES

on notices about both his "*Intent to Lien*" the property at issue, and to "*Halt*" the STATE-

LEVEL eviction process based upon the 9/4/20 "*CDC ORDER*" that had been issued –

**UNDER PENALTY OF MINIMUM $100,000 FINE AND A YEAR IN JAIL** – "*to*

*prevent the spread of COVID-19*". (Bold and underlined emphasis added)



**d)** Subsequently, on Friday 12/18/20 at 4:00PM, Ava Ortner's LOCAL CO-TRUSTEES –

acting by and through the STATE BAR OF MICHIGAN crime syndicate and domestic

terrorist network cohort, **Dominic Silvestri** – scotch-taped the following FRAUDULENT

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*SUMMONS*" on a NONEXISTENT "*Landlord-Tenant Land Contract*" calling for BENEFICIARY David Schied to surrender jurisdiction to the "*STATE-LEVEL*" TRUSTEES by command that BENEFICIARY, as a "*totally and permanent disabled quad-amputee*" attend a formal "*EVICTION HEARING*" **with less than two business days to respond. This was a blatant ADA violation.** (Bold and underlined emphasis added)

---

Approved, SCAO

1st copy - Court
1st copy - Tenant
2nd copy - Mailing
3rd copy - Landlord/Landlady
4th copy - Proof of service

| STATE OF MICHIGAN<br>52-1  JUDICIAL DISTRICT | SUMMONS<br>Landlord-Tenant/Land Contract | CASE NO.<br>20  20-C04694 LT LT |
|---|---|---|

Court address
48150 Grand River Ave, Novi, MI 48374

Court telephone no.
248-305-6511

| Plaintiff's name, address, and telephone no.<br>Donald A. Thorpe, Jr. and<br>Aya Orner<br>c/o Plaintiff's Attorney | Plaintiff's attorney, bar no., address, and telephone no.<br>Dominic Silvestri P65275<br>37911 W. 12 Mile Rd.<br>Farmington Hills, MI 48331<br>248.246.6323 |
|---|---|

v

| Defendant's name, address, and telephone no.<br>David Schied and all other occupants<br>46675 West 12 Mile. Rd.<br>Novi, MI 48377 | ☒ Rental unit eviction<br>☐ Land contract forfeiture |
|---|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants
   ☐ to recover possession, after land contract forfeiture, of
   ☐ a money judgment,
   ☒ to evict you from

HEARING VIA ZOOM

| Address or description of premises<br>46675 West 12 Mile. Rd.<br>Novi, MI 48377 |
|---|

MEETING ID 565 988 1689

2. You are summoned to be in the district court on **Tuesday, December 22, 2020**  at **1:30 pm**
   Day and date                                                                    Time

   ☐ at the address above, ☐ at _____ , courtroom _____ .
                             Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defense response, you will lose this right.
4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not be evicted. Bring witnesses, receipts, and other necessary papers with you.
5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

**12/9/2020**
Date Issued

Court clerk

This document must be sealed by the seal of the court.

**HOW TO GET HELP**

You have received an important legal document from a court. Your landlord is trying to evict you. This means you could lose your housing and you could owe your landlord money. It is important to respond to this quickly.

You may hire an attorney to help you answer the complaint and prepare defenses. If you cannot afford an attorney, you can get help at MichiganLegalHelp.org or you might qualify for assistance through a local legal aid office. If you do not have Internet access at home, you can access the Internet at your local library.

If you do not have an attorney, but have money to hire one, you can find an attorney through the State Bar of Michigan Lawyer Referral Service at 1-800-968-0738 or a local lawyer referral service at michbar.org.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Tenant's Copy
DC 104  (8/17)  SUMMONS, LANDLORD-TENANT/LAND CONTRACT

MCL 600.5735,
MCR 2.102, MCR 4.201(C), MCR 4.202(E)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

136.    Meanwhile, as these *"predicate"* level crimes continued to put BENEFICIARY David

Schied's immediate household under direct threat in *"danger to human life"*, in constant

THREAT to BENEFICIARY David Schied's Rights to Life, Liberty, and Pursuit of Happiness,

BENEFICIARY has been continuing to exercise his FIRST AMENDMENT guarantees to

*Redress of Grievances* at the *"secondary"* levels of STATE and NATIONAL reviews, only to

be *affirmatively* provided with compounding EVIDENCE that STATE INSURRECTION and

DOMESTIC TERRORISM at these *"higher"* levels of TRUSTEES continue to run rampant

and out of any form of administrative, legal, or constitutional controls.

MORE RECENT FACTUAL EVIDENCE OF *"RICO"* CRIMES, STATE INSURRECTION,
AND DOMESTIC TERRORISM AT THE *"SECONDARY"* (ADMINISTRATIVE) STATE
AND NATIONAL LEVEL OF TRUSTEES

137.    **With regard to dealing with the *"predicate"* level of criminal RICO acts committed**

**by TRUSTEES Richard Fairbank and *"CAPITAL ONE"*** – at the beginning of the 2020

calendar year **after being discriminated against then retaliated against by the CAPITAL**

**ONE agent on a recorded phone line**, BENEFICIARY David Schied wrote a letter of

grievance COMPLAINT directly to TRUSTEE **Richard Fairbank** as private *"Founder"* and

CORPORATE "CEO" of TRUSTEES *"CAPITAL ONE"*. In that letter, BENEFICIARY David

Schied asserted that his credit had been damaged by the public policy and retaliatory acts of

the company's numerous agents, magnanimously **offering to settle the claims of**

**discrimination** and **retaliation** against **BENEFICIARY (and other disabled persons**

**similarly situated) in the amount of $10,000.** (Bold emphasis)

138.    Throughout this period of time while awaiting an *"answer"* to BENEFICIARY's

*"settlement offer"*, BENEFICIARY had been quite unaware that TRUSTEES *CAPITAL ONE*

had long been involved in misrepresenting itself to the public as a business that was otherwise

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

showing itself in STATE records as being "<u>INACTIVE</u>" as a legitimate "*financial corporation*" business. (See below)



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**139.**    After stringing BENEFICIARY along for the first few months of 2020, **the TRUSTEES as agents of *"CAPITAL ONE FINANCIAL CORPORATION"* – acting without full disclosure of their true actual headquarters address or status of being *"INACTIVE"* – refused to answer the specifics either of BENEFICIARYS written *COMPLAINT* letter or his *"SETTLEMENT OFFER"*.** Instead, the TRUSTEES issued a worthless apology with an investigative determination about their accounting wrongdoing, but still claimed a "*balance owed*" by BENEFICIARY David Schied on the STILL CLOSED ACCOUNT which was scheduled for commercial "*discharge*" in Spring 2020. Since executing that discharge, the **TRUSTEES Richard Fairbanks and his other agents at *"CAPITAL ONE FINANCIAL CORPORATION"* have ceased any further contact with BENEFICIARY <u>while leaving BENEFICIARY's discrimination CLAIMS unaddressed and without proper remedy.</u>**

140.    **TRUSTEES Richard Fairbank and *"CAPITAL ONE FINANCIAL CORPORATION"* have yet to respond to BENEFICIARY David Schied's outstanding claims that the TRUSTEES are operating openly and illegally, with a documented and <u>recorded public policy</u> that plainly discriminates and retaliates against persons with physical disabilities, in violation of AMERICANS WITH DISABILITIES ACT *"Federal"* requirements. Damages thus, remain outstanding and are now in *"debt collections"* against the CO-TRUSTEES for the negative impact these illegal acts have had upon BENEFICIARY having been prevented from using his good credit and contracted credit card with *CAPITAL ONE* as a means to live independently and to readily avoid or escape *"eviction"* activities of the other criminal CO-TRUSTEES allowing this company to continue to do business with RECORDED official company policies that both DISCRIMINATE and RETALIATE against persons with proven disabilities and needs for certain *accommodations*.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

141.    Under these conditions, BENEFICIARY is pursuing CLAIMS under the FALSE CLAIMS ACT against CO-TRUSTEES **Richard Fairbank** and *CAPITAL ONE FINANCIAL CORPORATION* on behalf of both himself and other sovereign American People as *"beneficiaries"* under the PUBLIC TRUST; by acting through both STATE and NATIONAL government corporations that have been duly presented with these FACTS and CLAIMS and still refuse to act with accountability to rectify these discriminatory public policy issues and corrupt retaliatory *"RICO"* acts of TRUSTEES *"CAPITAL ONE"*, Richard Fairbank, and all others of their agents and officers. (Bold emphasis added)

142.    **With regard to responsibly dealing with the *"predicate"* level of criminal RICO acts committed by TRUSTEES *"STATE OF MICHIGAN"*** – inclusive of a long history of meticulously documented *"administrative appeals"*, *"FOIA requests for documents"*, *"CRIMINAL COMPLAINTS"*, and BENEFICIARY David Schied having gathered years of EVIDENCE against the TRUSTEE GOVERNOR(s), the TRUSTEE ATTORNEY GENERAL(s), the TRUSTEES LARA and MDHHS *"Directors"* and innumerable other agents of the TRUSTEES – **BENEFICIARY David Schied has documented the incessant levels of *"flawed summary review"* and *"abuses of discretion"* of this illegitimate government** by way of the TRUSTEES *STATE OF MICHIGAN's* **circularly rechanneled administrative hierarchical structure of the Fourth Branch (i.e., the *Administrative State*) as it is designed and implemented by *insurrectionists* and *domestic terrorists* to cause actual harm to the sovereign People as the population at large. These *"crime victims"* are many other *"beneficiaries"* of the PUBLIC TRUST.** (Bold and underlined emphasis added)

143.    Thus, **TRUSTEES operating individually and collectively as the *STATE OF MICHIGAN*** – who are acting in ways that run opposite of their OATHS and DUTIES to BENEFICIARY David Schied and other beneficiaries in spite of TRUSTEES being otherwise

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

compelled by **fiduciary** contracts and laws with the many "*Federal*" government entities, **fiduciary** contracts in the PUBLIC TRUST (whether as a compact or contract), and **fiduciary** contracts with the sovereign People themselves – **are now being sued herein for gross misconduct, malfeasance, and the refusal to otherwise uphold the sovereign Rights of BENEFICIARY David Schied and other sovereign People as "*beneficiaries*" of STATE and UNITED STATES constitutions, and refusing to uphold the TRUSTEES' solemn Oaths and Duties to both.** (Bold emphasis added)

144.   **The higher ("NATIONAL") levels of these TRUSTEES have been painstakingly notified by BENEFICIARY David Schied in numerous – and illustrative – ways** about the *insurrectionist* and *domestic terrorist* acts taking place within the ultra-corrupt "*STATE OF MICHIGAN*", in spite of certain allocations of funding from CONGRESS for services to the many populations of the sovereign American People inhabiting the land known as "*Michigan*"; to include health and human services to the poor, the elderly, the disabled, and "*law enforcement*" services to the entire population of taxpayers and other "*citizens*" of the STATE being so mistreated by the STATE-level TRUSTEES. **Nevertheless, those others (at the NATIONAL level) have *affirmatively* declined BENEFICIARY David Schied's requests and subsequent demands to take appropriate actions to remedy these problems. Therefore, BENEFICIARY David Schied, as "*Federal Whistleblower*", is stepping up with CLAIMS against all levels of these TRUSTEES under the FALSE CLAIMS ACT, for recovery of costs to taxpayers of salaries and other "*benefits*" paid.**

145.   **While BENEFICIARY has documented nearly two decades of "*pattern and practice*" of this STATE-NATIONAL "*government*" dynamic of affirmative acts of supported INSURRECTIONISM and DOMESTIC TERRORISM, the more recently documented "*issue at hand*" involves notice in June 2020 that MEDICARE would soon "*kick in*" and**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

the SSA TRUSTEES would be starting in August (for September MEDICARE beginning) to be automatically subtracting *"monthly premiums"* for *"Part B"* coverage from BENEFICIARY David Schied's only means of financial sustenance by way of payments from TRUSTEES *"SOCIAL SECURITY ADMINISTRATION"*. These grossly negligent and malfeasant acts of these TRUSTEES nevertheless continued for many months despite that BENEFICIARY had long been otherwise eligible to have those premiums paid at the STATE level through MEDICAID's *"MEDICARE SAVINGS PROGRAM"* and *"EXTRA HELP"* programs.

146.   Yet at the STATE TRUSTEES level, **the agents of the TRUSTEES *STATE OF MICHIGAN* were continually *"targeting"* BENEFICIARY in discriminatory and retaliatory fashion by refusing to cooperatively send him a proper written *"application"* for such premium / deductible payment assistance for the *"MEDICARE SAVINGS PROGRAM"* to stop the automatic SSA monthly deductions; while similarly criminally grossly neglecting to assist BENEFICIARY as he repeatedly requested services and help as a disabled man in completing these required *"applications"* over the phone.**

147.   Therefore, after nearly two full months of being subjected to TRUSTEES *"runarounds"* and *"affirmative refusals"* to cooperate with such simple requests, BENEFICIARY began using the *"administrative appeal"* process – first by phone in June and July 2020, then in writing beginning August 2020 – by contacting both NATIONAL *"government"* TRUSTEES and *"NONPROFIT"* TRUSTEES purportedly specializing in services to the disabled. All of these *"governmental"* and *nongovernmental"* entities brandished public mission statements promoting the *"independence"* of the disabled population, by reinforcement of their Rights to Life, Liberty, and the Pursuit of Happiness and property ownership while living as *equal to* the way other sovereign American People live – in the Least Restrictive Environment ("LRE").

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

148. **The examples provided below spotlighting the names of these various CO-TRUSTEES, inclusive of their hierarchical subclasses of various bureaucratic "*departments*", "*bureaus*", "*divisions*", "*sections*", "*units*", "*agencies*", and "*offices*" at both STATE and NATIONAL levels that were informed about the ALLEGATIONS against TRUSTEES of "*STATE OF MICHIGAN*":**

a) **EXAMPLE 1 – dated 8/2/20** (finished on 8/10/20) numbering 39 pages with fully supported and illustrated FACTS giving good cause for responsible higher-level action.

---

David Schied
46675 W. 12 Mile Rd.
Novi, Michigan 48377
248-974-7703
(all calls recorded)
(written responses preferred)

8/1/2020 (finished on 8/10/20)

**This letter — written by a "*quad-amputee*" with an "*acquired*" total and permanent disability — contains CLAIMS, FACTS and EVIDENCE supporting good faith NOTICE about government crimes of gross negligence, dereliction of duties, malfeasance, RICO, Sedition, Treason, and "*domestic terrorism*" (by Congress' definition).**

| | | |
|---|---|---|
| NATIONAL DISABILITY RIGHTS NETWORK **ATTN: Tom Masseau**, President 820 First St. NE, Suite 740 WASHINGTON, DC 20002 tmasseau@disabilityrightsar.org | UNITED STATES CONGRESS ATTN: **Haley Stevens** – Repres. MICHIGAN, 11th DISTRICT 227 Cannon HOB WASHINGTON, DC 20515 Phone: (202) 225-8171 https://stevens.house.gov/contact/email-me | UNITED STATES SENATE ATTN: **Debbie Stabenow** – Rep. MICHIGAN 731 Hart Senate Office Building WASHINGTON, DC 20510-2204 Phone: (202) 224-4822 https://www.stabenow.senate.gov/contact |
| ATTN: **William P. Barr** USAG, U.S. DEPT. OF JUSTICE 950 Pennsylvania Avenue, NW WASHINGTON, DC 20530-0001 https://www.justice.gov/doj/webform/your-message-department-justice | ATTN: **Eric Dreiband**, Assist.AG USDOJ - Civil Rights Division (202) 514-4609 / (202) 514-3847 https://www.justice.gov/doj/webform/your-message-department-justice | ATTN: **Seema Verma**, Director Centers for Medicare and Medicaid Services (CMS) – USDHHS 200 Independence Ave., S.W. WASHINGTON, DC 20201 877-696-6775 OCRComplaint@hhs.gov Seema.Verma@cms.hhs.gov https://www.medicare.gov/MedicareComplaintForm/response.aspx |
| ATTN: **Andrew Saul**, Commissioner, SOCIAL SECURITY ADMIN. 800-772-1213 https://secure.ssa.gov/emailus/ | ATTN: **Steven Mnuchin**, Secretary U.S. DEPT. OF TREASURY Treasury.Direct@fiscal.treasury.gov | |
| ATTN: **Robin Jones**, Director / **Peter Berg**, Technical & Project Coord. GREAT LAKES ADA CENTER – UNIVERSITY OF ILLINOIS INSTITUTE ON DISABILITY & HUMAN DEVELOPMENT. 1640 West Roosevelt Rd., Room 405 CHICAGO, IL 60608 http://www.adagreatlakes.org/WebForms/ContactUs/ | **ADA NATIONAL NETWORK** 1-800-949-4232 https://adata.org/email **Claudia Diaz / Others in Mngemnt.** adata@adagreatlakes.org | |

**WARNING! You may be a STATE or NATIONAL agency of the People's "government" that is constricting the intake of "*complaints*" and "*notices*" through "FORMS" that disregard and/or systematically "*omit*" or "*delete*" information provided to you through technology being used by disabled People to enhance the effectiveness of their communicating FACTS and EVIDENCE of government crimes of gross negligence, dereliction of duties, malfeasance, RICO, and "*domestic terrorism*" (by Congress' own definition). IGNORANCE OF THE FACTS by use of these automated "*constraint*" devices IS NO EXCUSE for thwarting government "*accountability*", "*responsiveness*", and "*transparency*".**

**PUBLIC NOTICE
of CONSTITUTIONAL and CIVIL RIGHTS violations**

page 1 of 39

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

b) **EXAMPLE 2 – dated 8/17/20** (finished on 10/10/20) numbering 222 pages with fully

supported and illustrated FACTS giving ample "*just cause*" for responsible higher-level action.

---

David Schied
46675 W. 12 Mile Rd.
Novi, Michigan 48377
248-974-7703
(all calls recorded)
(written responses preferred)

9/17/20 (finished on
10/10/20)

> This letter – written by a "*quad-amputee*" – is a **FOLLOW-UP** to previously submitted CLAIMS, FACTS and EVIDENCE supporting good faith NOTICE about government crimes of gross negligence, dereliction of duties, malfeasance, RICO, Sedition, Treason, and "*domestic terrorism*" (by Congress' definition).

| | | |
|---|---|---|
| **UNITED STATES SENATE** ATTN: **Lindsay Graham**, Chair SENATE JUDICIARY COMMITTEE 290 Russell Senate Office Building Washington, DC 20510 Phone: (202) 224-5972 | **UNITED STATES CONGRESS** ATTN: **Steny Hoyer** – Majority Leader 1705 Longworth House Office Bldg. WASHINGTON, DC 20515 Phone: (202) 225-4131 | **UNITED STATES SENATE** ATTN: **Mitch McConnell** – Majority Leader 317 Russell Senate Office Bldg. WASHINGTON, DC 20510 Phone: (202) 224-2541 |

UNITED STATES CONGRESS
ATTN: **Matt Gaetz** – *Absolute Warrior,*
HOUSE JUDICIARY COMMITTEE
1721 Longworth House Office Bldg.
Washington, DC 20510
Phone: (202) 224-4136

**UNITED STATES CONGRESS**
ATTN: **Jim Jordan**, Ranking Member
– HOUSE JUDICIARY COMMITTEE
2056 Rayburn House Office Bldg.
WASHINGTON, DC 20515
Phone: (202) 224-2676

ATTN: **Steven Mnuchin**, Secretary
**U.S. DEPT. OF TREASURY**
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

ATTN: **William P. Barr**
USAG, **U.S. DEPT. OF JUSTICE**
950 Pennsylvania Avenue, NW
WASHINGTON, DC 20530-0001

ATTN: **Eric Dreiband**, Assist.AG
**USDOJ – CIVIL RIGHTS DIVISION**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 514-4609 / (202) 514-3847

**NO NAME**, Inspector General;  and,
**Christi Grimm**, Principal Deputy
Inspector General
**OFFICE OF INSPECTOR GENERAL**
**USDHHS**
330 Independence Ave., SW
WASHINGTON, D.C., 20201

ATTN: **Sonny Perdue**, Secretary
**U.S. DEPT. OF AGRICULTURE**
Office of the Assistant Secretary
for Civil Rights
and,
**Devon Westhill**, Deputy – OASCR
1400 Independence Avenue, SW
Washington, D.C. 20250-9410

ATTN: **Andrew Saul**, Commissioner
**SOCIAL SECURITY ADMIN.**
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235
800-772-1213
and,
27650 FARMINGTON RD
FARMINGTON HILLS, MI 48334
866-331-2210

Donald Trump, U.S. PRESIDENT
THE WHITE HOUSE                WASHINGTON, D.C.
1600 PENNSYLVANIA AVE, NW                20500

| | | |
|---|---|---|
| Robert Gordon, Director **MICHIGAN DEPT. OF HEALTH & HUMAN SERVICES** P.O. Box 30195 LANSING, MICHIGAN 48909 | Rachael Eubanks, Treasurer **MICHIGAN DEPARTMENT OF TREASURY** LANSING, MICHIGAN 48922 | Gretchen Whitmer, Governor **STATE OF MICHIGAN** P.O. Box 30013 LANSING, MICHIGAN 48909 |

## UPDATE TO PREVIOUS PUBLIC NOTICE OF 8/10/20 of CONSTITUTIONAL and CIVIL RIGHTS violations, and (again) CRIMINAL COMPLAINTS of DOMESTIC TERRORISM BY STATE AGENTS

**page 1 of 222**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

149. The 222-pages of the above-referenced 10/10/20 dated "*FOLLOW-UP ... TO THE PREVIOUS PUBLIC NOTICE* ..." (from two month earlier as completed and sent out on 8/10/20) included a thorough address of "*secondary*" level FACTS leading to NEW (multi-tiered) COMPLAINTS about the following "*ADMINISTRATIVE STATES*" as the CO-TRUSTEES named herein. The FACTS outlined in this dated correspondence was complete with an explicit accounting for dates and persons acting as the agents and functionaries of the several named CO-TRUSTEES now summoned to answer to these COMPLAINTS because of their affirmative refusals to address these issues and their similar refusals to process certain applications accompanying these COMPLAINTS anytime after 10/10/20 up until the date of this instant filing. **These *secondary* level (i.e., NATIONAL level) FIDUCIARIES addressed by this 222-page correspondence referenced above included the following** (depicted below with page numbers):

a) The CO-TRUSTEES of the **UNITED STATES DEPARTMENT OF AGRICULTURE** – beginning on page 3 and continuing through page 7 in overview of the "*appeals*" on unresolved COMPLAINTS against the STATE LEVEL TRUSTEES of the MDHHS, LARA and the STATE OF MICHIGAN;

b) The CO-TRUSTEES of the **UNITED STATES DEPARTMENT OF JUSTICE** – beginning on page 7 and continuing through page 8, also in review of the same, inclusive also of the criminal gross negligence, the dereliction, and the malfeasance of the "*governor*" Gretchen Whitmer, the "*attorney general*" Dana Nessel, and other State-Level TRUSTEES otherwise acting as leaders RICO crime syndicates and domestic terrorist networks;

c) The CO-TRUSTEES of the **CENTERS FOR MEDICARE AND MEDICAID SERVICES** and the **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**SERVICES** – beginning on page 9 and continuing through page 26 in overview of the "*appeals*" on unresolved COMPLAINTS against the STATE LEVEL TRUSTEES of the MDHHS, LARA and the STATE OF MICHIGAN pertaining to MEDICARE "*kicking in*" and nobody providing BENEFICIARY David Schied with the requested "*access*" and "*accommodations*" for "*applying*" to have financial assistance in payment of premiums and copays as opposed to having the TRUSTEES SOCIAL SECURITY ADMINISTRATION tortuously disregarding requests and demands to "*do the right thing*" while instead subtracting those MEDICARE "Part B" amounts from monthly SOCIAL SECURITY payments otherwise owed to BENEFICIARY by those agency *fiduciaries*; [8]

d) The CO-TRUSTEES of the **SOCIAL SECURITY ADMINISTRATION** beginning on page 27 and continuing through page 42 in overview of the "*appeals*" on unresolved COMPLAINTS against the NATIONAL LEVEL TRUSTEES of the UNITED STATES

---

[8] **Important to note here is the FACT that by the date of BENEFICIARY David Schied's completion of this 222-page "*appeal*" letter of secondary-level RICO complaints, he had finally acquired a link to the downloadable TRUSTEES MDHHS's "*FORM*" for completion and filing of the "APPLICATION FOR HEALTH COVERAGE & HELP PAYING COSTS" for the MEDICARE monthly premiums and "Part B" that was otherwise being deducted from monthly SOCIAL SECURITY deposits into BENEFICIARY's banking account by the SOCIAL SECURITY ADMINISTRATION *fiduciaries* as TRUSTEES. Therefore, after completing this FORM, BENEFICIARY took steps to ensure that ALL RECIPIENTS of this "*appeal*" correspondence were literally "*on the same page*" and without excuse for not knowing that this FORM was being provided – by their inclusion as "*additional addressees*" for the entirety of the 222 pages going to EACH of (as shown graphically two pages back) – the TRUSTEES of the MDHHS through is "*Director*" Robert Gordon as "*addressee*", to the TRUSTEES of the STATE OF MICHIGAN through its "*Governor*" Gretchen Whitmer as "*addressee*", and TRUSTEES of the MICHIGAN DEPARTMENT OF TREASURY through its "*Treasurer*" Rachael Eubanks as "*addressee*".** (Bold emphasis)

  **Nevertheless, all STATE and NATIONAL recipients to this correspondence, as TRUSTEES named herein, continued in the SAME *PATTERN AND PRACTICE* of still affirmatively refusing to process that application; with all still choosing instead to continue robbing BENEFICIARY David Schied of his monthly banking deposits from SOCIAL SECURITY and thus, causing BENEFICIARY to be unable to continue living independently and affordably as a home renter and grocery shopper as his needs then otherwise perpetually dictated.** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

DEPARTMENT OF EDUCATION, the EDUCATIONAL CREDIT MANAGEMENT CORPORATION, the NELNET, INC., the THREE CREDIT BUREAUS (TRANS UNION, EXPERIAN, and EQUIFAX) in continually saddling BENEFICIARY with "*student loan debt*" otherwise owed except for the FACT that all of these TRUSTEES were "*conspiring to deprive of rights under color of law [and procedure]*" instead of honoring the previous "*PROMISSORY NOTE*" contract to "*discharge*" the alleged debts based upon the terms of the previous contract(s) otherwise fulfilled by BENEFICIARY. Next, these designated pages of overview (pp/27-42) also provided factual description of the TRUSTEES **SSA's** role in wrongfully subtracting monthly amounts from BENEFICIARY's monthly SOCIAL SECURITY deposits to pay for MEDICARE while disregarding BENEFICIARY's repeated notices about how these RICO CRIMINAL ACTS were jeopardizing BENEFICIARY's previous ability to remain independent in his home living environment by paying fair "*consideration*" as a Common Law renter and while purchasing food and medical items as needed and desired;

e)  The CO-TRUSTEES of the **OFFICE OF INSPECTOR GENERAL of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, and **"*NATIONAL NON-PROFIT CORPORATIONS*"** funded by sovereign People as "*taxpayers*" of the STATES and UNITED STATES, beginning on page 43 and continuing through page 65 in overview of the "*appeals*" on unresolved COMPLAINTS against the TRUSTEES of the MDHHS, the STATE OF MICHIGAN, the CENTERS FOR MEDICARE AND MEDICAID, the SOCIAL SECURITY ADMINISTRATION, and the USDHHS, relative to the refusal of any and all to properly provide BENEFICIARY with ADA required "*access*" and "*accommodations*" in completing an application for MEDICAID to be paying monthly copays and deductibles for MEDICARE "*Part B*" coverage. Importantly, the "*appeals*" to

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

the USDHHS-OIG about these many other TRUSTEES resulted in NEW COMPLAINTS about the *"secondary-level"* personnel and **the WEBSITE of the OIG itself in altogether having the effect of affirmatively DENYING ACCESS to BENEFICIARY David Schied to even the *"intake process"* for reviewing BENEFICIARY's *"predicate-level"* COMPLAINTS.** (Bold emphasis added)

f) The CO-TRUSTEES of the **UNITED STATES (i.e., of the U.S. CONGRESS – consisting of named members of the HOUSE and the SENATE)** – beginning on page 65 and continuing through page 72 – in overview of the very same elements as articulated above in *"appeal"* to the TRUSTEES of the USDHHS-OIG; and **revealing in the *pattern and practice* of similar results** as what occurred with the USDHHS-OIG personnel and WEBSITE in altogether **DENYING ACCESS to BENEFICIARY through a prohibitive *"intake process"* for BENEFICIARY to use his preferred and needed means of communicating with both text and graphics, and submitting his *"predicate-level"* COMPLAINTS in *"standard PDF format"* by *"standard email delivery"* systems.** (Bold emphasis added)

g) Because these NEW (*"secondary-level RICO"*) COMPLAINTS involved the Offices of **Haley Stevens** and **Debbie Stabenow** (*"stab-me-now"*), **an expose of pages of BENEFICIARY's 1650-page autobiography manuscript exposing the identities of DOMESTIC TERRORISTS operating as agents of the UNITED STATES and presenting NATIONAL SECURITY THREATS was presented – beginning with Debbie Stabenow on page 71 – and continuing through exposés of the TRUSTEES of U.S. DEPARTMENT OF AGRICULTURE (under leadership of former DORSEY-WHITNEY law firm lobbyist Thomas Vilsak, who is horrifyingly now back in power under the new BIDEN ADMINISTRATION) and the USDOJ (under Eric Holder,**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Loretta Lynch, and Rod Rosenstein) during the OBAMA ADMINISTRATION, and their links to certain named TRUSTEES lobbyists and publicly traded CORPORATIONS with a history of multi-level RICO crimes and a documented history of widespread interstate crimes designed to funnel money to fund INTERNATIONAL TERRORISM in the MIDDLE EAST. <u>Notably, to date, all the above-referenced TRUSTEES named in this case as recipients of these insightful and incriminating 40 pages, which ended on page 101, remain affirmatively SILENT in response to all of this CRIMINAL EVIDENCE showing these TRUSTEES as being an ongoing THREAT to America's NATIONAL SECURITY.</u> (Bold and underlined emphasis added)

h) The TRUSTEES of the *"NONPROFIT"* and *"FOR-PROFIT"* CORPORATIONS – beginning on page 102 and ending on page 175 – in overview of TRUSTEES *"STATE OF MICHIGAN's"* perpetual support of its *"licensee"* and *"subset"* CRIMINAL ENTERPRISE of the MICHIGAN STATE BAR, whose attorneys are in control of decision-making at the ANN ARBOR CENTER FOR INDEPENDENT LIVING, the MICHIGAN PROTECTION AND ADVOCACY SERVICE (which changed their name to DISABILITY RIGHTS MICHIGAN), the AMERICAN FREEDOM LAW CENTER, and the NATIONAL DISABILITY RIGHTS NETWORK), which BENEFICIARY David Schied provided *"reasonable cause to believe"* that all are engaged in a *"Continuing Financial Crimes Enterprise"* disguised as *"NATIONAL NON-PROFIT CORPORATION(s)"* funded by sovereign People as *"taxpayers"* of the STATES and UNITED STATES. These are *"persons"* who are otherwise required by law, and/or by CORPORATE charter and other publicly disseminated *"mission"* statements, **to provide support** and *assistance* **to disabled Americans who need ADA-required**

94

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*"accommodations"* and ADA-required *"accessibility"* for *"submitting"* civil, administrative, constitutional and/or **CRIMINAL COMPLAINTS** drafted <u>*independently*</u> by disabled people, or with the *"legal representation"* of an attorney as a *"judicial court officer"*. [2]

150. In effort to simplify things even further for the addressees at the NATIONAL level of APPELLATE review, BENEFICIARY added a *"cover sheet"* to the 222-page correspondence which contained a <u>*TABLE OF CONTENTS*</u> pointing out the key segments and page numbers where the TRUSTEES as *"addressees"* should focus their varied *"reviews"*, particularly as those reviews look into the *"predicate"* level of criminal RICO acts committed by TRUSTEES *"STATE OF MICHIGAN"*. This included a long history of BENEFICIARY David Schied having meticulously documented *"administrative appeals"*, *"FOIA requests for documents"*, *"CRIMINAL COMPLAINTS"*, and gathering years of EVIDENCE against the TRUSTEES agents and officers usurping the sovereign power of the People at this STATE level.

---

[9] **Notably, the remaining pages between pages 176 and 222 consisted of the <u>sworn and notarized</u> <u>*AFFIDAVIT of BENEFICIARY*</u> David Schied attesting to the truth of the entire contents of the entire 222 pages,** which additionally included the relevant items as primary and supplementary support documents consisting of the following which have also been *"affirmative"* but *"criminally gross negligently"* dismissed and ignored by all recipient TRUSTEES as recipients of this 22-page correspondence dated 10/10/20. The only exception might be the USDA as it pertained to the accompanying submission of BENEFICIARY's completed "<u>USDA PROGRAM DISCRIMINATION COMPLAINT FORM</u>" ("<u>OMB CONTROL NO. 0508-0002</u>") that formalized BENEFICIARY David Schied's COMPLAINT against the TRUSTEES MDHHS and STATE OF MICHIGAN regarding the deprivation of FOOD BENEFITS. **As a matter of significant FACT, even after BENEFICIARY David Schied appropriately responded in thorough and verifiable accounting of FACTS answering the USDA's request for clarification and/or for additional information, the TRUSTEES of USDA continued – like all other fiduciary TRUSTEES of the UNITED STATES – in the criminal *pattern and practice* of allowing the predicate RICO and *domestic terrorist* crimes to continue unabated by the many named *agents* and *officers* of the STATE LEVEL TRUSTEES of the MDHHS and the STATE OF MICHIGAN.** (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

David Schied

46675 W. 12 Mile Rd.

Novi, Michigan 48377

248-974-7703

(all calls recorded)

# TABLE OF CONTENTS
# FOR "*UPDATE TO PREVIOUS PUBLIC NOTICE OF 8/10/20*
# *of CONSTITUTIONAL and CIVIL RIGHTS violations, and (again)*
# *CRIMINAL COMPLAINTS of DOMESTIC TERRORISM*
# *BY STATE AGENTS*"

Page #

Page #

**6**

I. Follow-up results over the course of mid-August to mid-September as "responses" and "affirmative non-responses" to my delivery of my last correspondence of 39 pages dated 8/1/20 (finished 8/10/20) – as attached to this instant letter previously presented to most all of the same addressees – in report of STATE-level CRIMINAL RACKETEERING and DOMESTIC TERRORISM "*from top-to-bottom*" of the STATE "*government*" hierarchy, and particularly as these actions criminally deprive rights of the "*most vulnerable population*" of elderly, poor, and disabled;

**6**

II. Details pertaining to the discriminatory refusal of all addressees of the 8/10/20 previous submission to provide requested ADA-required "*accommodations*" and ADA-required "*accessibility*" for "*receiving*" civil, administrative, and CRIMINAL COMPLAINTS submitted by disabled people like me, in the "*form*" of communication most familiar and systemically "*taught*" to the disabled in public institutions, particularly as these communications related to STATE agencies engaged in REPORTED discriminatory, retaliatory, and other constitutional, and criminal violations.

**43**

III. Details pertaining to the discriminatory refusal of "*Federal*" and "*STATE*" legislative "*representatives*" of the sovereign People, the OFFICE OF INSPECTOR GENERAL of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and "*NATIONAL NON-PROFIT CORPORATIONS*" funded by sovereign People as "*taxpayers*" of the STATES and UNITED STATES. These are persons who are required by law and by CORPORATE charter and other public statements, to provide support and assistance to disabled Americans who need ADA-required "*accommodations*" and ADA-required "*accessibility*" for "*submitting*" civil, administrative, and CRIMINAL COMPLAINTS drafted independently by disabled people. In my case, I submitted documents in a "*form*" of communications that is most familiar to me. This "*form*" of communication is also one that is systemically "*taught*" to the disabled in public institutions, which involve a combination of standard text (i.e., "*STATEMENTS*"), pictorial graphics (i.e., "*EVIDENCE*") and recorded conversations (i.e., MORE EVIDENCE), particularly as these communications related to STATE agencies engaged in REPORTED discriminatory, retaliatory, and other constitutional, and criminal violations.

**149**

IV. Details pertaining to the "*discriminatory*" and "*retaliatory*" treatment by Susan Fitzmaurice, operator and/or owner of the "*ADA-Mich.org*" website, and her associates and affiliates linked with Peter Berg, the GREAT LAKES ADA CENTER and the UNIVERSITY OF ILLINOIS INSTITUTE ON DISABILITY & HUMAN DEVELOPMENT. These intentional acts occurred in the immediate aftermath of my revealing that Susan Fitzmaurice was running a financial "*enterprise*" linked to the "*ADA 30th Anniversary*" webinars otherwise being publicly promoted as "*free*" except for the cost of interested "*attendees*" like me being compelled to purchase commemorative "*T-shirts*" from Fitzmaurice's *Down's Syndrome* disabled son's business venture, which was otherwise managed by her as his apparent legal "*guardian*".

As I came to discover in subsequent days and weeks, Fitzmaurice was charging for me as a disabled "*white male*" to divert her involvement in this enterprise to her son's STATE-licensed "*business*" – "TEDDY's Ts AND BUTTONS" through PAYPAL, as if my purchase was completely voluntary rather than as a result of coercion. My confrontation with her about this matter was prompted by Fitzmaurice engaging me with other "*discriminatory*" behaviors, which I also recorded in varying manners and degrees. These behaviors intentionally resulted in her chastising and embarrassing me, while cutting me off entirely from active participation in these webinars from early on in the weekly "*celebration*" series. She did so under the auspices of falsely accusing me of expounding "*hate*" as a "*white supremacist male*", beginning with accusing me of harboring something personal against her son, the TEDDY Ts AND BUTTONS business "*owner*". Fitzmaurice then disconnected me altogether from a second call under her false claim that my directing a general question to one particular speaker was a "*personal*" matter (for me), which was for no given reason used as reason for her shutting me down and subsequently disconnecting me from the webinar.

The coerciveness behind the "*incentive*" to purchase at least one T-Shirt from Fitzmaurice arose on a recorded phone call in which I expressed my having reviewed the entire schedule of nearly eight weeks of daily ADA Anniversary Celebration events but found no practical way of "*registering*" two different people for each of these desired events. Right away, Fitzmaurice offered her own pre-designed solution of her placing the email addresses of *all T-Shirt purchasers* on a weekly master list of "*automatically registered*" people who she would provide automated "*access*" to each of the webinars for any particular week via a key "*pass code*" good for all of the events scheduled for any particular week.

V. Submission of the attached "*Lexington for Health Coverage & Help Paying Costs*", as submitted to the STATE OF MICHIGAN's chief MEDIUM crime syndicate and domestic terrorist network "*director*" Robert Gordon, as retroactively dated back in June 2020 when my documented lawful efforts began as a disabled "*person*" requesting in timely fashion to "*order*" that I needed to act before 9/1/20 in order to PREVENT the UNITED STATES TREASURY and SOCIAL SECURITY ADMINISTRATION from colluding together to STEAL money from my needed monthly SOCIAL SECURITY payments, so to pay for MEDICARE "*premiums, copays, and prescription drug programs*". These were payments that were absolutely necessary and otherwise earmarked for my paying my monthly rent, utilities, medical and travel expenses, food, and other monthly expenses fostering individual functional "*independence*", the very mission and objectives of the AMERICANS WITH DISABILITIES ACT.

**177**

VI. Submission of the attached "*USDOJ DISCRIMINATION COMPLAINT FORM*" (AD-3027) to Sonia Portillo and Devon Westhill, in report of two full years of "*discrimination*" and "*retaliation*" against me, as documented most notably in reports directly to the STATE OF MICHIGAN's MDRHS "*director*" Robert Gordon, the MICHIGAN DEPARTMENT OF LARA "*director*" Orlene Hawks, the MICHIGAN "*ATTORNEY GENERAL*" Dana Nessel, and the MICHIGAN "*GOVERNOR*" Gretchen Whitmer. All have been acting in their "*private*" as well as in their "*public*" capacities, and therefore are not "*immune*" to substantive "*civil rights*", "*constitutional due process*", and "*criminal*" allegations. My regular reports, notices, and formally sworn COMPLAINTS were sometimes delivered to these statutory "*trustees*" multiple times per month, being criminally mishandled and unconstitutionally ignored by them and their "*inexplicably intertwined*" unaccountable administrative "*functionary*" agents.

**180**

## The below (VII) begins on pp.28-37

Of particular significance to this "COMPLAINT" is the FACT that I was repeatedly discriminated against and retaliated against for being a reported "whistleblower" in the STATE against the STATE with regard to being constructively DENIED eligibility for "FOOD ASSISTANCE BENEFITS" otherwise referred to in MICHIGAN as a "BRIDGE CARD") and other needed services by a "case manager / functionary" ("Ayesah / Hollywoody") and "admin office supervisor / crime boss" (Benjamin Smith), after I produced a "hidden camera" investigative video documentary about these criminals in 2016, as posted publicly on YOUTUBE since 2016. The criminals exposed by my documentary also included numerous "1st Tier" GUDO operatives of the LARA, otherwise masquerading as "administrative fact judges" in bizarre and a "complicity in cover up" illegal ongoing crimes by way of "simulated legal process" and "legal acts as an illegal manner" in additional violation of the RULEENABLING ACT and the "SECURITI DOCTRINE".

VII. Details of my latest COMMON LAW DAMAGE and FINANCIAL CLAIMS against the STATE OF MICHIGAN and the UNITED STATES resulting from a long, documented history of unconstitutional "public office" usurpations, "RICO" crimes, and domestic terrorism.

Notably, six various audio recordings and "screen shots" - submitted as graphic EVIDENCE of a long history of governmental "usurpation", "ultra vires process", and "abuse compression" - I have repeatedly documented and reported numerous years of DOMESTIC TERRORISM being committed against me and many others at the STATE and FEDERAL levels. These CRIMES include most recent explicitly documented instances of unconstitutional and criminal acts by specifically identified (by name) "usurpers" of public office. The attached 39 pages of text and graphics presented to many operatives of the "Federal" level as addressees on or around 8/10/20, underscores the previous recent and distant numbers of years of my (and other "whistleblower") documentation of my having previously submitted and "filed" various "forms" of civil, administrative, and "COMMON LAW" criminal COMPLAINTS. As such, no "statue of limitations" can be lawfully applied – such as that depicted by the above-referenced U.S. DEPARTMENT OF AGRICULTURE's "USDA DISCRIMINATION COMPLAINT FORM" (AD-3027) – because of all three of the following, as depicted by this particular "FORM":

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

- Evidence of current status of being EVICTED from my home – p.42
  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- Evidence of first written complaint submitted to USDHHS OIG (abbreviated) – pp.46-65
  ▓▓▓▓▓▓▓▓▓▓▓ (NOTE: Only the OIG is receiving a separate set of the entire 59-pages of COMPLAINT as completed online on 8/25/20 in a faulty system that barred acceptance after completion)

- IMPORTANT TO NATIONAL SECURITY: *"THE NEW AMERICAN CRIME SYNDICATE"* (copyrighted material) – Evidence presented of my connecting the dots between FBI and USDOJ coverup of CORPORATE funding of international terrorism and DFL-DNC lobbying of CONGRESS (with MICHIGAN Senator Stabenow and others) for disease / pandemic research linked to the FARM BILL and the OBAMA ADMINISTRATION (just the *"tip of the iceberg"* of the fuller story) as *"domestic terrorism"* – pp.71-102

- Evidence of RICO crimes committed by MDHHS and the STATE OF MICHIGAN against the most vulnerable ▓▓▓▓▓▓▓▓▓▓▓▓ Americans of elderly, poor, and disabled; being also covered up by the STATE BAR OF MICHIGAN crime syndicate attorneys and NATIONAL NONPROFITS receiving "Federal" funds for "Protection and Advocacy" – pp.102-176

- The *"MDHHS APPLICATION FOR HEALTH COVERAGE & HELP PAYING COSTS"* – pp.177-179 (copied to MDHHS)
  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- The *"USDA DISCRIMINATION COMPLAINT FORM"* was also sent separately as 3-pages ONLY to the USDA
  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- The *"ORIGINAL (8/2/20) 39-PAGE COMPLAINT"* being disregarded after delivery to addressees on 8/10/20
  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – pp.182-221

- SWORN (and notarized) AFFIDAVIT OF DAVID SCHIED OF 10/15/20 – p.222
  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

151. On 10/22/20, BENEFICIARY David Schied addressed updated communications to TRUSTEES named herein as the USDOE, ECMC, NELNET, U.S. TREASURY, SOCIAL SECURITY ADMINISTRATION, PHEAA, and the THREE CREDIT BUREAUS as shown below; written again in opposition to the FALSE CLAIMS being made by these TRUSTEES against BENEFICIARY David Schied. Additionally, this correspondence reasserted the COMMON LAW CLAIMS being assessed against these TRUSTEES based upon a longstanding "FEE SCHEDULE" being applied for numerous previous years against each

97

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

action these TRUSTEES that were *affirmatively* undertaking, as they advanced their RICO "*conspiracy to deprive of rights*" while using various forms of FRAUD to harass, COERCE, and retaliate against BENEFICIARY David Schied in their ongoing efforts to ruin BENEFICIARY's reputation and his credit worthiness; while also "*doubling-down*" on forcing BENEFICIARY as a disabled man **out of** **living independently** in the Least Restrictive Environment, **and** **into** **an authoritative "***institutional***" form of living arrangement as a** **result of other TRUSTEES actions to cause an illegal eviction during a CDC** "***moratorium***" **on evictions.**  (Bold emphasis)

**FROM:**
David Schied – the injured party as "*Creditor*"

Novi, Michigan 48377
248-974-7703 (all calls recorded)

10/22/20

THIS IS AN ATTEMPT TO COLLECT UPON DEBTS OWED. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

YOUR ACQUIESCED DEBT HAS BEEN IN DEFAULT FOR MULTIPLE YEARS. YOU MUST NOW PAY THIS DEBT IN FULL.

**TO:** The Public-Private **ENTERPRISE** of the following fictionally named entities, acting as a single **CONSORTIUM OF "DEBTORS"** in Fraud, Extortion, Identity Theft, Racketeering, and Terrorism

**DEBTOR: SOCIAL SECURITY ADMINISTRATION**
**ATTN: Andrew Saul, COMMISSIONER**
1100 West High Rise, 6401 Security Blvd.
BALTIMORE, MD 21235

**DEBTOR:** EDUCATIONAL CREDIT MNGMT CORP
ATTN: FEDERAL OFFSET
P.O. 16288
ST. PAUL, MN 55116-0288
800-367-1590

**DEBTOR:** PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AUTHORITY (PHEAA)
ATTN: OFFICE OF CONSUMER ADVOCACY
1200 NORTH 7TH ST. HARRISBURG, PA 17102

**DEBTOR:** EXPERIAN
P.O. BOX 9701
ALLEN, TEXAS 75013

**DEBTOR:** EQUIFAX (INFORMATION SVCS, LLC)
P.O. BOX 105069
ATLANTA, GA 30348-5069

**DEBTOR:** U.S. DEPART. OF THE TREASURY
**ATTN: Steven Mnuchin, SECRETARY**
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

**DEBTOR:** NELNET
Total and Permanent Disability Unit
P.O. Box 87130
LINCOLN, NEBRASKA
68501-7130

**DEBTOR:** U.S. DEPT. OF EDUCATION
400 Maryland Avenue, SW
Washington, D.C. 20202

**DEBTOR:** TRANS UNION, LLC
P.O. BOX 805
WOODLAND, PA
19094-0805

**SUBJECT: YEAR-END REVIEW / DEMAND REDACTION OF "*ZOMBIE*" DEBT**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

David Schied © ("*CREDITOR*")
PRIVATE PUBLIC PROXY

Novi, MICHIGAN 48377

## FEE SCHEDULE AND INTEREST COMPOUNDED (QUARTERLY)

(updated 11/1/19 to begin in effect immediately and included in
the next billing cycle for 2020) ***

| QUASI-GOVERNMENT AGENTS OF THE "*UNITED STATES*" | REF. ACCNT Nos. / AGENCY CLAIMS | DAMAGE ASSESSMENTS, PUBLIC PROSECUTIONS COSTS * | PER VIOLATION $ 2,000,000 |
|---|---|---|---|
| • USDOE <br> • FEDERAL STUDENT AID <br> • ECMC <br> • NELNET <br> • SSA <br> • US. DEPT. OF TREASURY <br> • All other | 3102**** <br> 3103**** <br> 3252**** <br> 4277790843FD0****. <br> Any others (known or unknown) <br><br> **Any claim of Debt Referencing Any of the Following:** <br><br> • USDOE <br> • FEDERAL STUDENT AID <br> • EDFUND / PHEAA <br> • SALLIE MAE / NAVIANT <br> • NELNET <br> • Any agents of the above | FAILURE TO RESPOND / CONTINUED DEFAULT REFUSAL TO PAY ON DEBT COLLECTION NOTICES ** <br><br> COMPOUNDED QUARTERLY INTEREST AT THE LOW RATE OF | $ 2,000,000 (each billed agency) <br><br><br><br> 5 % |
| PRIVATE CREDIT BUREAUS (known and unknown) <br> • EQUIFAX <br> • TRANS UNION <br> • EXPERIAN <br> • Any others reporting false information after being put "*on notice*" and challenge of their reporting inaccuracies | All "File Numbers" and/or "Account Numbers" Associated with the ID of David Schied ©, DAVID SCHIED ©, or Any Other Reasonable Facsimile | SAME AS ABOVE | |

\* This cost is evenly distributed amongst the Consortium of All Listed "*Quasi-Government Agents*" and "*Private Credit Bureaus*" Participating in the Common Objectives of Damaging the Man of David Schied © in Any Way Whatsoever, Including "*In Commerce*"

\*\* This fee is a punitive amount added for the continued Common Law "tort" violations in damaged personal credit and persisting fraud upon the public for which future litigation may be necessary.

\*\*\* Additionally, "*Golden Opportunities*" may be magnanimously offered in good faith in effort to "settle" the "accounts" on an individual bases at the discretion of David Schied © as "CREDITOR"

# You have also chosen to disregard my good faith efforts to resolve your debts quickly and easily!

2

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

152. As shown, on 10/22/20 and thereafter, the named TRUSTEES continued to affirmatively ACQUIESCE (by "*TACIT AGREEMENT*") to the charges of the FEE SCHEDULE issued that previous year, as updated from the previous many years of private BILLING and DEBT COLLECTION ACTIONS under the COMMON LAW, because these fiduciary TRUSTEES have a long and well-documented (by BENEFICIARY David Schied) history of RICO and DOMESTIC TERRORIST activities, not only DISCRIMINATINGLY targeting BENEFICIARY David Schied, but also many other *alleged* student loan debt holders, against whom similar RETALIATORY activities have long been occurring.

**As such, your previous debt compounded quarterly with an interest rate of 5% was calculated as follows from 11/1/19:**

**1st QUARTER = $375,600,698.76**
**2nd QUARTER = $380,295,707.50**
**3rd QUARTER = $385,049,403.84**
**4th QUARTER =                    $389,862,521.39   =  New Subtotal**

---

$389,862,521.39 (PAST DUE – "Subtotal #1")
+ 130,000,000.00 (NEW CLAIMS OF DAMAGES – "Subtotal #2")
+  22,000,000.00 (NEW CLAIMS OF DAMAGES – "Subtotal #3")

**$ 541,862,521.39 = TOTAL NOW OWED**

---

# YOU MUST PAY IMMEDIATELY AND IN FULL TO AVOID FURTHER CLAIMS AND ADDITIONS TO THESE CHARGES, IN ACCORDANCE WITH THE "*FEE SCHEDULE*" YOU RECEIVED AND *ACQUIESCED* TO ONE YEAR AGO (a copy of which is embedded herein above for your future convenience)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

153.    As referenced above, TRUSTEES of the U.S. DEPARTMENT OF AGRICULTURE
("USDA") were the only ones to respond to any of BENEFICIARY David Schied's secondary-
level letters of APPELLATE COMPLAINT. That response occurred by written
correspondence dated 10/28/20 (containing USDA "*Correspondence Number: 2021-COR-
13556*") sent by an agent of TRUSTEE Roberto Contreras, acting as the agent for TRUSTEE
"*USDA SECRETARY*" Sonny Perdue and TRUSTEE Devon Westhill of the USDA "*OFFICE
OF DEPUTY SECRETARY FOR CIVIL RIGHTS*". Without addressing anything whatsoever
about the ALLEGATIONS and EVIDENCE of BENEFICIARY's previous 222 pages of
previous correspondence sent out on 10/10/20, the 10/28/20 letter had only to command, "*The
date you were denied Supplemental Nutrition Assistance Program (SNAP) benefits.*"

154.    Acting immediately, but subject to the physical limitations typical of a *totally and
permanently disabled quad-amputee*, BENEFICIARY David Schied completed his reply letter
dated 11/18/20, again having to sport the printing, packaging, and mailing costs for sending
out an additional 18 pages (beyond the first 222 pages) in practical "*answer*" to the **USDA's
solicitation for even <u>more</u> information.**

155.    Again, in order to ensure that all TRUSTEES – operating individually in private and public
capacities along with collectively as the TRUSTEES "*UNITED STATES*" – remain literally
"*on the same page*" in full knowledge and with FIDUCIARY accountability as TRUSTEES of
BENEFICIARY's various constitutional, legal, and Civil Rights guarantees, the "*Reply*" to the
USDA's narrow and conditional inquiry was sent to all of the previous addressees of the
10/22/20 correspondence of 222 pages as shown below in graphic format, as is the preferred
"*form*" of communicating of this BENEFICIARY David Schied.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

David Schied
46675 W. 12 Mile Rd.
Novi, Michigan 48377
248-974-7703
(all calls recorded)

11/3/2020

| Addressees also recipients of this same information at: |
| --- |
| FOOD AND NUTRITION SERVICE |
| OFFICE OF CIVIL RIGHTS |
| 3101 PARK CENTER DRIVE ROOM 1200 |
| ALEXANDRIA, VA 22302-1594 |
| **NOTICE TO AGENT IS NOTICE TO PRINCIPAL;** |
| **NOTICE TO PRINCIPAL IS NOTICE TO AGENT.** |

Attn: Roberto Contreras, Director of CIVIL RIGHTS DIVISION
Acting **on behalf of Sonny Perdue and Devon Westhill**
UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD AND NUTRITION SERVICE
BRADDOCK PLACE OFFICE
1320 Braddock Place
ALEXANDRIA, VIRGINIA 22314

| UNITED STATES SENATE ATTN: **Lindsay Graham**, Chair SENATE JUDICIARY COMMITTEE 290 Russell Senate Office Building Washington, DC 20510 Phone: (202) 224-5972 | UNITED STATES CONGRESS ATTN: **Steny Hoyer** – Majority Leader 1705 Longworth House Office Bldg. WASHINGTON, DC 20515 Phone: (202) 225-4131 | UNITED STATES SENATE ATTN: **Mitch McConnell** – Majority Leader 317 Russell Senate Office Bldg. WASHINGTON, DC 20510 Phone: (202) 224-2541 |
| --- | --- | --- |
| UNITED STATES CONGRESS ATTN: **Matt Gaetz** – *Absolute Warrior*, HOUSE JUDICIARY COMMITTEE 1721 Longworth House Office Bldg. Washington, DC 20510 Phone: (202) 224-4136 | ATTN: **William P. Barr** USAG, U.S. DEPT. OF JUSTICE 950 Pennsylvania Avenue, NW WASHINGTON, DC 20530-0001 | ATTN: **Sonny Perdue**, Secretary **U.S. DEPT. OF AGRICULTURE** Office of the Assistant Secretary for Civil Rights and, |
| UNITED STATES CONGRESS ATTN: **Jim Jordan**, Ranking Member – HOUSE JUDICIARY COMMITTEE 2056 Rayburn House Office Bldg. WASHINGTON, DC 20515 Phone: (202) 224-2676 | ATTN: **Eric Dreiband**, Assist.AG USDOJ – CIVIL RIGHTS DIVISION 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 (202) 514-4609 / (202) 514-3847 | **Devon Westhill**, Deputy – OASCR 1400 Independence Avenue, SW Washington, D.C. 20250-9410 |
| | NO NAME, Inspector General; and, Christi Grimm, Principal Deputy Inspector General OFFICE OF INSPECTOR GENERAL USDHHS 330 Independence Ave., SW WASHINGTON, D.C., 20201 | ATTN: **Andrew Saul**, Commissioner **SOCIAL SECURITY ADMIN.** 1100 West High Rise 6401 Security Blvd. Baltimore, MD 21235 800-772-1213 and, 27650 FARMINGTON RD FARMINGTON HILLS, MI 48334 866-331-2210 |
| ATTN: **Steven Mnuchin**, Secretary **U.S. DEPT. OF TREASURY** 1500 Pennsylvania Avenue, NW Washington, D.C. 20220 | | |

| Donald Trump, U.S. PRESIDENT THE WHITE HOUSE | WASHINGTON, D.C. |
| --- | --- |
| 1600 PENNSYLVANIA AVE, NW | 20500 |

## Re: Correspondence Number:2021-COR-13556 – Request for additional information: *"1. The date you were denied Supplemental Nutrition Assistance Program (SNAP) benefits"*

156.    As of the date of this instant *"Federal"* lawsuit filing, NONE of the fiduciary TRUSTEES have

responded back to BENEFICIARY, except **TRUSTEE Roberto Contreras** who **has affirmatively**

**DISMISSED all of BENEFICIARY's CLAIMS using *"FRAUD BY OMISSIONS"*, leaving**

**ALL COMPLAINTS *"filed"* by BENEFICIARY still without remedy.** (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

157. On 12/29/20, BENEFICIARY Schied received the following FRAUDULENT correspondence

from TRUSTEES USDA, being agent Roberto Contreras, and his "*respondeat superiors*" of Sonny

Perdue and Devon Westhill, as dated 12/14/20 and date stamped as mailed on 12/17/20:


**United States Department of Agriculture**

December 14, 2020

David Schied

Novi, MI 48377

Correspondence Number: 2021-COR-13556

Food and
Nutrition
Service

Braddock Place Office

1320 Braddock Place
Alexandria VA 22314

Dear Mr. Schied:

This letter is in reference to your complaint received by the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) Civil Rights Division (CRD) on October 22, 2020. In a letter dated October 28, 2020, FNS requested additional information from you in order to proceed with an investigation. Your response to that letter was received on December 3, 2020.

Your complaint is untimely filed, and we are unable to process it. In your complaint, you alleged that in 2018 and 2019 the Michigan Department of Health and Human Services discriminated against you regarding the administration of your Supplement Nutrition Assistance Program (SNAP) benefits. The regulations that give our office authority to process complaints require that a complaint be filed within 180 days of the occurrence of the alleged discriminatory event. Your complaint was not filed within 180 of the alleged discriminatory event.

If you submit evidence to support a "good cause" explanation for the delay in filing your complaint, we will consider re-opening our case file. Please note that lack of knowledge about the filing requirements does not constitute "good cause." Accordingly, you have 20 days from the date of this letter to submit an explanation for your delay or your case will remain closed

Thank you for bringing your concerns to our attention. If you have any questions, please contact the FNS Civil Rights Division at (703) 305-2195

Sincerely,

*for*

Roberto Contreras
Director, Civil Rights Division
Food and Nutrition Service
U.S. Department of Agriculture

> **THIS LETTER IS "*FRAUD BY OMISSIONS*"** and itself discriminates against BENEFICIARY David Schied for the following reasons:
> 1) **The letter uses procedure over substance by wrongly focusing on 2018 and 2019 when the TRUSTEES MDHHS were reported to have first STARTED their discriminatory acts (in the immediate aftermath of the ATTEMPTED MURDER and amputations of both legs and seven fingers, rather than putting proper focus in the FACT that the "*deprivation of rights*" to "Food Benefits" has been an ongoing process through "*sham appeals*" throughout this time to the very present!**
> 2) **Note the criminal tactics used by the TRUSTEES USDA (as a "*pattern and practice*" also used by TRUSTEES at the MDHHS) to place the disabled at a disadvantage, by withholding dated materials mailings for multiple days before actually sending. In this case COVID-19, election fraud, and the holidays add to the "*timing*" problems.**



DAVID SCHIED

NOVI, MI 48377

103

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*158.* The above *"DENIAL"* letter is blatantly fraudulent because it uses **procedural** *"regulations"* to overshadow the SUBSTANTIVE fact that the same TRUSTEES MDHHS *"case manager"* and the *"case manager"* that BENEFICIARY has long been naming as the *"criminally accused"* – with EVIDENCE posted in the form of a 2016 documentary with a *"hidden camera"* showing the execution of their earlier CRIMES for which they STILL have not been held accountable – are still running roughshod over BENEFICIARY Schied's various needs at the STATE level as a recent totally and permanently disabled quad-amputee. That documentary – by which another hidden camera was used by BENEFICIARY David Schied to capture the criminal undermining and deprivation of BENEFICIARY's constitutional rights under color of (administrative) law, has been posted since 2016 at the following URL link by reference to the accompanying title captioning: *RICO Busters #20 Fraudulent Administrative Law Proceedings in Michigan, PT 1* (44:40 minutes)

**https://www.youtube.com/watch?v=tM7TJJ4TNUw**

159.   Finally, on 11/15/20, BENEFICIARY took further pains and great unaffordable financial costs in writing, printing, and sending out to TRUSTEES yet another **"THIRD NOTICE"** of correspondence shown as *"finished"* on 11/12/20 addressed again to the following TRUSTEES.

160.   As shown by EVIDENCE of the *"cover page"* of that 24-pages of added correspondence addressed to a large number of named TRUSTEES, BENEFICIARY had believed then to be acting under extreme duress and THREAT OF VIOLENCE by the TRUSTEES led by Ava Ortner who were pressing forward with *"eviction"* proceedings in CONTEMPT OF CONGRESS and/or in *"CRIMINAL CONTEMPT"* of the TRUMP ADMINISTRATION's *"CDC ORDER"* of EVICTION MORATORIUM, which had long been known to be extending through the end of the 12/31/20 calendar year. This is an eviction moratorium that – according to information and belief – now promises to be further extended into 2021; but with the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

TRUSTEES persistently disregarding those "*Federal*" CDC ORDER in spite of the inherently stiff CRIMINAL penalties for it being a criminal violation, by moving forward anyway against BENEFICIARY David Schied with the FORCE of the TRUSTEES at the 52-1 DISTRICT COURT and its power to send people with guns to the home to force eviction of BENEFICIARY David Schied without first addressing his needs and Rights as a totally and permanently disabled quad-amputee, **in gross disregard of the *AMERICANS WITH DISABILITIES ACT*.**

| David Schied 46675 W. 12 Mile Rd. Novi, Michigan 48377 248-974-7703 (all calls recorded) (written responses preferred) 11/8/20 (finished on 11/12/20) | This letter includes added CLAIMS, FACTS and EVIDENCE about government crimes of gross negligence, dereliction of duties, malfeasance, RICO, Sedition, Treason, and "*domestic terrorism*". This follow-up adds "*Obstruction of Justice*" by "*INHERENT CONTEMPT OF CONGRESS*" and "*THREAT OF VIOLENCE*" against a *quad-amputee*. | |
|---|---|---|

| ATTN: **Nina Witkofsky**, Chief of Staff, CDC and Prevention, 1600 Clifton Road NE, MS H21-10, Atlanta, GA 30329; Telephone: 404-639-7000; Email: cdcregulations@cdc.gov cdcwashington@cdc.gov | ATTN: **Ben Carson**, Secretary U.S. DEPT. OF HUD 451 7th Street S.W. WASHINGTON, D.C. 20410 Tel: 202-708-1112 | HUD-OIG - **Rae Oliver Davis** c/o Kathleen Hatcher, Director of Congressional Affairs KHatcher@hudoig.gov contact@hudoig |
|---|---|---|
| **UNITED STATES SENATE** ATTN: **Lindsay Graham**, Chair SENATE JUDICIARY COMMITTEE 290 Russell Senate Office Building Washington, DC 20510 Phone: (202) 224-5972 | **UNITED STATES CONGRESS** ATTN: **Steny Hoyer** – Majority Leader 1705 Longworth House Office Bldg. WASHINGTON, DC 20515 Phone: (202) 225-4131 | HUD OIG. **David Montova** Office of Investigation Patrick McNamara Federal Building, Room 1700, Field Office 477 Michigan Avenue Detroit, MI 48226 (313) 226-6280 |
| **UNITED STATES CONGRESS** ATTN: **Matt Gaetz** – *Absolute Warrior*, HOUSE JUDICIARY COMMITTEE 1721 Longworth House Office Bldg. Washington, DC 20510 Phone: (202) 224-4136 | ATTN: **William P. Barr** USAG, U.S. DEPT. OF JUSTICE and, **Eric Dreiband**, Assist.AG USDOJ – CIVIL RIGHTS DIV. 950 Pennsylvania Avenue, NW WASHINGTON, DC 20530-0001 | ATTN: **Michael Horowitz**, Chair PANDEMIC RESPONSE ACCOUNTABILITY COMMITTEE INSPECTOR GENERAL, USDOJ c/o COUNSEL OF IG ON INTEGRITY & EFFICIENCY 1717 H Street, NW, Suite 825 Washington, DC 20006 cigie.information@cigie.gov |
| **UNITED STATES CONGRESS** ATTN: **Jim Jordan**, Ranking Member – HOUSE JUDICIARY COMMITTEE 2056 Rayburn House Office Bldg. WASHINGTON, DC 20515 Phone: (202) 224-2676 | ATTN: **Eugene Scalia**, Secretary U.S. DEPT. OF LABOR 200 Constitution Ave, NW WASHINGTON, DC 20210 866-487-2365 | |
| ATTN: **Steven Mnuchin**, Secretary U.S. DEPT. OF TREASURY 1500 Pennsylvania Avenue, NW Washington, D.C. 20220 | **NO NAME**, Inspector General: and, Christi Grimm, Principal Deputy Inspector General OFFICE OF INSPECTOR GENERAL USDHHS 330 Independence Ave., SW WASHINGTON, D.C., 20201 | **UNITED STATES SENATE** ATTN: **Mitch McConnell** – Majority Leader 317 Russell Senate Office Bldg. WASHINGTON, DC 20510 Phone: (202) 224-2541 |
| **Donald Trump, U.S. PRESIDENT THE WHITE HOUSE 1600 PENNSYLVANIA AVE, NW** | **WASHINGTON, D.C. 20500** | ATTN: **Andrew Saul**, Commissioner SOCIAL SECURITY ADMIN. 1100 West High Rise 6401 Security Blvd. Baltimore, MD 21235 800-772-1213 |

**UPDATE TO PREVIOUS PUBLIC NOTICES of 8/10/20, of 10/10/20, and of 11/3/20 of CONSTITUTIONAL and CIVIL RIGHTS violations, and (again) CRIMINAL COMPLAINTS of DOMESTIC TERRORISM BY STATE AGENTS**

page 1 OF 24

**TO:** Donald Trump, Michael Horowitz, Ben Carson, Rae Oliver Davis, Nina Witkofsky, Lindsay Graham, Steny Hoyer, Mitch McConnell, Matt Gaetz, Jim Jordan, Eugene Scalia, PWilliam Barr, PEric Dreiband, Andrew Saul, Steven Mnuchin, NO NAME Inspector General of the U.S.D.H.H.S., Christi Grimm, and Others of the PANDEMIC RESPONSE ACCOUNTABILITY COMMITTEE and COUNSEL OF INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

### FACTS AND EVIDENCE ON HOW THE MOST RECENT "*RICO*" CRIMES GOT STARTED AND PLAYED OUT

161.   The factual details support the premise of this case in that the acts of the CO-TRUSTEES Ava Ortner, "*Legal Guardian*" AVA ORTNER and her mentally deranged "*ward*" Donald Thorpe, Jr., had engaged in provable acts of *fraud* and *misrepresentation* in the attempt to trick BENEFICIARY into signing a "*New Lease*" which would be immediately transferrable to any third party withing to use the enforcement of that newly signed contract to "*evict*" BENEFICIARY during a nationwide, indeed an international "*Coronavirus*" pandemic by BENEFICIARY's own "*signed consent*".

162.   That act itself may seem innocuous if not for the FACT that **the intentional *fraud* and *misrepresentation* were captured by audio RECORDING of other "*oral*" promises being made,** which were meant to be carried out in conjunction with the signing of the "*New Lease*" otherwise stating just the opposite. In other words, while AVA ORTNER had coerced her "ward" – the demented war veteran Donald Thorpe, Jr. to assuring BENEFICIARY that signing the contract was irrelevant given his oral assurance of BENEFICIARY staying in the home until the following Spring (2021) at minimum, and likely for yet another year beyond that, CO-TRUSTEES Ava Ortner and AVA ORTNER meanwhile had constructed a "*New Lease*" contract to be fraudulently presented by her CO-TRUSTEE Donald Thorpe in "*transferrable*" terms with only 60-days "*notice to quit*" by by solicitation of BENEFICIARY's own signed consent. These joint acts constitute both *civil* and *criminal* ABUSES of the elderly and the disabled, by law.

163.   While the "*conflicting terms*" between the written and verbal contract offers were clearly planned with the intent to DISCRIMINATE against BENEFICIARY as a "*totally and permanently disabled quad-amputee*" in effort to COERCE him into signing a contract that could be used against him by anyone wanting BENEFICIARY evicted from the home, without

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

regard to any existing STATE or NATIONAL "*eviction moratorium*", **when BENEFICIARY asked for more time to consider the legal ramifications of his signing such a contract under such misleading and/or confusing conditions, the actions of CO-TRUSTEES Ortner and Thorpe turned RETALIATORY, with TRUSTEES ordering the immediate "*eviction*" of Beneficiary during a "*Federal*" moratorium on such evictions as a matter of both personal and societal safety.**

164.    BENEFICIARY having fully apprised about the eviction moratorium made no difference whatsoever to CO-TRUSTEES Ortner and ORTNER – as member of the STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network, who subsequently stepping up her criminal activities to successfully evict BENEFICIARY David Schied, in spite of the FACT that disabled renters are entitled by Right to "*reasonable accommodations*" under the AMERICANS WITH DISABILITIES ACT. In this case, despite the many opportunities to do so, CO-TRUSTEES have never once proffered any such accommodations. There reason for NOT doing so is strictly financial, being also deceitful and thus, FRAUDULENT; as the basis is explained below as linked to a "*land development deal*" that also involves a "*criminal conspiracy to deprive of rights*" along with CO-TRUSTEES named as NOVI CITY COUNCIL, CITY OF NOVI and  COLLIERS INTERNATIONAL in a continuing financial enterprising scheme to raise the real estate values of adjoining properties by filling in designated "environmental wetlands" with imported fill dirt and *grading* three adjoining properties together for commercial building construction as soon as BENEFICIARY David Schied is "*evicted*" from the property...and in the view of co-TRUSTEES, "*the sooner the better*" and "*by whatever means necessary*", even if it involved incorporating TRUSTEES "*52-1 DISTRICT COURT*" agents and fellow STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network members.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

165.   The scheme was documented by sworn and notarized STATEMENTS in the "*DECLARATION*" signed by BENEFICIARY David Schied on 10/15/20 before then being also "*served*" upon the CO-TRUSTEES by "*Certified Mail*". The details of that scheme are outlined as follows, demonstrating the high level of tortuous egregiousness exhibited by the criminals herein identified as CO-TRUSTEES.

**THE CO-TRUSTEES' CRIMINAL SCHEME OF FRAUD WAS DISCRIMINATORY**

166.   On one particular occasion of 9/9/20 while BENEFICIARY was monitoring the interior of his home with a recording device, CO-TRUSTEES Ava Ortner/AVA ORTNER and Donald Thorpe, Jr. showed to BENEFICIARY's rented home with a second copy of CO-TRUSTEES' "*New Lease*" contract and a copy of a previous lease from 2014-2015, while pressuring BENEFICIARY to sign the new lease contract "*as is*" and without providing BENEFICIARY the time he said was otherwise needed to consider the legal ramifications and/or to seek other legal counsel, even as the contract itself had otherwise stipulated a recommendation of BENEFICIARY doing so. CO-TRUSTEES Ortner and Thorpe worked in "*tag-team*" fashion, Ortner remaining in the driveway with the car running and Thorpe, an army veteran, walking into the home on short notice to pressure BENEFICIARY into signing.

167.   At the time, **BENEFICIARY recorded the 13-minute conversation – which was verbally slated for RECORD dating – and TRUSTEE Thorpe entered BENEFICIARY's kitchen, after which Thorpe asserted and/or admitted to the following, as a matter of record**:

a)   That he was fine with BENEFICIARY having informed him right away that despite BENEFICIARY having a long, impeccable, track record of magnanimously paying him monthly throughout all of the previous months of COVID-19 – and despite the TRUSTEES *STATE OF MICHIGAN* having for several previous months been *screwing*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

BENEFICIARY's chore services worker by refusing to provide her with owed "*unemployment benefits*" – once she got over that battle the TRUSTEES *STATE OF MICHIGAN* had subsequently begun destroying BENEFICIARY'S own precarious finances by illegally garnishing money (i.e., to pay for <u>MEDICARE PART B</u> premiums) from BENEFICIARY's monthly banking deposits needed for paying BENEFICIARY's usual monthly expenses; and thus, BENEFICIARY might begin to have difficulties in making future rent *consideration* payments, starting with the month of October as a result.

b) That for some reason, TRUSTEE Thorpe was only too willing to evade answering BENEFICIARY's question presented to Thorpe about the first paragraph of said "*New Lease*", which contained a written "*<u>NOTICE</u>*" in reference to "*rights and obligations for parties to rental agreements*" and recommending such that "*[BENEFICIARY] seek assistance from a lawyer or 'other qualified person'*". When BENEFICIARY asked (mentally demented) Thorpe to explain the verbiage of what "*other qualified person*" meant to him, TRUSTEE Thorpe went off on a tangent and evasively never answered that question. This showed BENEFICIARY that Thorpe was either not cognizant enough himself to have understood the language that his own STATE BAR crime syndicate partner, Ava Ortner, had drafted to entangle BENEFICIARY in a "*transferrable*" contract with a potential future stranger; or that Thorpe was once again demonstrating his past propensity of engaging BENEFICIARY into contracts which he personally had no intention of fully honoring himself.

c) That (quoting Thorpe) "*[Even] if [TRUSTEES Thorpe and Ortner] were to sell this property tomorrow, it would be a year before he [the unnamed new buyer] would break ground, 'cause it takes a year to get by NOVI inspection plans*". That when BENEFICIARY David Schied asked Thorpe specifically if he would mind BENEFICIARY including that

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

stipulation into the written contract so to have that assurance also be "*transferrable*" to any new buyer of the property, **Thorpe** flatly refused, **stating only, "*That's an unknown…It's at least a year, if not more*"**, as if it were a "*good deal*" for BENEFICIARY to "*consent*" for anyone to throw BENEFICIARY out of this home anytime during the winter, in his condition of severe physical disability, and at a time in which a statewide and nationwide *pandemic* presented *emergency* level health risks to the elderly and *immune-deficient* people like BENEFICIARY has been certified as being. (This is also an example of the "*gross omissions*" of Ortner's writing of that contract with the *fraud* and *deception* expected in the last two decades of TRUSTEES *STATE BAR OF MICHIGAN* crime syndicate and domestic terrorist network members like Ortner).

d) That "*the guy who is handling the real estate end*" of the "*New Lease*" who, according to TRUSTEE Thorpe "*is very knowledgeable about*" how the CITY OF NOVI handles land contracts in residential and commercial real estate deals, and had assured TRUSTEE Thorpe that, "*it would be at least a year*" before the TRUSTEES CITY OF NOVI "*approves the site plan [because] they would first have to change the zoning, then go for 'site plan approval', and it might be kicked back to them.*" As TRUSTEE Thorpe put it, in his own words, "*Hell it might be two years before they break ground.*"

e) Thorpe proffered all of this above information *fraudulently* as his assurance that BENEFICIARY David Schied would be enabled to continue living in this home until at least the end of the Spring 2021, a stark contrast with the TRUTH OF ABUSE AND FRAUDULENT INTENT revealed just a very few days later by Thorpe's CO-TRUSTEE and legal guardian, AVA ORTNER, acting in corrupt control over the illegitimacy of contract law applications in this crime-ridden and *lawless* land otherwise known by as the "*STATE OF MICHIGAN*".

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

f) TRUSTEE Thorpe asserted in the RECORDED discussion that *"everything depends upon 'Ed' moving out and finding a new house"*. [Ed is BENEFICIARY's next-door neighbor, friend, and BENEFICIARY's self-appointed *"transportation driver"*. Ed and his wife have a landlord who apparently is in a similar business relationship as TRUSTEE Donald Thorpe with the *"Realtor,"* being CO-TRUSTEES **Paul Gobeille** and **Michael Yamada**, *agents* of *principal* COLLIERS INTERNATIONAL, who also are apparently good friend of TRUSTEE Thorpe. Prior to the attempt to force BENEFICIARY from his home, apparently *"next-door neighbor Ed"* and his wife had been informed about the *"land development scheme"* also involving CO-TRUSTEES of COLLIERS INTERNATIONAL and the CITY OF NOVI; and Ed had volunteered to forgo the remainder of his *"Landlord-Tenant"* lease as it stood until the following July 2021; but ONLY on the condition that Thorpe, Ortner and the Realtor <u>NOT</u> DO precisely what they subsequently turned around and then affirmatively <u>DID</u> DO (as outlined herein and also in BENEFICIARY's *"DECLARATION"*) in attempting to unlawfully *"evict"* BENEFICIARY using the unscrupulous tactics and the <u>*unclean hands*</u> of STATE BAR crime syndicate member Ava Ortner.]

168. **Of course, whatever TRUSTEE Thorpe may have actually meant by his statements as detailed in the above paragraphs, was never of any significant meaning or consequence since several days later the *"truth"* was exposed that <u>TRUSTEE Thorpe was simply MISREPRESENTING his and Ava Ortner's actual intent as a deceptive ploy by Ortner hiding in the shadows</u> of her car parked outside, <u>so to trick BENEFICIARY simply into sign a contract intending to support nothing of the FRAUD that TRUSTEE Thorpe was verbally outlining in the lies that were RECORDED to digital media that very day of 9/9/20.</u>**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

169. At around 12:30 minutes into this same audio recorded conversation between BENEFICIARY and TRUSTEE Thorpe in BENEFICIARY's kitchen, Thorpe began taking self-aggrandizing credit for his having annually provided the septic cleanup and the heating/furnace check and filter change, Yet TRUSTEE Thorpe had little to say when BENEFICIARY Schied  reminded Thorpe that BENEFICIARY had been amply paying Thorpe every single month – without fail – for every month of every year that BENEFICIARY had been inhabiting the home.

170. TRUSTEE Thorpe did also admit – on RECORDED audio – to having fully informed the potential new buyer *"Dan"*, but purportedly only verbally, about what a *"good guy"* that BENEFICIARY had been in making such consistent payments of rental consideration; but he only made such an admission however, after BENEFICIARY had pointed out near the end of that audio-recorded discussion that such an accomplished history of trust was truly on BENEFICIARY's part, and that TRUSTEE Thorpe had conspicuously failed to so acknowledge this history in the content of his proposed written *"New Lease"*, as essential information that BENEFICIARY otherwise thought should be *"transferrable"* to any potential new buyer without that firsthand knowledge about BENEFICIARY's unblemished credit and payment history as otherwise revealing BENEFICIARY as having a high level of *personal* and/or *business* integrity.

171. According to TRUSTEE Thorpe, on the RECORDED discussion, that potential *"new buyer"* to the home named *"Dan"* was someone well known to the CO-TRUSTEEs as brokers of COLLIERS INTERNATIONAL, whom Thorpe considered a *"good old friend"*; and that this guy *"Dan"* may wish to gain access to BENEFICIARY's home to *"inspect"* it … at which point (as documented on the audio recording) **Donald Thorpe**, <u>as the ONLY person appearing on the contract that he was asking BENEFICIARY to sign that day in spite</u>

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

of his mental disabilities, **FORGOT COMPLETELY WHAT HE WAS TALKING ABOUT**, needing BENEFICIARY's reminder of where he was at in that conservation. **This simply presented BENEFICIARY with even further EVIDENCE that <u>TRUSTEE Thorpe was being coaxed – by his crooked STATE BAR OF MICHIGAN attorney guardian – as a deceptive instrument for securing a *fraudulent* contract with BENEFICIARY under corrupted "*STATE*" jurisdiction in the control of her *peer group* of other *domestic terrorists* running a monopoly on the so-called *judiciary* usurping the power – even the title – of the so-called "*People of Michigan*"</u>.**

### ADDED FACTS EVIDENT OF "*INTENT TO DEFRAUD*" BY CO-TRUSTEES DONALD THORPE, JR. AND "*STATE BAR*" ATTORNEY AVA ORTNER

172.    Just after the above (recorded) conversation, and over the course of the following week leading up to 9/17/20, TRUSTEE Donald Thorpe began exhibiting erratic behaviors while acting under the pretense of wanting to make "*needed home repairs*" and "*property maintenance*", but with the underlying intent of "*harassing*" BENEFICIARY and BENEFICIARY's *chore services worker* with unannounced near daily visits to the home, cutting and changing a back gate lock, spontaneously asking for entry to the home (or requesting such entry and then not showing as planned), and peering into windows of the house under pretense of checking the eves of the house for intrusive "*vines*". These intensified visits to the home followed – in RETALIATORY fashion – in the immediate aftermath of BENEFICIARY first questioning the need for any "*NEW LEASE*" contract, and then declining Thorpe's persistent pressure for BENEFICIARY to sign such a binding agreement within the first two weeks of September 2020, while refusing to provide him the "*reasonable accommodation*" otherwise required by the ADA for BENEFICIARY to fully consider the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

implications of his signing such an impromptu agreement and/or seeking alternative legal counsel before signing. THIS RETALIATION WAS AN ADA VIOLATION.

173.    On 9/17/20, TRUSTEE Thorpe's behavior, coupled with his apparent inability to effectively communicate by text messaging and by telephone as he was operating in the back yard and around the outside of the home without prior notice or explanation, led BENEFICIARY to requesting – via the following EVIDENCE of text messaging conversation – that TRUSTEE Thorpe and BENEFICIARY come to a peaceful understanding that, to save any confusion and to honor BENEFICIARY's privacy and the privacy of BENEFICIARY's chore services worker, Thorpe needed simply to provide BENEFICIARY with the *common* courtesy of 24-48 hours of advanced notice of his desired visits to the home. It was at such point that **STATE BAR *crime syndicate and domestic terrorist network* member – TRUSTEE Ava Ortner – took over Thorpe's phone and clarified that she had been the one "*in charge*" all along, and that she had "*had enough*" from BENEFICIARY, and she intended to abuse her assumed *position of power and authority* by serving BENEFICIARY with an "*eviction notice*" the following day forcing BENEFICIARY to move out by 10/31/20.**

174.    THIS ESCALATED LEVEL OF RETALIATION by TRUSTEE Ava Ortner WAS ALSO ANOTHER ADA VIOLATION. **It was violative of numerous of BENEFICIARY's "*unalienable*" Sovereign Rights (under the Common Law and the American CONSTITUTION)' and violative of BENEFICIARY's "*Civil Rights*" (under "*UNITED STATES CODE OF CIVIL PROCEDURES*" ("USC") and the "*CODE OF FEDERAL REGULATIONS*" ("CFR").** See below as the specific text dialogues that occurred on 9/17/20, which are to be compared and contrasted with BENEFICIARY's RECORDED phone conversations with both TRUSTEES, Thorpe and Ortner,, on this very day of 9/17/20.

114

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



**Don Thorpe**
2485685874

Dave I need to get into the garage to check the breaker for the pole barn. What time can I come over. *8:50 PM*

Tonight? *8:58 PM*

No tomorrow morning. *9:00 PM*

Something strange is that Barbara and I just discovered the attic light on over the garage. It was going to come over with a ladder tomorrow morning about 8 to see if we could figure out why is that light got on. You want to come over about 8 in the morning? *9:01 PM*

Ed, not "it" *9:01 PM*

How about 9 am *9:04 PM*

---

**Don Thorpe**
2485685874

How about 9 am *9:04 PM*

I may have another visitor around that time, and if so will probably be leaving for awhile for coffee somewhere. Perhaps 11:00 or so might be a safer bet. *9:07 PM*

How about 8:30 it will take a couple of minutes *9:10 PM*

That works perfectly for me. *9:10 PM*

Okay *9:10 PM*

Thursday, September 10, 2020

Got an ETA? *8:42 AM*

Leaving in 5 *8:44 AM*

I am finished if you still need the gate key that gave me

Enter message

---

**Don Thorpe**
2485685874

Wednesday, September 16, 2020

Sorry I missed your call. I got your message and will be expecting Homer. Thanks for letting me know. *1:39 PM*

He is probably done by now *1:41 PM*

Ok. *1:45 PM*

Thursday, September 17, 2020

I got your phone message and saw you at the gate this morning while eating my breakfast. Did the septic tank people give you a time window they would be by? Is it today? *1:48 PM*

No not yet but they will take care of everything unless you want to help. *1:56 PM*

---

want to help. *1:56 PM*

I guess the question is when? They who? The same man that has come year after year with his truck, shovel, and hose? *1:59 PM*

I don't know yet they will call me with a time and day. I don't know who will be there. *2:05 PM*

Did you lock the gate back up? Is the key you gave me to the new lock you put on last month still good? You seemed to have lost your key a few days ago. *2:08 PM*

I didn't lose my key, I was asking about the key that Ed used on the back yard do you have a key for his lock, do not lock the back gate and I left it unlocked. *2:20 PM*

---

unlocked. *2:20 PM*

More options *2:20 PM*

Are you refusing to allow me to keep protecting against unwanted entry to the rear of the property as I have been doing these past more than eight (8) years? Why are you creating this new safety vulnerability now, and knowing that I am disabled and already with a physical handicap relative to an armed or physical response to in-truders to the property when nationally many people are out of jobs and homes and acting desperately through chaotic violence? I want that gate locked back up! *2:28 PM*

After the septic tank people finish we will lock it up *2:33 PM*

We who? Who are you with? Who are "they" that you say you don't know? "They" may not come for days, weeks, or months according to you. Are the "septic people" the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Are the "septic people" the same as "they" who you say you do not know that you say will come by at some time that neither of us have a clue about?



2:38 PM

Don:
Due to your implied threats about my two consumer products of automobiles parked - as usual  - in the drive near the house and far away from the road, Barbara has today changed her auto policy to take the Land Rover out of storage and off her policy. She said the cost will now be an additional $50 per month to her debit, occurring at a time she remains unemployed as a result of the man-made "plandemic" of "coronavirus".

7:30 PM

Also, with you unannounced

---

**Don Thorpe**
2485685874          CALL  ☰

Also, with you unannounced visit to the home today, purportedly to "cut your lock off the back fence" as left there by you these last over eight (8) years since I moved here - and following your "No advanced notice" about your friend Homer coming over to "clear the lines off the roof" yesterday, Barbara told me today that she also saw you peering through our back laundry room window as she was only partially dressed. Please be advised that, given your assertion today to "not give a shit" whether anyone comes here unannounced to do your annual septic tank cleaning - while you unlocked the gates for an indeterminate  time for that stated purpose and without regard for my safety or the safety of this rented property, I must insist that, while I

---

I must insist that, while I don't mind your attentiveness to your obligations to your property, I will require you to provide me in writing with your intentions for any future visits outside the home by you or your agents, with 24-48 hours notice. Text is still sufficient for that purpose.

MMS
7:31 PM

I will leave the gate unlocked as you set it so, all night. Hopefully since you did not call me tonight with an answer to the septic people coming by, you can let me know by noon tomorrow so I will know whether or not to lock it before the Weekend begins.

7:33 PM

This is Ava, Don's wife. This time you have simply gone to far. We will be providing you notice to quit tomorrow. My husband has never peered

---

This is Ava, Don's wife. This time you have simply gone to far. We will be providing you notice to quit tomorrow. My husband has never peered through any body's window.

You will get no notice of anything from us except for notice to quit. You've taken advantage of Don for far too long. In case you don't  know it, most of the things he does around that house were your obligation under the lease, not his. You'll get my letter tomorrow.

7:41 PM

We will cancel the septic tank clean out and lock the back gate tomorrow as no one will need the septic tank once you're gone.

7:50 PM

---

**This is a malicious act of unwarranted retaliation against a disabled man who asked too many questions in the attempt to uncover FRAUD constructed by a STATE BAR crime syndicate member Ava Ortner.**

**This is "*blame the victim*", a ploy frequently used by criminal abusers, especially when they have been discovered.**

**This shows no plan to rent out the home once BENEFICIARY is "*gone*".**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

175.     **On 9/17/20**, prior to the text messages being sent between TRUSTEE Thorpe and BENEFICIARY Schied, Thorpe left BENEFICIARY a phone message stating that he had unlocked the gate accessing my backyard. He stated his reason was for "*the septic tank people…to do their thing…in the front and back*". He left no time on the voice message as to when BENEFICIARY was to expect them. His voice message also presented BENEFICIARY with yet another "*reminder*" that BENEFICIARY needed to "*do something with that truck*" in the driveway (sitting near the house and at least sixty feet away from the street). BENEFICIARY decided to text TRUSTEE Thorpe rather than to call him back because BENEFICIARY wanted to again document that Thorpe was pressuring him personally while frequenting the home, presumably to taunt and intimidate BENEFICIARY into signing his FRAUDULENT "*New Lease*". That was where the text messaging (above) began in response, **starting at 1:48pm** that early afternoon.

176.     **On 9/17/20, right after BENEFICIARY sent his text message to TRUSTEE Thorpe marked (above) as sent at 2:38pm**, Thorpe telephoned BENEFICIARY Schied with agitation in his voice. **BENEFICIARY RECORDED the ten (10) minute phone conversation in which the following dialogue took place, beginning at about 2:39pm:**

> Thorpe: *Hey Dave, I left the gate open for the septic tank people. They might be there today. **If you don't like that, then go and lock the gate and we'll skip doing the septic tank. … It's $450 I can save out of my pocket.***
> Schied: *Why didn't you say that in answer to the first question that I asked?*
> Thorpe: *What was that?*
> Schied: *You have the text messages and I have the text messages. I basically just asked when they're coming by … today or when(?) … and you said you have no clue…*
> Thorpe: *I don't know yet! I don't know yet! They haven't called me back. I put a call in to 'em and they haven't called me back.*
> Schied: *Ok. Alright. Well then …*
> Thorpe: *Arrrrrrrggggggssssshhhhh*
> Schied: *You could have just said that.*
>
> Thorpe: *I did say that!*
> Schied: *Well just now!*
> Thorpe: *On the text message I said that!*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Schied: *Not really. Um...I'll read it to you. I said, 'I got your phone message and saw you at the gate this morning while eating my breakfast. Did the septic tank people give you a time window that they would be by. Is it today?' And you said, 'No, not yet; but they will take care of everything unless you want to help.' Then I said, 'I guess the question is when?'*

Thorpe: *I don't know yet, Dave! I don't know yet. As soon as they call me, I'll call you and let you know!*

Schied: *Ok. So we're talking about the septic people only then.*

Thorpe: *Yeah! Who in the hell else do you think would be coming there?*

Schied: *Well, you had Homer here yesterday and you didn't give me any notice about it. ...*

Thorpe: *Arrrrrrrggggggsssssshhhhhh*

Schied: *And as soon as I found out about it, you said that he was probably gone already. I don't even know what he did. ...*

Thorpe: *I left you a message that he was coming over.*

Schied: *Yea. He ...*

Thorpe: *I left you a voicemail. I left you a voicemail that he was coming over. By the time you got back to me, he had done his work and was gone.*

Schied: *Ok. I thought you said he was doing something ... the way the message sounded ... it sounded like you said he was doing something on the roof to tale the lines down. ...*

Thorpe: *He took care of the 'vines' ... the rest of the vines on the roof.*

Schied: *Ok. I thought ...*

Thorpe: *He was taking care of the rest of the vines on the roof.*

Schied: *Ok. It sounded to me like you had left a message saying 'the lines on the roof' because we've got that satellite and the lines that are never being used. I thought that those electrical lines ... you were ...*

Thorpe: *Vines! Vines!*

Schied: *Ok. Ok. Alright. Well, so, you know...it was just short notice yesterday and ... short notice today ... and just a miscommunication apparently.*

Thorpe: *Yep.*

Schied: *Ok. Well, ... you know ... Feel free to call me anytime ... and ... talk to me ...and ...instead of just ... you know ...telling me at short notice that something's happening.*

Thorpe: *Arrrrrrrggggggsssssshhhhhh*

Schied: *You know, I ...*

Thorpe: *I...I can't! If you don't answer the phone, all I cans do is leave you a voicemail. **I can't move my schedule around you!***

Schied: *Right. And I guess vice versa. You know, I can try to do the best thing, but you know ...*

Thorpe: *If you don't need to be ... You don't need to be ... Your not ... If...if you don't answer the phone when I leave a voicemail, ... and I've got this... 'opportunity' ... I had oh...Homer over doing a couple things and he had time then. So I sent him over to do the vines.*

Schied: *I got a ...It sounded to me like it was lines and I just didn't see any evidence that removed ...*

Thorpe: *Arrrrrrrggggggsssssshhhhhh*

Schied: *So, I wasn't sure if Homer was expected back again today, or, ... I had no idea why you were out there with ... unlocking the gate... and mandating that it stay unlocked and ...*

Thorpe: *Yeah, I was cleaning up the rest of the vines.*

Schied: *Oh. Ok. Alright. Well, ... and Barbara thought you were cutting a lock off the back gate or something. She ... She ...*

Thorpe: *I did. I cut the one lock off the back gate that there's no key for.*

Schied: *Right. That's been that way ...*

118

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Thorpe: *The keys I gave you is for the new lock.*

Schied: *Ok.*

Thorpe: *And then there's also the lock that ... Ed's is on there. I want to put the two loose ends together ... by using the lock. That way, they actually got a key ... He would ...for his lock ... to get into the back. And I've got a key for my lock to get into the back.*

Schied: *Ok.*

Thorpe: *I was just ah ...trying to make this easy for everybody.*

Schied: *Well, the ... To me it seems like...one lock would be sufficient. I thought you had basically taken all locks off and put a lock on and gave me the key. I gave Ed a copy of that key so that he could get in through the gate in case it was locked. And to me it seems like only one ...one lock is sufficient.*

Thorpe: *Well you ... You didn't tell me ...You didn't tell me that! You didn't tell me that! Dave! How am I supposed to know? I go ahead and do all the work, and ... and cut the one lock off where there's no key; and set it up so that ... both parties can get into back yard. And you don't tell me?!*

Schied: *Well, I told you he was mowing the lawn. ... and that I've been giving a key to him to mow the lawn.* (pause for no response) *Yeah, I told you.* (another pause for no response) *And that lock that had no key on it has been there since I moved in, in 2012.* (another pause)

Thorpe: *So, I cut it off.*

Schied: (laughing) *Makes sense to me!*

Thorpe: *So ... If you want, you can go ahead and lock that gate; but when those septic tank people come there, they need access to the back yard.*

Schied: *Well, that makes sense. But it's just helpful to know when they're coming. When I ... You could ... When you're not knowing, you could say ... you know ... 'It could be today, or maybe tomorrow morning; and I'll let you know when. But you just said 'I don't know' and left it at that. You know, what does that mean?*

Thorpe: *I said I would let you know what time and day!*

Schied: *No, you didn't.*

Thorpe: *Yes, I did!*

Schied: *Let me see ...* (thumbing through texts while long pause) *... I don't know ... You just said, 'I don't know yet. They will call me with the time and day. I don't know who will be there'. ...You never said you were going to give me a time and day; you said they might give you one.* (pause) *... But you never said ...*

Thorpe: *But you asked me what time ... that...Here, I'm not going to argue this anymore. Dave. Either he... either ...either you give him access to the backyard or you don't. **I don't give a shit!***

Schied: *Well, you start cussing there now too. But ... I ... You just left the door .. gate...open. So, you know, I'm ok with that if you're expecting them today.* (long pause with no response) *...If you'll let me know ...*

Thorpe: *I'll let ... I'll let you know as soon as I ... know.*

Schied: *Yeah.*

Thorpe: *I don't ... I left them a message an hour ago. So...*

Schied: *Yeah. ... So, they'll probably get back with you and ... If it looks like it's going to be tomorrow, let me know. Maybe...I'll...have Barbara ... if the gate lock is open or whatever, I'll ask her to close it and we'll make sure its open first thing in the morning ... if they can give you a time. ... or a window. I think I asked for a window of time...and you didn't answer that.*

Thorpe: *I don't know!!*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Schied: *Ok. Alright. ... Sorry for any miscommunication there. ... But I don't think it's ... you know ... anything to be ....not giving a shit about. ... **You know, I do care about my protection ... and the protection of your property** ... and that's always we've always kept it locked for the last eight years.* (long pause with no response) *So, I don't think now would be the time to start not giving a shit. You know, so...* (more long pause with no response) *But, you're a free man to do whatever you want.*

Thorpe: *Thanks.*

Schied: *Ok. Alright. Bye, Don.* (Thorpe hung up without saying another word)

177.    Later on this same afternoon of 9/17/20, BENEFICIARY's chore services worker informed

BENEFICIARY that she had taken the Land Rover off of her insurance policy and that the auto-

insurer had informed her that they were penalizing her $50 per month for not insuring two

automobiles, but one instead. **By 7:30pm, BENEFICIARY had also seen that, in spite of**

**lengthy discussion about his needing to be informed about the gate for security reasons,**

**TRUSTEE Thorpe still never even let BENEFICIARY know anything anyway about when**

**"*the septic tank people*" would intend to come by. Therefore, BENEFICIARY sent a day-end**

**text to TRUSTEE Thorpe to set the terms that BENEFICIARY would be operating from**

**without the needed information that Thorpe should have otherwise provided. This,**

**obviously, was when STATE BAR crime syndicate member, TRUSTEE Ava Ortner, broke**

**in on Thorpe's phone to RETALIATE by "*laying down the law*" in threatening to "*evict*"**

**BENEFICIARY on short notice; while TORTUOUSLY blaming BENEFICIARY for her**

**own malicious and DISCRIMINATORY "*predicate*" intents and her own RETALIATORY**

**"*secondary*" follow-up actions.** (See again the final text message from Ortner a few pages back.)

**TRUSTEES THORPE AND ORTNER PROCEEDED WITH THEIR
RETALIATORY THREAT OF INSTANT EVICTION WITHOUT PROVIDING
ANY REQUIRED ADA ACCOMMODATIONS EVEN AS BENEFICIARY'S
INTEREST IN THE HOME AND THE EVICTION WAS MADE AN
INSTRUMENTAL PART OF A COVERT COMMERCIAL
"*LAND DEVELOPMENT DEAL*"**

178.    On 9/18/20, STATE BAR crime syndicate member Ava Ortner followed up on her

retaliatory threat from the preceding day by issuing a DISCRIMINATORY "*NOTICE TO QUIT*"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

referencing the "*Intent to Evict*" BENEFICIARY from his home with <u>NO ACCOMMODATIONS</u> <u>WHATSOEVER</u>. This meant that <u>NONE of the following possible accommodations were</u> <u>intended to be provided</u>:

a) That the RECORDED fraudulent assurances that TRUSTEE Donald Thorpe were not going to be provided after all so to have BENEFICIARY in the home until the following SPRING 2021 or possibly another year after that (2022) <u>giving BENEFICIARY plenty of</u> <u>time to work the remainder of the following out by himself</u>;

b) That TRUSTEE <u>Ortner would not</u> offer up her majestic status as an "*officer of the court*" and member of the TRUSTEES "*STATE OF MICHIGAN*'s" STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network to <u>assist BENEFICIARY in</u> <u>any way whatsoever with any the following</u>:

   1) Compelling TRUSTEES "*<u>HUD</u>*" to honor BENEFICIARY's two years of being on a "*<u>SECTION 8</u>*" waiting list for a housing voucher good for moving elsewhere;

   2) Compelling co-TRUSTEES USDOE, NELNET, ECMC, PHEAA, the SSA, U.S. DEPARTMENT OF TREASURY, and the "*THREE CREDIT BUREAUS*" to move forward with the needed "*discharge*" of their FALSE CLAIMS that BENEFICIARY still owes "*student loan debt*" and instead pay upon the accumulated debts that these same CO-TRUSTEES have come to owe through their many years of acquiescence and tacit agreements with the FEE SCHEDULE and added charges for costs to BENEFICIARY for administratively doing the work of correcting the criminal "*RICO*" activities of these co-TRUSTEES as they continued to engage one another in conspiracy fashion as a continuing financial crimes enterprise, so to clear BENEFICIARY's otherwise good credit history to enable BENEFICIARY to enter a new home *independently*.

121

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

3) Compelling the co-TRUSTEES of CAPITAL ONE FINANCIAL CORPORATION to "*settle*" financially with BENEFICIARY on his persisting CLAIM against this "*inactive*" CORPORATION that openly DISCRIMINATES against the disabled by professed corporate *policy and practice* refusing to allow any disabled person to record calls that the CO-TRUSTEES themselves record; while RETALIATING against disabled people like BENEFICIARY who attempt to receive proper *reasonable* ADA accommodations when dealing with and trying to correct the CORPORATE FRAUD already *recorded* by BENEFICIARY that is also damaging BENEFICIARY's credit history, also preventing BENEFICIARY David Schied from entering a new home *independently*.

4) Pay BENEFICIARY directly for his interest in the "*conditions*" for the COVERT and ILLEGAL "*LAND DEVELOPMENT DEAL*" with the CO-TRUSTEES of CITY OF NOVI and COLLIERS INSTERNATIONAL, of CO-TRUSTEES conspiring together to place a professional surveyor onto the home being occupied by BENEFICIARY during a national "emergency" and Coronavirus Pandemic, for the purpose of evaluating the property and helping to orchestrate the illegal and discrete filling in of WETLANDS to increase the value of adjoining properties for increasing the value of the eventual development and sale of this illicit REAL ESTATE ENTERPRISE; with the "*condition*" being that BENEFICIARY SHOULD BE MADE TO MOVE OUT IMMEDIATELY (i.e., with only six weeks of notice) DURING A NATIONAL "*CORONAVIRUS*" PANDEMIC, and WITHOUT ADA-REQUIRED ACCOMMODATIONS EVEN BEING CONSIDERED for a totally and permanently disabled quad-amputee, and WITHOUT compensation for his other "*property*" interests.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Approved, SCAO

| STATE OF MICHIGAN | NOTICE TO QUIT<br>TO RECOVER POSSESSION OF PROPERTY<br>Landlord-Tenant | |
| --- | --- | --- |

TO:    David Scheid
     46675 West Twelve Mile Rd.
     Novi, MI 48377

1. Your landlord/landlady, **Donald A. Thorpe, Jr.** , is seeking to recover possession of property pursuant to
                            Name (type or print)

☑ MCL 554.134(1) or (3) (see other side)    ☑ other: **Residential Lease, secs. 3, 18**    and wants to evict you from:

Address or description of premises rented (if different from mailing address):
Address above

2. You must move by **October 31, 2020** or your landlord/landlady may take you to court to evict you.
                   Date (*see note)

3. If your landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you believe you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him or her soon.

Date
September 18, 2020

Signature of owner of premises or agent

Address
25289 Sutton Court, Novi, Mi        248-798-9647
City, state, zip                  Telephone no.

*NOTE: Unless otherwise allowed by law, the landlord/landlady must give notice equal in time to at least one rental period.

### HOW TO GET LEGAL HELP

1. Call your own lawyer.

2. If you do not have an attorney but have money to retain one, you may locate an attorney through the State Bar of Michigan Lawyer Referral Service at 1-800-968-0738 or through a local lawyer referral service. Lawyer referral services should be listed in the yellow pages of your telephone directory or you can find a local lawyer referral service at www.michbar.org.

3. If you do not have an attorney and cannot pay for legal help, you may qualify for assistance through a local legal aid office. Legal aid offices should be listed in the yellow pages of your telephone directory or you can find a local legal aid office at www.michiganlegalhelp.org. If you do not have Internet access at home, you can access the Internet at your local library.

179.       The above actions of co-TRUSTEES Ortner and Thorpe are clearly <u>DISCRIMINATORY</u>

and <u>RETALIATORY</u> based upon BENEFICIARY's *"political background"* as this move by

Thorpe and Ortner was intended to deprive BENEFICIARY of the *"right to vote"* in November's

NATIONAL ELECTION taking place less than a week after the so-called *"eviction date"*. The

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

eviction was predicated on the FACT that BENEFICIARY's political beliefs are rooted in a CONSTITUTIONAL REPUBLIC with *"accountability in government"*, while **TRUSTEE <u>Ava Ortner's political posture is one of belief in a *"Nobility"* class of STATE BAR membership usurping and controlling ALL THREE BRANCHES of the People's government by means of a *Seditious* MONOPOLY of power Treasonously replacing the People's government with a *"Continuing Financial Crimes Enterprise"* embedded within a DOMESTIC TERRORIST NETWORK of so-called *"BAR attorneys"*</u>**.

180.    The above is clearly DISCRIMINATORY RETALIATION based upon *"disability"* as these offensive moves by CO-TRUSTEES Thorpe and Ortner were intended *"target"* BENEFICIARY, and to force BENEFICIARY into homelessness on short notice while knowing that he was unemployed, living solely on limited monthly payments of SOCIAL SECURITY, and still under intensive medical care as a recent *"quad-amputee"* that continues to be robbed of his *"beneficiary"* status by the agents and principals of the CO-TRUSTEES of MDHHS, the STATE OF MICHIGAN, by the U.S. DEPARTMENT OF TREASURY, the SOCIAL SECURITY ADMINISTRATION, MEDICARE and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, the U.S. DEPARTMENT OF EDUCATION,  and a host of other peripheral agents and principals of *"governments"* and NONPROFIT CORPORATIONS otherwise obligated to assist and provide to BENEFICIARY, as a totally and permanently disabled man, who had been recently rendered into a *"quad-amputee"* <u>through reported ATTEMPTED MURDER</u> that nobody in <u>delegated</u> (by the sovereign People) <u>government power</u> is doing anything about to provide BENEFICIARY with proper remedy!

181.    In the immediate aftermath of TRUSTEE Ava Ortner taking over TRUSTEE Donald Thorpe's phone and issuing the above-referenced <u>FALSE CLAIMS</u> against BENEFICIARY about *"going too far"* and *"taking advantage of Don for far too long"*, BENEFICIARY informed his

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Chore Services Worker ("*witness*") about this retaliatory act. Having been the one to inform BENEFICIARY that she was undressed and placing clothes into the washing machine when TRUSTEE "*Don*" Thorpe appeared at or near the window and look in unexpectedly, this chore services provider asked to use BENEFICIARY's phone to telephone TRUSTEE Ava Ortner to recant what **Ortner appeared to use as FALSE CLAIM for wrongly "*blaming*" BENEFICIARY for being the *cause* of the eviction even though BENEFICIARY was really "*the victim*"**. (*See again* the above-referenced "*texting screen shots*" in which TRUSTEE Ortner asserted – without supporting witnesses and in "*conclusory*" terms only – that, "*My husband has never peered through any body's window*" amidst her RETALIATORY threats.)

182.    **As nearly always, BENEFICIARY Schied had RECORDED the brief phone discussion between his chore services worker (Barbara) and TRUSTEE Ava Ortner, from the moment Ortner answered "*her husband's*" phone thinking it was BENEFICIARY on the line, intending to treat BENEFICIARY with extreme disdain, and continuing to do the same with this chore services worker. That conversation thus carried out as follows, again on the evening of 9/17/20 at 8:00pm:**

Ortner: *What **exactly** do you want?*
CSWorker: *Oh hi. This Barbara. I just wanted to tell you that there was a misunderstanding with David ...*
Ortner: *No. No, there is no misunderstanding there. I'm perfectly capable of reading. ...*
CSWorker: *Oh no, no ...*
Ortner: *And I'm also aware and I'm perfectly capable of understanding my rights; and you are going to be gone!*
CSWorker: *Ok...then...*
Ortner: *Enough is enough!*
CSWorker: *Well wait. Can I just say something, please? I didn't say anything about ...*
Ortner: *You can knock yourself out.*
CSWorker: *I didn't say anything about Don looking through the window. There was a mis ... David ... There was a misunderstanding with what David said. So, ... so just so you know.*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Ortner: *Yeah, well that's fine. But I have had it! He d...Dave seems o think that my husband –* *who has* (unintelligible) *dementia, is responsible for his well-being. He is not. We are not* *responsible for ... for Dave's well-being. And I've had enough of his nasty emails...Text!* *I will be providing NOTICE TO QUIT tomorrow effective the end of October! Period!* *You got it?*

CSWorker: *Uh...Ok...*

Ortner: ***My husband...has been abused by your** husb...by your **ex-husband to no avail.** I have* *had enough!*

CSWorker: *Alright. I'm not...I'm not on the contract, so I'm out of this whole thing. But ... that's* *between you guys.*

Ortner: *Yeah, well...that's fine. Hey, you know...Whatever!*

CSWorker: *Alright. Ok.*

Ortner: *Yup. Goodbye.*

CSWorker: *Bye.*

183.    Again, **this entire scenario playing out is an *"orchestrated setup"* by STATE BAR crime syndicate member, TRUSTEE Ava Ortner, with an *"INTENT TO DEFRAUD"*- not only BENEFICIARY – but of others who are potential *"buyers"* of this property.**

184.    Clearly, Ortner is so greedy and so anxious to sell off her husband's property, that she is willing to assign to others the very CRIMINAL INTENT with which she herself operates, as a wife and ESTATE GUARDIAN, as a STATE BAR attorney member of a *domestic terrorist* network, and as a partner to a property *"seller"* **who will LIE AT ALL COST to make a sale on property that has been purportedly *"for sale"* for close to two decades.**

185.    The details surrounding this INTENT TO DEFRAUD were determined from the following information, as provided by a *"KEY WITNESS"*, BENEFICIARY's next door neighbor, former ARMY INTELLIGENCE OFFICER and American Veteran (who like Thorpe, is also a victim of the UNITED STATES *"government's"* misuse of *"Agent Orange"*). His name is Ed Kottke; and he and his wife have been inhabiting the house and taking care of the property of their landlord, *"Carl"*.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**THE CRIMINAL UNDERPINNINGS BEHIND DONALD THORP JR.'s AND AVA ORTNER's *"FRAUDULENT INTENT"* STEM FROM CERTAIN UNDERLYING FACTS HINGING UPON – AS THORPE HIMSELF HAS STATED *"ON THE AUDIO RECORDING"* OF 9/9/20 – *"WHETHER 'ED' MOVES OUT OR NOT"***

186.      Apparently, over the course of the past few months since the mid-summer 2020, certain negotiations had been going on pertaining to the sale of not only TRUSTEES Thorpe's property, but also the two adjacent properties where *"Witness"* Ed Kottke lives next door owned by *"Carl"*, and the property next to that to the West, where certain landscaping and water runoff *problems* have been longstanding and deterring the sale of any or all of these three properties for the past nearly two decades.

187.      According to information and belief, the property furthest West on this South side of the street from where BENEFICIARY inhabits, has been subject to flooding due to purported actions that had long been taking place at the *"GREAT OAKS LANDSCAPE ASSOCIATES, INC."* business across the street. **These business owner(s) may have been finding ways to divert underground water for feeding his acres of nursery trees and plants; and causing hollowed out caverns beneath the street of Twelve Mile Road. That business may also have been involved in cutting and/or depositing timber and brush in the path of the underground waterways so as to cause blockage of water flow toward WALLED LAKE, adding to the flooding and giving cause and need for the land on that property to be too low and in need of topsoil to be trucked in and graded before that property is to be made *"sellable"* and *"buildable"*.** (See aerial graphic below)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



Drain vent from rain runoff Flows north under freeway

The blockage of water just north and/or south of Twelve Mile Rd. creates massive flooding in these "*wetland*" areas of darker green.

This water runoff pond on the south side of the freeway has a drain that was supposed to be divert water under the freeway northward to Walled Lake.

128

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

188.   According to information and belief, the negotiations taking place between the two primary property owners as "*sellers*" (being Thorpe and "Carl"), and CO-TRUSTEES **Paul Gobeille** and **Michael Yamada** – the brokers from **COLLIERS INTERNATIONAL** who purportedly has been a lifetime friend of Donald Thorpe, Jr. – and the "*buyer(s)*", has been complicated by the fact **that the purported "land development deal" purportedly included the intent to work** discreetly **with the CITY OF NOVI and a third party contractor,** on trucking in enough fill dirt **and heavy equipment** to (illegally) fill in the "*wetlands*" **and evenly grade the third property to the far West of BENEFICIARY's home location. The problem initially complicating that plan was the fact that** WITNESS **Ed Kottke had a lease agreement with his landlord (Carl) extending to next July 2021. The alternative was for the new owners to take over TRUSTEES Thorpe's home instead, and** to replace the inhabitants of either home with some CORPORATE surveyor(s) intending to work with the CITY OF NOVI on a tradeoff of services.

189.   Also, according to information and belief, **the CO-TRUSTEES of NOVI CITY COUNCIL (including MAYOR Bill Gatt), and CITY OF NOVI have been** deceptively **engaged in separate "*scheme*" of *looking the other way* for many years while the *GREAT OAKS LANDSCAPE ASSOCIATES, INC.* has been engaged in "*landscaping*" activities that have been devaluing the property values along the South side of 12 Mile Road, west of West Park Road along the three properties that have long been listed for sale by CO-TRUSTEES Paul Gobeille and Michael Yamada at COLLIERS INTERNATIONAL.** (See the aerial photos below for further details on how this scheme was to play out to "*weasel out*" BENEFICIARY's interest in this plan for the sake of his own "*life and death*" salvation during a STATE EMERGENCY and NATIONAL EMERGENCY associated with a nation

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

and international disease PANDEMIC and self-quarantining ORDERS for an EVICTION

MORATORIUM.)





© COPYRIGHT by David Schied (2021) *All Rights Reserved*

190.  **Purportedly, <u>the TRUSTEES of the CITY OF NOVI have had long term interest in devaluing these properties on the south side of Twelve Mile Road, so to cause those property owners to find more incentive in selling those "*flooded out*" sections of land to the CITY OF NOVI for a proverbial "*song*"</u>. The underlying reason for this interest by the CO-TRUSTEES "*NOVI CITY COUNCIL*" in purchasing these large tracks of properties that all three extend from 12 Mile Road all the way to the 96 Freeway – and particularly at the eastern border of TRUSTEES Thorpe's property bordering the medical and professional building to the east – is <u>because of a futuristic plan of the TRUSTEES "*NOVI CITY COUNCIL*" and CITY OF NOVI to build a "*feeder*" road next to the 96 Freeway, which may have a design to connect to 12 Mile Road at West Park, so that West Park will extend all the way to the 96 Freeway and relieve some of the heavy traffic at Beck Road to the west and Novi Road to the east.</u>**



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

191.    According to information and belief, the *"tradeoff of services"* with the aforementioned
CORPORATE surveyor <u>includes the future plan for the TRUSTEES of CITY OF NOVI</u>
<u>to similarly *"look the other way"* again while the new buyers follow through with tentative</u>
<u>plans to purchase the *"third"* (problematic) property at bargain-basement price and get</u>
<u>busy (most likely against COUNTY and STATE *"DEQ"* guidelines) filling in the</u>
<u>*"wetland"* area with enough trucked in dirt to raise that third property surface level</u>
<u>higher so that more COMMERCIAL buildings of three stories can be eventually built.</u>
In return, since the surveyor will need to live on the property anyway to study the situation and
help with the needed land grading and commercial building planning, the TRUSTEES of CITY
OF NOVI would make similar use of **this same surveyor for planning assistance in the**
**constructing of the *"feeder"* and *"connecting"* roads between West Park and the 96**
**Freeway, and the widening and reinforcing of 12 Mile Road itself while filling in the**
**empty underground water caverns underneath Twelve Mile Road.**

192.    <u>According to information and belief, this grand scheme of (legal or illegal)</u>
<u>*"enterprising"* had only two snags: the first</u> was that Ed Kottke had a lease with his
landlord *"Carl"* extending to July 2021. <u>The second snag</u> was the fact that
BENEFICIARY David Schied had been recently rendered a *"totally and permanently*
*disabled quad-amputee"*; and with the *"EMERGENCY ORDERS"* of the so-called STATE
and Federal *"governments"*, it was clear that <u>forcing BENEFICIARY to leave could be</u>
<u>quite difficult</u>, and a violation of numerous *"federal"* and human rights laws reflected in
the <u>AMERICANS WITH DISABILITIES ACT</u>, the *"CARES"* ACT, and other standing
ORDERS against *"evictions"* due to health concerns, the COVID-19 pandemic, and *"self-*
*quarantining"*. (Bold and underlined emphasis added)

132

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

193.  <u>According to information and belief,</u> the solution **was** – as **TRUSTEE Donald Thorpe, Jr. has stated on 9/9/20 in a *RECORDED* conversation** – <u>**resting upon Ed Kottke's and his wife's good graces and their thoughtfully caring so much themselves about the interests of BENEFICIARY as their friend and next door neighbor, that they agreed with their landlord "*Carl*" to surrender their own home as a grand gesture of peace to save BENEFICIARY from having to instantly face the reality of the following**</u>:

1)  As a recently disabled man with no resources whatsoever for battling the greed of CORPORATE giants, the Kottkes sought to save BENEFICIARY from having to be forced into corrupt litigation with STATE BAR attorneys and judges already backlogged in the courts and with all of these co-TRUSTEES of the STATE OF MICHIGAN in accord as a "*nonjudicial*" STATE for conducting evictions (like foreclosure evictions).

2)  Since it is well known that STATE BAR crime syndicate member, TRUSTEE Ava Ortner has a long history of deriving her income from working at DYKEMA-GOSSET – a foreclosure "*mill*" with a long history of forcing "*little guys*" out of their homes – it was safe to assume that, with MICHIGAN being a "*nonjudicial*" STATE for privately executing evictions, **TRUSTEE Ava Ortner was already *skewed* toward abusing her disposition as a STATE BAR domestic terrorist member, to first FORCEABLY take all of BENEFICIARY's worldly possessions and then force him into homelessness and institutionalization in the name of personal greed and CORPORATE "*progress*"; and to compel BENEFICIARY Schied to become "*subject to*" her "*peer group*" of corrupt judges and other "*officers of the court*" in a hopeless effort by BENEFICIARY to at least get back something of value from his stolen belongings,** if any might still be found at the end of a legal battle lasting for

133

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

years in TRUSTEES *STATE OF MICHIGAN's* renown "*just us*" system. <u>The Kottkes</u> <u>sought to save BENEFICIARY from all of this by their own sacrifice of their secured</u> <u>housing contract with their landlord, "Carl".</u>

194. According to information and belief, on considering all of the above, the WITNESS Kottkes decided to negotiate terms of their moving out – within 60 days – with the brokers, co-TRUSTEES Paul Gobeille and Michael Yamada and COLLIERS INTERNATIONAL, with the Kottke's landlord "*Carl*", and with TRUSTEES Donald Thorpe, Jr. and his "*guardian*", STATE BAR crime syndicate member Ava Ortner. Those terms **included the joint commitment of all involved in the "*new land contract*"** -- being particularly the seller Thorpe and the new "*buyer*" – **to "*leave BENEFICIARY alone*" and to "*not even tell BENEFICIARY*" about the selfless sacrifice being made by the Kottke couple. It was WITNESS Ed Kottke's heartfelt intent to continue donating his time and services to BENEFICIARY for as long as possible – as BENEFICIARY's "*lifeline to mobility*" – as Kottke had been – and continues to be today – this previous two years as BENEFICIARY's transportation to wherever he needs to go, doing so without cost to BENEFICIARY because the co-TRUSTEE of STATE OF MICHIGAN have continually and tortuously DENIED BENEFICIARY's repeated requests and demands to have the WITNESS Kottkes compensated for even just their mileage, given that the TRUSTEES of the STATE otherwise have that financial obligation to its disabled citizenry.**

195. As such, according to information and belief, by mid-summer, the Kottkes were rushing to get their credit and finance documents in order so to be able to quickly apply for a mortgage; and they also began looking for a home ...**That is, <u>UNTIL</u> .... <u>around 9/18/20</u>, when <u>STATE BAR crime syndicate member, TRUSTEE Ava Ortner and her "*fraud accomplice*" TRUSTEE Donald Thorpe informed everyone engaging in the secret and underhanded</u>**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*land contract*" enterprise, that BENEFICIARY would instead be out of the home by the forcible eviction date of 10/31/20.

196.     Apparently, co-TRUSTEES Ortner's and Thorpe's fraudulent scheme – to predicate the sale of the properties and to create a "*new land contract*" upon BENEFICIARY being forced into homelessness and/or into institutionalization – brought a change to the previous plan for the CORPORATE surveyor to be living in the Kottke home for the winter while the plan to bring in fill dirt and heavy equipment for filling in the wetlands was to be executed. Based upon the new but FRAUDULENT information being disseminated by STATE BAR domestic terrorist network member, TRUSTEE Ava Ortner, the belief of all other parties to this "*new land contract*" changed, with a new narrative that this CORPORATE surveyor would instead be taking over and living in BENEFICIARY's home, allowing the Kottkes to once again relax and enjoy their own lease contract until July 2021 as originally planned.

197.     The bottom line – as essentially provided by the EVIDENCE of BENEFICIARY's audio RECORDED phone and personal conversations and text messages taking place at BENEFICIARY's home and involving this STATE BAR domestic terrorist network member TRUSTEE Ava Ortner and her *demented* husband Donald Thorpe, Jr. – is that they have been acting concertedly to unethically and illegally "*set up*" BENEFICIARY for a FRAUDULENT, DEFAMATORY, and a RETALIATORY "*FALSE CLAIM*" of being an "*abuser*" against TRUSTEE Donald Thorpe – merely because BENEFICIARY would not readily succumb to their initial effort to COERCE him into signing another of their WORTHLESS contracts, otherwise crafted for "*transferability*" to new buyers, and with BENEFICIARY's signature indicating falsely that he was "*voluntarily*" agreeing to leave the premises within sixty (60) days in spite of the "*STATE*" and "*Federal*" protections against

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

the abuse of the elderly and disabled, and in **CRIMINAL** spite of **EVICTION MORATORIUMS** ordering the American population to be *"self-quarantined"*. (Bold and/or underlined emphasis added)

198.    As explained in detail above, the acts of CO-TRUSTEES have been blatantly and CRIMINALLY – violative of the AMERICANS WITH DISABILITIES ACT and the CDC ORDER OF EVICTION MORATORIUM, at minimum.

199.    For these violations, BENEFICIARY is due his *"day in Court"* with ACCESS to both a PETIT JURY and a GRAND JURY of the sovereign People as the *"final arbitrators"* of the many civil and criminal matters placed before this instant ARTICLE III COURT OF RECORD.

200.    Moreover, **given the background history and the impending THREAT OF VIOLENCE from CO-TRUSTEES and their agents involved in ILLEGAL EVICTION proceedings with deliberate defiance of BENEFICIARY's rights as a recently totally disabled man and in spite of BENEFICIARY having still *"paid in full"* monthly rent, this Court has the additional reason to EXPEDITE the matters forward to JURY TRIAL and GRAND JURY INVESTIGATION, rather than to follow the current *pattern and practice* of *"kicking the can down the road"* and furthering the maxim of *"justice delayed is justice denied"*.**

201.    Subsequently, because these *"secondary (RICO) level"* CO-TRUSTEES -- as STATE and NATIONAL fiduciaries of the PUBLIC TRUST – *affirmatively* engaged in the same continued *"circular pattern"* of *tacit agreement* with the reported RICO *"predicate"* CRIMES and even the NEW *"secondary"* CRIMES being reported by multiple previous CRIMINAL COMPLAINTS and other *"Notices"* submitted by BENEFICIARY David Schied, **the LOCAL LEVEL TRUSTEES and STATE LEVEL TRUSTEES banded together to issue**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

a FRAUDULENT *"HEARING NOTICE"*. They did so by first TRESPASSING UPON BENEFICIARY's possession of rented real property, then taping it to the front door of that property late in the day on Friday, 12/18/20.

202.   This fraudulent *"notice of hearing"* commanded BENEFICIARY as a totally and permanently disabled quad-amputee to *"appear"* – with less than two business days of prior notice – in the jurisdiction of what is, according to reliable information and belief, the domain a *"CONTINUING FINANCIAL CRIMES ENTERPRISE"* otherwise referred to as the TRUSTEES *"52-1 JUDICIAL DISTRICT COURT"* operated by STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network members. (*See again* another copy of that fraudulent *"SUMMONS"* as shown on the next page below.)

137

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

| Approved, SCAO | | | 1st copy - Tenant<br>2nd copy - Mailing | 3rd copy - Landlord/Landlady<br>4th copy - Proof of service |
|---|---|---|---|---|
| **STATE OF MICHIGAN**<br>52-1  **JUDICIAL DISTRICT** | | **SUMMONS**<br>**Landlord-Tenant/Land Contract** | | **CASE NO.**<br>20  20-C04694 LT LT |

Court address
48150 Grand River Ave. Novi, MI 48374

Court telephone no.
248-305-6511

| Plaintiff's name, address, and telephone no.<br>Donald A. Thorpe, Jr. and<br>Ava Ogner<br>c/o Plaintiff's Attorney | Plaintiff's attorney, bar no., address, and telephone no.<br>Dominic Silvestri P65275<br>37911 W. 12 Mile Rd.<br>Farmington Hills, MI 48331<br>248.246.6323 |
|---|---|
| v | |
| Defendant's name, address, and telephone no.<br>David Schied and all other occupants<br>46675 West 12 Mile. Rd.<br>Novi, MI 48377 | ☒ Rental unit eviction<br>☐ Land contract forfeiture |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants
   ☐ to recover possession, after land contract forfeiture, of
   ☐ a money judgment,
   ☒ to evict you from  **HEARING VIA ZOOM**

Address or description of premises
46675 West 12 Mile. Rd.
Novi, MI 48377

**MEETING ID 565 988 1689**

2. You are summoned to be in the district court on <u>Tuesday, December 22, 2020</u> at <u>1:30 pm</u>
   Day and date                                                                              Time
   ☐ at the address above, ☐ at _____ , courtroom _____ .
   Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defense response, you will lose this right.
4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not be evicted. Bring witnesses, receipts, and other necessary papers with you.
5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

12/9/2020
Date issued

Court clerk

This document must be sealed by the seal of the court.

**HOW TO GET HELP**

You have received an important legal document from a court. Your landlord is trying to evict you. This means you could lose your housing and you could owe your landlord money. It is important to respond to this quickly.

You may hire an attorney to help you answer the complaint and prepare defenses. If you cannot afford an attorney, you can get help at MichiganLegalHelp.org or you might qualify for assistance through a local legal aid office. If you do not have Internet access at home, you can access the Internet at your local library.

If you do not have an attorney, but have money to hire one, you can find an attorney through the State Bar of Michigan Lawyer Referral Service at 1-800-968-0738 or a local lawyer referral service at michbar.org.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Tenant's Copy

DC 104  (6/17)  SUMMONS, LANDLORD-TENANT/LAND CONTRACT

MCL 600.5735,
MCR 2.102, MCR 4.201(C), MCR 4.202(E)

203.    In panicked response under imminent "*DANGER TO HUMAN LIFE*", BENEFICIARY

David Schied drafted the following written "*NOTICE OF FRAUD*" dated 12/21/20, delivered

by a THIRD-PARTY WITNESS by "*PROOF OF SERVICE*" and sign in receipt by the

TRUSTEES Dominic Silvestri's "*reception*" agent. (See below on the next page)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

David Schied
46675 W. 12 Mile Rd.
Novi, Michigan 48377
248-974-7703
(all calls recorded)

12/21/2020

*[handwritten: Received by: ...]*

**Proof of Service**

I certify that on Monday, 12/21/20 I "*served*" the 52-1 District Court for OAKLAND COUNTY through its court "*officer*", Dominic Silvestri, with the following official "*NOTICE*", being sufficiently equal to proof of previous service of a "*Federal DECLARATION*", in compliance with the CDC's ORDER from the TRUMP ADMINISTRATION **issued under penalty of $100,000 and up to a YEAR IN JAIL for violators.**

This NOTICE and accompanying "PROOF OF SERVICE" were delivered together by hand to the 52-1 Court through a third-party delivery method as witnessed by me.

<u>Attn:</u> Dominic Silvestri, "*Officer of the Court*" for the 52-1 District of OAKLAND COUNTY and "*agent*" for STATE BAR OF MICHIGAN fellow crime syndicate member, Ava Ortner, and her legal "*ward*", Donald Thorpe, Jr.

Mr. Silvestri and All Other "*Officers*" of the 52-1 "*Court*" of Novi in OAKLAND COUNTY:

On Friday afternoon at 4:00PM, not even one full business day ago, an agent of your office, and your fellow STATE BAR member as both "*officers of the Court*" for the above-referenced 52-1 District, taped upon my front door a FRAUDULENT "*SUMMONS*" for a NONEXISTENT "*Landlord/Tenant Contract*", disclosing a "*HEARING VIA ZOOM*" with less than two (2) business days in "*notice*" of this FRAUDULENT command to "*be in court*".

Your document is FRAUDULENT for many reasons, the least of which involves a gross violation of all kinds of "Court Rules" governing "*fair notice*" and "*due process*", particularly that which is to be legally provided in the form of "*assistance*" and "*accommodations*" to persons with disabilities – such as me – under the AMERICANS WITH DISABILITIES ACT ("ADA"). Additional signs of deliberate FRAUD is by the FACT that your document – if indeed *yours* (since it does not bear your signature or any other verifiable form of identifying either the preparer or the sender) – reflects an illegible date-stamp of the "*court*" that falls five full days BEFORE the purported date this document was merely *initialed* by someone, or something, masquerading as a "*court clerk*" where just under the signature line reads, "*This document must be sealed by the seal of the court*", and whereby <u>your FRAUDULENT document bears no such seal.</u> Moreover, your "*action*" bears no accompaniment of a "<u>Proof of Service</u>" signature as otherwise required by law, except in cases where the acts like the instant one are intended to be CRIMINALLY FRAUDULENT in the attempt to capture jurisdiction that otherwise DOES NOT EXIST.

You are hereby "*on NOTICE*" also that the matter of my habitation at the referenced home in NOVI is WITHOUT CONTRACT; and is a matter to be settled according to the COMMON LAW. Should you and your fellow crime syndicate member, Ava Ortner, decide to push this matter further, you are herein advised that this is otherwise a FEDERAL matter in the FEDERAL JURISDICTION, by the FACT that I had issued on 10/15/20 – via "*certified*" mail delivery on 10/17/20 – a sworn "*DECLARATION ... HALTING EVICTION ... TO PREVENT FURTHER SPREAD of COVID-19*". I have noted that you otherwise have committed a gross OMISSION by your intentional failure to notify the court as its "*officer*", when otherwise obligated to do so. Therefore, I herein formalize that reminder by the following EVIDENCE, which <u>you</u> are now obligated to share with the Court, unless you wish to continue your criminal charade on your buddies at the "*court*" too.

/s/David Schied



**DECLARATION of David Schied** (dated 10/15/20)
Invoking the "*Common Law*" Jurisdiction
and/or the "*Federal*" Jurisdiction in *Halting Eviction*
via *QUO WARRANTO*, Notice of "*INTENT TO LIEN*",
Claims of "*DISABILITY*" and "*MEDICAL FRAILTY*", and
"*To Prevent Further Spread of COVID-19*"

I, David Schied, an American man and a "*quad-amputee*" living within Michigan as one of the sovereign People of the United States of America, herein and hereby declare the following:

1. Since August 1, 2012, I have been an inhabitant of a home located at 46675 W. 12 Mile Road in the CITY OF NOVI, a municipality located in the COUNTY OF OAKLAND, in the STATE OF MICHIGAN.

2. Since November 2017, I have been living in the above-referenced home without any "*Landlord-Tenant*" contract whatsoever. Previously, no written contract for monthly rent had been established since that written in 2014 as a "*month-to-month*", which expired in August 2015.

3. Any perceived ongoing "*month-to-month*" contract being in existence according to said property "*owner*" or "*owners*", being **Donald Thorpe** and/or STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network member **Ava Ortner**, are purely *fictitious*, given as FACT that said "*owners*" *nullified* and VOIDED any and all contracts with me in November 2017 when supporting DTE ENERGY intervening in any such "*expired month-to-month contract*". This occurred right after Thorpe and

**USPS Tracking**

Tracking Number: 701929700000072179100

Your item was delivered to an individual at the address at 2:04 pm on October 17, 2020 in NOVI, MI 48377.

✓ **Delivered**
October 17, 2020 at 2:04 pm
Delivered, Left with Individual
NOVI, MI 48377

Get Updates ⌄

Text & Email Updates

Tracking History

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

204.    It was not until 12/29/20 that BENEFICIARY David Schied received the TRUSTEES 52-1

"*Court*" SUMMONS – showing that although it was run through a postage register with a date of

12/3/20, which was the day BEFORE the time stamp and six days before the purported date of the

unknown "*clerk's*" initialing of the document on 12/9/20 on the it, AGAIN demonstrating the high

level of FRAUDULENCE of this entire criminal operation – this fraudulent document was not

actually mailed out until 12/18/20, which was the very same day that a copy of this fraudulent

document was found taped to BENEFICIARY's front door, less than two business days before the

purported ("*railroaded*") hearing. (*See below and on the next page* for the "*Devil in these details*")



140

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

205.    At the very same time that BENEFICIARY David Schied received the above FRAUDULENT other "*SUMMONS*" sent by the TRUSTEE 52-1 DISTRICT COURT, the so-called "*JUDGMENT*" of that same TRUSTEE was also delivered to BENEFICIARY. (*See* below.)



This is not an EVICTION based upon my failure to pay as NO MONEY IS OWED !

This is instead an EVICTION because the STATE BAR OF MICHIGAN CRIME SYNDICATE AND DOMESTIC TERRORIST NETWORK simply believes its members control my life and death to the extent of defying COMMON LAW, statutory law, court rules, and the FEDERAL CDC MORIATORIUM to get what it wants .... which is ME DEAD!

Notice that there is no identifying "BAR no." identifying whomever placed this mark as a signature of some unidentified "judge" executing this FRAUDULENT "judgment".

Further, whereas this unidentified person's "*mark*" appeared as a "*clerk*" in the document above, it appears again here identified as the "*deputy clerk*"

**ENVELOPE FRONT**

Received 12/29/20

4857732425 R062

*Fifty-Second District Court of Michigan*
Civil Division
48150 Grand River Ave.
Novi, Michigan 48374-1222

**ENVELOPE BACK**

nity to give the reasons why you feel you sho you.

ithout a trial and a money judgment may be e

Court clerk          This document must be sealed

**GET HELP**

141

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

206.   While the above FRAUDULNT "*Judgment*" states that BENEFICIARY has "*10 Days*" in which to send an "*appeal*" filing and an "*appeal bond*" to the TRUSTEES 52-1 DISTRICT COURT's agents of this  continuing financial crimes enterprise, the actual number of days was reduced to five (5) days given the delay of the post office to deliver this to a *totally and permanently disabled quad-amputee* until 12/29/20.

207.   About the same day the above "*NOTICE OF CRIMINAL FRAUD BY DOMINIC SILVESTRI*" was delivered to both TRUSTEE Silvestri and to the TRUSTEE 52-1 "*court*" on 12/21/20, BENEFICIARY David Schied received EVIDENCE of more **FALSE CLAIMS** stemming from the STATE LEVEL of these RICO ENTERPRISES and expanded domestic terrorist networks. Furthering BENEFICIARY David Schied's accumulating DAMAGES over these many months of just the last half these of the 2020 calendar year, as shown below (on the next page), is EVIDENCE of yet other **FALSE CLAIMS** being established as **OFFICIAL MEDICAID INFORMATION** by "**JWoods/HOLLYWOODSJ**", a joint agent of TRUSTEES MDHHS and STATE OF MICHIGAN **that BENEFICIARY has long been naming as a CRIMINAL PERPETRATOR along with <u>Benjamin Smith</u>, her supervisor, since 2016.**

DHS-225 (Rev. 2-18)



**MI**Bridges
www.michigan.gov/mibridges
Apply for Benefits
Manage Your Case
Explore Resources

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
LANSING, MI
PERMIT NO. 1200

XXX LANSING MI 489 12/22/20 XXX

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

OAKLAND CO DHS SOUTHFIELD DISTRICT
25620 W 8 MILE RD
SOUTHFIELD MI 48033



| Case Name: | **David Schied** |
| Case Number: | **113641162** |
| Date: | **12/18/2020** |
| MDHHS Office: | **OAKLAND CO DHS SOUTHFIELD DISTRICT** |

Specialist / ID: **J. Woods / holleywoodsj**
Phone: **(248) 262-6455**
Fax: **(517) 346-9888**
Beneficiary ID: **23076631**

If you do not understand this, call an MDHHS office in your area.
MDHHS employees are prohibited by law from providing legal advice.
Si Usted no entiende esto, llame a una oficina de MDHHS en su área.
La ley prohíbe a los empleados de MDHHS proporcionar asesoría legal.
إذا وإذهبت مسعورية في فهم هذا الطلب، فأتصل بمكتب MDHHS الموجود في منطقتك.
يحرّم القانون على موظفي MDHHS [عملاء التسمية القانونية.

### STATE OF MICHIGAN
### Department of Health and Human Services

DAVID EUGENE SCHIED

NOVI MI 48377

## HEALTH CARE COVERAGE DETERMINATION NOTICE

**If you have previously received a determination notice regarding health care coverage for individuals not listed on this notice, their coverage has not changed.**

#### Approval Information

David Eugene Schied -Beneficiary ID 23076631 is eligible:
01/01/2021-Ongoing (with a $ 508.00 monthly deductible)

#### More information about your health care coverage

If you are under 21 or pregnant and believe you or anyone consumed water from the Flint water system AND lived, worked, or received childcare or education at an address that was served by the Flint water system at any time from April 2014 through present day, please contact your case worker.

#### Information about Deductible Amounts

You meet all of the requirements to receive Medicaid except income. You may become eligible for Medicaid when your allowable expenses are more than your deductible amount. The deductible amount is monthly countable income minus the monthly amount we can allow for living expenses. Your deductible amount or eligibility may change if there are changes in your circumstances, such as changes in income, assets or family size. Therefore, you must report each change in your circumstances within 10 days of the change.

| Eligibility Category | Denial Reason | Legal Citation |
|---|---|---|
| Flint | Individual does not meet the age requirement of under 21. | Flint 1115(b) Waiver<br>Internal use only code: IR7421 |

#### mihealth card

If you are eligible for Medicaid, the Healthy Michigan Plan or you receive Medicare Savings Program benefits which cover Medicare coinsurances and deductibles, your plastic mihealth card will be mailed to you within a few days. You must present the card each time an eligible person listed on the card requests medical services. The card may be used only for the eligible person whose name is listed on the card. The use of the card to obtain services for other persons is fraud. Do not throw your card away. Use the same card every month as long as you receive benefits.

#### Reporting Changes

Changes should be reported within 10 days. You may report changes to your specialist by tel..., in... or online by visiting www.michigan.gov/mibridges. It is your responsibility (or that of the ...rso... acti... you) to notify your specialist within 10 days of any changes in your circumstances which ma... ...fect y... eligibility for assistance. This includes changes in employment, income or health insu... no... ...remi... u... you or members of your family, the number of persons living in your home, and chang... of ... ...a... ...ilure to report changes may make you liable to penalties provided by law for fraud.



The Michigan Department of Health and Human Services (MDHHS) does not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, genetic information, sex, sexual orientation, gender identity or expression, political beliefs or disability.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

208.　Note that the "*disclaimer*" at the bottom of the page (above) makes the FALSE CLAIM that the MDHHS "*does not discriminate against any individual ... because of race, religion, sex, gender identity ...political beliefs, or disability*" when BENEFICIARY's mounds of EVIDENCE dating back to around 2013 – as well as the EVIDENCE of TRUSTEE Everett Stern dating back to around 2008 – altogether prove this MDHHS claim as patently FRAUDULENT.

209.　Further, the above HEALTH CARE COVERAGE DETERMINATION NOTICE demonstrates that the documentation sent by the agent of TRUSTEE **Robert Gordon**, being **Terrence Beurer** as both being the top-ranking "*officials*" of the TRUSTEES MDHHS and the TRUSTEES STATE OF MICHIGAN, on 5/20/19; and that **despite BENEFICIARY being assured that a "*newly assigned case worker*" was to be taking the place of "JWoods/HOLLYWOODSJ" nearly two years prior, in fact those two criminal perpetrators (including Benjamin Smith) that BENEFICIARY had been naming at the "*predicate*" level of STATE INSURRECTION were still involved in *retaliatory* decisions about BENEFICIARY's heath care needs. This includes APPLICATIONS and DECISIONS pertaining to the "*HELP PAYING COSTS*" application (for the MEDICARE SAVINGS PROGRAM), and affecting all of the other FALSE CLAIMS of these CO-TRUSTEES and their innumerable agents.** (Bold emphasis added)

210.　Below is a letter from agents and principals of co-TRUSTEES of MDHHS and the STATE OF MICHIGAN that BENEFICIARY has, since May 2019 been embedding into his many levels of written "*COMPLAINTS*" and "*APPEALS*" at the "*secondary*" levels of both STATE and NATIONAL "*CO-TRUSTEES*" throughout 2019 and 2020, to no avail. The letter, written on the behalf of TRUSTEE MDHHS "*Director*" **Robert Gordon**, by TRUSTEES' agent of

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**Terrence Beurer**, FRAUDULENTLY pretended to have offered the assurance that neither

**JWoods/HOLLYWOODSJ** nor supervisor **Benjamin Smith** would ever again be involved

with further interactions with BENEFICIARY, nor be in control of his medical "*case*" management.

r). I additionally *fully informed* Isquith – and by and through her *fully informed* the MICHIGAN PROTECTION AND ADVOCACY SERVICE – that I had previously *fully informed* the above-referenced LARA and MDHHS "*Directors*" and the MICHIGAN GOVERNOR and ATTORNEY GENERAL about these criminal activities; and they each and every one did nothing but to take "*affirmative*" actions to criminally cover up my "*civil*" and "*criminal*" COMPLAINTS about "*discrimination*", "*retaliation*", and "*RICO / domestic terrorism*". Further, I added that despite MDHHS Director having instructed his "*subordinate agent*" – SR. DEPUTY DIRECTOR Terrence Beurer – to inform me that the MDHHS "*case worker*" was replaced and the "*district office manager*" would never be interfering in "*my*" case(s) again, those assurances turned out to be just more LIES of corruption.

To the right is the further proof, by screen shot from one of the letters written between Sept – November of 2020, that when this information was presented to TRUSTEES CMS, CDC, and USDHHS as agents for TRUSTEES UNITED STATES, nothing still was yet done to help BENEFICIARY at these "*secondary*" levels:

---

STATE OF MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN SERVICES
LANSING
ROBERT GORDON
DIRECTOR

May 20, 2019 

David Schied

Novi, Michigan 48377

Dear Mr. Schied:

Thank you for your email addressed to Director Gordon received Friday, May 3rd, 2019. I am responding on his behalf regarding multiple issues you were experiencing with our Oakland County Southfield Office as well as the Administrative Law Judge assigned to conduct your hearing on April 23rd, 2019.

A review was conducted on your cases at the Oakland County Southfield office. Our records indicate you have one active case, 118341182 which has approval for Medicaid (Healthy Michigan Plan) and Food Assistance. Your previous Medicaid-SSI case was approved on case 128234298, which provided coverage until December 31, 2018.

You described your frustration with your April 23rd, 2019 hearing being held with MDHHS Supervisor Benjamin Smith as well as the incorrect address being used to send correspondence relating to the hearing. It is standard procedure that the Supervisor and the assigned caseworker attend the hearing. We understand that you believe you were placed at a procedural legal and administrative disadvantage. The Department assigned a different Supervisor to your rescheduled hearing that was to take place on May 9th,

---

2018. Your current, active case has the correct address of Novi, MI 4837. The hearing that was scheduled for April 23rd, 2019 was requested on your closed MA-SSI case which had your previous address on it. Unfortunately, no changes can be made to a closed MA-SSI case, including the address update. Please address any future concerns to the open, active case number 118341182.

...

You have requested to be transferred to another MDHHS Office along the vicinity of the Interstate 96 between Brighton in Livingston County and Lansing, or alternatively, between Brighton and Ann Arbor. Applicants/recipients are assigned to specified geographic locations in relation to their physical address. The Oakland County Southfield Office is responsible to assist those residing in the City of Novi. Though your case can not be transferred to another county, the local office has transferred your case to Mrs. C. Brown, (248) 262-8423, and Mr. Benjamin Smith will never be assigned to be present at any future hearing, should one occur.

If you have any further questions, please feel free to contact your newly assigned case worker Mrs. Brown, her supervisor Mr. B. Williams at (248) 262-8485 or District Manager Belinda Arbogast at (248) 262-8403.

Sincerely,

*[signature]*

Terrence M. Beurer
Sr. Deputy Director
Field Operations Administration

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

211.    In FACT, as shown from a page of BENEFICIARY's 09/17/20 correspondence to
numerous addressees as CO-TRUSTEES in "*follow-up*" to BENEFICIARY's 8/10/20
COMPLAINT to the same CO-TRUSTEES, the history of documented CRIMES by
"**JWoods/HOLLYWOODSJ**" and **Benjamin Smith** go back many years showing both
DISCRIMINATION and RETALIATION by the CO-TRUSTEES MDHHS and LARA as
connected to CO-TRUSTEES *STATE OF MICHIGAN* going back to previous racketeering
crimes that BENEFICIARY had reported, as supported even then by "*HIDDEN CAMERA*"
video footage showing their constitutional torts and common law torts amounting to proof of
STATE insurrection, a RICO Crime Syndicate, a Continuing Financial Crimes Enterprise, and
domestic terrorism being otherwise covered up at the "*secondary*" level of agents and officers
of the STATE OF MICHIGAN. (See below for another page from that 09/17/20
correspondence to numerous addressees as CO-TRUSTEES in "*follow-up*" to my 8/10/20
COMPLAINT to the same CO-TRUSTEES.)

o)  **It was at this point that I had revealed to Isquith that while pursuing a Ph.D. and
taking care of my dependent child in 2016, I had used a hidden camera when
dealing with the same two CRIMINALS of "*hollywoodsj*" and "*Benjamin Smith*"
– completing a publicly posting a video documentary about my direct experiences
with the "*violations of the RICO ACT*" by MDHHS and LARA; while reasoning
that after my amputations, this was why that SAME "*case manager*" and "*District
Office Manager*" had been retaliating against me ever since, and why MDHHS
and LARA and the STATE OF MICHIGAN were trying to get me "*out of the
way*" for exposing these very serious "*wheel conspiracy*" and "*chain conspiracy*"
FEDERAL and COMMON LAW crimes against me and against innumerable
others of the "*most vulnerable populations*" of MICHIGAN, including the
ELDERLY, the DISABLED, and the POOR.**

is being orchestrated by "DHS SOUTHFIELD District Office Supervisor" Benjamin Smith, who
was the subject of one of my RICO BUSTERS (YOUTUBE) documentaries about MICHIGAN
government corruption completed shortly before I was rendered incapacitated by an
inexplicable disease of "sepsis" in March 2018. Below are screen shots from that still-posted
documentary exposing the corruption of the MDHHS and LARA in "*weaponized*"
administrative "*due process*" hearings.

RICO Busters #20 Fraudulent Administrative Law Proceedings in Michigan, PT 1

EMERGENCY NEEDS TO BE ADDRESSED NOW

1.   The STATE OF MICHIGAN and its agents have been trying to FORCE 'marriage' status upon my ex-wife
(Barbara Schied) and myself to justify it's decade-long denial of her entitlement to 'disability benefits' as a lifelong-
documented 'learning disabled' person; for the purpose of continuing its THEFT of her hard-earned 'employment
income' and to continue DENYING me 'EMERGENCY RELIEF' as a disabled man. They do this in spite of clear
notice that we are living separately, still in legal divorce, with TWO 'HEADS' OF TWO 'HOUSEHOLDS'. This is being
orchestrated by 'DHS SOUTHFIELD District Office Supervisor' Benjamin Smith  who was the subject of one of my

© COPYRIGHT by David Schied (2021) *All Rights Reserved*




This EVIDENCE is just a smidgeon of the plethora of other recorded and document examples support my allegations that the STATE and the UNITED STATES had the motivational *"intent"*, the *"opportunity"*, and *"wherewithal"* for an ATTEMPTED MURDER upon my life in early 2018.

212.   Also, about the same day the above-referenced "*NOTICE OF CRIMINAL FRAUD BY DOMINIC SILVESTRI*" was delivered to both TRUSTEE Silvestri and to the TRUSTEES "*52-1 DISTRICT COURT*" on 12/21/20, BENEFICIARY David Schied received yet additional EVIDENCE of more **FALSE CLAIMS** stemming from the NATIONAL LEVEL of these RICO enterprises and expanded domestic terrorist networks.

213.   As shown below, a first official "*decision of response*" from CO-TRUSTEES "*CENTERS FOR MEDICARE AND MEDICAID SERVICES*" ("CMS"), the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("USDHHS), and the UNITED STATES, that was mailed out on 12/17/20 as a MEDICARE SUMMARY NOTICE. This document shows not only that all of the CO-TRUSTEES have affirmatively refused to do anything about any of

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

BENEFICIARY David Schied's CLAIMS regarding the above detailed *"causes"* for this instant action in this ARTICLE III COURT OF RECORD – i.e., **refusing to enforce BENEFICIARY's Right to having his *"application"* for *"HELP PAYING COSTS"* for MEDICARE coverage *answered*** – but also **shows that these TRUSTEES' propensity for reinforcing the underlying *"RICO"* CRIMES of forcing BENEFICIARY Schied to be unjustly paying for most all of the costs of medical treatment, which was occurring at precisely the same time that TRUSTEES were already making BENEFICIARY keenly aware that their *tortuous* conduct and criminal *gross negligence* and *malfeasance* would further deepen BENEFICIARY's continual inability to pay housing and food costs, as well as the added medical billing costs.** (Bold and underlined emphasis added)

214. **The Seditious and Treasonous criminal acts of named CO-TRUSTEES** Seema Verma, Christi Grimm, Kevin Skully, Gretchen Whitmer, Robert Gordon, Orlene Hawks, Everett Stern, Sonny Perdue, Devon Westhill, Tom Masseau, Rae Oliver Davis, William Barr, Eric Dreiband, Nina Witkofski, Michael Horowitz then – each acting in their private capacities OUTSIDE of their official duties and functions to AFFIRMATIVELY SUPPORT THE LOWER *"predicate"* crimes of their fellow CO-TRUSTEES (which followed the familiar pattern of many of their predecessors of the previous many years that this has been going on in top-down fashion with CO-TRUSTEES of the STATE OF MICHIGAN with the likes of **Jennifer Granholm, Rick Snyder, Bill Schuette, Mike Cox, Richard Cunningham, Matthew Snyder, Barbara McQuade, Terrence Berg, Stephen Murphy, Denise Page Hood, Avern Cohn,** and so many others of the named and unnamed of the *"chain conspiracies"* and *"wheel conspiracies"* operating against the sovereign People in Michigan at the STATE and UNITED STATES levels – **is obvious. This is because the tacit agreement and malfeasance in CO-TRUSTEES functioned to give all those other CO-TRUSTEES**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**the "*green light*" to continue furthering more of their FALSE CLAIMS against**

**BENEFICIARY, causing him even further DAMAGES.** (Bold and underlined emphasis

added) (See below through the next several pages of embedded EVIDENCE).



## Medicare Summary Notice
### for Part B (Medical Insurance)

Page 1 of 4

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Ser

**MEDICARE**



DAVID E SCHIED
46675 W 12 MILE RD
NOVI, MI 48377-2425

Jun B

**THIS IS NOT A BILL**



**FRAUD**

### Notice for David E Schied

| | |
|---|---|
| Medicare Number | 2TT-2J-V4AD25 |
| Date of This Notice | December 11, 2020 |
| Claims Processed Between | September 12 – December 11, 2020 |

### Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$198.00** deductible for 2020.

### Be Informed!

Medicare eBooks - Fast and free information anywhere! View them on all types of eReaders, like an iPad or Kindle. New ones are added all the time! Go to https://www.medicare.gov/pub/ebooks.

### Your Claims & Costs This Period

**Did Medicare Approve All Items and Services?**   **YES**

See page 2 for how to double-check this notice.

**Total You May Be Billed**   **$214.82**

### Suppliers with Claims This Period

September 16, 2020
**Wright & Filippis Inc**

*FALSE CLAIMS*

---

**David E Schied**

**THIS IS NOT A BILL | Page 3 of 4**

## Your Claims for Part B (Medical Insurance)

Part B Medical Insurance helps pay for durable medical equipment and other health care services.

### Definitions of Columns

**Item/Service Approved?:** This column tells you if Medicare covered the item or service.

**Amount Supplier Charged:** This is your supplier's fee for this item or service.

**Medicare-Approved Amount:** This is the amount a supplier can be paid for a Medicare item or service. It may be less than the actual amount the supplier charged. Your supplier has agreed to accept this

amount as full payment for covered items or services. Medicare usually pays 80% of the Medicare-approved amount.

**Amount Medicare Paid:** This is the amount Medicare paid the supplier. This is usually 80% of the Medicare-approved amount.

**Maximum You May Be Billed:** This is the total amount the supplier is allowed to bill you and can include a deductible, coinsurance, and other charges not covered. If you have Medicare Supplement Insurance (Medigap policy) or other insurance, it may pay all or part of this amount.

### September 16, 2020
**Wright & Filippis Inc, (248)356-2630**
27678 Middlebelt Rd, Farmington Hill, MI 48334
Ordered by Michael F Haenick

**MEDICARE FRAUD**



| Quantity, Item/Service Provided & Billing Code | Item/ Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 6 Prosthetic sheath, below knee, each (L8400-RT) | Yes | $99.07 | $94.26 | $0.00 | $94.26 | A |
| 6 Prosthetic sheath, below knee, each (L8400-LT) | Yes | 99.07 | 94.26 | 29.85 | 64.41 | |
| 1 Prosthetic shrinker, below knee, each (L8440-LT) | Yes | 49.18 | 46.79 | 37.43 | 9.36 | |
| 1 Prosthetic shrinker, below knee, each (L8440-RT) | Yes | 49.18 | 46.79 | 0.00 | 46.79 | A |
| **Total for Claim #20262808388000** | | **$296.50** | **$282.10** | **$67.28** | **$214.82** | |

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



Centers for Medicare & Medicaid Services
c/o CGS Administrators, LLC
PO Box 20010
Nashville, TN 37202-0010



**OFFICIAL MEDICARE INFORMATION**

215.    The above **OFFICIAL MEDICARE INFORMATION** constitutes "**FALSE CLAIMS**" statements causing additional damages against BENEFICIARY's relationships with medical providers – reflected above as WRIGHT & FILIPPIS, a servicer for BENEFICIARY's "*prosthetic legs*" – as well damages done against BENEFICIARY's credit and payment history, which will be compounded by the CRIMINALS operating as the THREE CREDIT BUREAUS of TRUSTEES TRANS UNION, EQUIFAX, and EXPERIAN, which **altogether furthered BENEFICIARY David Schied's inability to evade the LIFE AND DEATH "*THREAT OF VIOLENCE*" being criminally perpetuated by CO-TRUSTEES Ava Ortner, Donald Thorpe, Paul Gobeille, Michael Yamada, COLLIERS INTERNATIONAL, Bill Gatt, CITY OF NOVI, NOVI CITY COUNCIL, and the CITY OF NOVI, who have all been criminally involved in the LAND DEVELOPMENT DEAL predicated upon the FORCED EVICTION of BENEFICIARY Schied.** (Bold emphasis)

216.    The same is true for similar other statements sent to BENEFICIARY David Schied as shown below. **These other MEDICARE SUMMARY NOTICE(s) show that not only was BENEFICIARY being wrongfully forced to pay premiums, copays, and deductibles for "Part B" MEDICARE coverage by way of the persistent CRIMINAL "*CONSPIRACY to deprive of rights*" between co-TRUSTEES MDHHS / STATE OF MICHIGAN and the co-TRUSTEES CMS / USDHHS / UNITED STATES, but so too were doctor-prescribed medical services and needed diagnostic testing being DENIED by TRUSTEES agents in the claims authorizations departments.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*



# Medicare Summary Notice
## for Part B (Medical Insurance)

472771884
Page 1 of 5

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services

```
DAVID    E SCHIED
46675 W 12 MILE RD
NOVI MI  48377-2425
```


## THIS IS NOT A BILL

llılıılıllıllooooolıllıllıllılıloolıllooollıllıllooll

### Notice for David E Schied

| | |
|---|---|
| Medicare Number | 2TT2JV4AD25 |
| Date of This Notice | December 21, 2020 |
| Claims Processed Between | September 25 — December 21, 2020 |

### Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$198.00** deductible for 2020.

### Your Claims & Costs This Period

| Did Medicare Approve All Services? | NO |
|---|---|
| **Number of Services Medicare Denied** | **2** |

See claims starting on page 3. Look for **NO** in the "Service Approved?" column. See the last page for how to handle a denied claim.

| Total You May Be Billed | $22.54 |
|---|---|

### Providers with Claims This Period

October 28, 2020
**Ascension Med Grp Michigan**



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**David E Schied**                                        **THIS IS NOT A BILL** | Page 4 of 5

## October 28, 2020/Ascension Med Grp Michigan continued...

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Handling and/or conveyance of specimen for transfer from physician office to laboratory (99000) | NO | 5.00 | 0.00 | 0.00 | 0.00 | D |
| Vaccine for influenza for administration into muscle, 0.5 ml dosage (90688) | Yes | 25.00 | 19.17 | 19.17 | 0.00 | E,F |
| Screening for depression is documented as negative, a follow-up plan is not required (G8510) | NO | 0.00 | 0.00 | 0.00 | 0.00 | G |
| Administration of influenza virus vaccine (G0008) | Yes | 32.00 | 17.07 | 17.07 | 0.00 | E,F |
| **Total for Claim #18-20310-201-360** | | $247.00 | $151.92 | $130.89 | $22.54 | H |

**Notice for David Schied**

| | |
|---|---|
| Medicare Number | **2TT2JV4AD25** |
| Date of This Notice | **December 21, 2020** |
| Claims Processed Between | **September 25 – December 20, 2020** |

**Your Claims & Costs This Period**

| | |
|---|---|
| **Did Medicare Approve All Services?** | **NO** |
| **Number of Services Medicare Denied** | **5** |

See claims starting on page 5. Look for NO in the "Service Approved?" column. See the last page for how to handle a denied claim.

| **Total You May Be Billed** | **$0.00** |
|---|---|

**October 28, 2020**
**Ascension St John Hospital, (313) 343-4000**
22101 Moross Rd, Detroit, MI 48236-2148
Referred by Steven Klein

| Service Provided & Billing Code | Service Approved? | Amount Facility Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Blood test, comprehensive group of blood chemicals (80053) | Yes | $42.00 | $42.00 | $10.56 | $0.00 | A |
| Blood test, lipids (cholesterol and triglycerides) (80061) | NO | 49.00 | 0.00 | 0.00 | 0.00 | B,C,D |

**Claim #22033900923407MIA**                                    (continued)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**David Schied**  THIS IS NOT A BILL | Page 4 of 5

October 28, 2020/Ascension St John Hospital continued...

| Service Provided & Billing Code | Service Approved? | Amount Facility Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| Urine microalbumin (protein) level (82043) | Yes | 36.00 | 36.00 | 5.78 | 0.00 | E |
| Vitamin D-3 level (82306) | Yes | 75.00 | 75.00 | 29.60 | 0.00 | E,F |
| Creatinine level to test for kidney function or muscle injury (82570) | Yes | 38.00 | 38.00 | 10.36 | 0.00 | E |
| Ferritin (blood protein) level (82728) | NO | 56.00 | 0.00 | 0.00 | 0.00 | G,H,I |
| Hemoglobin A1C level (83036) | NO | 40.00 | 0.00 | 0.00 | 0.00 | G,H,J |
| Iron level (83540) | NO | 18.00 | 0.00 | 0.00 | 0.00 | G,H,I |
| Iron binding capacity (83550) | NO | 33.00 | 0.00 | 0.00 | 0.00 | G,H,I |
| Magnesium level (83735) | Yes | 18.00 | 18.00 | 6.70 | 0.00 | E |
| Parathormone (parathyroid hormone) level (83970) | Yes | 184.00 | 184.00 | 41.28 | 0.00 | E |
| Phosphate level (84100) | Yes | 16.00 | 16.00 | 4.74 | 0.00 | E |
| Total protein level, urine (84156) | Yes | 16.00 | 16.00 | 3.67 | 0.00 | E |
| Uric acid level, blood (84550) | Yes | 16.00 | 16.00 | 4.52 | 0.00 | E |
| Complete blood cell count (red cells, white blood cell, platelets), automated test (85025) | Yes | 30.00 | 30.00 | 7.77 | 0.00 | E,K |
| **Total for Claim #22033900923407MIA** | | **$667.00** | **$471.00** | **$124.98** | **$0.00** | **L** |

217.  To push the recent obtained EVIDENCE against the TRUSTEES STATE OF MICHIGAN even further, is the correspondence that was received by BENEFICIARY David Schied on or about 12/24/20, the day before Christmas 2020. **This letter shown below and dated 11/5/20, for some wholly *malicious* and *tortuous* reason, <u>was initially sent to an address – a post office box – that BENEFICIARY Schied has not used since just before the ATTEMPTED MURDER in March 2018</u>. This post office box had been referenced NOWHERE on the "*DECLARATION*" being referenced by the AGC "<u>*ANSWER OF DENIAL*</u>" as** BENEFICIARY's "*complaint*" to the AGC against BAR member Ava Ortner. As such, this correspondence is even more proof that the TRUSTEES *STATE OF MICHIGAN* and its **agents of the ATTORNEY GRIEVANCE COMMSSION** – being an arm of the ultra-corrupt MICHIGAN SUPREME COURT – **were basing their DISMISSAL of this "*complaint*" about TRUSTEE Ortner on unrelated "*backward looking*" previous cases of earlier COMPLAINTS rather than on the unique FACTS being presented by BENEFICIARY in October 2020.**

153

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

218.   The FACT that the ATTORNEY GRIEVANCE COMMISSION ("AGC") used this address when writing its FRAUDULENT "*decision*" about its FALSE CLAIM of doing a "*thorough review*" of BENEFICIARY's sworn and notarized DECLARATION and EVIDENCE that STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network member, TRUSTEE Ava Ortner, was CRIMINALLY carrying out an eviction against BENEFICIARY while a NATIONAL "*EVICTION MORATORIUM*" was happening, **shows more that the AGC agent(s) behind this DENIAL were PREJUDICIALLY basing their DENIAL OF ACCESS  upon previous unrelated cases BENEFICIARY had filed with the AGC several years ago when he had a mailbox. This DISCRIMINATION is undoubtedly based upon BENEFICIARY's outstanding "*political*" views about the "*sovereign American People*" and the "*constitutions of the STATE and the UNITED STATES*" reigning "*supreme*" over the Seditious and Treasonous STATE BAR members as STATE INSSURRECTIONISTS and DOMESTIC TERRORISTS.** (Bold emphasis)

39

---

Copies of this DECLARATION are being provided to:

The Attorney Grievance Commission (AGC) is the investigative and prosecutorial arm of the Michigan Supreme Court for allegations of attorney misconduct. The AGC serves to maintain and promote the integrity of the Bar and to protect the public, the courts, and the legal profession. The AGC has jurisdiction over all attorneys licensed to practice law by the State Bar of Michigan and attorneys otherwise permitted to practice law in the State of Michigan.

## Attorney Grievance Commission
## 535 Griswold, Suite 1700 Detroit, MI 48226



Above is the screen shot of the graphic that appeared on the final page of the notarized sworn "*DECLARATION*" of BENEFICIARY that was distributed amongst the LOCAL LEVEL TRUSTEES involved with the RICO "*land development scheme*" at the root cause of Ava Ortner, Donald Thorpe, the CITY OF NOVI, and COLLIERS INTERNATIONAL moving forward with the eviction. It shows the AGC was also provided with the full set of FACTS involving its member Ava Ortner. **Importantly, none of those pages referenced the Post Office Box that BENEFICIARY had used many years prior.**

154

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

ROBERT E. EDICK
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

**STATE OF MICHIGAN**

**ATTORNEY GRIEVANCE COMMISSION**

BUHL BUILDING
535 GRISWOLD, SUITE 1700
DETROIT, MICHIGAN 48226
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

*ASSOCIATE COUNSEL*

RHONDA SPENCER POZEHL
EMILY A. DOWNEY
KIMBERLY L. UHURU
DINA P. DAJANI
JOHN K. BURGESS
CHARISE L. ANDERSON
SARAH C. LINDSEY
JORDAN D. PATERRA
NATHAN C. PITLUK
MICHAEL K. MAZUR
CRAIG O. PAVLOCK

### PERSONAL AND CONFIDENTIAL

David Schied
P.O. Box 1378
Novi, MI 48376

**RE:**   **David Schied as to Ava K. Ortner**
         **AGC File No. 20-2029**

> The only way these corrupt TRUSTEES, as
> representatives of the TRUSTEES operating as
> TRUSTEES of the MICHIGAN SUPREME COURT
> of the TRUSTEES STATEOF MICHIGAN was to
> disregard the actual content of BENEFICIARY's
> "DECLARATION" as the basis for the AGC
> opening up a new "*file No.*" against their member
> Ava Ortner, is to place even more focus on the
> address BENEFICIARY had used in making
> previous AGC complaints about other "*BAR*"
> members several years prior in matters totally
> unrelated to the CRIMINAL acts of Ava Ortner et al
> during an EVICTION MORATORIUM.

Dear Mr. Schied:

This office received your Request for Investigation, however, the allegations in your complaint are insufficient to warrant review by the Commission. Accordingly, after careful review by the staff, this matter is being closed under the authority of the Grievance Administrator pursuant to Michigan Court Rule 9.112 (C )(1) (a).

Your Request for Investigation has been thoroughly reviewed. The facts as you have stated in your Request for Investigation do not constitute professional misconduct. We regret that we can be of no further assistance to you.

Ava K. Ortner has been provided with a copy of your Request for Investigation. If my staff or I can be of service to you in the future, please do not hesitate to contact us again.

Very truly yours,

*Cynthia C. Bullington/mag*

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/meg
cc: Ava K. Ortner (w/enclosure)
AGC 2828/11/23 09:44

155

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

STATE OF MICHIGAN
ATTORNEY GRIEVANCE COMMISSION
BUHL BUILDING
535 GRISWOLD, SUITE 1700
DETROIT, MICHIGAN 48226

**PERSONAL AND CONFIDENTIAL**

GRAND RAPIDS MI  493
21 DEC 2020  PM 2  L

FOREVER / USA

David Schied

Novi, MI 48377

**219.**   As a matter of FACT, the credibility of the TRUSTEES of the AGC has long been

unquestionably defunct, as has been the credibility of **Cynthia Bullington**, and **Paul Fischer**

as the former corrupt Executive Director of TRUSTEES ***MICHIGAN JUDICIAL TENURE***

***COMMISSION***.



# Cynthia C. Bullington
Michigan Attorney Grievance Commission
Detroit, Michigan

Cynthia C. Bullington is the assistant deputy administrator with the Michigan Attorney
Grievance Commission, where she has been employed since 1982. A graduate of
George Washington University Law School, she is admitted to the U.S. District Court
and the U.S. Sixth Circuit Court of Appeals. Ms. Bullington serves as an regular member of the State Bar
of Michigan's Standing Committee on Character and Fitness. She teaches professional responsibility at
Michigan State University College of Law as an adjunct professor.

Michigan Court of Appeals Judge David
Sawyer, who chairs the nine-
member Judicial Tenure Commission,
said commissioners voted to remove Paul
Fischer as executive director and name
Glenn Page, a veteran JTC staff attorney,
as Fischer's interim replacement at a
closed meeting last Monday.

Sawyer declined to discuss what had led
to Fischer's dismissal and said he
doubted the commission would issue a
news release acknowledging it.

**Paul J. Fischer, Executive Director**
**Michigan Judicial Commission**



Monni

156

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

220.    See for example the testimonial of John Zupanc (below), another sovereign American who

has recognized that the TRUSTEES' agents – AGC of the MICHIGAN SUPREME COURT

of the STATE OF MICHIGAN – are *insurrectionists* and *domestic terrorists*.

On Monday, December 28, 2020, 06:52:20 PM EST, John Zupanc <john.zupanc@gmail.com> wrote:

Here is my e-mail to Bridget McCormack the Chief Justice of the Michigan Supreme Court. It is regarding my getting stonewalled by the Attorney Grievance Commission.

---------- Forwarded message ----------
From: **John Zupanc** <john.zupanc@gmail.com>
Date: Sat, Sep 26, 2020 at 11:48 AM
Subject: Your Testimony At The September 17, 2020 Senate Judiciary and Public Safety Committee Hearing For SB 790
To: <McCormackB@courts.mi.gov>
Cc: <MarkmanS@courts.mi.gov>, <ZahraB@courts.mi.gov>, <VivianoB@courts.mi.gov>, <BernsteinR@courts.mi.gov>, <ClementE@courts.mi.gov>, <CavanaghM@courts.mi.gov>

Dear Chief Justice McCormack:

In your testimony regarding SB 790 at the September 17, 2020 Senate Judiciary and Public Safety Committee hearing, you spoke about the need for transparency, accountability, and the public's trust and confidence in the courts, the only currency they have. The link for the hearing video is as follows, your testimony begins at 7:50:

https://misenate.viebit.com/player.php?hash=SNhLYSSAQwwY



© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Below are two e-mails I sent last month to you and the other six Supreme Court Justices. It was regarding the Attorney Grievance Commission (AGC), a component of Michigan Supreme Court. There I discuss the shady dealings by the AGC where there appears to be a complete lack of transparency and accountability, hence a lack of the public's trust and confidence.

I never received a reply to my e-mails, nor to my follow-up telephone call. Much less has anything yet been done to address my concerns about the lack of transparency, accountability and the public's confidence and trust in the AGC. As I previously explained to you, the AGC blocked my e-mail address, outright refuses to talk to me, and much less will answer my simple questions.

Also, as I previously explained, my questions were regarding the negligent manner that a complaint was handled that I submitted to the AGC. I also need to know if I can re-submit the same complaint and if I can submit new complaints against other attorneys and that they will not be handled in the same negligent manner.

So, was your testimony anything more than just words? It appears that it was not. How can one expect the lower courts, especially the highly crooked weaponized Oakland County Bench become accountable, transparent, and gain the public's trust and confidence when Michigan's highest court appears to be no better? Please answer that question.

Thank you.

Sincerely

John Zupanc

Electrical Engineer

---

**From:** John Zupanc <john.zupanc@gmail.com>
**Sent:** Sunday, August 30, 2020 11:21 PM
**To:** McCormackB@courts.mi.gov; MarkmanS@courts.mi.gov; ZahraB@courts.mi.gov; VivianoB@courts.mi.gov; BernsteinR@courts.mi.gov; ClementE@courts.mi.gov; CavanaghM@courts.mi.gov
**Subject:** FW: Attorney Grievance Commission of Michigan

Dear Honorable Judges

I have not yet received a reply to my below August 16, 2020 e-mail. However, I did receive a letter from Cynthia Bullington P-33989 of the Attorney Grievance Commission (AGC). It is attached.

Again, Ms. Bullington cannot answer a simple question. Will any complaint that I submit to the AGC again be dealt with in the same negligent manner as was the complaint that I previously submitted against Attorney Randall M. Lewis, (P-46134)?

Why can't she answer that question? What is she trying to hide? As I explained in my last e-mail, attorneys are universally disliked, if not outright hated. Ms. Bullington's disgusting conduct surely does not make anyone less dislike/hate attorneys.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## Scientific Study Concludes No One Trusts Lawyers

Lawyers are ranked on par with prostitutes when it comes to trust. Lovely.

By STACI ZARETSKY

abovethelaw.com/2014/09/scientific-study-concludes-no-one-trusts-lawyers/

### Sep 24, 2014

Many people enter the legal profession with the expectation that the public will see them as members of a noble trade to be revered and admired. Unfortunately, that's simply not the case at all. For every would-be Atticus Finch, there exists an off-color lawyer joke. If you'd call 5,000 dead lawyers at the bottom of the ocean "a good start," then you're not alone.

According to a new study, although lawyers are viewed by the public as part of an "envied" profession, no one really likes them. Sure, lawyers may gain a scant amount of respect from some, but when you're viewed generally as heartless bastards, no one will trust you...

These are just some of the conclusions drawn from a Princeton University study conducted by Susan Fiske and Cydney Dupree. You may want to have a stiff drink before taking a look at Fiske and Dupree's warmth v. competence chart to see how lawyers are rated compared to other professions:

While lawyers are perceived as some of the most capable and competent professionals — behind only doctors, scientists, and engineers — they're almost on par with prostitutes when it comes to warmth. Let that one sink in as you read what Fiske and Dupree have to say about similarly situated professionals:

 The [rightmost] corner lists the ambivalently perceived high-competence, low-warmth, "envied" professions: lawyers, chief executive officers, engineers, accountants, scientists, and researchers. They earn respect but not trust. Being seen as competent but cold might not seem problematic until one recalls that communicator credibility requires not just status and expertise (competence) but also trustworthiness (warmth). People report envy and jealousy toward groups in this space. These are mixed emotions that include both admiration and resentment.

Lawyers, of course, can't blame all of their perceived untrustworthiness on jealousy and resentment. Perhaps if they'd like to stop being seen as "cold, ruthlessly efficient machines," they should try to pay the same amount of attention to their social interactions with clients as they do their billable hours.

What's the lesson to be learned here? The next time someone asks you what the difference between a lawyer and a hooker is, it's *not* just that the hooker will stop trying to screw you when you're dead.

Gaining trust as well as respect in communicating to motivated audiences about science topics [Proceedings of the National Academy of Sciences of the United States] This Chart Will Show How Respected Your Profession Is [Science of Us / New York Magazine]

---

As is being argued in this instant case against CO-TRUSTEES Ava Ortner *et al*, it is the type of *insurrectionist* and *domestic terrorists* acts that are taking place "*under color of law*" and the "*cloak of legitimacy*" that are at the root cause for many sovereign Americans to not only distrust attorneys as "*officers of the courts*", but to also completely distrust "*government*" altogether because STATE BAR crime syndicate and domestic terrorist members dominate the decisions of every branch of America's STATE and NATIONAL government operations; and because the "*revolving doors*" between branches and between government and CORPORATE private enterprises make corruption and racketeering a central focus for private profiteering and the CORPORATE lobbying of the "*centralized*" administrations of both STATE and NATIONAL governments.

**BENEFICIARY David Schied** refers to this as:
"*BRANCH JUMPING*".



**Branch-Jumpers** are "*dangerous to human Life*", (to *Liberty*, and to the *Pursuit of Happiness*). Their "*acts*" – according to widely accepted *bona fide* research – promote foreign corruption and racketeering from *within* "*government*"; being acts of *Sedition* and *Treason* against the many varied *populations* of Americans. They, therefore, are acts – by definition of CONGRESS – of "*domestic terrorism*".

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Ms. Bullington in her letter says that her office will only communicate with me in writing. Why is that? Is it because it is much harder to lie when you are talking to someone? Furthermore communicating in writing can only be via U.S. mail. As I previously explained, the AGC blocked my e-mail address. I guess that was done because I was asking questions that were too hard to answer honestly.

I need to re-submit my complaint against Mr. Lewis. It takes a lot of work and much emotional energy to submit a complaint. So I need to know that it won't be handled in the same negligent manner.

As I explained to Ms. Bullington, I also need to submit complaints against attorneys in public service who also dealt with me in a dishonest, disgusting and disrespectful manner. Since they were not actually representing me, can I still file complaints against them? Though they were not representing me their conduct was still injurious to me. They are former U.S. Attorney Barbara McQuade P-45423, and Wayne County Prosecutor Kym Worthy P-38875, see attached complaints.

I also need to submit a complaint against Michigan Department of Health and Human Services Attorney Angela Povilaitis P-58430. She not only in public, in a crowded auditorium, dealt with me in a dishonest, disgusting and disrespectful manner, she also outright violated my first amendment rights. See attached e-mail to MDHHS Director Robert Gordon.

All of the complaints that I submit will implicate the same well-connected and protected people who quite obviously are not only above the law, but also are above right and wrong.

As I explained to MS. Bullington, another bad actor is AGC Grievance Administrator Michael Goetz. In the attached e-mail to the Detroit News, I discuss the ill manner that he dealt with me as an Assistant Attorney General. Back then he too was protecting the same well-connected and protected people So how do I know that he will not keep doing the same at the AGC?

Also, how can I submit a complaint against Ms. Bullington, who by now you should well know is nothing more than another sleazy lawyer? Please let me know.

My experiences continue to lead me to very easily conclude that the following statement from the home page of the AGC's website is nothing but an outright outrageous lie.

> *The Attorney Grievance Commission (AGC) is the investigative and prosecutorial arm of the Michigan Supreme Court for allegations of attorney misconduct. The AGC serves to maintain and promote the integrity of the Bar and to protect the public, the courts, and the legal profession.*

The last sentence should instead read as follows:

> *The AGC serves to maintain and promote the  sleaziness of the Bar and to screw over the public, the courts, and the legal profession.*

Thank you very much for your continued consideration of this most important and urgent matter. Any help that you give me will be most sincerely appreciated.

Sincerely

John Zupanc

Electrical Engineer

John.Zupanc@GMail.com

248 703-0422

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**From:** John Zupanc <john.zupanc@gmail.com>
**Sent:** Sunday, August 16, 2020 9:44 PM
**To:** McCormackB@courts.mi.gov; MarkmanS@courts.mi.gov; ZahraB@courts.mi.gov; VivianoB@courts.mi.gov; BernsteinR@courts.mi.gov; ClementE@courts.mi.gov; CavanaghM@courts.mi.gov
**Subject:** Attorney Grievance Commission of Michigan

Dear Honorable Judges:

Since the Attorney Grievance Commission of Michigan (AGC) is a Component of the Michigan Supreme Court, please consider helping me with this most important and urgent matter.

As I well explained in my first of the two below August 5, 2020 e-mails to Cynthia Bullington (P-33989), the Assistant Deputy Administrator of the AGC, it's no secret whatsoever that attorneys are universally disliked, if not outright hated. Contributing to that is Ms. Bullington. She quite apparently uses her position at the AGC to ignore complaints of, if not defend unethical, morally decrepit conduct by practicing attorneys.

The AGC refuses to as much as consider investigating attorneys, including those who very deliberately and maliciously provide injurious representation for their clients. Adding even more fuel to the fire is the disgusting and disrespectful manner that Ms. Bullington is handling my inquiries about a complaint against an attorney that was obviously handled with deliberate negligence by the AGC. She surely did not do anything to make me have a less negative opinion about attorneys.

The egregious misconduct, deliberate injurious representation, by Attorney Randall M Lewis, (P-46134) blessed by the AGC, opened wide open the door to the serial abuse, more deliberate injurious representation, by other attorneys ultimately leading to over ten years and two months of my life having already been ruined. I am an Electrical Engineer with skills and experiences that are in short supply and high demand. However, thanks to what I call the P-Number Cartel, I am essentially if not deliberately prohibited from making a living. If it wasn't for my retired sister from Canada fully supporting me, I would have become homeless over eight years ago.

Ms. Bullington cannot even do as much as let me know if I can re-submit that complaint, nor will she give me some re-assurance, much less a guarantee that it will not again be handled in the same deliberately negligent manner. She also will not tell me if other complaints that I need to submit will also not be handled in the same deliberately negligent manner. They all implicate the same well-connected protected individuals, sick bastards, who use the law as a weapon to fulfill some twisted and perverted self-serving need to harm innocent people who for some inane person that they just don't like.

My experiences have led me to very easily conclude that the following statement from the home page of the AGC's website is nothing but an outright outrageous lie.

> The Attorney Grievance Commission (AGC) is the investigative and prosecutorial arm of the Michigan Supreme Court for allegations of attorney misconduct. **The AGC serves to maintain and promote the integrity of the Bar and to protect the public, the courts, and the legal profession.**

Just as it would outrage me to learn that Larry Nassar was given a job examining sex assault victims, it outraged me to learn that Ms. Bullington is also is an Adjunct Professor of Law at the MSU College of Law. She teaches Professional Responsibility. What does she teach our future attorneys? How to deliberately harm their clients? How to permanently ruin their clients lives? How to be abusive with their clients? How to steal their client's money?

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Adding even more insult to injury, Ms. Bullington also serves as a regular member of the State Bar of Michigan's Standing Committee on Character and Fitness.

In her response to my below e-mails, Ms. Bullington said

"Please send in written correspondence, only."

Isn't an e-mail written correspondence? Is she a stupid person, or is she just acting stupid just to stonewall me? That is typical of her responses to my concerns. Perhaps it's that she is just too lazy to read e-mails from attorney's clients who were victimized by their attorneys. Perhaps she is just another sicko who also needs to get her kicks by deliberately frustrating me? On August 15, 2020 for the third time from Ms. Bullington, I received a letter dated July 30, 2020, it was postmarked August 11, 2020. The first two times she sent it via e-mail. In that letter she did not do as much as give me simple yes or no answers to my simple questions. She also would not return a follow-up telephone call.

I once believed that attorneys earned their bragging rights, their feelings of self-worth, by successfully representing their clients. Now it appears that attorneys, Ms. Bullington included, get their feelings of self-worth by harming innocent trusting people. They are comparable to people who need to engage in animal cruelty, child abuse, or like Larry Nassar who needed to sexually assault young girls. Ms. Bullington and the many attorneys in Michigan who know of my legal situation most likely find it amusing that my life was needlessly ruined. If possible I would ask that they all be banished from the human race.

Some of the many atrocities which I was subjected to are discussed in the attached attorney cover letter. The two supporting documents mentioned there should be available in about two or three weeks. They are not needed to review the letter without loss of continuity

The entire AGC staff and commissioners, the Attorney Discipline Board staff and commissioners, Members of the Judicial Tenure Commission, State Bar of Michigan Commissioners, and the executive staff of the Michigan AG's office were all copied on my e-mails sent to Ms. Bullington. Not one of them expressed even the slightest interest in helping me, not even as much as referring me to an honest attorney, if there is such a thing.

One would think that anyone who is truly interested in justice would have been outraged by the many atrocities I was subjected to and would have immediately commenced taking action against the wrongdoers. Quite apparently, people with law degrees are not interested in justice.

We've all heard the joke about 5,000 lawyers at the bottom of the ocean being a nice start. Do you know what would be an even a nicer start? 5,000 dead lawyers at the bottom of the Straits of Mackinac.

Perhaps you can help me get the help that I very badly need? Since you are Supreme Court Judges, you may be immune to getting the backlash from the judges and prosecutors that I discuss in my first e-mail below to Ms. Bullington. Please let me know if you can help me.

Thank you very much for your consideration of this most important and urgent matter. I hope to soon hear back from you.

Sincerely

John Zupanc

Electrical Engineer

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

221.   Therefore, herein, BENEFICIARY David Schied asserts that, given the reasonable outline of the FACTS and the available EVIDENCE supporting those facts, **the ALLEGATIONS and CLAIMS running throughout this case are NOT *"FRIVOLOUS"* and NOT *"unsupported by FACTS UPON WHICH RELIEF MAY BE GRANTED"*.**

222.   **The CLAIMS and ALLEGATIONS are, instead, involving FACTS that reveal EVIDENCE OF *"STATE INSURRECTION"* and *"DOMESTIC TERRORISM"*, by definition being composed of *"ACTS DANGEROUS TO HUMAN LIFE"*, that are proven** – even by recognized *"Federal whistleblower"* Everett Stern and TACTICAL RABBIT as other member CO-TRUSTEES – **to be *"ACTS OF COERCING THE GOVERNMENT"*** being operated by fellow CO-TRUSTEES of the *"MDHHS"*, the *"LARA"*, the *"OFFICE OF THE MICHIGAN GOVERNOR"*, the *"DEPARTMENT OF MICHIGAN ATTORNEY GENERAL"*, the MICHIGAN *"ATTORNEY GRIEVANCE COMMISSION"*, and the other entities collectively known as the TRUSTEES *"STATE OF MICHIGAN"*; **and to be *"ACTS OF COERCING THE POPULATIONS"*** of the sovereign People **who are designated** (by even Everett Stern and TACTICAL RABBIT) **as being the *"poor"*, the *"elderly"*, and the *"disabled"*, like BENEFICIARY David Schied who falls into all three categories of these populations.** (Bold and underlined emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## COUNTS AND ARGUMENTS
## SUPPORTING THE BASIS OF THIS *"ORIGINAL COMPLAINT"*

223.   BENEFICIARY David Schied reiterates paragraphs 1-222 above as if written herein verbatim insofar as these paragraphs provide reasonable explanations for naming each of the member TRUSTEES and providing generalized explanations for their categorical inclusion in this instant lawsuit by way of the FACTUAL allegations against their affirmative acts of discrimination, retaliation, RICO crimes, insurrection, and domestic terrorism.

## COUNT ONE –
## COMMON LAW and HUMAN RIGHTS TORTS
(Alleged Against All Named TRUSTEES)

224.   As is being presented herein, the civil claims and criminal allegations against the opposing parties of CO-TRUSTEES include, in part, those CO-TRUSTEES who are, in large part, descriptive of *usurpers of the sovereign American People's power and authority,* exhibiting behaviors that are found to be characteristic of *treason* and *domestic terrorism.*

225.   The aim of tort law is to provide corrective justice while that of human rights law is to provide distributive justice. Corrective justice is directed at rectifying an injustice between the doer and the sufferer of harm. In this case the *"doers"* are the CO-TRUSTEES; and the suffer(s) is/are the BENEFICIAR(IES). Distributive justice, in contrast, is concerned with the proper distribution of benefits and burdens that are held in common by all who belong to a community. In this case the community is the *sufferer of harm.* Principles of causation and the distinction between acts and omissions form an indispensable part of tort law, for *"they connect the claimant and the defendant to each other in a manner that simultaneously distinguishes the link between them from their relationships with the rest of society".* (*See* F Du Bois, *"Human Rights and the Tort Liability of Public Authorities"* (2011) 127 *Law Quarterly Review* 589)

164

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

226.    In this context, the common law tort of negligence can provide a helpful guide for elucidating some of the disparate analytical elements that are subsumed under the umbrella of positive human rights obligations. Through the lens of the common law, these elements can be separated, with positive obligations deconstructed so that the limits of CO-TRUSTEES responsibility can be better understood. Improved understanding of these elements will be beneficial for all the PARTIES involved, as well as the Court, should a common law analysis be used in this case rather than applying distinct legal reasoning as CO-TRUSTEES will likely prefer and advocate.

227.    Both (common law analysis *versus* distinct legal reasoning) frameworks aim to delimit the circumstances where responsibility for omissions can be found. Both systems also face the question as to how to find responsibility for omissions and how to limit this responsibility. However, the common law analytical approach allows certain issues to be more thoroughly considered and more clearly articulated than with distinct legal reasoning where human rights are concerned. **Thus, the common law is better suited for applying to this case a proper understanding of the discrete analytical elements that must be tackled for making a determination about whether CO-TRUSTEES have failed to fulfil constitutional and legal obligations.** (Bold emphasis)

228.    A positive obligation under the laws and the STATE and UNITED STATES constitutions can be defined as one where CO-TRUSTEES must take action to minimally secure human rights, and to uphold the rights of the sovereign American People to "*Life, Liberty, Property, and the Pursuit of Happiness*". The importance and the pervasiveness of positive obligations under the laws and the STATE and UNITED STATES constitutions then cannot be overemphasized. The systems designed to protect the public from harm are extensive.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Consequently, positive obligations have penetrated all provisions of American laws and there are no *a priori* limits to the contexts in which they may be found to arise.

**229.** Legislation, particularly that associated with "*constitutional law*", has not developed a generally applicable framework for assessing when these fiduciary obligations can be triggered and set into motion, and how expansive their scope might be. When circumstances arise, <u>as in this instant case</u>, whereby positive obligations must be critically evaluated, **the <u>common law</u> <u>of negligence</u> can better provide a perspective from which to evaluate, because the common law tort of negligence establishes the principles that more usefully inform Human Rights laws and dissipate controversies about fiduciary obligations when they are triggered, and inform how expansive these fiduciary obligations can be.**

230. Historically, the Court has declined to develop a general theory of the positive obligations which may flow from STATE and UNITED STATES constitutions. This is the likely consequence from using the distinct legal reasoning approach, rather than common law analysis. In fact, to review positive obligations using the distinct legal reasoning approach too often results in judgments which appear incoherent, arbitrary, even capricious, which is not conductive to certainty and predictability. Distinct legal reasoning appears too *open-ended* and thus, obscures the general conceptual limits of fiduciary obligations.

231. To illustrate what is meant by the above paragraphs, the common law "*Right to Petition*" is used herein as an example. Frequently, Courts adjudicate "*backward-looking access*" claims under vague notions of "*fundamental rights*" and/or by using the general rubric for "*due process*" claims.

> "*The Court has stated that courts may not look to more generalized rights to adjudicate claims that already receive protection under a specific textual source. Applying this lex specialis principle to the context of backward-looking access claims, courts should look not to vague constitutional sources such as the Due Process or Privileges and Immunities Clauses to frame the access-to-courts*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

> **doctrine, but _should_ instead _examine the history and purposes of the Petition Clause to define the basic parameters of the right, even if the right may be secondarily informed by due process principles_.**" [10]
>
> (Bold and underlined emphasized)

232.    In ***Bell v. City of Milwaukee***, 746 F.2d 1205 (7th Cir. 1984), the Seventh Circuit refused

to make any distinction between instances of cover-up before a claim was brought and those

that occurred after.

> "...that even those abuses that took place during the course of litigation contributed in denying the Bells adequate access to the courts. **The court stated that even though the original claim had been litigated to completion, the denial-of-access claim was nonetheless valid because the conspiracy had 'rendered hollow' the right to seek redress.**" [11]

233.    Indeed, **the original "*right to petition*" in America developed to include a right**

**to a fair hearing _and a response_, thus affording some procedural guarantees to**

**petitioning activity.** As noted by Professor Steven Higginson, "***No petition could be***

***summarily dismissed without abiding by at least these procedures, and the right to***

***full judicial consideration came to be one of the 'inviolate' principles governing the***

***right to petition in America.***" [12] (Bold and underlined emphasis added)

> "*In viewing these principles together with the historical scope of the petitioning right, it becomes clear that those protections that guarantee the right's freedom from government interference must properly be seen as extending to the entire course of litigation. If petitioning activity was protected against arbitrary government interference, and if petitioning activity historically included the right to a fair hearing as well as to a response, it follows that the entire process, rather than simply the filing of the claim, must be insulated from government intervention. To this end, analysis of backward-looking denial-of-access claims must include*

---

[10] This is explained more fully by Una A. Kim, "*Government Corruption and the Right of Access to Courts*" (Michigan Law Review, Vol.103, pp. 554-588)

[11] *Bell,* 746 F.2d at 1261. The Second Circuit in *Barrett v. United States* also allowed a denial-of-access claim to proceed even though the underlying claim had been fully litigated and had resulted in a settlement. *Barrett v. United States,* 798 F.2d 565, 577-78 (2d Cir. 1986).

[12] Steven A. Higginson, *A Short History of the Right to Petition Government for the Redress of Grievances,* 96 Yale L.J. (at pp.147-149) (1986); Julie M. Spanbauer, *The First Amendment Right to Petition Government for a Redress of Grievances: Cut From a Different Cloth,* 21 Hastings Const. L.Q. (at pp.33-34) (1993).

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*those conspiracies that take place after a claim has already been filed as well as those that occurred before the claim was brought.*" [13]

(Bold and underlined emphasis added)

*"This interpretation is also consistent with current jurisprudence governing the right of access to courts. The Supreme Court has made clear in the past that **a mere 'formal' right of access will not suffice to satisfy the right.**[Citation omitted] It has unequivocally expressed the view that '[a]ccess to courts does not only protect one's right to physically enter the courthouse halls, but also insures that the access to courts will be 'adequate, effective and meaningful.*" [14]

(Bold emphasis added)

234.  By the above example, the analytical structure under the common law of negligence has been an object of sophisticated development and justification. In contrast, very little of this has happened in the area of positive human rights obligations. **If an approach to positive obligations under the laws and STATE and UNITED STATES constitutions is to be fashioned in such a way that is more principled, reasoned and coherent, the common law then is to be the more important source of inspiration.** (Bold and underlined emphasis)

235.  Both human rights law and tort law perform similar functions in protecting the most fundamental of interests. There is, thus, an important overlap between the fundamental values underlying the two, which bring convergence through proper analysis. Many tort actions serve *de facto* as tools for securing the protection of human rights. It is frequently tort law that will provide the best fit in terms of a remedy at the national level. Claims brought against public authorities in negligence can also be framed as breaches of both common law and human rights conventions.

236.  By considering the justifications offered by the common law system and examining their relevance in the context of human rights law, there is some likelihood that this Court may be better equipped to rationalize its own approach.

---

[13] *See again,* Una A. Kim, *supra,* p.579.
[14] *Swekel v. City of River Rouge,* 119 F.3d 1259, 1262 (6th Cir. 1997).

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## COUNT TWO –
### VIOLATION OF THE FEDERAL TORT CLAIMS ACT (FTCA); and
### the JUDICIAL CONDUCT DISABILITY ACT (JCDA)
(Alleged Against All Named TRUSTEES)

237.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNT ONE as if written again herein verbatim.

238.   The FTCA is a 1946 federal statute that permits private parties to sue the CO-TRUSTEES of the UNITED STATES in a federal court for most torts committed by persons acting on behalf of the sovereign People – the real "*government*" of the UNITED STATES. Among other things, the FTCA does not exempt intentional torts committed by "*investigative or law enforcement officers*", thus allowing individuals aggrieved by the actions of law enforcement officers to have their day in court.

239.   The JCDA of 1980 is a law that sets the procedure for anyone to file a complaint against a federal judge or an employee of the federal judiciary on the basis of disability or misconduct. The Act·was signed into law by President Jimmy Carter on October 1, 1980.  It authorizes any person to file a complaint alleging that a federal judge has engaged in conduct "*prejudicial to the effective and expeditious administration of the business of the courts.*" [The Judicial Conduct and Disability Act Study Committee; *Implementation of the Judicial Conduct and Disability Act of 1980:* A Report to the Chief Justice (September 2006)]

240.   As BENEFICIARY David Schied has referenced, there ate over seventy (70) boxes of hard EVIDENCE against both STATE and UNITED STATES "*judicial usurpers*" that have – in so many differing and "*colorable*" ways similar to the recent tortuous affirmative acts of self-appointed now "*senior judge*" Victoria Roberts, CO-TRUSTEE named herein as well as her cohorts in crime at the USDC-EDM of Denise Page Hood, Avern Cohn, Stephen Murphy, Terrence Berg, and numerous other alleged "*judicial usurpers*" of the "*federal*" ARTICLE III "*COURTS OF RECORD*".  BENEFICIARY has the RECORDS of an exhaustive list of such

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*judges*" who are operating in the EDM and in the SIXTH CIRCUIT – against whom he has

many times over filed "*judicial misconduct*" complaints that have gone ignored by the existing

status quo of a "*protectionist racket*" of insurrectionism and domestic terrorism being allowed

to operate in that section of the CO-TRUSTEES "UNITED STATES" jurisdiction. These are

cases whereby "*The Accused*" have issued subjective and discretionary "*summary

judgment(s)*" against BENEFICIARY in a plethora of "*backward-looking-access-to-court*"

cases that are tantamount to "*abuse of process*" amounting to "*credibility determinations*" on

FACTUAL issues that were never litigated or allowed before a Petit Jury or Grand Jury, and/or

for which there was never a genuine dispute.

241.    In such instances, the FTCA overrules various claims of "*governmental immunity*" when

suing the ("DEEP") STATE, particularly in cases where outright FRAUD UPON THE

COURT is a factor, when fraud has been declared, and when fraud is never actually properly

investigated and subsequently litigated and brought to jury trial for proper remedy. Fraud

eviscerates all judgments, evictions, theft of private property. Fraud vitiates everything!

242.    Thus, particularly in this instant case where overwhelming but compelling evidence is

being presented and CLAIMED in connection with a host of *backward-looking-access-to-

court* cases, 28 U.S.C. §§ 2674 and 1346b, claims for punitive damages are prosecutable when

violations of constitutionally guaranteed rights occur, as are RECORDED "*in spades*" by

BENEFICIARY and presented herein as the characteristic *pattern and practice* that has been

institutionalized by insurrectionists and domestic terrorists inhabiting the metes and bounds of

the sovereign People's CONSTITUTIONAL REPUBLIC of the EASTERN DISTRICT OF

MICHIGAN and elsewhere in the region of the SIXTH CIRCUIT, both within the sovereign

jurisdiction of *We, The People* of the United States of America.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

## COUNT THREE –
### CONSTITUTIONAL TORT
(Alleged Against All Named TRUSTEES)

243.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE and TWO as if written again herein verbatim.

244.    These acts by the CO-TRUSTEES and their various *agents* constitute *constitutional* torts[15] which are valid causes of action against which **no form of *immunity* against liability can be afforded looking backwards, particularly where the so-called "*government*" intentionally lied – by OMISSIONS or otherwise – by acting <u>affirmatively</u> in *gross negligence* and/or *malfeasance* in *tacit agreement* to prevent the filing of BENEFICIARY's claims from going forward or to thwart the effective litigation of claims.** Such intentional acts are at contrast with *accidental* or *negligent* acts leading to similar results that may result in *common law* tort claims. *See* Erin Chemerinsky, *Federal Jurisdiction* 537-40 (3d ed. 1999) [hereinafter Chemerinsky, *Federal Jurisdiction* (discussing the Supreme Court's aversion to finding constitutional violations for negligent acts).] **Such instances occur when the conduct in question is shocking and egregious or <u>lacks social utility, such as is alleged herein</u>** against the numerous CO-TRUSTEES being enjoined herein.

---

[15] *See generally,* Christina Brooks Whitman, *Emphasizing the Constitutional in Constitutional Torts,* 72 Chi.-Kent L. Rev. 661, 664-67 (1997) [hereinafter Whitman, *Emphasizing]* (explaining how, before *Monroe v. Pape* [365 U.S. 167 (1961)], the class of litigants able to challenge government action in court was limited to those "*subject to continuing government control*" and not to those who had suffered harm in the past) *See also,* Christina Whitman, *Constitutional Torts,* 79 Mich. L. Rev. 5 (1980) [hereinafter Whitman, *Constitutional Torts].*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

245.    The numerous intentional acts presented in this case are themselves *constitutional torts* [16]

as well as *common law torts* [17]; and **they are being executed through certain *patterns and***

***practices* by government functionaries who have otherwise <u>publicly sworn their solemn</u>**

**<u>oaths and accepted their sworn fiduciary duties</u> of state and federal "*officers*".** These

include *officers of the court* (i.e., BAR member attorneys and judges) with the sworn duties to,

for example, "*serve and protect*" and/or to objectively "*litigate the merits*" of cases **so that the**

**underlying "*Truths*" can be properly determined in the name of both <u>*substantive*</u> and**

**<u>*procedural*</u> (not "<u>*weaponized*</u>") "*justice*".** (Bold and underlined emphasis added)

---

[16] *See* Una A. Kim, ***<u>Government Corruption and the Right of Access to Courts</u>*** (Michigan Law Review, Vol.103, p.570), "***Awarding victims redress through constitutional tort actions serves to offset the damage the government wrongdoer may have caused. It accords the victim a renewed sense of legitimacy and encourages him to remain a productive member of the community.*** *Imposing liability for constitutional violations also promotes social peace by urging people to continue to 'embrace their citizenship.'*

    *In addition, liability for these abuses does more than provide redress for the individual claimant.* ***<u>A constitutional violation affects more than any individual victim</u>:*** *'A constitutional tort committed against one citizen can, and not infrequently does, give other citizens reason to fear that they too may become the direct victims of some deprivation of due recognition. Accordingly, government accountability for the violation serves to ameliorate the fear and disillusionment aroused in those sympathetic to the victim as well.' [quoting Dauenhauer & Wells]*". (Bold emphasis)

[17] Kim continues in footnotes, "*The theoretical focus on government's unique power to demoralize can also account for the allowance of nominal damages in constitutional tort actions. See* **<u>Carey v. Piphus</u>, 435 U.S. 247 (1978)** *(awarding nominal damages where plaintiffs demonstrated a violation of their constitutional rights even if they suffered no other harm). As Professor Whitman pointed out,* **the allowance of nominal damages, which is not allowed for common law torts, is rooted in the idea that constitutional torts are in part meant to address the dignitary harm caused by government abuse of power.** *<u>Whitman</u>,* emphasizing, at 669. *<u>Dauenhauer & Wells</u>, at 917. In the same way that government regulations of property can involve demoralization costs, <u>constitutional violations can also result in demoralization</u>.* Frank I. Michelman, *<u>Property, Utility, and Fairness: Comments on the Ethical Foundations of 'Just Compensation' Law</u>, 80 Harv. L. Rev. 1165 (1967). See also* Akhil Reed Amar, *<u>Fourth Amendment First Principles</u>, 107 Harv. L. Rev. 757, 790 n.126, 807-08, 809 n.188, **discussing the ways in which Fifth Amendment takings claims are analogous to Fourth Amendment unlawful seizure claims,** and* Akhil Reed Amar, *<u>The Future of Constitutional Criminal Procedure</u>, 33 Am. Crim. L. Rev. 1123 (1996), **applying the demoralization concept to Fourth Amendment actions, for other areas to which the concept of demoralization has been applied.**"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

246.    **One such pattern of unconstitutional behavior has been recognized as the thwarting and impeding of BENEFICIARY David Schied's constitutionally guaranteed *"Right to Redress"* through the incorporation, analysis, and dissemination of false information, and/or gross omissions of information, and through *secondary* level *tacit agreement* with – and resulting criminal coverup of through *affirmative* inaction and silence – the underlying *predicate* level civil, criminal, constitutional, and/or civil rights violations.**

247.    This is particularly true at the STATE level where CO-TRUSTEES at LARA and the STATE OF MICHIGAN's agent *"Governors"* and *"Attorneys General"* have been shown to *"weaponize"* due process so to DENY due process; therefore, barring BENEFICIARY Schied from **meaningfully** exercising his Right to *"ACCESS"* government documents otherwise owed to him under the STATE laws on *"government transparency"* [18], and robbing him of his FIRST AMENDMENT guarantees to REDRESS OF GRIEVANCES on the underlying basis of his plethora of still unresolved *"backward-looking appeals"*. (Bold and underlined emphasis)

248.    The federal district and circuit courts need to cease adjudicating backward-looking *"access"* claims under vague notions of *"fundamental rights"* and/or by using the general rubric for *"due process"* claims, rather than using *"due process"* to adjudicate claims that can be considered redundant where there is a specific constitutional right infringed. [19]

---

[18] This paragraph specifically speaks to the CLAIM that when Beneficiary attempted to use TRUSTEES *"STATE OF MICHIGAN"* FOIA laws of transparency to become more informed about the illicit tactics being employed between the CO-TRUSTEES MDHHS and LARA to deprive BENEFICIARY of his constitutionally owed *"due process"* rights during *"administrative appeals"* the CO-TRUSTEES attempted to extort from him close to $1.5 MILLION in *"excessive"* costs, in violation of SCOTUS' ruling of that very month in *Timbs v. Indiana*, 139 S. Ct. 682 (2019). Then when BENEFICIARY reported these constitutional violations to CO-TRUSTEES Gretchen Whitmer and Dana Nessell, both resorted to fraud by omissions, rhetoric, and affirmative silence in their responses.

[19] For instance, in ***Graham v. Connor***, 490 U.S. 386 (1989), a plaintiff sued various police officers for using excessive force during his arrest in violation of his FOURTEENTH AMENDMENT due process rights. *Id.* at 388-90. The SUPREME COURT refused to consider the claim under the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

249.    The Second Circuit has stated that the right-of-access to courts protects all property rights,

including any *"vested right[s] of action."* [See *Barrett v. United States*, 798 F.2d 565,575 (2d

Cir. 1986).] Under this broad construction, the constitutional inquiry is straightforward:

*"[u]nconstitutional deprivation of a cause of action occurs when government officials*

*thwart vindication of a claim."* [20] (Bold emphasis)

> *"Analysis of Petition Clause history as well as analysis of current Supreme Court jurisprudence governing the right, however, demonstrates that **the right of access to courts protects more than simply fundamental rights.** In its inception, the right to petition itself was deemed one of only a handful of 'fundamental rights,'* [Citation omitted] *and **in colonial America this right was not restricted to protect only a narrow class of essential rights but was used to vindicate a broad range of private interests, fundamental or not.**27 Whether petitioning to resolve debt actions, estate distributions, divorce proceedings, or land disputes, **all were protected exercises of the right.**"* [Citation omitted]

250.    Basic notions of duty, breach, causation, and damages in cases involving COMMON LAW

TORTS apply to constitutional actions. Therefore, those acting in the capacity of *"government*

*officials"* need to be punished – both *civilly* and *criminally* – in order to deter the furthering of

unconstitutional behaviors that have, as in this instant case, escalated to STATE *insurrection*

and *domestic terrorism* by definition.

251.    Once a cover-up has interfered with a claimant's underlying cause of action, a breach has

occurred. The question at this point should become solely one of damages to be proved as a

matter of fact. *See, e.g., **Ryland v. Shapiro**,* 708 F.2d 967, 976 (5th Cir. 1983) (discussing the

calculation of damages once breach has been established). This includes demoralization costs

---

FOURTEENTH AMENDMENT, ruling that the claim should have been brought instead as a FOURTH AMENDMENT *"unreasonable seizure"* claim. *Id.* at 394-95.

[20] *Id.* Likewise, the Seventh Circuit in *Harrell v. Cook* agreed to hear an appeal where the plaintiffs alleged that police **mishandling of evidence thwarted their ability to recover** money stolen from them by a third party. 169 F.3d 428, 430 (7th Cir. 1999). The court ultimately dismissed the claim, but **in an important clarification of the access right**, stated that **had the plaintiffs alleged that the police intentionally misplaced or destroyed the evidence, the claim would have survived.** *Id.* at pp.432-33. (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

caused by the deceit, as well as emotional and mental suffering, humiliation, and/or reputational injury engendered by the fraud, such as has long been repeatedly claimed by BENEFICIARY David Schied against the CO-TRUSTEES as a matter herein memorialized by this instant Article III Court of Record. *See again* Erin Chemerinsky, *Federal Jurisdiction* 537-40 (3d ed. 1999) discussing the Supreme Court's aversion to finding constitutional violations for negligent government acts.

252.    In this case filed herein as an ORIGINAL COMPLAINT in this instant Article III COURT OF RECORD, **the injuries suffered by BENEFICIARY David Schied – and other sovereign American People similarly situated as *"poor, elderly, and disabled"* living in Michigan – are twofold: a) the injuries inflicted by the underlying causes of harm; and, b) the injuries caused by the ensuing cover-up.** Both types of acts implicate those compensable injuries, e.g., physical injury, emotional and mental suffering, generally addressed by common law torts. [*See* Kim, Una A. *Government Corruption and the Right of Access to Courts* (Michigan Law Review, Vol.103) in reference to Kenneth S. Abraham, *The Forms and Functions of Tort Law* (2d ed. 2002) pp.207-8.]

253.    In these and many other ways, the CO-TRUSTEES have been shown to be masquerading as legitimate *"administrative law judges"* and other hierarchical decisionmakers causing BENEFICIARY David Schied to totally *"exhaust"* himself with endless *forms* and successive *tiers* of open doors of *"administrative remedies"*, by CO-TRUSTEES using fraudulent written *"findings"* and deafening silence as *secondary* levels of affirmative acts of gross negligence and malfeasance, acting through *"tacit agreements"* with the underlying causes that otherwise undermine the intent of the *"Due Process Clause"* of the STATE and NATIONAL constitutions. This is how CO-TRUSTEES have unconstitutionally set up their *pattern and*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*practice* of robbing BENEFICIARY of the administrative process itself, resulting likewise in

the unconstitutional "*DENIAL OF ACCESS*".

> **The district court denied Harbury's claim because it read her claim to allege a duty on the part of government officials to investigate her claim.** Harbury v. Deutch, *No. 96-00438 CKK, 1999 WL 33456919, at *10 (D.D.C. Mar. 23, 1999), rev'd,* Harbury v. Deutch, *233 F.3d 596 (D.C. Cir. 2000), rev'd,* Christopher v. Harbury, *536 U.S. 403 (2002).* **The D.C. Circuit, however, reframed her complaint as alleging a duty not actively to provide false information in hopes of thwarting her ability to seek redress in the courts.** Harbury v. Deutch, *233 F.3d 596, 609 (D.C. Cir. 2000), rev'd,* Christopher v. Harbury, *536 U.S. 403 (2002).* **In doing so, it found a prima facie showing of a violation.** *Id.* **Had the district court _read_ correctly Harbury's allegation, it may have ruled differently.** *See* Harbury v. Deutch, *1999 WL 33456919, at *10 (implying that, had Harbury alleged an _affirmative_ suppression or destruction of evidence, her claim may have stated a valid cause of action).*[21]

254. Indeed, BENEFICIARY Schied has made amply clear his ongoing allegations of a *pattern and practice* of purported STATE LEVEL and NATIONAL LEVEL CO-TRUSTEES *aiding and abetting* in the persistent fraud, "*RICO*" CRIMES, STATE INSURRECTION, and DOMESTIC TERRORISM being perpetuating by the underlying causes of actions, by their "*AFFIRMATIVE ACTS*" of acquiescence in silence, as "*prima facie*" tacit agreements to the allegations of underlying crimes of LOCAL and STATE CO-TRUSTEES.

255. These same *patterns and practices* are similarly fashioned in the crimes of TRUSTEES' franchised partners as CO-TRUSTEES named herein in both the *QUASI-GOVERNMENTAL ORGANIZATIONS* and *NON-GOVERNMENTAL ORGANIZATIONS*. Their alleged actions are intentionally deceptive at the *secondary* (i.e., the "*appellate review*" administrative) levels that enable the criminal perpetrators at the *predicate* level of RICO crimes to continue their criminal ENTERPRISING activities. This multi-tiered *RICO* conspiracy design then is the root cause for subsequent **_new claims of tort_** being asserted against those conducting these

---

[21] *See* Kim, *supra.* pp.555-6.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

fraudulent secondary-level reviews. *See* Smith v. City of Fontana, 818 F.2d 1411, 1415 (9th Cir. 1987), *overruled on other grounds by* Hodgers-Durgin v. De La Vina, 199 F.3d 1037 (9th Cir. 1999) ("*[C]onstitutional violation is complete at the moment the action or deprivation occurs, rather than at the time the state fails to provide requisite procedural safeguards surrounding the action.*")

256.    Each of the *complaints / claims against the* TRUSTEES allege, *inter alia*, that through the CO-TRUSTEES' multi-tiered affirmative acts of deception and tacit-agreement, these CO-TRUSTEES foreclosed the efforts of "*totally and permanently disabled*" BENEFICIATY David Schied to seek administrative and/or judicial relief by constructively denying BENEFICIARY reasonable access to administrative due process, being violative of both the RULES ENABLING ACT OF 1934 and the AMERICANS WITH DISABILITIES ACT OF 1990 as amended in 2008. [22]

257.    Herein, BENEFICIARY David Schied asserts CLAIMS and EVIDENCE reflecting "*over-the-line*" **conduct that imposes civil, as well as criminal liability,** by the fact that the ***pattern and practice*** of the CO-TRUSTEES' alleged acts so clearly violate the most basic of constitutional norms that the CO-TRUSTEES must be made to pay for their tortuous conduct. *See* Myriam E. Gilles, *In Defense of Making Government Pay: The Deterrent Effect of Constitutional Tort Remedies,* 35 GA. L. Rev. 845, 850-53 (2001).

258.    Finding such an appropriate remedy to this problem, therefore, requires that this *ARTICLE III Court of Record* define and address BENEFICIARY David Schied's "*backward-looking*" CLAIMS of discrimination, retaliation, and most importantly, "*denial of access*" and

---

[22] As has been already addressed in COUNT ONE through COUNT THREE pertaining to Torts and Human Rights, as well as Common Law Rights and Constitutional Rights, violations of the RULES ENABLING ACT OF 1934 and the AMERICANS WITH DISABILITIES ACT OF 1990 are further properly addressed in subsequent "*counts*" to these first three.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*weaponized due process*" allegations [23], in addition to the many other listed causes for this instant Court action.

## COUNT FOUR –
## FIRST AMENDMENT VIOLATIONS
(Alleged Against All Named TRUSTEES)

259.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through THREE as if written again herein verbatim.

260.    To be brief and concise, the FACTS, the EVIDENCE and the other underlying causes of this Court action constitute and prove gross – and repeated – *patterns and practices* of FIRST AMENDMENT violations of BENEFICIARY's FIRST AMENDMENT "*right to redress*".

261.    For these violations, BENEFICIARY is due his "*day in Court*" with ACCESS to both a PETIT JURY and a GRAND JURY of the sovereign People as the "*final arbitrators*" of the many civil and criminal matters placed before this instant ARTICLE III COURT OF RECORD.

262.    Moreover, given the background history and the impending THREAT OF VIOLENCE from CO-TRUSTEES and their agents involved in ILLEGAL EVICTION proceedings with deliberate defiance of both BENEFICIARY's rights as a recently totally disabled man, in spite of BENEFICIARY having still "*paid in full*" his rent each month (even when hospitalized and

---

[23] *See, e.g.,* Carol Rice Andrews, *Jones v. Clinton: A Study in Politically Motivated Suits, Rule 11, and the First Amendment,* 2001 BYU L. Rev. 1 (2001). *See generally,* Carol Rice Andrews, *A Right of Access to Court Under the Petition Clause of the First Amendment: Defining the Right,* 60 Ohio Street L.J. 557, 597 (1999) [hereinafter Rice Andrews, *A Right of Access]* (arguing that the right of access to courts should be adjudicated under the First Amendment). *See also* James E. Pfander, *Sovereign Immunity and the Right to Petition: Toward a First Amendment Right to Pursue Judicial Claims Against the Government,* 91 Nw. U. L. Rev. 899, 929-34 (1997), **for the view that the First Amendment's Petition Clause was intended to allow citizens to sue the government for unlawful conduct.** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

in a nursing home over six months) – in nearly double the amount reported by CO-TRUSTEES Ava Ortner and Donald Thorp to the TRUSTEES of the STATE OF MICHIGAN as being BENEFICIARY's actual monthly "*obligation*" under the active Common Law AGREEMENT proven to exist in November 2019 – this Court has the additional reason to EXPEDITE the matters forward to JURY TRIAL and GRAND JURY INVESTIGATION, rather than to follow the sustained previous *pattern and practice* of "*kicking the can down the road*" and thus, furthering the maxim of "*justice delayed is justice denied*".

### COUNT FIVE –
### FOURTEENTH AMENDMENT and AMERICANS WITH DISABILITIES ACT VIOLATIONS (Alleged Against All Named TRUSTEES)

263.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through FOUR as if written again herein verbatim.

264.    To be concise, the FACTS, the EVIDENCE, and the other underlying causes of this Court action constitute gross – and repeated – *patterns and practices* of DUE PROCESS and ACCESS violations of BENEFICIARY's numerous Civil Rights under the FIFTH AMENDMENT (i.e., as done in the hospital interrogation by the CO-TRUSTEES of the FBI, and through coercive FORMS demanding signature "*under penalty of perjury*" subject to discretionary interpretation), the FOURTEENTH AMENDMENT (a Constitutional issue under the "*Due Process Clause*") and the AMERICANS WITH DISABILITIES ACT ("ADA") as both being Civil Rights claims.

179

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**COUNT SIX –**
**(CONSPIRACY TO) DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**
**18 USC §§ 241-242 and 42 USC § 1983** (Alleged Against All Named TRUSTEES)

265.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats

the paragraphs above as written for COUNTS ONE through FIVE as if written again herein

verbatim.

266.    To be brief and concise, the FACTS, the EVIDENCE, and the other underlying causes of

this Court action constitute gross – and repeated – *patterns and practices* of DUE PROCESS

and ACCESS violations of BENEFICIARY's numerous Rights under 42 U.S.C. §1983.

267.    Herein the allegations include those that are so egregious that they "*shock the conscience*"

and/or constitute "*state created dangers*" with "*the accused*" CO-TRUSTEES being state

"*actors*" who have *usurped* and destroyed their legitimate roles as judicial and administrative

fiduciaries and as other government functionaries.

268.    These are people – **acting in their private capacities** – who have stepped outside of the

scope of their discretion, outside the scope of their delegated jurisdiction, their delineated

power, and their demarcated authority. and who are *acting* tyrannically and outside of their

authorized and ordained roles as "*officers of the court.*"

269.    These are people who are acting under mere "*color of law,*" while directing their forceful

– even affirmatively "*passive*" – aggressions against BENEFICIARY David Schied as a

"*targeted individual*" for their own personal gain, for the sake of "*racial equity,*" so to be an

active participant in "*cancel culture*" politics, and to purposely undermine constitutional

checks and balances so to bring down and destroy America's actual government of a

CONSTITUTIONAL REPUBLIC, and replace it with a Marxist / Socialist / Anarchy called a

"*Democracy*" but characterized as an *Oligarchy* or "*Corporatocracy*".

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

270.   For these violations, BENEFICIARY is due his *"day in Court"* with ACCESS to both a PETIT JURY and a GRAND JURY of the sovereign People as the *"final arbitrators"* of the many civil and criminal matters placed before this instant ARTICLE III COURT OF RECORD.

271.   Moreover, given the background history and the persisting THREAT OF VIOLENCE from CO-TRUSTEES, this Court has the additional reason to EXPEDITE the matters forward to JURY TRIAL and GRAND JURY INVESTIGATION, rather than to follow the current *pattern and practice* of *"kicking the can down the road"* by furthering the maxim of *"justice delayed is justice denied"*.


### COUNT SEVEN –
### RACKETEERING AND CORRUPTION (*"RICO"* VIOLATIONS)
### 18 U.S.C. §1961 *et seq.* (Alleged Against All Named TRUSTEES)

272.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through SIX as if written again herein verbatim.

273.   Herein the allegations include those that are so egregious that they *"shock the conscience"* and/or constitute *"state created dangers"* with *"the accused"* TRUSTEES being state *"actors"* who have *usurped* and destroyed their legitimate roles as judicial and administrative fiduciaries and as other government functionaries. These are people -- **acting in their private capacities** – who have stepped outside of the scope of their discretion, outside the scope of their delegated jurisdiction, their delineated power, and their demarcated authority, and who are *acting* tyrannically and outside of their authorized and ordained roles as *"officers of the court,"* and who are acting under mere *"color of law,"* while directing their forceful – even affirmatively

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*passive*" – aggressions against BENEFICIARY David Schied for their own personal gain, and to undermine constitutional checks and balances.

274. Once a cover-up has interfered with a claimant's underlying "*predicate*" cause of action, a "*secondary*" breach has occurred. The question at this point should become solely one of damages to be proved as a matter of fact. [*See, e.g., Ryland v. Shapiro*, 708 F.2d 967, 976 (5th Cir. 1983) (discussing calculation of damages once breach has been established).] This is because injuries in denial-of access claims involve not only prejudice to the original cause of action but emotional and other harms that the claimants suffer as a result of the breach itself.

275. This includes demoralization costs caused by the deceit, as well as emotional and mental suffering, humiliation and/or reputational injury engendered by the fraud, such as has long been repeatedly claimed by BENEFICIARY David Schied (and others, by example of John Zupanc as shown by his emails) as a matter of this Article III Court of Record. Many of these injuries, particularly humiliation and loss of reputation, take place at the time of the actual violation and not simply when it is clear the original claim has been irretrievably harmed.

276. In the instant cases of backward-looking access claims filed herein as an "*Original Complaint*" in this ARTICLE III COURT OF RECORD by BENEFICIARY David Schied, the injuries suffered are twofold: a) the injuries inflicted by the underlying ("*predicate*") causes of harm; and, b) the injuries caused by the ensuing cover-up at the "*secondary*" levels. Both types of acts implicate those compensable injuries, e.g., physical injury, emotional and mental suffering, generally addressed by common law torts. The cover-up triggers the additional *moral* disenfranchisement that constitutional scholars agree constitutional torts are intended to protect against. Because of the unique type of harm inflicted in these backward-looking access claims, such claims tend to better reflect the policies of constitutional liability than other, more controversial classifications of claims. This analysis holds true for all backward-looking access

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

cases involving intentional acts because all involve an original cause of action as well as injury

caused by the intentional concealment of information pertaining to that original claim.

277.    Because of the unique type of harm inflicted in these backward-looking access claims, such

claims tend to better reflect the policies of constitutional liability than other, more

controversial, constitutional claims. This analysis holds true for all backward-looking access

cases involving intentional acts because all involve an original cause of action as well as injury

caused by the intentional concealment of information pertaining to that original claim.

278.    Therefore, in precluding potential counterclaims and motions for sanctions by CO-

TRUSTEES based upon arguments of *res judicata*, *collateral estoppel*, and/or the *Rooker-*

*Feldman* doctrines, **it is inappropriate to look <u>only</u> at the <u>prejudice to the underlying</u>**

**<u>claims</u> to determine if the BENEFICIARY has stated a valid cause of action. This is**

**because constitutional torts caused by the deceit, conspiracies and abuses by usurpers of**

**government power and authority can have devastating ramifications in terms of the**

**social harm and mistrust of government that these scandals leave in their wake.**

279.    The distinct nature of TRUSTEES' harm stems from the unusual nature of citizen–

government interactions. Citizens place a certain degree of trust in their government bodies

and actors to implement rules and regulations, to provide services, create order, mete out

justice, and in general to safeguard societal interests. **People like BENEFICIARY David**

**Schied, through forces outside their/his own control, are compelled to place a great deal**

**of trust in government actors because of the inherent need to rely on government for**

**basic goods, services, and information, among other things, for the *poor*, *elderly*, and**

***disabled*. This trust is compelled in part by the government's monopoly on police power**

**and rule-creation, which creates an unavoidable dependency of the public upon it. The**

**resulting power imbalance creates a citizenry particularly vulnerable to government**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**coercion. In all, these factors align to give government officials a unique ability not only to harm but to harm a greater number of people with greater ramifications.** (Bold emphasis added)

280.   **Not only is the potential to harm in the context of government actors greater than in the realm of private law, but also the harm is itself unique in that these abuses inflict a "*moral*" injury that is not similarly implicated outside of the context of government action. This injury is propagated by the unusual role the state plays in affording legitimacy to a person's membership in society. This is compounded for People like BENEFICIARY who are disabled.** (Bold emphasis)

281.   To the extent the sovereign American People rely upon the CO-TRUSTEES at the LOCAL level, at the STATE level, and at the UNITED STATES level, to create a properly functioning and ordered society under the PUBLIC TRUSTS of the STATE and UNITED STATES constitutions, the <u>CO-TRUSTEES must also rely on the sovereign People to engage themselves</u> as the CO-TRUSTEES have created. **Because of the inherent vulnerability of each participant to the whims of the government CO-TRUSTEES, <u>every violation committed against sovereign American People like BENEFICIARY David Schied by the CO-TRUSTEES operating under the auspices of "*legitimate government*", in effect de-legitimates BENEFICIARY's</u> (and those similarly situated) <u>membership in society, risks alienating his/their ongoing participation, and upsets the symbiotic balance of rights and obligations between the two.</u>** (Bold and underlined emphasis added)

282.   Thus, the community as a whole must take steps to ensure that the "*empowering functions*" of the CO-TRUSTEES prevail over their "*dominating, disempowering functions*" if the community is to prevent a violent collapse of the peaceful social order. **This reason alone justifies the expediting of this instant case to the highest "*adjudicative*" levels of sovereign**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

People of the PETIT JURY and the GRAND JURY, so that they may address the *"moral"* injury suffered by BENEFICIARY, as well as other reported victims of these violations; so that they may also analyze and adjudicate the social harm engendered by CO-TRUSTEES' abuses according to RICO statutes, as well as according to the COMMON LAW, and the ADA, as measured up and comporting with the U.S. CONSTITUTION as the *"Supreme Law of the Land"*. (Bold emphasis added)

283.    In this instant case, **BENEFICIARY David Schied's claims**, as well as the claims of *"others similarly situated"* (not yet specifically named in this case), **all involve intentional acts on the part of CO-TRUSTEES as alleged government *usurpers*, who have committed acts of FRAUD against not only BENEFICIARY Schied, but also FALSE CLAIMS against the public, consisting of both government and the taxpayers at large** – carried out by means of concealing information that otherwise implicates precisely those backward-looking access injuries that common law torts (in the case of *"predicate"* offenses) and constitutional torts (in the case of *"secondary"* level conspiracies and coverups) are intended to address. **These types of backward-looking access claims**, perhaps more than any other type of constitutional claim, **justify compensatory remedies for those impacted by these rebellious and immoral offenses leading to a need for punitive and other damages through these numerous personal and social indignities**.

284.    Thus, both scholars and courts uniformly recognize that harms inflicted upon victims like BENEFICIARY David Schied – through deliberate, intentional, *affirmative* actions – tend to produce more deleterious results than injuries that result from simple negligence or ignorance. While both types of acts might lead to similar quantifiable losses, **injuries inflicted affirmatively, intentionally or maliciously, carry the added demoralization that does not usually result from simple negligent actions**. And even those who advocate greater

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

limitations on constitutional tort recovery *do not advocate limiting recovery* in cases of intentional and flagrant abuse, such as those demonstrated by *CO-TRUSTEES*, as in this case now being re-presented with the multiple "*tiers*" of CO-TRUSTEES herein enjoined together in defense of themselves and their affirmative acts. (Bold emphasis added)

285. **Leaving the power to enforce rights exclusively in the hands of public enforcers, such as civil lawyers, criminal prosecutors and the state attorney generals, gives those public enforcers unauthorized powers that may abusively be used to nullify particular laws, or particular applications of law simply by declining to prosecute violators, as is alleged in this case against multi-tiered CO-TRUSTEES of a scope of deeper and broader hierarchy of inexplicably intertwined CO-TRUSTEES as franchised and contractual partners involved in a complex mishmash of ENTERPRISES engaged in financial and other crimes.**     (Bold emphasis)

286.   Thus, amongst many varied allegations, BENEFICIARY's assertions against TRUSTEES in this case include behaviors that constitute, in serious degrees, prosecutorial abuses and other types of affirmative acts of nonfeasance, misfeasance and malfeasance of fiduciary duties. These CLAIMS assert that the CO-TRUSTEES have all tortuously denied rightful relief to BENEFICIARY David Schied as both an already known totally and permanently disabled quad-amputee and as repeatedly reported "*targeted*" crime victim.

287.   Some of these DISCRIMINATORY and RETALIATORY denials of access and equal treatment have been by the criminally malicious refusal of government officials to "*litigate the merits*" of BENEFICIARY's over twenty (20) "*administrative appeals*" (filed between late 2018 and early 2020), and/or to intentionally elicit similar results of case and grievance "*DISMISSALS*" and due process "*DENIALS*" through outright FRAUD (including fraud upon the administrative "*court*") or other affirmative acts that have consequentially deprived

186

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

BENEFICIARY David Schied – and others documented even by the CO-TRUSTEES themselves as similarly situated – of BENEFICIARY's substantive rights under "*color of law*", by "*simulating legal process*", and/or by conducting "*legal acts in illegal manners.*"

288.    All of the above involve, to some extent or another, the falsification of "*official*" records, the intentional construction of fraudulent paper trails for later use in defense of "*secondary level*" allegations during administrative "*appeals*", and other types of FALSE CLAIMS that are tied in COMMERCE with financial and other supporting obligations such as the CO-TRUSTEES of STATE OF MICHIGAN **refusing to compensate and reimburse BENEFICIARY, and well as the debts he owes to others (like his next door neighbor and WITNESS Ed Kottke) providing to him needed transportation** to the various medical treatment facilities in follow-up to the <u>2018 ATTEMPTED MURDER</u> and the aftermath of doctors saving BENEFICIARY's life only by sacrifice of surgically amputating BENEFICIARY's only two legs and all but a single pinky finger on BENEFICIARY's non-dominant left hand. (Bold and underlined emphasis added)

289.    Some of these DISCRIMINATORY and RETALIATORY denials of equal access and denials of equal treatment have been by the refusal of CO-TRUSTEES, as trusted government officials, to "*reasonably protect*" BENEFICIARY as a reported crime victim from "*the accused,*" in spite of the Rights of crime victims as written right into **ARTICLE 1, §24 of the MICHIGAN CONSTITUTION**.

290.    Others of BENEFICIARY's CLAIMS against the CO-TRUSTEES are brought forth with evidence of BENEFICIARY being barred from access (e.g., by the OFFICE OF U.S. ATTORNEY FOR THE EDM currently occupied by Matthew Schneider and previously occupied by Barbara McQuade and many others documented over this past decade and a half by BENEFICIARY) – by those CO-TRUSTEES directly involved (at the "*secondary*" RICO

187

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

and "*domestic terrorist*" levels) with STATE and UNITED STATES grand juries otherwise charged with the "*duty*" of inquiring about crimes in the local community and the federal district. (*See* e.g., <u>18 U.S.C. § 3332</u>.)

291.    As is shown by the ***People v. Waterstone*** case [24], a case against a former "*judge*" Mary Waterstone as the criminally "*accused*" that originated with a *conspiracy* to perjury that took place within the territorial boundaries of the CHARTER COUNTY OF WAYNE – and again just a few months ago with "*WAYNE COUNTY*" once again being placed as central focus for allegations of *Sedition* and *Treason* concerning the 2020 (PRESIDENTIAL) ELECTIONS in the EASTERN DISTRICT OF MICHIGAN – the standard of review for determining "*probable cause*" to believe a crime has been committed was laid out as follows by the MICHIGAN COURT OF APPEALS, inhabiting positions of CO-TRUSTEES "*STATE OF MICHIGAN*":

> "*The purpose of a preliminary examination is to determine whether there is probable cause to believe that a crime was committed and whether there is probable cause to believe that the defendant committed it. **The prosecution need not establish guilt beyond a reasonable doubt; but must present evidence sufficient to make a person of ordinary caution and prudence conscientiously entertain a reasonable belief of the defendant's guilt. Circumstantial evidence and reasonable inferences arising from the evidence are sufficient to support the bind over of the defendant if such evidence establishes probable cause. If probable cause exists to believe that a felony was committed and that the defendant committed it, the district court must bind the defendant over for trial....*"

292.    The court also defined an "*abuse of (judicial) discretion*" as follows:

> "***A trial court abuses its discretion when its decision falls outside the range of reasonable and principled outcomes.*** <u>*People v. Yost*</u>, *278 Mich. App 341, 353; 749 NW2d 753 (2008). **A trial court necessarily abuses its discretion when it makes an error of law.*** <u>*People v. Giovannini*</u>, *271 Mich. App 409, 417; 722 NW2d 237 (2006).*"

---

[24] *See* ruling by MICHIGAN COURT OF APPEALS in <u>*People v. Waterstone*</u> (Docket ##303268 and 303703) decided 4/10/12 citing, "*The offense of misconduct in office was an indictable offense at common law.*"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

293.   In continuing the above analysis while considering any relevant difference between "*corrupt behavior*" and "*willful neglect*," CO-TRUSTEES of the MICHIGAN COURT OF APPEALS – even as extremely corrupt as it too is known by fact to be – determined there was no difference "*in the context of nonfeasance in relationship to a legal duty or obligation concerning nondiscretionary or ministerial acts.*"

294.   The MICHIGAN COURT OF APPEALS went on to state:

> "*We find further support for this proposition in the following passages from Perkins & Boyce, Criminal Law (3d ed), p 541–542, 546–547, which is a treatise that was cited in <u>Perkins</u>, 468 Mich. at 456, and Coutu, 235 Mich.App at 705–706: '[T]here should be no conviction of [misconduct in office] **if the absence of any element of corruption has been clearly established, <u>unless the prosecution is under a statute substantially different from the common law in this respect</u>.**"

> "*It is possible, of course, for legislation to go beyond the common law and to include within the area of punishability certain acts which were not previously criminal. <u>If the statute provides that an intentional violation of its provisions constitutes guilt, no more is required</u>, but this is not truly an enlargement of the offense because <u>it is corrupt for an officer purposely to violate the duties of his office</u>.*"

> "*<u>Any intentional and deliberate refusal by an officer to do what is unconditionally required of him by the obligations of his office is corrupt</u> as the word is used in this connection <u>because he is not permitted to set up his own judgment in opposition to the positive requirement of the law. Since this is corrupt misbehavior by an officer in the exercise of the duties of his office there is no reason to require more for conviction.</u> On the other hand, when the officer has discretion in regard to a certain matter, his intentional and deliberate refusal to act indicates no more, on its face, than that this represents his judgment as to what will best serve the public interest. <u>Even in such a case the officer will be guilty of misconduct in office if his forbearance results from corruption rather than from the exercise of official discretion</u>, but it will always be necessary to show something more than the intentional and deliberate forbearance to do a discretionary act.*"

295.   With regard to defining the types of (judicial) behaviors that constitute judicial "*misconduct,*" the court determined the following:

> "*In <u>Perkins</u>, 468 Mich. at 456, quoting <u>People v. Coutu</u>, 459 Mich. 348, 354; 589 NW2d 458 (1999), the Court first indicated that misconduct in*

189

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*office, in general, encompassed 'corrupt behavior,' but it then proceeded to make the following statement, which has been the bane of the parties' analysis: [C]ommitting nonfeasance or acts of malfeasance or misfeasance are not enough to constitute misconduct in office. In the case of malfeasance and misfeasance, the offender also must act with a corrupt intent, i.e., with a "sense of depravity, perversion or taint." In the case of nonfeasance, an offender must willfully neglect to perform the duties of his office. Perkins [& Boyce], p 547. [Id. (citations omitted).]"*

*"Confusion at this point has led to the occasional suggestion that the mental element required for the crime of misconduct in office is 'wilfulness' if the act is one of omission and 'corruption' if it is an act of commission [misfeasance or malfeasance]. 'Wilfulness,' as so used, is intended to mean deliberate forbearance, and to repeat a previous suggestion: what should be said is that the wilful refusal of an officer to perform a ministerial act required by law constitutes corruption. [Emphasis added.]"*

*"This proposition is entirely consistent with our discussion of the Michigan authorities set forth earlier, and it results in an interpretation of Perkins, 468 Mich. 448, that is consistent with the mass of cases that include a corruption element with respect to all aspects of misconduct in office, including misconduct by nonfeasance. There is no need to engage in a dicta analysis. Willful neglect of duty and corrupt nonfeasance are effectively one and the same for our purposes. If a public officer willfully neglects to perform a legal duty, he or she engaged in corruption or corrupt behavior."*

296.   The above analysis is *important*, and relevant to this case in that – given that felony *misconduct*, government *usurpation*, *treason*, and *domestic terrorism* are all being brought up herein as civil claims and criminal allegations justifying backward-looking denial-of-access claims and causes of action based upon the FIRST AMENDMENT PETITION CLAUSE – it is clear that, **nothing further is needed beyond the BENEFICIARY David Schied establishing "*probable cause*" to believe that BENEFICIARY (as well as others similarly situated in populations of the poor, the elderly, and the disabled), through state-created impediments, were deprived of his/their rights to receive fair opportunities to be heard; and that there is sufficient proof of an *intent* to impede or thwart this/these BENEFICIARY's previous causes of action through various schemes of *corruption*,**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*racketeering* and *domestic terrorism.* Such an analysis includes the premise that, *if a litigant has an apparent right to pursue a particular cause of action, a state official may not take steps to deny that right.* [25]

297.    Thus, as the *Waterstone* **court reaffirms what BENEFICIARY David Schied's filings herein, as well as all other previous filings with CO-TRUSTEES previously asserted in this instant federal case, "***If [such] probable cause exists to believe that a felony was committed and that the defendant committed it, the district court must bind the defendant over for trial....***"**

298.    By application of the above then, BENEFICIARY David Schied refers to the MICHIGAN PENAL CODES' cursory definition of *"pattern of racketeering"* which is articulated as follows from MCL 750.159f:

> *"Pattern of racketeering activity" means not less than 2 incidents of racketeering to which all of the following characteristics apply: (i) The incidents have the same or a substantially similar purpose, result, participant, victim, or method of commission, or are otherwise interrelated by distinguishing characteristics and are not isolated acts; (ii) The incidents amount to or pose a threat of continued criminal activity; (iii) At least 1 of the incidents occurred within this state..."*

299.    Notably, MCL 750.159g provides the complimentary definition of *"racketeering"* as follows in relevant part:

> *"[R]acketeering" means committing, attempting to commit, conspiring to commit, or aiding or abetting, soliciting, coercing, or intimidating a person to commit an offense for financial gain, involving any of the following:*
> (b) A violation of section 11151(3) of the **natural resources and environmental protection act**, 1994 PA 451, MCL 324.11151, or section 48(3) of former 1979 PA 64, concerning felonious disposal of hazardous waste;
> (e) A felony violation of section 60 of the **social welfare act**, 1939 PA 280, MCL 400.60, **concerning welfare fraud**;

---

[25] *See* Una A. Kim, *supra*, p.567 with footnote clarifying that Kim's analysis does not presume that states may never prevent litigants from filing suit, but *"only argues that if a litigant has an apparent right to pursue a particular cause of action, a state official may not take steps to deny that right."*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

> (f) A violation of section 4, 5, or 7 of the **Medicaid false claim act,** 1977 PA 72, MCL 400.604, 400.605, and 400.607, **concerning Medicaid fraud.**
> (i) A violation of section 508 of the **uniform securities act** (2002), 2008 PA 551, MCL 451.2508, **concerning fraud;**
> (m) A violation of section 93, 94, 95, or 96, **concerning bank bonds, bills, notes, and property;**
> (n) A violation of section 110 or 110a, **concerning breaking and entering or home invasion;**
> *(o) A violation of section 117, 118, 119, 120, 121, or 124, concerning **bribery**;*
> *(p) A violation of section 120a, concerning **jury tampering**;*
> *(v) A violation of section 213, concerning **extortion**;*
> *(w) A felony violation of section 218, concerning **false pretenses**;*
> *(hh) A violation of section 422, 423, 424, or 425, concerning **perjury or subornation of perjury**;*
> *(ll) A felony violation of section 535 or 535a, concerning **stolen, embezzled, or converted property**;*
> *(mm) A violation of chapter LXXXIII-A, concerning **terrorism**;*
> *(oo) A felony violation of the **identity theft** protection act, 2004 PA 452, MCL 445.61 to 445.77;*
> ***(pp) An offense committed within this state or another state that constitutes racketeering activity as defined in 18 USC 1961(1).*** (Bold emphasis)

300.    Of particular note, the federal RICO ACT defines an "*enterprise*" as "*any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity.*" **18 U.S.C. §1961(4)**. Significantly, a "*legal entity*" type of enterprise is generally self-explanatory and may include, besides corporations and partnerships, sole proprietorships, labor unions and their benefit plans, **and governmental entities.** See, e.g., *United States v. Parise*, 159 F.3d 790, 795 (3d Cir. 1998); *United States v. McDade*, 28 F.3d 283, 295-96 (3d Cir. 1994). (Bold emphasis added)

301.    Moreover, in *United States v. Irizarry*, the Third Circuit quoted its precedent in stating, "*[t]o establish a §1962(c) RICO violation, the government must prove the following four elements: '(1) existence of an enterprise affecting interstate commerce; (2) that the defendant was employed by or associated with the enterprise; (3) that the defendant participated, either directly or indirectly, in the conduct or the affairs of the enterprise; and (4) that he or she participated through a pattern of racketeering activity.'*" ***United States v. Irizarry***, 341 F.3d

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

273, 285 (3d Cir. 2003), quoting ***United States v. Console***, 13 F.3d 641, 652-53 (3d Cir. 1993),

and ***United States v. Riccobene***, 709 F.2d 214, 222 (3d Cir. 1983), overruled on other grounds

by ***Griffin v. United States***, 502 U.S. 46, 112 (1991). Also see, e.g., ***United States v. Parise***,

159 F.3d 790, 794 (3d Cir. 1998).

302.    *"There are three different terms used in **18 U.S.C. § 1028** to connote the culpable state*

*of mind requirement for an offense. They are: (A) "knowingly"; (B) "knowing"; and (C)*

*"with the intent." The first two are, for all practicable purposes, the same."*

> A.  *Knowingly: The first five subsections of section 1028(a) start with this term. A knowing state of mind with respect to an element of the offense is (1) an awareness of the nature of one's conduct, and (2) an awareness of or a firm belief in the existence of a relevant circumstance, such as the 'stolen,' the 'produced without lawful authority,' or 'false' nature of the identification document. **The knowing state of mind requirement may be satisfied by proof that the actor was aware of a high probability of the existence of the circumstance (e.g., stolen or false nature of the document), although a defense should succeed if it is proven that the actor actually believed that the circumstance did not exist after taking reasonable steps to ensure that such belief was warranted. Section 1028 follows the approach of the Model Penal Code [§ 2.02(7)] in dealing with <u>what has been called 'willful blindness,' the situation where the actor, aware of the probable existence of a material fact, does not take steps to ascertain that it does not exist.</u> Willful blindness would require an awareness of a high probability of the existence of the circumstance.*** [26] United States v. Jewell, 532 F.2d 697, 700 n. 7 (9th Cir.), cert. denied, 426 U.S. 951 (1976).*
>
> B.  *Knowing -- This term appears in sections 1028(a)(2) and (a)(6). As such, it applies to a knowledge of a relevant circumstance (e.g., **the character of the document as** "stolen" **or 'produced without lawful authority').** The above discussion of 'knowingly' is equally applicable to 'knowing.'*

---

[26] This "*affirmative defense*", should there be any attempt by TRUSTEES to use it, will be voraciously refuted based upon the principles behind "*respondeat superiors*"; which is to say that by intentionally constructing a system of hierarchical "*intervenors*" – whether derelict front line receptionist and information processors, or dysfunctional websites and automated "*complaint*" relay and processing pages – within a department as acting on the behalf of the "*head*" of that department – who otherwise are in place to interfere with and serve to provide a protective liability defense mechanism *designed* intentionally to conceal facts from department heads and prevent sovereign People – or to discriminate against sovereign disabled People by denial of access and/or accommodations – will not hold muster. Such a pre-meditated structure itself will be proven to cause the high probability that "*blindness*" will be the likely result of these types of designs.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

C. *With the Intent* -- *This term, which appears in sections 1028(a)(3), (a)(4), and (a)(5), is intended to mean the same culpable state of mind as that described by the term "purpose" in the Model Penal Code (§ 2.02).* **The distinction between 'with the intent' (i.e., 'purpose') and a 'knowing state of mind' was restated by Justice Rehnquist:** *'As we pointed out in United States v. United States Gypsum Co., 438 U.S. 422, 445 (1978),* **a person who causes a particular result** *is said to act* **purposefully if `he consciously desires that result, whatever the likelihood of that result happening from his conduct,' while he is said to act knowingly if he is aware `that the result is practically certain to follow from his conduct, whatever his desire may be as to that result.'** United States v. Bailey,* 444 U.S. 394, 404 (1980). [cited in USAM 9-64.400]"         (Bold and underlined emphasis added)

303.   Consequently, in light of all the above, it is clear that the likelihood is high that, within the scope of BENEFICIARY David Schied's breadth and depth of meticulously organized EVIDENCE and ALLEGATIONS about "*patterns and practices*" against CO-TRUSTEES – with such accumulation of civil and criminal CLAIMS supported by EVIDENCE of *SEDITION, TREASON, STATE INSURRECTION,* and *DOMESTIC TERRORISM* comes the higher level of *prima facie* likelihood that the "*probable cause*" criteria will be met for binding "*the accused*" CO-TRUSTEES over for criminal trials as these civil proceedings continue against these CO-TRUSTEES. As such, there are plenty of statutory references for issuance of just punishments and no wiggle room for there being any cause for dismissing BENEFICIARY's CLAIMS "*for lack of statutory provisions for punishments*" or for "*lack of claims upon which relief may be granted*".

304.   BENEFICIARY David Schied has levied herein a case chock full of ALLEGATIONS and EVIDENCE of "*Patterns and Practices*" of unconstitutional discrimination and retaliation against sovereign American People, of which BENEFICIARY Schied is herein acting on the behalf of himself (and others similarly situated), **with CLAIMS IN COMMERCE against the SURETIES of all TRUSTEES**, by way of the PUBLIC TRUST(s) guarantees of CO-

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

TRUSTEES' "*Oaths of Offices*" as fiduciary Public "*Officials*", "*Agents*", and "*Functionaries*". (Bold and underlined emphasis added)

**305.** MCL 168.80 of Michigan's election law stipulates that "*[e]very person elected to the office of secretary of state or attorney general, before entering upon the duties of his office, shall take and subscribe to the oath as provided in section 1 of article 11 of the state constitution, and shall give bond in the amount and manner prescribed by law*." Yet the facts show that when solicited by BENEFICIARY under the *Freedom of Information Act* ("FOIA"), the CO-TRUSTEES of the STATE OF MICHIGAN "*departments*", "*bureaus*", "*divisions*", "*sections*", "*units*", and "*agencies*" repeatedly reported that **no such ["*performance*"] bonds (or even "*blanket bonds*", "*blanket insurance*", or any other third-party bonding) could be found. These are well-preserved, documented FACTS.**

306. Similarly, MCL 15.36 stipulates that "*the lieutenant governor, deputy secretary of state, and deputy treasurer, shall each... take and subscribe the oath of office prescribed in the state constitution of 1963, and deposit the oath of office, with his or her bond....with the secretary of state, who **shall file and preserve the oath of office and bond in his or her office.**" Yet again, the facts show that when solicited by BENEFICIARY Schied over the past many years under the *Freedom of Information Act* ("FOIA"), the Secretary of State reports that **such bonds cannot be found.**

307. With regard to other state employees, MCL 15.91 states, "*[W]hen any civil officer appointed by the governor, or senate, or by the governor with the advice and consent of the senate of this state, is **required by law to give bond and to file the same** with any other officer than the secretary of state, he shall procure the certificate of such officer that such bond has been duly filed with him, and file the same with the secretary of state.*" Yet consistently with

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

what has been asserted above, when solicited by BENEFICIARY Schied under the *Freedom of Information Act* ("FOIA"), the Secretary of State reports that **such bonds cannot be found**.

308.   MCL 201.3(7) of TRUSTEES *"STATE OF MICHIGAN" REVISED STATUTES OF 1846* nevertheless maintains that, *"**Every office shall become vacant**, on the happening of any of the following events, before the expiration of the term of such office: (7) **His refusal or neglect to take his oath of office, or to give, or renew any official bond, or to deposit such oath, or bond**, in the manner and within the time prescribed by law."*

309.   According to information and belief, the reason for these financial instruments as guarantees to the sovereign People of Michigan against the derelict and criminal *"performances"* of STATE level TRUSTEES not being found in spite of being required by reference to numerous STATE laws, is because **the CO-TRUSTEES operating as fiduciary Public *"Officials"*, *"Agents"*, and *"Functionaries"* of the *"STATE OF MICHIGAN"* are otherwise <u>operating unconstitutionally and illegally while being *"self-insured"*</u> rather than being necessarily bonded or insured by third parties as financial guarantees against the TRUSTEES' wonton and intentional *"performance"* acts, being a blatant *"conflict of interest"*.** (Bold and/or underlined emphasis added)

310.   Meanwhile, MCL 168.422 holds that, *"**The office of circuit judge shall become vacant upon** the happening of...any offense involving the violation of his oath of office...or **his neglect or refusal to take and subscribe to the constitutional oath of office and deposit the same in the manner and within the time prescribed by law**."*

311.   Yet going back a full decade, when BENEFICIARY David Schied and numerous other *"concerned citizens and taxpayers"* had repeatedly notified the MICHIGAN GOVERNOR, the MICHIGAN ATTORNEY GENERAL, and the MICHIGAN COURT OF APPEALS of the *fact* that **the imposter sitting as the TRUSTEE 3rd CIRCUIT COURT (in *"WAYNE***

196

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

COUNTY") *"chief judge,"* Virgil Smith, had no *Oath of Office* on record with the SECRETARY OF STATE, and that he was otherwise committing numerous statutory crimes and constitutional violations against citizens under a *usurped* authority, and had additionally committed felony election fraud by listing himself by a fraudulently sworn petition in 2012 as being the *"incumbent judge"* when, in fact, he was no judge at all, none of the MICHIGAN GOVERNOR (Rick Snyder) nor the ATTORNEY GENERAL (Bill Schuette) nor the MICHIGAN COURT OF APPEALS bothered to even respond.

312.    The above factual actions, as supported in Evidence, took place in spite that MCL 201.7 (*"Removals from Off*ice") and MCL 21.47 (*"Uniform system of accounting"*) together make it incumbent upon the state Governor and Attorney General to *"conduct an inquiry into the charges made..."*, to obtain *"the endorsement of witnesses on the charges...as is required in criminal cases...,"* and to *"institute criminal proceedings...in any court of competent jurisdiction for the recovery of any public money...."* In fact, as cited by MCL 21.47, *"refusal or neglect to comply with "the[se] requirements...on the part of the attorney general...is sufficient cause for his or her removal from office by the governor."*

313.    Any plausible deniability that may be *affirmatively* presented by the state Governor and Attorney General, such as by reference to MCL 15.1 [27], MCL 15.2 [28], and/or MCL

---

[27] MCL 15.1 states in relevant part: *"Notwithstanding the provisions of any other law, officers and employees of all state departments and agencies that are required by statute or in the discretion of the director of the department covered, or otherwise to furnish bonds conditioned for their honesty or faithful discharge of their duties shall be covered by a blanket bond or bonds as a departmental group or as a state group by corporate surety companies as approved by the director of the department of administration."*

[28] MCL 15.2 states, *"Notwithstanding the provisions of any other law, officers and employees of all state departments and agencies that are required by statute or in the discretion of the director of the department covered, or otherwise to furnish bonds conditioned for their honesty or faithful discharge of their duties shall be covered by a blanket bond or bonds as a departmental group or as a state group by corporate surety companies as approved by the director of the department of administration."*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**15.5** [29], and **MCL 45.381** [30], **presents additional problems that can also be proven as matters of *fact* related to the barring of public liability claims against the sureties of the fiduciaries operating in state and county public offices, and against citizen claims of "*tort*" and/or "*errors and omissions*" by public functionaries and usurpers of such offices.** (Bold emphasis)

314.   **Interfering with the CLAIMS against quasi-government contracts of interstate commerce, CLAIMS against public officials' liabilities, and CLAIMS against statutorily ordered sureties and guarantees by constitutional Oaths, are constitutional violations as well as "*matters of important public interest*".** (Bold and underlined emphasis added)

315.   Governments tend to do essentially two things: (1) govern by law, and (2) do business by money, contracts, loans, etc. The SUPREME COURT has come to call the second category, in many circumstances, "*market participation*," and in those spheres the law often treats the government more as a private than public actor. As such, though public officials of the state can subscribe to the goods or services in the same way as its citizens, when it does so as a

---

[29] MCL 15.5 states, "*This act supersedes all statutes, or parts of statutes, relating to amounts, terms and conditions, execution, approval and filing of surety bonds required of officers and employees of state departments and agencies, which are inconsistent with this act.*"

[30] MCL 45.381 states, "*(1) Each officer or employee of a county that is required by statute to furnish a bond conditioned on the officer's or employee's honesty or faithful discharge of the officer's or employee's duties shall be covered by a blanket bond by a surety company approved by the county board of commissioners or by an individual bond by a surety company approved by the county board of commissioners for the officer or employee. (2) The county board of commissioners shall determine whether a single bond for all officers and employees or individual bonds for all officers or employees or a combination of a blanket bond and individual bonds best serves the county. (3) In determining adequate coverage, the county board of commissioners may obtain bond coverage with provisions relative to problems of a unique nature, including loss deductible or coinsurance provisions.*"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

market regulator, it very often violates the *Dormant Commerce Clause*, the *Privileges and Immunities Clause*, [31] and the *Michigan Antitrust Reform Act*. [32]

**316.** The above constitutional barriers are equally applicable when all three branches of the "*corporate*" municipality," the "*charter*" county and "*state*" agencies acting in their private capacities, are shown to be banding together and conspiring to undermine their fiduciary obligations and legal liabilities. This they are clearly doing when treating their own "*member*" officials differently than the sovereign American People as so-called "*citizens*" who are not members of those organizations.

**317.** The above has been found to be true with regard to who actually receives the *benefits* of public liability coverage that is purchased from taxpayer funds for the purpose of fulfilling, in relevant part, "*blanket*" performance contracts procured by and on behalf of public functionaries. Yet these performance contracts are consummated by the public declarations those functionaries make, orally and in writing, when they proclaim their Oaths to the state and United States constitutions.

---

[31] The *Dormant Commerce Clause* is a limitation on state sovereignty that serves to deter states from legislating on interstate commerce, which is in Congress's sole discretion, in ways that discriminate and promote economic provincialism. The *Privileges and Immunities Clause*, on the other hand, deters discrimination against protected populations based upon the denial of *important* and *fundamental* rights; See also, William B. Rubenstein, "*On What a Private Attorney General Is –And Why It Matters*," 57 V and. L. Rev. pp.2129-2173 (2004), "*Standing remains the distinction between those who represent the government directly and those who do so (supposedly) only incidentally to the pursuit of their own interests*"; pp.270-71, "*[L]aw and economics scholars are correct that there are private interests at stake in small-claims cases. But these private, compensatory features are not the only aspects of the small claims class action – such cases also serve the public function of deterring wrongdoing and thereby supplement governmental law enforcement*"; and, p.2141, "*The phrase arises most often in Commerce Clause jurisprudence, where the Court has held that if a state is acting as a market participant, not as sovereign, it may prefer the goods or services of its citizens, even though to do so as market regulator would violate the Dormant Commerce Clause. E.g., White v. Mass. Council of Constr. Employers, Inc., 460 U.S. 204, 206-15 (1983); Reeves, Inc. v. Stake, 447 U.S. 429, 434-47 (1980); Hughes v. Alexandria Scrap Corp., 426 U.S. 794, 802·10 (1976).*"

[32] *See* MCL 445.771 – MCL 445.788 *et. seq*.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**318.**   In evaluating the *predicate* and *secondary* offenses of the CO-TRUSTEES then, the RATIONAL STANDARD TEST is the judicial standard of review that examines whether a legislature had a reasonable and not an arbitrary or capricious basis for enacting a particular statute that is alleged to violate constitutionally protected interests. A law that touches on a constitutionally protected interest must be rationally related to furthering a legitimate government interest. In applying the rational basis test, courts begin with a strong presumption that the law or policy under review – which happens to be the state and federal constitutions to which the agents of the co-TRUSTEE have sworn their Oaths –is valid. **The burden of proof is on the party making the challenge to show that the law or the "*pattern and practice*" of policy implementation is *unconstitutional*. To meet this burden, the party must demonstrate that the implementation of the law or policy, by pattern and practice, does not have a rational basis. Thus, the RATIONAL STANDARD TEST is the primary baseline for determining the constitutionality of classifications that encroach upon constitutional rights, economic interests, or actions that blatantly discriminate against protected groups.**

**319.**   Beneficiary intends to show how all of these above factors play in proving that not only are the actions of the all of CO-TRUSTEES unconstitutional, they also comprise "*RICO*" crimes for which "*immunity*" is never to be either affirmatively offered or tortuously provided.

**COUNT EIGHT –**
**CONTEMPT OF CONGRESS / CDC ORDER ON EVICTION MORATORIUMS**
(Alleged Against All Named TRUSTEES)

320.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through SEVEN as if written again herein verbatim.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

321.  To be brief and concise, the FACTS, the EVIDENCE, and the other underlying causes of this Court action constitute gross – and repeated – *patterns and practices* of violations of BENEFICIARY's numerous Right to be secured in his *self-quarantined* home, free from being maliciously and tortuously evicted during a NATIONAL pandemic and <u>EVICTION MORATORIUM</u> issued by the CO-TRUSTEES of CENTERS FOR DISEASE CONTROL by the TRUMP PRESIDENTIAL ADMINISTRATION in conjunction with and in extension of legislation from CONGRESS via the <u>CARES ACT</u> and other multiple extensions of the eviction moratorium from December 2020 to the very present day of this instant *"ORIGINAL COMPLAINT"* filing.

322.  The *"eviction moratorium"* was announced on page 55292 of the FEDERAL REGISTER (**Federal Register** / Vol. 85, No. 173 / Friday, September 4, 2020 / Notices) as follows: *"<u>The Centers for Disease Control and Prevention (CDC), located within the Department of Health and Human Services (HHS) announces the issuance of an Order under Section 361 of the Public Health Service Act to temporarily halt residential evictions to prevent the further spread of COVID–19</u>.* This Order is effective September 4, 2020 through December 31, 2020.

323.  The above referenced *"CDC ORDER OF EVICTION MORATORIUM"* was issued under SECTION 361 of the PUBLIC HEALTH SERVICE ACT (<u>42 U.S.C. § 264</u>) and <u>42 CFR 70.2</u>.

324.  The instrument that *"activates"* the above *"CDC ORDER OF EVICTION MORATORIUM"* is the *"Renter's or Homeowner's **DECLARATION**"* (hereinafter referred to as **BENEFICIARY David Schied's "DECLARATION"**).

**325.**  As the EVIDENCE shows that all the named TRUSTEES were properly *"served"* with reasonable notice and copy of BENEFICIARY's notarized DECLARATION of sworn STATEMENTS OF TRUTH, reasonable cause exists that CO-TRUSTEES, by their *"tacit agreement"* of affirmative silence in failing completely to challenge the validity of the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

DECLARATION while moving forward instead with eviction proceedings in spite of the CDC ORDER, have long been in VIOLATION OF THE ORDER; and **therefore, CO-TRUSTEES have proven themselves as <u>subject to the penalties</u> issued by the CDC ORDER, <u>being both fine of a minimum of</u> $100,000 (if death does not occur) and <u>$200,000 (if an organization is involved) and up to a year in jail</u>.** (Bold emphasis added)

326.   The CRIMINAL PENALTIES for violators of the CDC ORDER specifically reads:

> "*<u>Criminal Penalties</u>. Landlords may be subject to steep criminal penalties for non-compliance with this new Order, including (1) a fine up to $100,000 if the violation does not result in a death, (2) a fine up to $250,000 if the violation results in a death, or (3) one year in jail instead of or in addition to a fine. <u>An organization violating this Order</u> may be subject to a fine of up to (1) $200,000 per event if the violation does not result in a death or (2) $500,000 per event if the violation results in a death.*"                                             (Bold emphasis)

327.   As has been the *pattern and practice* at all "*tier*" levels of CO-TRUSTEES operating "*RICO*" crime syndicates and domestic terrorist networks while being paid by the sovereign American People to be TRUSTEES <u>under Oaths and Duties to ENFORCE THE LAWS</u>, BENEFICIARY David Schied has meticulously documented the FACTS (as presented herein by this case) that **not only are the LOCAL co-TRUSTEES acting criminally in malfeasance by condoning and reinforcing CO-TRUSTEES Ava Ortner and Donald Thorpe having persisted with an illegal eviction in spite of the CDC ORDER, but so too are all of the STATE and NATIONAL level CO-TRUSTEES supporting these "*predicate*" CRIMINAL acts through their own "*secondary*" CRIMINAL of <u>*CORRUPT*</u> gross negligence and malfeasance, predicated through their *affirmative* acts of "*aiding and abetting*" as facilitated through *tacit agreements.***

328.   **<u>All CO-TRUSTEES</u>** – had been placed on proper NOTICE that the impending THREATS OF VIOLENCE were being imposed by CO-TRUSTEES Ava Ortner and others involved in the underlying FRAUDULENT LAND CONTRACT involving the agents of COLLIERS

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

INTERNATIONAL (acting in their private and CORPORATE capacities) and of the CITY OF NOVI (being Bill Gatt and his fellow NOVI CITY COUNCIL members acting in their private and public capacities) as fully explained in BENEFICIARY David Schied's DECLARATION – **have placed BENEFICIARY Schied in the position acting in his own SELF-DEFENSE against these THREATS *"Dangerous to Human Life"*.**

329.   **Thus, all TRUSTEES have also placed BENEFICIARY David Schied in the position of *"SLAVERY"* by forcing Beneficiary to *"pick up the (proverbial) ball"* for the NATIONAL level TRUSTEES, and do their jobs for them, without any just compensation or even a single offer of *"consideration"* for his ENFORCEMENT actions; even as these actions had been and continue to be exerted by BENEFICIARY under duress and repeated DEATH THREAT, and of being further *"evicted"* from his home into the snowy, cold barren, diseased environment of a CORONAVIRUS PANDEMIC – as a known *"totally and permanently disabled quad-amputee"* – without any human rights, common law, statutory, constitutional, or civil rights intervention whatsoever by ANY of the CO-TRUSTEES named herein by this case.** (Bold and underlined emphasis added)

330.   For these collective violations, BENEFICIARY is due his *"day in Court"* with ACCESS to both a PETIT JURY and a GRAND JURY of the sovereign People as the *"final arbitrators"* of the many civil and criminal matters placed before this instant ARTICLE III COURT OF RECORD.

331.   **Moreover, given the background history and the potential for continued THREAT OF VIOLENCE from CO-TRUSTEES and their agents until REMEDY is established, this Court has the additional reason to EXPEDITE the matters forward to JURY TRIAL and GRAND JURY INVESTIGATION, rather than to follow the current *pattern and***

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*practice* of "*kicking the can down the road*" by furthering the maxim of "*justice delayed is justice denied*".

## COUNT NINE –
## "*FORCED SERVITUDE*" – VIOLATION OF THE THIRTEENTH AMENDMENT
### (Alleged Against All Named TRUSTEES)

332.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through EIGHT as if written again herein verbatim.

333.    TRUSTEES' *pattern and practice* of abandoning their Oaths and Duties as fiduciaries under the PUBLIC TRUST, has placed **BENEFICIARY** as one of the sovereign American People who have – through his Posterity as born and raised an "*American*" patriot and State national – "*created and ordained*" the constitutions of the STATE and the UNITED STATES that CO-TRUSTEES have also clearly abandoned, **has had to RECALL his sovereign Powers under the NINTH AMENDMENT and TENTH AMENDMENTS, and to do the jobs of the TRUSTEES for them – without any form of compensation or consideration for his labors.** (Bold and underlined emphasis added)

334.    This, by definition, is SLAVERY, being "*FORCED SERVITUDE*" by which taxpayer payments for "*law enforcement*" is otherwise going to the very CO-TRUSTEES who are civilly and criminally violating the laws at BOTH the "*predicate*" and the "*secondary*" RICO levels in repeated circular patterns of administrative malfeasance; and to such a high degree as to create the conditions of STATE *INSURRECTIONISM* and *DOMESTIC TERRORISM*.

335.    Again, these matters are known to be "*LIFE THREATENING*" and "*dangerous to human life*" for not only BENEFICIARY in his current "*eviction*" circumstance, but as CO-TRUSTEES Everett Stern and TACTIVAL RABBIT have made amply known, the dangers –

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

even if just by the CO-TRUSTEES of MDHHS and the STATE OF MICHIGAN – include other sovereign Americans who are categorized in *classes* and *populations* of "*similarly situated*", being "*poor*", "*elderly*", and/or "*disabled*".

336.    Needless to say, all other Americans who are unwittingly supporting these insurrectionists and domestic terrorists through the obedience of surrendering their taxation upon their own labors to these very same NATIONAL CRIMINALS are also being victimized by CO-TRUSTEES' acts "*dangerous to human life*", as they threaten the Rights to *Life, Liberty, Property, and to the Pursuit of Happiness* of ALL OTHER PATRIOTIC AMERICANS.

337.    As such, **the blatant violations of both OATH and DUTIES as agreed to publicly by the CO-TRUSTEES constitutes "*FALSE CLAIMS*", for which these TRUSTEES have unjustly enriched themselves at the taxpayers' expense. These funds are "*ill-gotten gains*" for these CO-TRUSTEES that are otherwise debts to be paid back to the sovereign People.** With the demonstrated propensity of TRUSTEES to refuse their obligation to hold their fellow TRUSTEES accountable for these FALSE CLAIMS, the job has transferred to BENEFICIARY as a "*Federal Whistleblower*", for which just compensation is hereby owed under the FALSE CLAIMS ACT, and likely also owed in the event that this filing evolves into a case of "*joinder*" by "*others similarly situated*", as ready to also be handled by BENEFICIARY David Schied acting in the capacity of a PRIVATE ATTORNEY GENERAL[33] and/or as a "*Private Public Proxy*" in the Common Law. (Bold emphasis added)

338.    It is well established that many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*, one of the earliest cases construing

---

[33] Here, BENEFICIARY David Schied refers to the PRIVATE ATTORNEY GENERAL DOCTRINE working in conjunction with the Civil Rights Attorney Fees Award Act of 1976, which permits courts to award fees to a prevailing party when the suit has furthered a congressional policy envisioning private enforcement of federal law. See *Lee v. Southern Home Sites Corp.*, 444 F.2d 143 (5th Cir. 1971) and *Newman v. Piggie Park Enterprises*, 390 US 400 (1968) (*per curiam*)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

the CIVIL RIGHTS ACT OF 1964, the CO-TRUSTEES "*UNITED STATES SUPREME COURT*" ruled that:

> "*A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority.*"

339.   It is well established that many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*, one of the earliest cases construing the CIVIL RIGHTS ACT OF 1964, the United States Supreme Court ruled that:

> "*A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority.*"

340.   The rationale behind that principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large or to further a congressional policy envisioning private enforcement of federal law. (See *Lee v. Southern Home Sites Corp.*, 444 F.2d 143 (5th Cir. 1971).

341.   In tandem with the above, with regard to the STATE and NATIONAL CO-TRUSTEES, the ALLEGATIONS and EVIDENCE show a "*Pattern and Practice*" of unconstitutional DISCRIMINATION and RETALIATION against BENEFICIARY David Schied – and others similarly situated – who have established evidence of their having CLAIMS IN COMMERCE such as the claims long established by BENEFICIARY David Schied – and agreed to by CO-TRUSTEES of the USDOE, the SSA, the U.S. DEPARTMENT OF TREASURY, and the quasi-government private entities of ECMC, NELNET, PHEAA, and the THREE CREDIT BUREAUS through their tacit agreement with the FEE SCHEDULES and past several years of billing statements – with regard to "*fraudulent student loan debt collection practices*" that

206

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

have been illegally implemented for the better part of this past decade by these same CO-TRUSTEES (along with an extended documentation of *"conspiracy"* history involving SALLIE MAE SERVICING, the PHEAA fictional name of "EDFUND", and NAVIANT).

342.   As such, there is reasonable cause for believing that <u>such CLAIMS IN COMMERCE against CO-TRUSTEES are valid as being now in DEBT COLLECTIONS</u> after BENEFICIARY David Schied has:

a) First, meticulously documented his claims against CO-TRUSTEES of the USDOE, NELNET, ECMC, PHEAA (a.k.a. *"EDFUND"*) the SSA, the U.S. TREASURY, (SALLIE MAE and NAVIANT), and the THREE CREDIT BUREAUS; before then ...

b) Second, submitting FEE SCHEDULES for administratively *"servicing"* CO-TRUSTEES' *patterns and practices* of tacit agreement, gross negligence and malfeasance, which were affirmatively employed in joint effort to COERCE the BENEFICIARY (and others similarly situated) into *"slavery"* – by having BENEFICIARY carry out the functions himself of the CO-TRUSTEES such as is the basis of the instant *"qui tam"* action under the FALSE CLAIMS ACT – being also THIRTEENTH AMENDMENT violations; and finally ...

c) Third, engaging CO-TRUSTEES in common law DEBT COLLECTION action through administrative billings, costs of mailings, and a plethora of accounting tasks despite BENEFICIARY being a novice in these time-consuming and expensive *"jobs"* being forced upon him by CO-TRUSTEES.

343.   Therefore, the action of BENEFICIARY David Schied, acting as *Qui Tam* "*whistleblower*" and "*debt collector*" for the sovereign People as *"taxpayers"* under the FALSE CLAIMS ACT, is reasonably justified and legally warranted for helping BENEFICIARY get out of the "*fix*" – and arguably, for helping the sovereign American People get out of their *fix* too – that the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

corrupt CO-TRUSTEES have put him/us by forced CRIMINAL acts, in this most recent situation, to evict BENEFICIARY from his home of the past eight and a half (8 ½) years of his honorable living.

## COUNT TEN –
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
(Alleged Against All Named TRUSTEES)

344.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNT ONE through COUNT NINE as if written again herein verbatim.

345.   For the same reasons, BENEFICIARY David Schied – acting as *Qui Tam* "*whistleblower*" and "*debt collector*" for the sovereign People as "*taxpayers*" under the FALSE CLAIMS ACT, the CIVIL RIGHTS ACT of 1964, and PRIVATE ATTORNEY GENERAL DOCTRINE – BENEFICIARY is reasonably justified and legally warranted by exposure of to their CO-TRUSTEES' fraudulent accounting and various fraudulent debt collection practices.

346.   Similarly, by the long-term track RECORD also amassed as created from the CO-TRUSTEES' many years of "*tacit agreements*" while receiving BENEFICIARY's equally many years of common law FEE SCHEDULES and  BILLING STATEMENTS, thus acting in silence and without reasonable personal challenge, recognition, or rebuttal, BENEFICIARY David Schied has every right to use that track record as a reasonable place to start in determining the amounts owed by CO-TRUSTEES as official "*DEBTORS*" to BENEFICIARY, and to the other sovereign American People across the United States of America.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**COUNT ELEVEN** –
MALICIOUS PROSECUTION AND ABUSE OF PROCESS
(Alleged Against All Named TRUSTEES)

347.    For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats

the paragraphs above as written for COUNT ONE through COUNT TEN as if written again

herein verbatim.

348.    The term *"process"* refers to the proceedings in any civil lawsuit or criminal prosecution

and usually describes the formal notice or writ used by a court to exercise jurisdiction over a

person or property. Such process compels the defending party to appear in court, or comply

with an order of the Court. It may take the form of a **summons, mandate, subpoena, warrant**,

or other written demand issued by a court. When one files suit, one normally has a summons

issued by the court which compels the defendant to appear within thirty days to contest the

matter. See ***American Litigation.***

349.    *"Abuse of process"* refers to the improper use of a civil or criminal legal procedure for an

unintended, malicious, or perverse reason. **It is the malicious and deliberate misuse of**

**regularly issued civil or criminal court process that is <u>not justified by the underlying legal</u>**

**<u>action</u>**. (Bold and underlined emphasis added)

350.    Abuse of process includes litigation actions in bad faith that is meant to delay the delivery

of justice. Examples include serving legal papers on someone which have not actually been

filed with the intent to intimidate; or **<u>filing a lawsuit without a genuine legal basis in order</u>**

**<u>to</u>** obtain information, force payment through fear of legal entanglement or **<u>gain an unfair or</u>**

**<u>illegal advantage.</u>** (Bold and underlined emphasis added)

351.    In this case, **<u>CO-TRUSTEES at the LOCAL level have blatantly displayed their</u>**

**<u>abuses of process by the FACT that they engaged a court case for eviction</u>** – during known

STATE and FEDERAL *"eviction moratoriums"*, and against a *totally and permanently*

209

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*disabled quad-amputee* who was otherwise fully paid up in obligatory *consideration*, and who was otherwise living peaceably under the protection of "self-quarantine" – **is the malicious and deliberate misuse of regularly issued civil or criminal court process.**

352.   Not only was this illegal action executed maliciously and tortuously by the LOCAL CO-TRUSTEES, it was done deliberately to obfuscates the FACT that these LOCAL CO-TRUSTEES were interested only in accomplishing some other improper purpose that would otherwise substantiate BENEFICIARY initiating countermanding civil and criminal court proceedings AGAINST THEM.

353.   CO-TRUSTEES' abuse of process is an intentional **tort.** By definition, "*abuse of process*" encompasses the entire range of procedures incident to the litigation process. Pellegrino Food Prods. Co. v. City of Warren, 136 F. Supp. 2d 391, 407 (W.D. Pa. 2000).

354.   Therefore, the determination of what is unfair and wrong about the allegedly "*CRIMINAL*" tactics being by CO-TRUSTEES operating at the so-called "52-1 DISTRICT COURT" as an alleged continuing financial crimes enterprise, is simply a matter for a higher ARTICLE III COURT OF RECORD to determine.

355.   Thus far, the EVIDENCE against CO-TRUSTEES Travis Reeds and the 52-1 DISTRICT COURT shows that while the signing "*clerks*" on documents of process remain completely unidentified, so too are the so-called "*judges*" of that enterprise representing the CO-TRUSTEES of the STATE OF MICHIGAN also getting away with unidentifiable and unaccountable scribbles as "*signatures*" on purported "*official*" documents – similarly as the clerks – on "*SUBPOENAS*" and "*JUDGMENTS*" with no printed names and no "P-#" identifying even their membership number to the STATE BAR OF MICHIGAN crime syndicate and domestic terrorist network.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

356.    Further, all of this jokingly appears on FORMS that the CO-TRUSTEES use that profess to be required to bear the *"seal of the court"* to be official, but actually do not have such seals. Moreover, in *"serving"* such documents, CO-TRUSTEES as all principals with memberships in the STATE BAR OF MICHIGAN crime syndicate, all disregard the BENEFICIARY is, by law, to be provided with proper "accommodations" as a totally and permanently disabled recent quad-amputee. Not that this matters anyway to these domestic terrorists, because they routinely exhibit the *pattern and practice* of depriving unwary "defendants" of due process by the *"plaintiff's"* attorney intentionally holding off on *"service of process"* until less than two business days prior to the "eviction hearing".

357.    The unidentified CO-TRUSTEES of the 52-1 DISTRICT COURT are even worse. They do not send out subpoenas until the hearing is over and it accompanies the railroaded so-called *"judgment"*. In any event, as is the case herein, even when *"targeted"* BENEFICIARY manages to comply in responding by the *"due date"* for filing timely and DATE-STAMPED (by the 52-1 DISTRICT COURT) disagreements with how this entire process was mishandled, the CO-TRUSTEES simply ignore that too and go forth with the added criminal action of issuing an *"ORDER OF EVICTION"*, also sending uniformed officers with GUNS to the door to carry out the threat on the forced CRIMINAL eviction.

358.    By the EVIDENCE it is clear that CO-TRUSTEES are altogether affirmatively employing illegal tactics of *"weaponized due process"* and *"simulated legal proceedings"* under color of law to deprive BENEFICIARY David Schied of his STATE and FEDERAL constitutional guarantees, as well as his international Human Rights guarantees.

359.    Equally obvious is the fact that they executing these crimes in a conspiracy fashion, with other *"wheel"* and *"chain"* entities as CO-TRUSTEES operating a *"targeted"* common objective of THREATENING THE LIFE, LIBERTY, and PROPERTY of law-abiding

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

BENEFICIARY so to circumstantially place BENEFICIARY at a distinct legal disadvantage through "*fraud by omissions*" and other types of FELONY fraud, including "*FRAUD UPON THE COURT*".

360.　"*Abuse of process*" is demonstrated further by CO-TRUSTEES continuing to *LIE BY OMISSIONS* for the previous full three months after being placed on formal "*official*" notice about the "*CDC ORDER OF EVICTION MORATORIUM*"; whereby they have used the "*legal process*" to heighten their initial levels of legal harassments between August and September as described many pages back in other sections of "*FACTS*" and "*ARGUMENTS*"; and to thereafter move more intensively into this form of <u>fraudulent</u> "*service of process*" that violates all standards and court rules of "*due process*" for even any "*normal*" person.

361.　Cognizable injury for abuse of process is limited to the harm caused by the misuse of process. <u>Heck v. Humphrey, 512 U.S. 477 (U.S. 1994)</u>. In this case, that injury includes everything that has occurred between mid-September 2020 through the present day as now April 2021, with a FRAUDULENT "*Judgment*" issued by the unidentified agents of the TRUSTEES "52-1 DISTRICT COURT" as otherwise being earlier proven (i.e., years ago by BENEFICIARY Schied in a video documentary posted publicly since around 2018 posted at: <u>https://www.youtube.com/watch?v=kkojn6BP3L0</u> ) as being truly a <u>CONTINUING FINANCIAL CRIMES ENTERPRISE</u>.

362.　**In order to establish a cause of action for malicious prosecution of either a criminal or civil proceeding, a plaintiff has to prove that the prior action (1) was commenced by or at the direction of the defendant and was pursued to a legal termination in his, plaintiff's favor; (2) was brought without probable cause; and (3) was initiated with malice.** See *Babb* v. *Superior Court* (1971) 3 Cal.3d 841, 845 (92 Cal. Rptr.) 179, 479 P.2d 379; *Grant* v. *Moore* (1866) 29 Cal. 644, 648; *Albertson* v. *Raboff* (1956) 46 Cal.2d 375, 383

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

(295 P.2d 405). In this case the evidence proves all three as FACTS to be presented to both a PETIT JURY and a (federal) SPECIAL GRAND JURY.

363.  **In this case, the FACTS also prove that:**

a)  CO-TRUSTEES Ava Ortner and Donald Thorpe, Jr. actions were initiated with malice, in RETALIATION against BENEFICIARY Schied asserting his Rights as a totally and permanently disabled quad-amputee, to ADA-required accommodations of time and other factors as openly stated in multiple discussions on RECORDED digital audio just prior to RETALIATION taking place, which was also RECORDED in text messages and phone discussions;

b)  The *"eviction proceedings"* were brought *"without probable cause"* because BENEFICIARY can prove that CO-TRUSTEES were *"reasonably informed"* multiple times about the "CDC ORDER OF EVICTION MORATORIUM" and that BENEFICIARY Schied was in compliance with that ORDER by way of openly providing a written *DECLARATION* that CO-TRUSTEES deceitfully treated silently with *"tacit agreement"*, and never either informally challenged or legally rebutted, despite having ample such opportunity to do so;

c)  The *"eviction proceedings"* were both commenced and *"prevailed"* by CO-TRUSTEES' schemes of FRAUD and *"weaponized due process"* while incorporating other CO-TRUSTEES of the STATE BAR crime syndicate and domestic terrorist network – being Dominic Sylvestri, Travis Reeds, and Victoria Roberts – resulting in the *"legal termination"* of BENEFICIARY's common law Right to continue peacefully inhabiting the home.

364.  **MOTIVE as an element:** Arguing that CO-TRUSTEES had an ulterior motive or purpose required in an abuse of process action can be **in the form of *coercion* to obtain a collateral**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**advantage that is not properly involved in the proceeding.** *Nienstedt v. Wetzel,* 133 Ariz. 348 (Ariz. Ct. App. 1982). In this case, the "*collateral advantage*" not properly involved with the proceeding has been repeatedly proven by the RECORDED FACTS, the availability of multiple WITNESSES, and the undeniable "CDC ORDER OF EVICTION MORATORIUM" and EVIDENCE of the "*Certified Mail*" delivery of the sworn, notarized *DECLARATION* of BENEFICIARY David Schied issued in "*good faith*" compliance with that 9/14/20 CDC ORDER under the TRUMP ADMINISTRATION and CONGRESS through the predeccor of the CARES ACT.

365. Actual malice is often not required in an abuse of process claim. The improper purpose element of an abuse of process claim can take the form of coercion to obtain a collateral advantage, not properly involved in the proceeding itself. Therefore, it is the use of the process to coerce or extort that is the abuse, and need not be accompanied by any ill will. [*See* Swicegood v. Lott, 379 S.C. 346 (S.C. Ct. App. 2008).]

366. A want of probable cause need not be established in order to claim for abuse of process. *United States v. Chatham,* 415 F. Supp. 1214 (N.D. Ga. 1976). However, facts which shows that the person commencing the litigation had knowledge or had reason to know that his/her claim was groundless will be relevant to prove that the process was used for an ulterior purpose *Fishman v. Brooks,* 396 Mass. 643 (Mass. 1986)].

367. Persons using a legal process with malice in order to attain a personal purpose not similar to what is the crux of the litigation, are liable for intentional tort of abuse of process. **Any person who procures unnecessary and improper initiation of a process by a third party will also be liable for damages for abuse of process. If a non-litigant who actively participate in a civil proceeding that results in an improper initiation of proceeding, s/he can be liable for damages for abuse of process.** This applies to those such as CO-TRUSTEES

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

Paul Gobeille, Michael Yamada, COLLIERS INTERNATIONAL, and CO-TRUSTEES NOVI CITY COUNCIL and CITY OF NOVI, in addition to CO-TRUSTEES Dominic Sylvestri, Travis Reeds, and Victoria Roberts. All had interest in and were associated with the underlying "LAND DEVELOPMENT DEAL" by their tacit agreement with the continuation of these FRAUDULENT legal proceedings **after they too were notified by BENEFICIARY about their land development "*enterprise*" being exposed by the FACTS included in the formal sworn *DECLARATION* that BENEFICIARY delivered to the CO-TRUSTEES.**

368.    The use of criminal process in the court system in an effort to collect a civil debt will support an action for *abuse of process* also. McCornell v. City of Jackson, 489 F. Supp. 2d 605, 610 (S.D. Miss. 200). In an action for abuse of process, the injured person has a remedy against anyone who intentionally procures, participate in, aid, or abet the abuse of process. **Anyone who advises or consents to, adopts or ratifies the abusive acts will also liable as joint tortfeasors.** Again, this applies, minimally, to all of the CO-TRUSTEES named above – at minimum – associated with the underlying "*LAND DEVELOPMENT DEAL*".

369.    Beneficiary is also extending his both "*civil*" and "*criminal*" CLAIMS for "*aiding and abetting*" in the "*predicate*" level abuses by inclusion of "*secondary*" level CLAIMS for tort liability and criminal gross negligence / malfeasance to the NATIONAL level CO-TRUSTEES too, by their "*tacit agreement*" in support of these alleged lower level "*RICO*" CRIMES.

370.    STATE BAR crime syndicate and domestic terrorist members associated with this case may *think* they are protected from the liability for defamation that occurs as a result of these "*sham*" court proceedings. However, such protection may not provide any attorney with an absolute defense to liability for abuse of process. See *Alexandru v. Dowd*, 79 Conn. App. 434 (Conn. App. Ct. 2003). Therefore, an attorney – even an unidentified "*judge*" as a CRIMINAL co-conspirator such as in this case – can and SHOULD be made liable for damages for abuse

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

of process for acts that include personal acts, or acts of others instigated and carried on through these STATE BAR crime syndicate and domestic terrorist members as the agents for their fellow CO-TRUSTEES, being their instigators and conspirators. *See Lambert v. Breton,* 127 Me. 510 (Me. 1929). *See also, Journeymen, Inc. v. Judson,* 45 Ore. App. 249 (Or. Ct. App. 1980): A plaintiff has to establish that the alleged misconduct resulted primarily from the attorney's ulterior motive or malice to state a claim for abuse of process against an attorney.

371.   Beneficiary asserts herein, by reference to the FACTS and ARGUMENTS delivered elsewhere herein, again "*in spades*", that the above conditions are to be proven easily in BENEFICIARY's favor in the future prosecution of BENEFICIARY's own case – **which is also a case being prosecuted on behalf of the REAL "***government of, by, and for***" the sovereign People of the United States of America** – against these RACKETEERS, INSURRECTIONISTS and DOMESTIC TERRORISTS.

**COUNT TWELVE –**
**SEDITION, TREASON, INSURRECTION, and DOMESTIC TERRORISM**
(Alleged Against All Named TRUSTEES)

372.   BENEFICIARY David Schied reiterates paragraphs 1-371 above as if written herein verbatim insofar as these paragraphs provide reasonable explanations for naming each of the member CO-TRUSTEES and providing generalized explanations for their categorical inclusion in this instant lawsuit by way of the FACTUAL allegations against their affirmative acts of discrimination, retaliation, RICO crimes, sedition, treason, insurrection, and domestic terrorism.

373.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNT ONE through COUNT ELEVEN as if written again herein verbatim.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

374.   The constitutions of the STATES and of the UNITED STATES governments were originally designed as *"PUBLIC TRUST"* documents, establishing fiduciary obligations of *"TRUSTEES"* toward the *"TRUST BENEFICIARIES,"* with certain penalties for breaches of duties for public *"servants"* constituting RICO crimes, Sedition. Treason, Insurrection, and Domestic Terrorism against both the people and the government of the STATES and the UNITED STATES.

375.   The *pattern and practice* of discretionary *cherry-picking* and misapplying administrative procedure to substantively undermine the outcome of BENEFICIARY David Schied's – or any American's – numerous *"cases"* and *"complaints"* then, can be found to be intentional violations of BENEFICIARY's *"state"* and *"Federal"* constitutional guarantees of Rights under those sacred American institutions of the PUBLIC TRUST.

> *"Today...a Federal Rule of Civil Procedure is not a valid procedural rule under the Rules Enabling Act if it abridges, enlarges or modifies a substantive right."* [34]

376.   BENEFICIARY Schied, however, recognizes that the distinction that separates *substance* and *procedure* is not only vexing but consequential. It appears that wherever the line is drawn between the two depends upon the purpose for drawing that line.

> *"But of course, flexibility cannot be achieved without severely compromising the values of predictability and uniformity. ... Thus, this jurisprudence is largely ad hoc because the categories of substance and procedure were not fully formed when codified and have not been crystalized since."* (*ibid*)

377.   *"Procedure is substance"* because procedure has had the power and the effect changing the outcome of all cases brought to the attention of TRUSTEES. ***"No procedural decision can be***

---

[34] Main, Thomas O. *The Procedural Foundation of Substantive Law*. Washington University Law Review, Vol. 87 (2009). pp.17-20. As also found on 4/19/21 at: https://www.thefreelibrary.com/amp/The+procedural+foundation+of+substantive+law.-a0238426220

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

_**completely neutral** in the sense that it does not affect substance._" (*ibid*) (Bold emphasis added)

378.   Conversely, "*substantive law...is constructed with a specific procedural apparatus in mind to vindicate the rights created or the responsibilities assigned by that substantive law.*" So, CO-TRUSTEES could not authoritatively use summary and conclusive substantive law that is not "*trans-procedural*" unless "*the rights and responsibilities assigned are could be fulfilled and realized in any procedural system.*" (*ibid*)

379.   **Perhaps separating *procedure* and *substance* for analysis of CO-TRUSTEES' alleged Seditious and Treasonous actions will take a *hybrid* approach to resolve the above perplexities involved with the procedure being inherently substantive, and substance being inherently procedural.** Perhaps the current doctrine and procedures of the instant "*(federal) forum*" should be "*bound up*" with state-created rights to substantially "*intertwine the rule with the basic right of recovery.*" [35]

380.   Another analysis applied to this "*procedure-substance*" dichotomy in deciding upon TRUSTEES' affirmative and fiduciary actions in this case is the type of scenarios that are being presented by BENEFICIARY's allegations of there being certain a "*patterns and practices*" involved. Perhaps this Court should consider – given that no procedural decision can be completely neutral of its control over substantive consequences – the motives and the

---

[35] (*ibid*) "*All informed observers of the litigation process should already understand [this]....When the discovery rules were adopted in 1938 they were expected to make a trial less about sport and ambush, and more about truth and evidence.*") Also, when "*scholars have analyzed the substantive capacity of numerous procedural devices and doctrines...*[they have reported that the bulk of] *procedural reforms have intentionally, relentlessly and successfully weakened civil rights and discrimination laws....This is dangerous because procedural reforms can have the effect of denying substantive rights without the transparency, safeguards and accountability that attend public and legislative decision-making.*" (As stated by Rep. John Dingell at a Regulatory Reform Act Hearing in 1983, "*I'll let you write the substance...you let me write the procedure, and I'll screw you every time.*") (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

methodology used by the CO-TRUSTEES who are subjectively exercising their discretion on where to "*draw the lines*" in the application of procedural rules.

381.   Such an analysis is comprehensively discussed by Columbia University Law School professor George P. Fletcher in his article, "*Parochial Versus Universal Criminal Law*." **Fletcher's article centers on treason** and **his analysis**, in so many ways, **pitches the self-interest** (or "*parochial*") **of the government against the protection of the** ("*universal*") **interests of the people at large** (in the English-speaking world). (Bold and underlined emphasis added)

382.   Fletcher begins with the maxim, "*nullen crimen sine lege*" ("*no crime without law*"), which is presented with the reminder that "*[t]he legislation might come in many forms*," and "*to advise potential offenders of the criteria of liability, to restrain judges in their exercise of discretion and to seek a measure of uniformity and equality in the prosecution of offenders*." **The article explores what actions might be exercised by states (and the people intrinsically "*establishing and ordaining*" the state) in the expression of their "*sovereignty*." The analyses presented in this article is constitutionally relevant since it points out that "*the first memorable statute to define a crime in English history addressed the subject of treason*."** (Bold and underlined emphasis added)

383.   **Not so coincidentally, the first crime to be referenced by the CONSTITUTION OF THE UNITED STATES – and giving cause for the disqualification and removal** (of the President) **from government office – is Treason** (followed by Bribery, and "*other high Crimes and Misdemeanors*"). Just as importantly, **"*Treason*" was even given its own section ("*Section 3*") of the CONSTITUTION by the Founding Fathers, falling under ARTICLE III in reference to "*The Judicial Branch*." The American CONSTITUTION defines treason** against the (sovereign People of the) *United States of America* **as consisting only**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*in levying War against [the United States], or in <u>adhering to their Enemies, giving them</u> <u>Aid and Comfort</u>.*" [36] (Bold and underlined emphasis added)

384.    Considered historically as a "*parochial crime*," **treason** constituted a moral wrong that **could *only* be perpetrated by those otherwise expected to have openly professed their OATH and ALLEGIANCE to protecting the stability of the existing (government) power.** In other words, "*outsiders are not bound by the same [such] duties of loyalty.*" **Therefore, "***domestic***" nationals, particularly those employed in government and endowed with fiduciary governmental power**, not foreigners, **can and do commit acts of treason.** (Bold emphasis)

---

[36] *See* <u>U.S. Constitution, Art. III, s.3, clause 1</u>. Also note that this definition aligns in certain ways with the statutory definition of "*domestic terrorism*" as found in a previous footnote: <u>18 U.S.C. §2331</u> defines "*domestic terrorism*" as "***acts that appear to be intended to influence or coerce a civilian population or the policy of government.***" Note that, "***[a]s defined here [by Fletcher (p.21)], treason appears to be an offence committed first in the heart, by 'adhering to the enemy'.***" Fletcher added, "*This subjective element was supplemented by a requirement of an overt act.*" [See generally G. P. Fletcher, <u>*Rethinking Criminal Law*</u> (Oxford: Oxford University Press, reprinted 2000), pp. 207-213.] "*Even when nationals owe a duty of loyalty to the mother country, the bearers of that duty might have strong moral reasons for rejecting it. Americans know this well, for those who signed the <u>Declaration of Independence</u> all committed treason against the Crown. They were loyal neither in their hearts nor in their deeds*." Fletcher. "<u>*Parochial Versus Universal Criminal Law*</u>" (p.22)

  Fletcher additionally noted that though "*[t]reason has remained on the books in all Western countries, but it is invoked less and less often and treated as a suspect crime that reflects the climate of local political interests.*" BENEFICIARY Schied concurs with this finding; however, **BENEFICIARY asserts that such "***local political interest***" rests with numerous state and federal judges themselves who are protecting their own personal interests and their "***conflict of***" interests by their associations with others, particularly with their peer group of other judges and attorneys as all members of the ultra-corrupt TRUSTEES at the STATE BAR OF MICHIGAN under supervision of what has been otherwise deemed a "***thoroughly corrupt and broken***" system operated by TRUSTEES of the MICHIGAN SUPREME COURT. (This statement comes from BENEFICIARY Schied's personal experience, plus his having a brief but rewarding relationship with the late <u>Justice Elizabeth Weaver</u>, in which she had invited BENEFICIARY Schied to her home for lunch and an extensive discussion on the topics of Tyranny and Treason as these terms related to the content of her book, "<u>*Judicial Deceit: Tyranny and Unnecessary Secrecy at the Michigan Supreme Court*</u>" co-**authored by former newspaper reporter/editor, *cold-case* investigator and documentary filmmaker, and university professor, Dr. David Schock.) (Bold emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

385.  BENEFICIARY Schied maintains that this would stand true when the criminal (and/or "*coercive*") acts – **even when left unpunished and/or covered up by "*discretionary*" acts of the STATE ADMINISTRATION and/or of the NATIONAL ADMINISTRATION** – are substantively committed, either overtly or procedurally "*under color of law*" against the *person* (against a "*class*" of people, or against the populace at large), against the policies and laws of the *STATE*, and/or against the policies and laws of the federal *UNITED STATES*. (Bold emphasis added)

386.  Acts of individual TRUSTEES and the "*patterns and practices*" documented by BENEFICIARY David Schied, as having been emanated from the CO-TRUSTEES – even if by *secondary-level* way of affirmative, gross negligent failure to act, by malfeasance, by affirmative omissions and misstatements, or by affirmative silence as by "*tacit agreement*" with the *predicate-level* actions – have presented reasonable questions about "*official*" legitimacy of CO-TRUSTEES' various appointed or elected positions and titles. Some of that documentation has prompted questions for abstract research analysis. **Other of this documentation has led to rational questioning and speculation that can be appropriately attributed to a tortuous criminal spectrum of "*official misconduct*" that ranges from malicious *abuse of discretion*, to routine *deprivations of rights under color of law*, to the commission of *treasonous acts of domestic terrorism*.** (Bold emphasis added)

387.  Whatever theories are developed respective of these state and federal government activities, these theories can be no more or less as varied and befuddling as the actions of the STATE and NATIONAL government officials themselves.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

388.    What we do know is that, according to the research of Dr. Richard Cordero of *JUDICIAL DISCIPLINE REFORM* in New York City [37] , 98.82 % of the 9,466 formalized "*judicial misconduct*" complaints against federal judges filed in the 12-year period between 1996 and 2008 were dismissed without even an investigation. Moreover, by that same research, up to 100% of complainants' petitions for a review of those summary dismissals of complaints were denied by each of the all-judge judicial councils for the thirteen (13) federal Judicial Circuits throughout this nation. To put this in another perspective, astoundingly, in the 225 years since the creation of the federal judiciary in 1789 until 2014, only eight (8) judges had been impeached and removed from the bench. Compare that to one (1) in every thirty-one (31) adults in America being under some type of criminal correction supervision at the year end of 2008.

389.    The acts depicted by BENEFICIARY Schied's documents, as well as the many "*civil*" and "*criminal*" complaints as referenced herein – inclusive of allegations of ATTEMPTED MURDER in March 2018 involving the CO-TRUSTEES named as STATE OF MICHIGAN, THE FBI/USDOJ, and DTE ENERGY – give rise to even further questioning about the true nature and general character of the CO-TRUSTEES' actions, as well as the various STATE and NATIONAL "*rules*", "*policies*", and "*procedures*" that are being supposedly used **_affirmatively_** as the procedural guide for the substantive decisions and conduct of these CO-TRUSTEES.

390.    TITLE 28 of the UNITED STATES CODE makes amply clear in its own *disclaimer* that what is written for the "*Judiciary and Judicial Procedure*" may not be entirely of a legislative construction. The FEDERAL RULES OF CIVIL PROCEDURE definitely are not. As a matter of practice and by authorization of Congress under 28 U.S.C. §§ 2071 and 2072, these rules

---

[37] Cordero, Richard. *Exposing Judges' Unaccountability and Consequent Riskless Wrongdoing*. A full report to include all these statistics from Dr. Cordero's research can be found in 2016 at: http://judicial-disciplinereform.org/frontpage/OL/DrRCordero-Honest_Jud_Advocates.pdf

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

are drafted by committees of the JUDICIAL CONFERENCE OF THE UNITED STATES, approved by the JUDICIAL CONFERENCE and then submitted to the SUPREME COURT for adoption.

391.   Importantly, **TITLE 28, as well as the other titles found in the FRCP, was created within a "*continuum of existing laws*," specifically those found in the *STATUTES AT LARGE* that both precede and take *substantive* precedence over federal procedures.** Hence, there is conditional significance of 28 U.S.C. § 2072(b) requiring, ***"Such rules shall not abridge, enlarge or modify any substantive right."***

392.   **Judges then, are required to apply such rules under context of those *STATUTES AT LARGE* at the federal level, while also acting under superseding state laws in the absence of Congressional legislation on the "*cases*" and "*controversies*" before the Court. To do otherwise is to transform the Court's ARTICLE III status and jurisdiction into that of an ARTICLE I *"legislative"* court. Similarly, the status of the judge transforms from *"judicial"* decision-making to *"legislative"* and/or *"administrative"* decision-making, resulting in the consequential waiver of *"judicial immunity."* When found as a *"pattern and practice,"* such violations of federal and state laws are deemed to force or *"coerce"* civilian populations, resulting also in an unconstitutional and unlawful coercion of constitutionally recognized governmental policy. This is precisely what the Constitution refers to by *"treason,"* and what 18 U.S.C. §2331 legally defines *"domestic terrorism."***

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**COUNT THIRTEEN –**
**FEDERAL WHISTLEBLOWER ("*QUI TAM*") ACTIONS**
**UNDER THE FALSE CLAIMS ACT and the**
**PRIVATE ATTORNEY GENERAL DOCTRINE**
(Alleged Against All Named TRUSTEES)

393.   BENEFICIARY David Schied reiterates paragraphs 1-392 above as if written herein verbatim insofar as these paragraphs provide reasonable explanations for naming each of the member CO-TRUSTEES and providing generalized explanations for their categorical inclusion in this instant lawsuit by way of the FACTUAL allegations against their affirmative acts of discrimination, retaliation, RICO crimes, sedition, treason, insurrection, and domestic terrorism.

394.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNT ONE through COUNT TWELVE as if written again herein verbatim.

395.   It is a FACT that the organic CONSTITUTION for the United States was constructed as a "*trust*" instrument. "*At the federal convention, ideals of fiduciary government were enunciated by James Madison, Alexander Hamilton, Pierce Butler, Nathaniel Gorham, Gouverneur Morris, Elbridge Gerry, Luther Martin, Rufus King, and John Dickson*" (Citations omitted); with "*public officers*" being subordinated to the federal and state constitutions as the "*servants*" of the American people. [38]

---

[38] **Schied, David.** "*MEMORANDUM ON RIGHTS OF (WE), 'THE PEOPLE': TO ASSEMBLE; TO LOCAL GOVERNANCE; AND TO 'WITHDRAW CONSENT' THROUGH STATE AND FEDERAL JURY NULLIFICATION, THROUGH GRAND JURY PRESENTMENTS, THROUGH PRIVATE PROSECUTIONS, AND THROUGH OTHER EXECUTIONS OF CUSTOMARY LAW AND THE LAWS OF COMMERCE [In Evidence and Support of Acts of Self-Defense, and Responses to the Unconstitutional Denial of First Amendment Right to Redress of Grievances Regarding Previous 'Backward-Looking-Access' Claims]*". Here is an excerpt citing **Natelson, Robert.** *The Constitution and the Public Trust.* 52 Buff. L. Rev. 1077 (2004). (p. 1083) Found on 7/31/16 at: http://scholarship.law.umt.edu/faculty_lawreviews/19 *See also* p. 1083 – "***When the federal constitutional convention met in 1787, most of the state constitutions already contained fiduciary language.***"

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

396. The organic Constitution of 1787, as ratified by the states in 1789, established and defined the newly formed relationships between the federal government, the people, and the states. That "*expression of the constitution*" was clearly articulated in <u>*Chisholm v. State of Georgia*</u>, 2 U.S. 419 (1793) as provided in the following summary statements:

(All citations and footnotes omitted)

a) "*The sovereignty of the nation is in the people of the nation and the residuary sovereignty of each State in the people of each State.*"

b) The "*sovereignty devolved on the people*" at the time of the Revolution and thereafter, revealed the American people as being "*joint tenants in sovereignty;*" being "*sovereigns without subjects,*" equal to one another, and each free to govern no other but themselves.

c) "*Sovereignty is the right to govern....*"

> "*...In Europe, the sovereignty is generally ascribed to the Prince; here [in America], it rests with the people. [T]here, the sovereignty actually administers the Government; here [in America], never a single instance. [O]ur Governors are the agents of the people and at most stand in the same relation to their sovereign [in which regents in Europe stand to their sovereigns]. Their Princes have personal power, dignities, and pre—eminences; our rulers have none but official; **nor do they partake in the sovereignty otherwise, or in any other capacity, than as private citizens.***" (Bold emphasis)

d) "*Every State constitution is a compact made by and between the citizens of a State to govern themselves [collectively] in a certain manner*", **with all rights not delegated being clearly retained by the people.** (Bold emphasis)

e) <u>The people</u> of the several states <u>drafted and ratified the federal Constitution</u> with the intention of binding "*the several states*" – <u>not themselves</u> – "*by the Executive power of the national government.*"

f) [Nevertheless,] the United States (i.e., the national government) should NOT have any claim to authority that the people of the States have not delegated and surrendered to her. Thus, the States retain their Sovereignty relative to each other; and relative to all sovereign powers and authorities not consented to be transferred by the people of the States, from the States to the United States.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

g) "[T]he Constitution of the United States is likewise a compact made by the people of the United States to govern themselves [as to 'general objects'] *in a certain manner*."

397.   Hence, as trustees of the public trust, those inhabiting government offices have always been laden with fiduciary duties "*that legally bind public officials to standards borrowed from the laws regulating private fiduciaries*." These duties go beyond the fiduciary obligations of contract laws, and private and corporate trusts, for some very obvious reasons:

(Citations and footnotes omitted)

> "*In the public sector, of course, the consequences of governmental abuse can be very serious, potentially including not merely the loss of a citizen's property, but of life, liberty, or reputation. Avoidance of consequences of governmental abuse is difficult, because while citizens can elect most higher officials, the bureaucracy is effectively beyond direct citizen control and exit from the government – citizen relationship requires physically removing oneself from the government's territorial jurisdiction. For these reasons, the logic of fiduciary law suggests that the standards of conduct binding public trustees ought to be fairly demanding.*"

398.   Thus, all public officials have both moral and legal obligations to the public for which they serve. Government ethics refer to those moral conduct requirements while **trust laws – as well as criminal laws – provide the means of enforcing those commitments and punishing breaches thereof through impeachments, liens and/or criminal prosecutions.**

399.   The notion of government officials having special fiduciary duties for which they are to be held accountable has been around since "*time immemorial*." For instance, dating back to the 18th Century B.C.E. the *Code of Hammurabi* was set into stone and propagated by the King of Babylon. In Ancient Greece, Plato called advocated death as punishment for public officials accepting bribes. In Medieval England, King John's signing of the Magna Carta presented his assurance that, among other things, "*to no one we will sell, to no one deny or delay right or justice*." About that same time in France (1254), King Louis IX "*promulgated conflict of interest rules for provincial governors in the Grande Ordonnance Pour la Réforme du Royaume*." (Citations and footnotes omitted) (Bold and underlined emphasis added)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

400. In America, the *Declaration of Independence* (July 4, 1776) also recognized the longstanding practice of **delegated authority**: (Citations and footnotes omitted)

> ***"We hold these truths to be self–evident (sic), that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. – That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed."***

401. In looking at the pattern and practices of CO-TRUSTEES as "*actors*" in American government today – and research into "*judicial oversight*" in response to public outcries of "*official misconduct*" as a prime example of how difficult it is for the American people to monitor the self–regulating, self–policing, self–reporting, and self–disciplining of public officials, it should suffice to state that the CO-TRUSTEES, as these fiduciary employees and public "*servants*," **need to be held to a strict code of ethics and rigorous auditing by private American citizens to ensure their faithful compliance with their delegated fiduciary oaths and duties of office**. (Bold emphasis) (Citations and footnotes omitted)

402. **As a matter of fiduciary policy and practice, this entails the following "*duties*" to be carried out by measure of a very high standard, by anyone privileged to hold the title, power and authority of public service for and on behalf of the people of the United States or for and on behalf of the people of any State:** (All citations and footnotes omitted)

a) **The Duty to follow instructions** – This is "*the obligation to act in accordance with the purpose and rules of the relationship as set forth in the governing instruments*". Importantly, **working outside of the governing laws and regulatory system, whether in deception or blatantly, constitutes a *usurpation* of power and authority, being the equivalent of criminal dereliction, malfeasance, and theft.**

b) **The Duty to work with reasonable care** – This "*applies irrespective of good intent and comprehends **obligations to manage assets** competently, select and supervise agents*

227

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

diligently, and undertake appropriate factual and legal investigations before making decisions." (Citation omitted)

c) **The Duty of being loyal** – This is the public officer's obligation to subordinate his or her own interests to that determined by the TRUST, and to act in good faith for the sole welfare of the beneficiaries of that Trust.

d) **The Duty of being impartial:**

> "*The duty of impartiality requires the decision maker to avoid favoring some beneficiaries over others, unless otherwise directed by the governing documents. Thus, **a trustee, for example, must act with due regard to each beneficiary's respective interests**. By analogy, public trustees should avoid targeting particular constituencies for favor or for punishment.*"
> (Citation omitted)

e) **The Duty of being accountable** – This is the duty not only to account for one's conduct, but also includes the obligation to repair any harm caused by any other breach of duty.

f) **The Duty to maintain the public trust in government** –

> "*Without public trust, government doesn't work. The public is willing to delegate authority and sacrifice some freedoms in exchange for an orderly and civilized society, but only if it believes that government is acting in the public's best interest. When the public loses trust in government, public cooperation suffers, compliance with laws fail, and investors and consumers lose confidence.*" (Citation omitted)

403. The PREAMBLE of the organic *Constitution for the United States of America* clearly established the purpose of that Trust document, which included the promoting of the "*general Welfare*" of the people of the States comprising the same (people) of the United States. While this wording, to some extent, provides fiduciaries of the *Public Trust* with discretionary powers over the beneficiaries' national assets and interests, to use specialized government knowledge and skills to manage the public Treasury, and to create laws that impact the lives of beneficiaries, **the implied, as well as the expressed, priority for these fiduciaries is to act in the American people's best interest and NOT in the best interest of the American**

228

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

government itself, being otherwise to the detriment of the American people. It is the latter that is what we see today, being the reason for the instant case now at hand with the given provable FACTS.** (Bold and underlined emphasis added)

404.   For fiduciary officials wishing to claim that their actions remained within the confines of the law, **it is important to recognize that fiduciary duties are contextual. Additionally, it is a fact that law only become supremely relevant when they were enacted and are applied** *"pursuant to 'the enumerated and legitimate objects'"* **of their legislated jurisdiction.**

> *"If the United States go beyond their powers, if they make a law which the Constitution does not authorize, it is void; and the judicial power, the national judges, who, to secure their impartiality, are to be made independent, will declare it to be void. On the other hand, if the states go beyond their limits, if they make a law which is a usurpation upon the general government, the law is void; and upright, independent judges will declare it to be so."*
>
> (Citation omitted) (Bold and underlined emphasis added)

405.   To ensure that federal judges got the point, the anti-federalists from the original State of Maryland, with the added leadership of Luther Martin, Patrick Henry and George Mason, insisted on adding the BILL OF RIGHTS to the terms of the *Public Trust*, as set forth by the federal Constitution. To ensure that the federal judges could never forget that their duties to deliver the *"steady, upright and impartial administration of the laws"* the Congressional State delegates ratifying the Constitution assured the *"independence"* of the federal judiciary by uniquely providing them with the privilege of *"life tenure,"* and with the added benefit of employment compensation outside of the purview of Congress. **The only condition upon which these important fiduciary duties were contingently granted however, was that based upon** *"good [fiduciary] behavior."* **This stemmed from the Founders' belief that** *"by providing a fixed provision for [their] support...the power over [federal judges'] sustenance [would] amount to [a] power over [their] will"* **to serve the PUBLIC TRUST rather than themselves or their political allies.**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**406.**   Hence, the documents of America's "*Founders*" have long established – and (the late) Justice Antonin Scalia has more recently reinforced in <u>*United States v. Williams*</u> [504 U.S. 36 (1992)] – that **"*[W]hen in the Course of human events*" there has been a history of usurpation and corruption in office** [such as how we see things today with a "*revolving door*" between the Three Branches (a.k.a. "*branch-jumping*") and other factors undermining constitutionally guaranteed "*checks and balances*"], **there are times when the REAL** (i.e., not "*administrative*") **"*Fourth Branch*" of government needs to step in to declare violations of the *Public Trust.* This is needed so to define such breaches of fiduciary duties, and to provide impeachments and other remedies against what could otherwise bring fatality upon the American nation of united States, and the sovereign Peoples' rule of a unified Republic.** (Bold and underlined emphasis added)

**407.**   **As found today** – as in a "*pattern and practice*" of several decades past and dating at least as far back as Abraham Lincoln's "*General Order 100*," which demonstrate as matters of FACT – **the acts committed by CO-TRUSTEES, as the "*principals and agents*" in the Executive and Legislative branches of government, have long been out of compliance with the federal CONSTITUTION and are in violation of that PUBLIC TRUST.** Yet, particularly in the light of the 2020 ELECTIONS and the subsequent litany of lawsuits in claim that the "*elections were stolen*", **the magistrates, judges, and justices of our STATE and UNITED STATES courts, despite their "*discretionary*" independence and ability to bring causes of action based upon their own "*sua sponte motions*," have chosen to abuse their discretion by doing nothing while affirmative acting in tacit agreement, against the complaints bringing such causes of action before the Courts.** (Bold and underlined emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

408. This amounts to "*accessory after the fact*" of not only constitutional violations but also human rights atrocities against the *Laws of Nature*, the *Law of Nations*, and international *Human Rights Laws*. [39]

409. It is important to recognize that there is some level of covert influence by the American Bar Association, the Federalist Society, and other groups of attorneys and judges as "*cohorts*" that are determining who gets politically considered and eventually nominated by the President of the United States for open positions on the Supreme Court of the United States. These are the same BAR association members running a thoroughly corrupted private monopoly on the judicial and prosecutorial systems, and from whence such members come that have strategically infiltrated and virtually taken over all three Branches of America's governance.

410. Granted, at the time the PUBLIC TRUST was negotiated "*nearly two-thirds of the delegates to the Constitutional Convention had received formal training in law...[however,]...many, if not most of the lawyers among the [F]ounders had extensive experience in private law, of which the law of fiduciaries [has long been] a part, and [the Founders] were accustomed to thinking of government in private law terms.*" **As such, the Founders based their PUBLIC TRUST document upon the same (if not higher)**

---

[39] *See* the commentary in the New York Times (6/24/12) written by former (39th) United States President Jimmy Carter captioned, "*A Cruel and Unusual Record*," which points to such human rights atrocities put into government counter-terrorism policies and practices that "*violates at least 10 of the [Universal Declaration of Human Rights], including the prohibition against 'cruel, inhumane, or degrading treatment or punishment*'" by acts of : a) detaining people indefinitely; b) **targeting American citizens for assassination** or indefinite detention; c) unrestrained violations of privacy by wiretapping and "*government mining*" of electronic communications; d) using drones for airstrikes on civilian homes and killing hundreds of innocent people; e) the torturing of prisoners using egregious tactics. As former President Carter points out, **these unrestrained and atrocious acts have had the overwhelming counter–effect of harming the "***general welfare***" of the American people, by: 1) turning aggrieved families toward terrorists organizations; 2) arousing civilian populations against the American people; 3) giving just cause and examples for repressive governments to justify their own despotic actions; 4) alienating Americans from former American allies.** (Found on 8/3/16 at: http://www.nytimes.com/2012/06/25/opinion/americas-shameful-human-rightsrecord.html?r=0 )

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

obligations that are expected of private fiduciaries under the maxims set for contracts and trust relationships. (Bold emphasis)

411.   Additionally, **these Founders were aware that where there were breaches of fiduciary trust, there were equitable remedies through customary practices of impeachments, criminal prosecutions, and through the use of non–judicial commercial liens placed in commerce.** (Bold emphasis)

412.   **The Remedies to the People then, are a matter of "*Right*" when they are the victims of fraud, waste, and abuse; and when they are the holders of evidence of such fraud, waste, and abuse. They are also the only ones empowered <u>at all times</u> to determine for themselves when "*bad*" government officers' behaviors have "*nullified*" and "*dissolved*" any last vestiges of "*privilege*" to government offices.** (Bold and underlined emphasis added)

413.   **The natural principle, <u>fiduciary obligation</u>, has its origin in the equity of *Customary Law*,** i.e., the *Law of Nature* and the *Law of Nations*. The legal origin of equity and the principle of fiduciary obligation is derived of the equity and international courts, each having their respective roots, again dating back to the time of Edward I, in the rulings of Chancellors.

414.   Equity courts have been used in the past because they provide a wider range of remedies than are typically provided in the more restrictive statutory and common law courts. **Equity then, for persons looking for remedies with the government Court, have typically been preferred – when the confinements of common law appeared unsuitable for certain types of relief; and purportedly, where there had been no analogous previous case in "*precedence*" to be found.** (Bold emphasis)

415.   This is the very circumstance we have now – with the instant conglomerate of case history examples at the very doorstep of every one of the fiduciary *Trustees of the Public Trust*," the so-called "*officers of the court*," "*administrative judges*" and "*elected and appointed*

232

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*government officials"* and other FIDUCIARIES of the STATES and UNITED STATES – with remedies being sought that are inclusive of those readily available: impeachments, criminal indictments, and non–judicial commercial liens placed in commerce.

416.   The reason why *"administrative government"* will not work in resolving matters such as those herein brought against the CO-TRUSTEES is because the evidence shows it is the *administrative governments* that provide the means and the modes for top–to–bottom discretionary (*Seditious* and *Treasonous*) abuses by their agents and officers themselves in the first place.

417.   **Only by understanding the history of laws and their developmental changes from ancient times to the present – and with clear focus on those changes  occurring during the post–Civil War era and throughout the Twentieth Century – does one come to truly understand that the tragedies befalling Americans have been by a slow and systematic design to treasonously reverse the tables of power between government officials and the people they serve, through an equally slow and systematic shifting of wealth toward a seditious oligarchy of rulers and a Fascist form of dominating *"corporatocracy."*** (Bold emphasis)

418.   The seditious and treasonous activity is quite thoroughly found in the history of lawmaking; as it is played out in the Halls of Congress, much of what is clearly unconstitutional, and with many legislative bills getting passed without even getting read by the majority (or even a healthy minority). Likewise, sedition and treason are played out in the STATE and UNITED STATES courts, with rulings being  unconstitutionally issued and criminally contrived *"under color of law,"* bearing little semblance to the actual facts presented to (and too often barred from being presented to) these so–called "[kangaroo] *courts."*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**419.**   **With regard to State and Federal magistrates, judges, and justices, all the way up the chain to the respective State and Federal Supreme Court(s), they are otherwise personally responsible, particularly those with *"lifetime–employment"*, as *"independent"* fiduciaries of the Public Trust, for ensuring that the federal judiciary keeps NOT ONLY the other two (Legislative and Executive) Branches constitutionally in *"check"* but so too the governments of all of the States in constitutional compliance. It is therefore well beyond a reasonable time for exposing the *pattern and practice* of how the federal *"system"* being operated by the agents of SCOTUS, really functions to create and sustain social chaos, political anarchy, and what amounts to the wholesaling of domestic terrorism.** (Bold emphasis)

420.   The analysis of such sedition and treason, additionally, strongly implicates all state and federal *"judicial officials,"* as members of the private American BAR Association and its various *"STATE BAR"* franchises. It is by their actions, as sanctioned by the Supreme Court *"justices"* – under the auspices of operating both ARTICLE I and ARTICLE III courts, having jurisdiction over a wide range of cases varying from those guided by admiralty and maritime laws to those guided by civil, administrative and common laws, and operating under more recently devised *"Federal Rules of [Civil and Criminal] Procedure"* that combine *"in equity"* with *"in law"* – which have yielded such a wide field of *"judicial discretion"* that attorneys and judges can shamefully do whatever they want (i.e., denying litigants constitutionally guaranteed *"due process"* on *"litigation of the merits"* of their substantive facts, while simultaneously systematically stripping those litigants of their SEVENTH AMENDMENT guarantees to a *Trial by Jury*). The judges, in the meantime, have gotten away with all this with a *"wink and a nod"* to their BAR member cohorts as fellow so–called *"officers of the court,"*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

while maintaining full impunity and untouchable "*independence*" through the misapplication

of "*judicial immunity*" by others of their judicial peer group in charge of such oversight.

421.    The truth is, however, **judicial "*rulers*" that abuse their trust <u>forfeit their authority</u>. All such fiduciary TRUSTEES should otherwise keep in mind that in all likelihood, <u>the sovereign People are always watching</u>. Therefore, whether acting in Congress or in the United States Supreme Court, public functionaries having substantive power and authority conditionally delegated to them...**

> *"...will not be viewed by the people as part of themselves, but as a body distinct from them...having separate interests to pursue. [T]he consequence will be, that a perpetual jealousy will exist in the minds of the people against them; their conduct will be narrowly watched; their measures scrutinized; and their laws opposed, evaded, or reluctantly obeyed. This is natural, and exactly corresponds with the conduct of individuals toward those in whose hands they in trust important concerns."*                                    (Citation omitted)

422.    **Thus, it may be said that there is a natural tendency for people who are patriotically conscience** of the terms of the PUBLIC TRUST document, who have the capacity to share the Founders' awareness that enunciated rights come with fiduciary duties, **to remember that history furnishes many mortifying examples of how much corruption can actually breed in a free Republic such as the one instituted centuries ago here in America.** Whereby...

> *"...persons elevated from the mass of the community, by the suffrages of their fellow-citizens, to stations of great pre–eminence and power, may find compensations for betraying their trust[;] which to any but minds actuated by superior virtue, may appear to exceed the proportion of interest they have in the common stock, and to overbalance the obligations of duty."* [40]

---

[40] Natelson, Robert (supra), quoting Alexander Hamilton from <u>The Federalist, No. 22</u>. *See also* (same page), Natelson quoting from a letter by Roger Sherman, dated December 8, 1787, which read:

> *"In every government there is a trust, which may be abused; but the greatest security against abuse is, that the interest of those in whom the powers of government are vested is the same as that of the people they govern, and that*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

423.   WHEREFORE, each of these named CO-TRUSTEES are aware that loss of capacity or corruption might be fatal to the Republic, and any participation, overtly or covertly, in such abuses of power warrant the charge of Treason and the consequent of Impeachment; and,

424.   WHEREFORE, each of these named CO-TRUSTEES are aware that whenever the ends of government are perverted and the public liberty manifestly endangered, and all other means of redress are ineffectual, the people may, and of right ought, to reform the old or establish a new government.

425.   THEREFORE, each of the named CO-TRUSTEES, from the "*bottom to the top*" of the STATE and the UNITED STATES are being charged herein with:

a)   Treason upon the American people;

b)   High Crimes and Misdemeanors;

c)   Depriving the people of constitutional guarantees to due process, to equal protection, and to their rights to life, liberty and property;

d)   Depriving the people of their rights to formulate and operate their own independent grand jury systems, free of the unwarranted and unwanted influence of judges and attorneys;

e)   Fostering the legal monopoly of the American Bar Association and their State franchises acting cohesively and in concert as a criminal protection racket against the natural rights of men and women advocating for themselves or for their brethren;

f)   Participating in a "*meeting of the minds*" to deny the American people's "*meaningful*" access to legitimate state courts and federal Courts of justice, and to jury trials in both civil and criminal cases.

---

*they are dependent on the suffrage of the people for their appointment to and continuance in office.* " (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

426. **Treason, and Misprision of Treason, as referenced herein, includes both affirmative acts and the failure to act.** Thus, giving aid and comfort to insurrection, rebellion, and force against the ultimate "*authority*" of the United States, being the people who have properly reported high crimes, misdemeanors, and treason, in addition to being charged with breach of fiduciary loyalty, obligation and trust; and constructive fraud, includes the tortuous failure or negligence to responsibly and appropriately act against any or all of the preceding lists of described offenses as well as the following list:

a) Depriving the people of constitutional guarantees to due process, to equal protection, to their rights to life, liberty, and property;

b) Fostering and nurturing a nationwide program of government dumbing–down and propagandizing that effectively forces "*politically correct*" secular principles of behavior rather than protecting free and open choices of religious observances and expressive practices;

c) Adopting and promoting inappropriate: 1) public education programs (i.e., *Common Core* was but one element of public schools being used as New World Order political indoctrination systems); 2) government–sponsored national health care programs (and mandating the purchase thereof); 3) subjectivity of the nation's populace to "*chem-trail*" pollution of air and soil; and, 4) participation in a public–schools–to–private–prisons pipeline system targeted at people (mostly male) of color and in the underprivileged communities;

d) Enabling and protecting illegal immigration policies, foreign prisoner releases, and large-scale amnesty programs which foster greater criminal victimizations of Americans and increased costs for the policing and housing repeated offenders;

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

e) Fostering a nationwide judicial system engaged in the wholesale stealing of children from their parents and the corporatized engagement of child trafficking by government–sponsored agencies of *Friend of the Court* and *Child Protection Services*;

f) Allowing the federal courts, judges, and nationwide offices of the U.S. Attorney to be used to support the unscrupulous and unlawful tactics of the Internal Revenue Service (IRS) to extort money, to imprison people, to steal property, and to recruit county sheriffs all over the country in assuming the risks of stealing home and property from people using illegitimate "*notices of liens*" on the books of the county recorders as legitimate "*tax–levies*" which otherwise do not contain the actual cured liens.

g) Supporting the mass incarceration of large segments of the American population for victimless crimes and for exercising their rights to travel, leading to destroyed families, people irreparably harmed in their reputations, careers, employment and career opportunity, and violated as to their natural rights not to be subject to peonage or unjust slavery.

h) Tolerating the Executive Branch transforming the United States of America "*from a limited, constitutional, federal republic to a centralized administrative state that for the most part exists outside the structure of the Constitution and wields nearly unlimited power*" (citation omitted) ever–increasingly setting up various levels of administrative agencies, subjecting American "*policies and practices*" to international treaties, and allowing world trade agreements like the Trans–Pacific Partnership ("TPP") to circumvent, undermine and bypass constitutional due process through the set–up of extra–judicial tribunals, that act with preferential treatment of foreign corporations, acting along with the government and quasi-government administrators as a "*Fourth Branch*" of government.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

427.   THEREFORE, the American People have the Natural Right to exercise *non-judicial remedies* through independent *Grand Jury presentments*, through *private prosecutions* on Grand Jury indictments, through Common Law "*distrain and distress*", and through "*customary*" processes of applying *liens* in Commerce:

> "*If the authority of the prince is limited and regulated by the fundamental laws, the prince, on exceeding the bounds prescribed him, commands without any right, and even without a just title: the nation is not obliged to obey him, but may resist his unjust attemps [sic]. As soon as a prince attacks the constitution of the state, he breaks the contract which bound the people to him; the people become free by the act of the sovereign, and can no longer view him but as an usurper who would load them with oppression. This truth is acknowledged by every sensible writer, whose pen is not enslaved by fear, or sold for hire.*"

428.   History shows that Customary Law (based on Natural Law) and statutory and/or Common Law (based on the legalization of custom) are independent of one another, though evolving in tandem with one another. The difference between them is as simple as the difference between what is popularly considered "*private*" with the "*natural man*" and amongst nations of human beings operating lawfully in private relationships and in commerce; and "*public*" with the governing of "*persons*" in their varied social, legal and political roles.

429.   Therefore, **being of "*the people*" having "*created and ordained*" the PUBLIC TRUST (i.e., the organic federal CONSTITUTION) which formed the federal government in the first place, including the public functionary positions at the Supreme Court of the United States, as the delegated fiduciaries of that Public Trust, "*We," the People* – the natural men (and women) of the land commonly referred to as "*America*" – inherently possess the natural right, by longstanding (Anglo–Saxon and other international) custom, to exercise our own "*original jurisdiction*" in terms of remedies that lay outside of the purview of the government's jurisdiction; hence, "*non-judicial remedies*."** (Bold emphasis)

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

430.  With regard to the people's use of independent Grand Juries for conducting investigations, including the lawful and private investigating of the fiduciary "*justices*" of the America's state and federal courts, and the people's right to issue constitutionally–protected declarations of their findings through "*presentments*," the topic has already been well–addressed by reference to Jason Hoyt's book ("*Consent of the Governed*") and to *the late* Justice Antonin Scalia's ruling in *United States v. Williams*, 504 U.S. 36, (1992).

431.  With regard to the sovereign People's Rights to private prosecutions and Grand Jury indictments, it should suffice to state here that "*although almost all criminal prosecutions today are conducted by public prosecutors, there is a longstanding tradition of Anglo-American law for criminal prosecutions to be conducted by private attorneys or even by laymen.*" [41]

---

[41] Roland, Jon. Private Prosecutions. (1996) as found on 8/6/16 at:
http://www.constitution.org/uslaw/pripro01.htm

> "*The forms of criminal procedure are the same for both kinds of prosecution [i.e., 'public' or 'private'], and they differ only in the official status and source of compensation of the prosecutor. Most of the cases of private prosecution that we find in the federal courts were conducted by private attorneys who also represented the victim in a civil action against the accused.*
>
> *In the early days of our Republic, 'prosecutor' was simply anyone who voluntarily went before the grand Jury with a complaint. — United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806). But by 1871 the principle found voice only in a dissent: '[I]t is a right, an inestimable right, that of invoking the penalties of the law upon those who criminally or feloniously attack our persons or our property. Civil society has deprived us of the natural right of avenging ourselves, but it has preserved to us all the more jealously the right of bringing the offender to justice. By the common law of England, the injured party was the actual prosecutor of criminal offenses, although the proceeding was in the King's name; but in felonies, which involved a forfeiture to the Crown of the criminal's property, it was also the duty of the Crown officers to superintend the prosecution. ...*
>
> *To deprive a whole class of the community of this right, to refuse their evidence and their sworn complaints, is to brand them with a badge of slavery; is to expose them to wanton insults and fiendish assaults; is to leave*

240

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**432.** It is clear that if the public prosecutors were executing their fiduciary functions successfully and in good faith, both at the State levels and at the federal level, private prosecutions would be needlessly pursued, except by the few. However, as this instant case proves, in spades, when government prosecutors turn into *usurpers* – i.e., when abusing their discretion in either refusing to prosecute members of their own peer group of other BAR members of attorneys, prosecutors or judges, by fabricating evidence or by withholding exculpatory evidence when pursuing malicious prosecutions, or when steering an impartial jury into prejudicial decisions **– American communities naturally turn into willing hosts for the revival of private prosecutors and independent grand juries to meet the increased need for challenging and contravening those corrupt environments.**

> "*Filtering out personal vendettas is what the grand jury is for. That was one of its major tasks from the outset, when most criminal prosecutions were privately funded. The present system of public prosecutors is certainly not free of personal vendettas. Indeed, that is one of the ways abuse is happening. It just doesn't provide a way to control it when grand juries have been brought under the control of the public prosecutors.*
>
> *There is no real possibility of government officials controlling the abuses of other officials over the long term. That might work for a few shining moments, but it is not sustainable, and once entrenched, corruption can be almost impossible to overcome. The only way to hold officials accountable is to allow private parties from outside the system to effectively intervene, and if the result becomes a tad anarchic, that is not too high a price to pay for accountability.*"
>
> *Ibid.* Roland, *Let's Revive Private Criminal Prosecutions*.

---

their lives, their families, and their property unprotected by law. It gives unrestricted license and impunity to vindictive outlaws and felons to rush upon these helpless people and kill and slay them at will, as was done in this case. *Blyew v. United States*, 80 U.S. 581, 598-99 (1871) (Bradley, J., dissenting)."

*See also* (below), as excerpts from Jon Roland's narrative, "*Let's Revive Private Criminal Prosecutions*," as also found on 8/6/16 at: http://www.constitution.org/uslaw/privpros.htm

> "*Private prosecution is not an established practice in the United States, but a review of state and federal statutes finds no exclusion of it, either. If we find the job not being done by public prosecutors, then citizens have the right and the duty to initiate private prosecutions, and there is a vast agenda for this revived practice.*"

241

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

**433.**   What is becoming much more widely recognized by People throughout America now, particularly in light of the complicity of the FBI and USDOJ in publicly ignoring and discrediting the outcries of Americans about the 2020 ELECTIONS being "*stolen*" by INSURRECTIONISTS and DOMESTIC TERRORISTS operating with impunity at the TRUSTEES' STATE Level and as described herein, is **that from the time government officials abandon their fiduciary obligations and begin to operate deceptively, without transparency, through constructive fraudulence, and by means of committing other crimes, they "*dissolve*" themselves and cease to be operating as "*government.*" In simplified terms, these individuals become otherwise known as *usurpers, foreign agents, infiltrators, traitors,* and *domestic terrorists*.** (Bold emphasis added)

434.   Below, constitutional scholar John Roland from Texas, elaborated further on the *how* and *why* Americans should be getting these institutional customary and private processes – of private prosecutors working together with local independent grand juries – ramped back up so to become more proliferating in operating across America. If this would occur, the prevailing instances of "*government*" crimes – when the delegated CO-TRUSTEES abandon their fiduciary duties and engage in constructive fraud by their authoritative and discretionary decision–making as is seen in BENEFICIARY David Schied's case today – would largely diminish.

> *"One of the problems with public prosecutors is that people tend to be less skeptical about the arguments and evidence they might present. They are invested with an aura of authority and respectability that leads both grand and trial juries to go along with them.*
>
> *Now suppose a would–be private prosecutor files his bill of indictment with a grand jury. Knowing it is a private prosecutor, one would expect the grand jury to be more skeptical, both about the evidence and about the fitness of the complainant to prosecute. If it is convinced the evidence is sufficient, it might still doubt the court it serves has jurisdiction, and no–bill. If it is independent of a court, it could return the bill but also pick the court having*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*jurisdiction. And if it had doubts about the fitness or resources of the complainant to prosecute, it could pick someone else to prosecute. That could be the public prosecutor if he convinced them he was willing, or perhaps some lawyer in the community who convinced them he was prepared to do the job well.*

*Now suppose the private prosecutor gets before the trial jury. They will know he is not a public prosecutor, even though he appears in the name of the sovereign, as a private attorney general. They might presume that a public prosecutor would never make invalid legal arguments or present witnesses he knew were lying, but would they presume that for a private prosecutor? We can expect they would not.*

*A false prosecution can itself be prosecuted. Malicious prosecution and abuse of process is not just about civil cases. A private prosecutor would be taking a risk if he didn't do everything right. More of a risk than is incurred by a public prosecutor as the system works today. We can also expect that in a completely private prosecutorial system, there would emerge a pool of competing private prosecution firms who would compete for the business of prosecution, so that the grand jury could become a commission for awarding contracts to them, based on their bid amounts and reputations.*

*Upon being appointed prosecutor, the individual member of the firm would have the same official immunity as a public prosecutor, because that appointment makes him a public prosecutor, but a contractor rather than a government employee. That would extend to any members of his firm who assist, or to public employees who do.*

*The problem is not with official immunity for acting within his lawful jurisdiction, provided that the government backs torts in respondent superior. The problem is that the cronyism that develops within departments of government induces them to extend immunity beyond their jurisdiction, and that shields them from suit rather than only judgment. Opening the system to outsiders and competition would hopefully dispel that cronyism and mitigate the problem.*

*Abuse of process and malicious prosecution would exceed jurisdiction and make the offender liable. Could be negligent, not just intentional.*

*Having a grand jury award defense contracts the same way would be a useful extension, although one might want to use a separate grand jury for that purpose. Another grand jury could hear any issues it chose to hear; and could even issue unsought indictments sua sponte (in which case it is called a presentment), but not override an indictment of another grand jury. If only asked to investigate suitable candidates to serve as defense counsel and choose one, however, that is probably all they would do. Might not be for a particular case. Might be to get a pool of multiple candidates that*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*would then be assigned to defendants at random, with perhaps some choice of the defendant from among members of the pool.*

*The issue has been raised about whether such prosecution or defense contractors would have any immunity from prosecution for errors or omissions, as well as misconduct."*

*For performing the duties of a public office they would need to be treated identically, and the need to hold contractors accountable would tend to require that government employees be held accountable in the same ways. None of them should be treated as immune for even the smallest action outside their jurisdiction, from one moment to the next. That could come down to liability for three words in the same ten–word sentence without liability for the other seven.*

*Chief Justice Burger in his dissent to <u>Bivens v. Six Unknown Agents</u> suggested that government allow direct actions under <u>**respondeat superior**</u>, but he said that Congress should legislate that. That was based on the **doctrine of sovereign immunity of the federal government**, that it must consent to being sued, but that doctrine **is incorrect in the way it has been extended from a monarchy to our republic, for which there can be no proper immunity from suit, only from execution of judgment on its assets. In other words, it should always be possible for anyone to sue government, but only collect from funds legislated to pay judgments. A suit serves other purposes than collecting damages, such as establishing the truth, and should not be barred just because the plaintiff won't be allowed to actually collect.** (Bold emphasis added)*

*In civil cases there can be cross defendants and cross complainants. That could be extended to criminal cases. A criminal defendant might complain that the arresting officer assaulted and battered him, or the prosecutor entrapped him by extortion, fabricated evidence, or suborned perjury of witnesses. If the defendant filed a criminal complaint it should be handled like any other criminal complaint. It is even possible the two opposing cases could be heard in the same trial, as a kind of joinder. Probably more likely the court would grant a motion for severance of the opposing criminal complaints. Parties on both sides might wind up going to prison, and share a cell."*

435.   The sovereign People have retained all rights to placing "*Distrain*" and "*Distress*" and

"*Liens*" against wages and property, distrain and distress, to either force government officials

to compliance through the securitization of their debts on property – such as for back-wages

upon a grand jury's finding of breach of fiduciary obligations – or to bring them to justice

through the customary channels of grand jury indictments and jury trials. As the process of

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

distrain and distress has been in the Anglo–Saxon, and thus the English, custom since long prior to the era of the Magna Carta, it is clear that throughout time to the present this lawful practice is both a private and an effective non–judicial and/or extra–judicial debt enforcement against those owing a fiduciary and/or a contractual duty to property rights owners.

436.  In distinguishing between the terms, distrain, distress, and lien, it is important to recognize first that distrain and distress are synonyms when used as verbs: To "*distrain*" means to squeeze, press or embrace, to constrain, or oppress (until and obligation is preformed or by taking the goods and chattel to satisfy an unpaid debt).

437.  To "*distress*" means to cause strain or anxiety to someone. As only one of the two words to be used as a noun, a "*distress*" is "*the cause of discomfort.*"

438.  A lien, by contrast, is defined as "*any official claim or charge against property or funds for payment of a debt or an amount owed for services rendered.*" A typical lien is a formal document constructed and signed by the party to whom a right to money is owed, and by which, when filed with the County Recorder carries the enforceable right to sell a debtor's property, if necessary, to obtain the money.

439.  Liens have a common law history, like distrain and distress, dating back to ancient times. Today, we see various types of liens, including those executed in common law, equity, admiralty and special statutes. Examples of liens include mechanic liens, attorney's liens, medical liens, landlord liens and tax liens to name a few.

440.  Liens stem from certain principles of the *Law of Nations* and the *Law of Nature* centering from a sovereign right of succession of property versus the right of another sovereign to "*alienate*" or "*alien*" the first from such right of that succession. Whether speaking of the hereditary property of the "*crown*" of a monarch or the hereditary succession of property by male family members, in ancient history, "*[t]he right of succession is not always the primitive*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*establishment of a nation; it may have been introduced by the concession of another sovereign, and even by usurpation.*" **Herein lay lessons in history to which sovereign Americans must take particular heed; because history shows that unless eternally vigilant and ever–conscious that sovereignty remains with the people and not with the fiduciaries of the Public Trust, when the people have been alienated from their own sovereignty for too long, they, in de facto, lose it altogether.** As Chitty points out (pp. 23–24), [42]

> "[W]hen [succession] is supported by long possession[,] the people are considered as consenting to it; and this tacit consent renders it lawful though the source be vicious. [The people] resists then on the foundation...a foundation that alone is lawful and incapable of being shaken, and to which we must ever revert. ...
>
> It thus remains an undeniable truth, that in all cases the succession is established or received only with a view to the public welfare and the general safety. If it happens then that the order established in this respect became destructive to the state, the nation would certainly have a right to change it by a new law. *Salus populi suprema lex, the safety of the people is the supreme law; and this law is agreeable to the strictest justice, the people having united ill society only with a view to their, safety and greater advantage....The consequence is evident: if the nation plainly perceives that the heir of her prince would be a pernicious sovereign, she has a right to exclude him. ...
>
> When the right of succession becomes uncertain in a successive or hereditary state, and two or three competitors lay claim to the crown, it is asked, "Who shall be the judge of their pretensions?" Some learned men, resting on the opinion that sovereigns are subject to no other judge but God, have maintained that the competitors for the crown, while their right remains uncertain, ought either to come to an amicable compromise, enter into articles among themselves, chose arbitrators, have recourse even to the drawing of lots, or, finally, determine the dispute by arms. ...We may affirm, then, without hesitation, that the decision of this grand controversy belongs to the nation alone. ... The nation acknowledges no superior judge in an affair that relates to its most sacred duties, and most precious rights...
>
> As soon as the right of succession is found uncertain, the sovereign authority returns for a time to the body of the state, which is to exercise it, either by itself, or by its representatives, till the true sovereign be known. 'The contest on this right suspending the functions in the person of the

---

[42] Chitty, Joseph. *The Law of Nations or Principles of the Law of Nature Applied to the Conduct and Affairs of Nations and Sovereigns*, 6th American Ed.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

> *sovereign, the authority naturally returns to the subjects, not for them to retain it, but to prove on which of the competitors it lawfully devolves, and then to commit it to his hands.'"*

441. For the same reasons, **BENEFICIARY David Schied** – acting as *Qui Tam* "*whistleblower*" and "*debt collector*" for the sovereign People as "*taxpayers*" under the FALSE CLAIMS ACT – **is reasonably justified and legally warranted** to bring this case into this ARTICLE III COURT OF RECORD for the purposes of:

a) exposing CO-TRUSTEES' fraudulent *patterns and practices'*

b) exposing CO-TRUSTEES violating their OATHS and DUTIES while refusing to disclose their financial sources of fiduciary guarantees;

c) exposing CO-TRUSTEES being actually altogether void of such financial guarantees against their "*faithful performance*" and/or being ridiculously "***self-insured***";

d) exposing the FACT that, when void of financial guarantees against violations of their own Oaths and Duties to faithful performance, CO-TRUSTEES are **bound to be using their "*selves*", i.e., their "*private person*" as the only available "*SURETY*" against the civil and criminal CLAIMS being made herein against them.**

442. As such, **BENEFICIARY hereby not only attaches CLAIMS against the salaries and LIENS against the properties of CO-TRUSTEES' by the EVIDENCE in support of the allegations that CO-TRUSTEES are INSURRECTIONISTS, American TRAITORS, and DOMESTIC TERRORISTS...**

443. **BENEFICIARY hereby also DEMANDS the immediate arrest, imprisonment and BONDING of CO-TRUSTEES pending public hearings in due course of providing CO-TRUSTEES with their own "*day in court*" to answer to BENEFICIARY's allegations through more *legitimate* forms of constitutional "*due process*" through the appropriateness of holding CRIMINAL TRIALS against each of the named CO-**

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

TRUSTEES, quite possibly with the aid of BENEFICIARY as a *"PRIVATE PROSECUTOR"* acting on behalf of himself and the sovereign People. (Bold emphasis)

### ADDENDUM OF CONDITIONS FOR RELEASE OF DONALD THORPE, JR FROM THIS CASE AS A NAMED *"TRUSTEE"*

444. As is established as a matter of FACT, TRUSTEE Donald Thorpe, Jr. has been the victim of the agents of the UNITED STATES government, as has *"WITNESS"* and next door neighbor *"Ed"* (Kottke) – as BENEFICIARY's friend and transportation driver for BENEFICIARY's continuation of medical treatment in the aftermath of the ATTEMPTED MURDER and becoming a totally and permanently disabled quad-amputee – also long been the victim of these same agents of the UNITED STATES, by their having dropped *"Agent Orange"* chemicals upon their own American soldiers during the horrific WAR IN VIETNAM.

445. As such, and given the uncertainty of actual past duration that Donald Thorpe, Jr. as considered a *"war hero"* for his personal sacrifice to the *"American cause"* – even as corrupted and senseless as that war turned out to be in CORPORATE America's often shameful history of foreign affairs – Thorpe may continue to be honored for his services to America in the same spirit that BENEFICIARY David Schied should also be honored as himself, being made a *"target"* of terrorism on American soil as a result of David Schied's long service to his fellow Americans by own private activism, particularly this past two decades, in fighting against the type of government tyranny and domestic terrorism that has resulted in Donald Thorpes' current dementia and David Schied's current status as a totally and permanently disabled quad-amputee, each condition having been sustained by *targeted* assaults by the *"enemies within"* America's own government hierarchy.

446. In the spirit of recognizing and honoring the battle scars of both Thorpe and Schied, BENEFICIARY offers TRUSTEE Donald Thorpe, Jr. the proverbial *"olive branch"* of peace

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

and to discharge Thorpe from this case <u>on condition that Donald Thorpe provide a sworn, written STATEMENT – an Affidavit – attesting to BENEFICIARY David Schied's impeccable credit and payment history these past eight (8) years of inhabiting Thorpe's home and caring for his property as originally agreed</u>. Such an Affidavit should also attest to the authenticity of his own previous statements as RECORDED in September 2020 by BENEFICIARY as referenced herein as provable EVIDENCE currently being held against Thorpe and his named CO-TRUSTEE of Ava Ortner in this case.

### DEMAND FOR JURY TRIAL
### AND REMEDIES FOR BENEFICIARY's CLAIMS FOR RELIEF
### AS BASED UPON YEARS OF COMMON LAW LEDGERING

447.   BENEFICIARY David Schied reiterates paragraphs 1-443 above as if written herein verbatim insofar as these paragraphs provide reasonable explanations for naming each of the member CO-TRUSTEES and providing generalized explanations for their categorical inclusion in this instant lawsuit by way of the FACTUAL allegations against their affirmative acts of discrimination, retaliation, RICO crimes, sedition, treason, insurrection, and domestic terrorism.

448.   For the sake of brevity and the economy of words, BENEFICIARY David Schied repeats the paragraphs above as written for COUNTS ONE through THIRTEEN, particularly COUNT THIRTEEN, as if written again herein verbatim insofar as the ARGUMENTS assert the common law Right of the sovereign People to employ *extrajudicial* remedies to retain their sovereign *"final say"* in persisting FIRST AMENDMENT *"redress"* of cases in which backward-looking-access-to-court(s) CLAIMS are asserted by reference to sworn VICTIM and WITNESS statements and criminal *fraud upon the court* were factors never investigated or actually litigated.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

449.  Moreover, given that certain other "Motions" to this instant case and court are being filed simultaneously and in accompaniment with this instant "*ORIGINAL COMPLAINT*" as presented in his *PROOF OF SERVICE* to this instant ARTICLE III COURT OF RECORD offering specific background FACTS and furthering EVIDENCE substantiating the many CLAIMS against the CO-TRUSTEES, BENEFICIARY incorporates by reference the paragraphs from the following sets of documents as if reiterated herein verbatim:

a) D"*BENEFICIARY's MOTION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS; WITH ACCOMPANYING COMPLETED 'APPLICATION' FOR THE SAME*"; (19 pages)

b) "*BENEFICIARY's COMBINED MOTIONS WARRANTING 'GOOD CAUSE' FOR GRANTING BENEFICIARY AN 'E-FILING' STATUS, AND ALLOWING 'SERVICE OF PRINCIPALS' TO BE EQUATED WITH 'SERVICE OF AGENTS' AT BOTH STATE AND NATIONAL LEVELS OF LEGAL SERVICE TO ALL OF THE CO-TRUSTEES,*" inclusive of EXHIBITS 1-5; (38 pages *excluding* exhibits)

c) "*BENEFICIARY's MOTION FOR CERTIFICATION OF SERVICE OF SUBPOENAS AND COMPLAINTS BY U.S. MARSHALS WITHOUT PREPAYING FEES OR COSTS*" inclusive of EXHIBIT presented with individual pages numbered 1 through 95 for *Proof of Service* by U.S. MARSHALS SERVICE; (12 pages excluding *Proof of Service* pages) – including the following three "*EXHIBITS*" to this particular motion as cited immediately below:

1) "*EMERGENCY MOTION TO EXPEDITE and MOTION FOR IMMEDIATE TEMPORARY DECLARATORY AND INJUNCTIVE RELIEF on Case of Real THREAT OF VIOLENCE Against Totally and Permanently Disabled Quad-Amputee Being CRIMINALLY EVICTED in spite the 2020 CDC ORDER OF EVICTION*

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

*MORATORIUM and the 2021 CORONAVIRUS PANDEMIC STIMULUS RELIEF BILL OF CONGRESS"*, as mailed (on 1/5/21) to the CO-TRUSTEES of the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN otherwise operating as so-called "*Clerks*" and "*Judges*" for TRUSTEE *UNITED STATES OF AMERICA*.

2) "*NOTICE OF 'DEFAULT JUDGMENT', COMMON LAW 'CRIMINAL COMPLAINT', 'LEDGER OF DAMAGES', AND COMMON LAW 'WRIT OF ERROR CORBUM* [sic] *NOBIS' IN OPPOSITION TO PRIMA FACIE EVIDENCE OF CRIMINAL FRAUD AND CONSPIRACY TO DEPRIVE OF RIGHTS INVOLVING JUDICIAL 'USURPERS' AS ALL BONDED MEMBERS OF THE STATE BAR OF MICHIGAN CRIME SYNDICATE*", as mailed (on 2/19/21) to the CO-TRUSTEES of the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. Importantly, this document contains the RECORDED FACTS surrounding instant allegations of *CRIMINAL MALFEASANCE* and *CONSPIRACY TO DEPRIVE OF RIGHTS UNDER COLOR OF LAW* committed by the so-called CO-TRUSTEES, **Kinikia Essix** as "*Clerk of the Court*", and **Victoria Roberts** as "*Senior Judge*" principal and agent(s) for TRUSTEE *UNITED STATES OF AMERICA*.

3) "***AFFIDAVIT OF TRUTH of David Schied***" – This Affidavit, sworn recently before a STATE notary in Michigan on 2/19/21, attests to the authenticity and truthfulness of the documents listed above, as well as other documents. It explains, in part, how – as a direct result of the affirmative CRIMINAL acts of the CO-TRUSTEES acting tortuously in both their private and public capacities, CO-TRUSTEES discriminated against, retaliated against, and caused great personal "*life-threatening*" injury against BENEFICIARY by having forcibly threatened him to the point of then causing him to

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

be EVICTED from his home, without ADA "*accommodations*", without "*access*" to either STATE or UNITED STATES courts, in the dead of Winter and just after a blizzard with deep snow, during a national COVID-19 pandemic, and in <u>criminal</u> violation of both STATE and UNITED STATES eviction moratoriums.

450. As explained thoroughly throughout this instant *ORIGINAL COMPLAINT*..., these documents all reference past cases that no longer warrant or solicit "*re-litigation*" but instead focus on the unconstitutional "*denial of access*" since all were precluded by CO-TRUSTEES – including corrupt judicial *usurpers* and STATE BAR crime syndicate members – operating *politically* and in criminal *malfeasance* in the regions of the EASTERN DISTRICT OF MICHIGAN and the SIXTH CIRCUIT, to use "*summary dismissals*" and other "*colorful*" administrative acts to persistently "*target*" BENEFICIARY's cases and actions for destruction of his otherwise legitimate, constitutionally guaranteed *platform* for gaining "*meaningful access*" to the STATE and UNITED STATES courts.

451. Many of the ARGUMENTS contained in <u>COUNT THIRTEEN</u> explain the many ways in which the sovereign People may act lawfully, both individually and collectively, to take back and reestablish their inherent Rights under the common law.

452. Indeed, in spite of the FACT that the <u>SEVENTH AMENDMENT</u> of the CONSTITUTION <u>OF</u> THE UNITED STATES <u>for the People</u> of the United States of America holds, "*In Suits at common law, where the value in controversy shall exceed twenty dollars, the **right of trial by jury** shall be preserved*", the correlating FACT remains that, in the past nearly two full decades of bringing a litany of lawsuits to both STATE and UNITED STATES courts in the EDM and SIXTH CIRCUIT (with some cases paying BENEFICIARY's life savings to STATE BAR attorneys and other subsequent cases being competently presented by BENEFICIARY himself), NONE of these cases with damages in excess of "*twenty dollars*" ever got to see the

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

"*right of trial by jury*" exercised. BENEFICIARY herein asserts therefore, that in the light of his NINTH and TENTH AMENDMENT guarantees, those Rights are still inherently "*preserved*" in this case of those previous "*backward-looking-[meaningful] access-to-court*" cases.

453.    As the SEVENTH AMENDMENT also guarantees that "*no fact tried by a jury shall otherwise be re-examined by any Court of the UNITED STATES than according to the rules of the common law*", **this instant ARTICLE III COURT OF RECORD must recognize the common law tools that have been employed by BENEFICIARY over the past many years to reclaim the DEBTS OWED BY THE CO-TRUSTEES to BENEFICIARY – and to the sovereign People of the United States of America.** These are debts which have legitimately accumulated as by RECORDED common law FEE STATEMENTS and BILLING STATEMENTS **with a long track record of *acquiescence* and *tacit agreement* by CO-TRUSTEES** who have been maliciously and tortuously unwilling to address BENEFICIARY's persisting allegations and accusations of illegal RICO activity, sedition, treason, insurrection, and domestic terrorism; while being similar unwilling to also offer any form of common law refute or rebuttal, or sworn personal denial of BENEFICIARY's accumulating claims, so to properly address the COMMON LAW CLAIMS OF DAMAGES IN COMMERCE that BENEFICIARY had otherwise attached to those ever-persisting and ever-surmounting allegations and accusations. (Bold and underlined emphasis added)

454.    As the EVIDENCE of the above-referenced documents – accompanying and including this instant *ORIGINAL COMPLAINT* – shows, an extensive set of common law RECORDS exist, as both "*served*" upon the CO-TRUSTEES as well as POSTED PUBLICLY for years on the Internet for years along with mounds of both digital documents and video documentary EVIDENCE, **without objection or rebuttal from *anyone*** either publicly or privately. This

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

then attests to the validity of the following as the "*stating points*" for calculating the COSTS IN DAMAGES AND ASSOCIATED REMEDIES, **now being claimed as – minimally – DEBTS OWED BY CO-TRUSTEES to BENEFICIARY herein acting as "*RELATOR*" to the "*government of, for, and by the People of the United States of America*".**

455.    First, in the single matter of the case filed in 2015 by BENEFICIARY David Schied that was *summarily dismissed* by CO-TRUSTEES Avern Cohn and the USDC-EDM, **that case was filed against the $100 BILLION "*terrorism rider*" of the "*errors and omissions*" insurance policy of the CO-TRUSTEES "*CHARTER COUNTY OF WAYNE*"** and the "UNITED STATES", which was then on the hook for payment of eighty percent (80%) of the CLAIMS against that policy with "*AIG*" and its subsidiary of "*PENNSYLVANIA LIFE INSURANCE COMPANY*" being responsible for the initial twenty percent (20%). The ARTICLE III COURT OF RECORD established for that case – as still posted by link for access to the public to ALL (even those immorally and unconstitutionally "*stricken*" from the USDCEDM's records by the ARTICLE I "*magistrate*" brought in by Avern Cohn as a "third party intervenor" in that case – shows very clearly that those "*proceedings*" were overwhelmingly controlled by "*wheel*" and "*chain*" conspiracies of all joint members of the CO-TRUSTEES "*STATE BAR OF MICHIGAN*" crime syndicate and domestic terrorist members, who were engaging in surmounting, variably measurable amounts of criminal "*perjury*" and "*fraud upon the court*" by **FALSE CLAIMS** submitted by Oaths and Duties to the legal profession as "*officers of the court*". As both the common law and statutory *rule of thumb* for tort in such cases is "*treble damages*" **the CLAIM has been long established** – as proclaimed against CO-TRUSTEES again herein – **in the amount of $300 BILLION**.

456.    *Second*, as provided in an earlier section of this *ORIGINAL COMPLAINT* relevant to the CO-TRUSTEES being billed for years according to the FEE STATEMENTS associated with

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

the **FALSE CLAIMS** against BENEFICIARY David Schied – while fraudulently *"misrepresenting"* the interests of the sovereign American People relative to the fraudulent contractual conditions and fraudulent debt collections practices against *"Student Loans"* (i.e., see more specifically pages 97 through 100 as paragraphs numbers 151 through 152) – the unrebutted amount being provenly invoiced at that time in October 2020 was **$389,862,521.39** PLUS INTEREST EARNED since then as still owed NOW upon that debt.

457.    *Third*, there is the matter of CO-TRUSTEES Everett Stern and TACTICAL RABBIT offering $10,000 for *"intelligence"* and *"information"* against the CO-TRUSTEES *"MDHHS"* as the agents of STATE OF MIICHIGAN having to do with the over DECADE LONG ongoing *"fraud"* and many MILLIONS OF DOLLARS in **FALSE CLAIMS** being perpetuated against the populations of poor, elderly, and disabled sovereign Americans living within the metes and bounds of the Michigan region in the NORTHWEST TERRITORY covered by the lawful features of the Organic Act of CONGRESS (in 1787) known as the NORTHWEST ORDINANCE, **the CLAIMS against the tortuous conduct of CO-TRUSTEES Everett Stern and TACTICAL RABBIT of retracting payment after receiving BENEFICIARY's solicited intelligence and information are *"trebled"* in damages to $30,000; with CLAIMS (on behalf of Michigan's poor, elderly, and disabled)** – also involving the direct personal CLAIMS of BENEFICIARY David Schied – **pertaining to the exact amount of calculated number MILLIONS OF DOLLARS IN DAMAGES assessed by ex-CIA investigator turned *"professional whistleblower"* against CO-TRUSTEES *"MDHHS"* as the agents of STATE OF MIICHIGAN still pending future *"legal discovery"* proceedings.**

458.    *Fourth*, as numerous formal *"CONSTITUTIONAL CITATIONS"* have been issued over the years, according to Common Law standards (similar in fashion that the jurisdiction of "law enforcement" entities are allowed to issue *"traffic citations"* against the sovereign People

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

linking alleged traveling violations to COMMERCE), against numerous named CO-TRUSTEES as agents of both the STATE and the UNITED STATES, which are linked IN COMMERCE to certain listed VIOLATIONS OF THE CONSTITUTION as the "*Supreme Law of the Land*". These "*CONSTITUTIONAL CITATIONS*" have been repeatedly and repeatedly "*served*" upon the CO-TRUSTEES – even by third-party "*Notary Presentment*" – in demand of payment upon these UNREBUTTED RECORDS of DEBTS OWED. These RECORDS have been posted publicly for years on the Internet without any form of objections from the CO-TRUSTEES as they have been in "*certified*" standing IN DEFAULT and IN DISHONOR, and have long been in common law DEBT COLLECTIONS.

459. The above referenced CONSTITUTIONAL CITATIONS, submitted lawfully by sworn, notarized common law AFFIDAVITS along with the "*third party notary*" certifications of "*legal process*", as well as posted "*NOTICE OF DEFAULT*" and certification of CO-TRUSTEES' "*dishonor*" about these debts, can all be found at the following link(s):

a) Against CO-TRUSTEES collectively classified as the *STATE OF MICHIGAN*: **https://constitutionalgov.us/sub/Michigan/Cases/David-Schied/2017_StateofMichiganClaimofDamages/**

*See* the next two pages below.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

---

Edwin Victor Nassar
2516 S. Christine St.
Westland, Michigan 48186

| **Response Required in 10 Days** |
| (from the date of this letter) |

Harmed Party as Client:
David Schied
P.O. Box 1378
Novi, Michigan 48376

4/3/2017

Governor Rick Snyder
P.O. Box 30013
Lansing, Michigan 48909
Certified Mailing #:
7010 1870 0000 7500 2712

Attorney General Bill Schuette
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, Michigan 48909
Certified Mailing #: 7010 1870 0000 7500 2729

RE: Final Presentment for Payment on Claims of Debts on Human Rights Violations

Governor Snyder and Attorney General Schuette:

I am writing each of you today as a Notary Witness Edwin Victor Nassar for the harmed and aggrieved party, David Schied, who has provided your state agents with numerous previous "notices of 'claim of debts'" owed but without response from those state governing officials. The service of such notices upon those parties have been meticulously documented; and for the record, the previous correspondence as separate "ledgers" in account of the violations have been posted publicly on the Internet at the web-locations listed below. Please be advised that you have free access to these various notices of claim, criminal complaints, and ledgers of accounting and billing. So too does the public, any of "the People" of Michigan, also have access to these claims, ledgers and billing statements. My purpose is to act herein as "notary witness" to inform you for the last time about these claims, and to request your response, either in point-by-point rebuttals with supporting evidence, or to remit proper payment upon my client's demands for just remedy.

Please refer to the following web-based links as the proper locations for where to find the previous correspondence as already sent to you and other agents of the "STATE OF MICHIGAN":

EDWIN VICTOR NASSAR
NOTARY PUBLIC
2615 S. Christine St.
Westland, MI 48186

| **Response Required in 10 Days** |
| (from the date of this letter) |

Harmed Party as Client:

David Schied
P.O. Box 1378
Novi, Michigan 48376

4/24/2017

Governor Rick Snyder
P.O. Box 30013
Lansing, Michigan 48909

Attorney General Bill Schuette
G. Mennen Williams Building,
7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, Michigan 48909

RE: Notice of Fault [1] and Final Opportunity to Cure

Governor Snyder and Attorney General Schuette:

I am writing each of you again today as a Notary Witness in follow up to the Notary Presentment that I sent to you myself earlier this month via certified mailing and for which I have received confirmation of your having received. As a reminder, the harmed and aggrieved party, David Schied, had previously provided your state agents with numerous previous *"notices of 'claim of debts'"* owed but without response from those state governing officials. I have noted that although my previous correspondence provided you with 10 days to respond, twice that number of days has transpired without any response whatsoever from either of you.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

| STATE OF MICHIGAN | ) | **NOTARY CERTIFICATION OF** |
| | ) | **DISHONOR AND NON-RESPONSE** |
| COUNTY OF WAYNE | ) | |

### PRESENTMENT

Be it known, that as a duly empowered Notary Public, in and for the STATE OF MICHIGAN, COUNTY OF WAYNE, a third party and not a party to the matter, at the request of CLAIMANT / CRIME VICTIM, David Schied, I, EDWIN VICTOR NASSAR, did present on April 3, 2017 (4/5/17), a "*Final Presentment for Payment on Claims of Debts on Human Rights Violations*" via Certified Mail of the U.S. Postal Service, addressed to:

STATE OF MICHIGAN – Governor Rick Snyder   and        Attorney General Bill Schuette
P.O. Box 30013                                                              525 W. Ottawa St. / P.O. Box 30212
Lansing, Michigan                                                       Lansing, Michigan 48909
48909

(Cert. Mail #7010187000075002712 / Cert. Mail #7010187000075002729)

hereinafter referred to as "Respondent" and/or "Counter-Party," signed by CLAIMANT / CRIME VICTIM, David Schied. Included with the above-referenced "*Final Presentment for Payment*…" requesting payment was an "*Affiant Statement*" and a "*Declaration of Existence of Human Rights Violations*," each signed before me as witness and bearing my official Seal as Notary Public for the STATE OF MICHIGAN. The "*Affiant Statement*" presented unrebutted sworn testimony in support of the "*Declaration of Existence of Human Rights Violations* in the matter of Human Rights Tribunal Case #0170223HRTI DBRD20161229X2017003.

The "*Final Presentment for Payment…*" also referenced numerous web-based links, which I personally validated as authentic and viably accessible to the public, for where to find previous correspondence sent to other agents for the STATE OF MICHIGAN in notice of multiple narrative "*Ledgers*" and "*CRIMINAL COMPLAINT(S)*" also constituting sworn and notarized "*Brief(s) of Information / Affidavit(s) of Obligation / Claim(s) in Commerce for Damages*," again witnessed by me and affixed with my official Seal as Notary Public for the STATE OF MICHIGAN. The amounts in claims on the debts owed, as served upon the Michigan "State Treasurer" Nick Khouri via Certified Mail delivery (#70142120000048224047) on March 27, 2017 (3/27/17), is in the amounts of **$10,000,000.20** and **$1,517,560,000.00**, as supported by the above-referenced ledgers, testimonies, and evidence.

Despite that the "*Final Presentment for Payment*…" commanded a re▮▮▮▮▮ back, directly to me, EDWIN VICTOR NASSAR, within 10 days, no response whatsoever was received from the Respondent / Counter-Party back to me.

### NOTICE OF FAULT / OPPORTUNITY TO CURE

Be it also known that, on April 24, 2017 (4/24/17), I, EDWIN VICTOR NASSAR, did send to the above-named "Respondent / Counter-Party," being the STATE OF MICHIGAN's executive agents of Governor Rick Snyder and Attorney General Bill Schuette, a "*Notice of Fault and Opportunity to Cure*," which referenced the above "*Final Presentment for Payment*…," also commanding a response within 10 days. In that "*Notice of Fault and Opportunity to Cure*," I issued notice that if no response was received after 10 days, I would issue this instant "*Certificate of Dishonor and Non-Response*." As attested to herein, compliance by "Respondent / Counter-Party" remained to no avail both on the initial "*Final Presentment for Payment*…" and in the subsequent "*Notice of Fault and Opportunity to Cure*."

### PROTEST

Whereupon, I, EDWIN VICTOR NASSAR, signed below, for the purpose and reason of Dishonor and Non-Response does publicly and solemnly certify the dishonor as against "Respondent / Counter-Party," being the STATE OF MICHIGAN, for liability equivalent to three times the face value of the claims cited above, and any hereafter incurred, by reason of nonperformance thereof and as stipulated herein.

### NOTICE

I, EDWIN VICTOR NASSAR do certify that on the 31st day of May, 2017, this "*Notary Certification of Dishonor and Non-Response*" was sent to "Respondent / Counter-Party" STATE OF MICHIGAN, Governor Rick Snyder, by United States Mail, Certified Delivery.

### TESTIMONY

In testimony of the above, I have hereunto signed my name and testament to said herein is fact and true.

EDWIN VICTOR NASSAR

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

b) Against CO-TRUSTEES collectively classified as the *UNITED STATES*:

**https://constitutionalgov.us/sub/Michigan/Cases/David-Schied/2017-**

**FederalClaimsinCommerce/**

David Schied
P.O. Box 1378
Novi, Michigan 48376
248-974-7703
deschied@yahoo.com

2/27/17

> **This is a EIGHTH (follow-up) "*Sworn Crime Report*" to the Attorney General of the USDOJ and the SECOND to The President and Jeff Sessions. I sent seven previous ones on 7/18/16 (ID # 3482111), and 8/30/16, and 9/12/16, and 10/5/16, 10/12/16, 12/5/17, and 1/4/17 with only one UNSIGNED response from the "*Investigations Division*" of the "*Office of the Inspector General*" REFUSING TO EVEN INVESTIGATE**

Attn: Donald Trump, President of the United States
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

> **NOTICE TO AGENT IS
>     NOTICE TO PRINCIPAL
>         (and vice versa)
> THIS IS A SWORN AND
> NOTARIZED CRIME REPORT
> AND A
> NATIONAL SECURITY ALERT!**

Attn: Jeff Sessions, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Attn: Jessie Panuccio, Acting Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Attn: Rex Tillerson, Secretary of State
U.S. Department of State
2201 "C" St. N.W.
Washington, D.C. 20520

Attn: Steven Terner Mnuchin, Secretary of the United States Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Re: Follow-up *"Criminal Complaint / Affidavit of Obligation / Claim of Damages in Commerce"*

To President Trump, Mr Sessons, Mr. Panuccio, Mr. Tillerson, and Mr. Mmuchin:

I find there to be a real problem with having received on a single paragraph letter dated 1/31/17, that was <u>unsigned</u> (i.e., from an unaccountable human being as decision-maker) from the *"Investigative Division"* of the Office of the Inspector General of the U.S. Department of Justice, which did not reference the above Case ID # 3482111, and simply stated, *"The Investigations Division of the Office of the Inspector General has thoroughly reviewed the material and concluded that the issues raised do not warrant an investigation by this office."* You should be advised that such a response is in the *"pattern and practice"* of the crimes about which I have been reporting, both at the state level and at the federal level; and thus, I have added additional criminal complaints against the following named individuals, along with additional *"Claims of Damages in Commerce"* against the UNITED STATES on this <u>notice</u> to you about these crimes minimally consisting of <u>Seditious Conspiracy</u> and <u>Misprision of Treason</u>. I suggest that while you have started by eliminating some of these people from your new Executive Administration,

1

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

II.    The named federal criminal offenses relating to "*the Accused*" as the "*counterparties*":

1) 18 U.S.C. § 4 – "Misprision of Felony"
2) 18 U.S.C. § 2382 – "Misprision of Treason"
3) 18 U.S.C. § 242 – "Deprivation of Rights Under Color of Law"
4) 18 U.S.C. § 241 – "Conspiracy Against Rights"
5) 18 U.S.C. § 1341 – "Frauds and Swindles"
6) 18 U.S.C. § 1505 – "Obstruction of Proceedings Before Departments, Agencies, and Committees"
7) 18 U.S.C. § 1512 – "Tampering With a Witness, Victim, or an Informant"
8) 18 U.S.C. § 1513 – "Retaliating Against a Witness, Victim, or an Informant"

III.    Tabulation of debt owed by EACH the named counter-parties to the *Criminal Complaint* by *Claim in Damages*:

$10,000,000 – individually being engaged in a "*continuing financial crimes enterprise*"
$20,000,000 – severally being engaged in a "*continuing financial crimes enterprise*"
$ 2,000,000 – being $250,000 for each of the *eight* felony crimes depicted above
$ 1,080,000 – being $10,000 for each of the one-hundred and eight Constitutional infractions depicted by the *Criminal Complaint* by which each of "*The Accused*" is a "*principal*" or an "*accessory*" to the crimes listed above

$10,000,000 is owed by each of the at least 89 named "*principals*" of the financial crimes enterprises listed above for an added subtotal of **$890,000,000**.

As all the listed organizations and individuals are alleged to be involved in at least eight (8) felony crimes (i.e., see the list below) with fines up to $500,000 for each organization on each listed crime, calculations for each of the 32 organizations included herein are conservatively amounting to **$160,000,000**.

Even if the calculation of fines for the 89 individuals were merely based upon the amount of $5,000 for each of the eight (8) federal "*infractions*" rather than the $250,000 for felonies, that amount would still conservatively come to an additional **$3,560,000**.

**Thus, when added together, the TOTAL OWED ON THE UNREBUTTED CRIMINAL ALLEGATIONS AND CLAIM FOR DAMAGES IS: $1,053,560,000**.

© COPYRIGHT by David Schied (2021) *All Rights Reserved*

460.   As such, the above documented DEBTS are herein altogether included as the MINIMUM

for the CLAIMS being calculated for remedy of this instant case; which is NOT to also include

additional amounts to be further included with these calculations by consideration of the past

three years of CLAIMS associated with the ATTEMPTED MURDER of BENEFICIARY

David Schied in retaliation for much of the above, and for BENEFICIARY spotlighting crimes

of CO-TRUSTEES in over twenty-five video documentaries; and associated with the

subsequent three years of deprivation of "*crime victims services*" and "*services to the severely

disabled*" to BENEFICIARY David Schied leading up to his eventually also being

TARGETED FOR CRIMINAL EVICTION by CO-TRUSTEES between the end of 2020

through beginning of 2021 during the nationwide *eviction moratorium*.

### AFFIDAVIT OF BENEFICIARY / RELATOR David Schied
### in STATEMENT OF TRUTH Submitted Herein Under "*Penalty of Perjury*"

I David Schied, do hereby declare, under penalty of perjury, that the paragraphs one (1) through four-hundred-sixty (460) above herein containing statements of facts and references to evidence and laws are all honorably true, accurate, and certifiably authentic to the best of my knowledge and belief.

I am one of the Sovereign American People, who has also become a *bona fide* crime victim, a totally and permanently disabled recent quad-amputee, a grievant, a common law claimant, and an official keeper of records for at least one Article III Court of Record. I am also professing to be of sound mind; and acting in the capacity of Relator – "*ex rel*" – on behalf of others similarly situated as a Private Public Proxy and/or in such fashion as a Private Attorney General.

As a sovereign American man and constitutionally recognized "*Free Person*", I am retaining all Rights guaranteed by the constitutions of the STATE and the UNITED under the fiduciary contracts of Public Trust documents. I hereby certify that I am additionally acting privately on my own behalf as a federally protected government whistle-blower in possession of official evidence of crimes committed by certain named and yet unnamed perpetrators as "*The Accused*", against whom I have established sound Claims in Commerce, and whom I am now rightfully pursuing in redress while prosecuting then to the furthest extent of the Law.

Truthfully submitted,

____/s/_David Schied_____          Date: 4/20/21

261

DISABLED / BENEFICIARY
David Schied - RELATOR
P.O. Box 321
SPEARFISH, S. DAKOTA
57783
605-580-5121