UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DAVID SCHIED, | CIV 21-5030 |
| Plaintiff, | |
| vs. | JUDGMENT |
| DEPOSITORS INSURANCE COMPANY, et al., | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Order filed on this date with the Clerk granting Plaintiff's Motion to Proceed Without Prepayment of Fees and 28 U.S.C. § 1915 screening for dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that the case is dismissed in its entirety in favor of Defendants and against Plaintiff, and as stated in the Court's Order on this date, where the dismissal is based on immunity, the dismissal is with prejudice and for the remaining claims and Defendants, the dismissal is without prejudice.

Dated this 28th day of July, 2021.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____