UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

---

| | |
|---|---|
| DAVID SCHIED,<br><br>    Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al,<br><br>    Defendants | 5:21-cv-5030<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |

---

On July 29, 2021, judgment was entered in favor of Defendants, United States of America, et al, and against Plaintiff, David Schied. (Doc. 15). Schied filed a notice of appeal (Doc. 16). In the District Court, Plaintiff moved for leave to proceed in forma pauperis (Doc. 6), which was granted. (Doc. 14). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." *Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). Federal Rule 24 of Appellate Procedure requires an appellant seeking to proceed in forma pauperis on appeal to so move in the district court and file an affidavit that shows the party's "inability to pay[,]" "claims an entitlement to

redress[,]" and "states the issues that the party intends to appeal." Fed. R. App. P. 24(a)(1). After review of his financial affidavit, this Court finds that Schied has insufficient funds to pay the $505 filing fee.

Accordingly, it is ORDERED:

1. That Schied's motion for leave to proceed in forma pauperis (Doc. 6) is granted for purposes of appeal.

DATED this 19th day of August, 2021.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK